### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **Criminal No. 21-mj-46** |
| v. ) | |
| ) | **FILED UNDER SEAL** |
| KEVIN SEEFRIED AND ) | |
| HUNTER SEEFREID, ) | |
| ) | |
| **Defendant.** ) | |

### MOTION TO UNSEAL WARRANT AND RELATED DOCUMENTS

The United States of America, by and through its undersigned counsel, respectfully submits this *ex parte*, under seal motion to unseal the above-captioned matter, including but not limited to the above-captioned arrest warrant, complaint, and affidavit in support thereof, and all attachments thereto and other related materials (collectively, the "Warrant").

### JURISDICTION

1. This Court has jurisdiction to issue the requested order because it is a "court of competent jurisdiction" as defined by 18 U.S.C. § 2711. Specifically, the Court is a "district court of the United States . . . that – has jurisdiction over the offense being investigated." 18 U.S.C. § 2711(3)(A)(i). As discussed more fully below, acts or omissions in furtherance of the offenses under investigation occurred within Washington., D.C.

### FACTUAL BACKGROUND

2. When the Court issued the Warrant, it also granted the government's motion to seal the Warrant, finding reasonable grounds to believe that disclosure of the Warrant would result in flight from prosecution and/or destruction of or tampering with evidence, and thus also finding

that the United States had established that a compelling governmental interest existed to justify the requested sealing.

3. On January 14, 2021, shortly after the Warrant was issued by this Court, the Defendants Kevin Seefried and Hunter Seefried agreed to self-surrender in Delaware. They are expected to have a Rule 5 hearing before the U.S. District Court for the District of Delaware on January 14, 2021.

4. Now that the defendants are in custody, there is no longer a compelling governmental interest to justify sealing the Warrant.

ACCORDINGLY, it is respectfully requested that the above-captioned matter, to include the Warrant, be unsealed.

                    Respectfully submitted,

                    MICHAEL R. SHERWIN
                    ACTING UNITED STATES ATTORNEY
                    N.Y. Bar No. 4444188

By: ____*/s/ Elizabeth Aloi*_____
     ELIZABETH ALOI
     Assistant United States Attorney
     United States Attorney's Office
     555 Fourth Street, N.W.
     Washington, D.C. 20530
     Telephone: (202) 695-0610
     Email: Elizabeth.Aloi@usdoj.gov