## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 21-mj-46 |
| v.            ) | |
| ) | **FILED UNDER SEAL** |
| KEVIN SEEFRIED AND ) | |
| HUNTER SEEFRIED,     ) | |
| ) | |
| Defendant.   ) | |

### ORDER

This matter having come before the Court pursuant to the motion of the United States to unseal the above-captioned matter, including the above-captioned warrant and related documents, such as the complaint, the affidavit in support thereof, and all attachments thereto and other related materials (collectively the "Warrant"), the Court finds that, as the Defendants Kevin Seefried and Hunter Seefried have agreed to self-surrender, there is no longer a compelling governmental interest to justify the sealing.

1.  IT IS THEREFORE ORDERED that the government's motion to unseal is hereby GRANTED, and the above-captioned matter and all documents filed in this matter to date, including but not limited to the Warrant, the prior application to seal and sealing Order, and the instant motion to unseal, shall be unsealed.

2.  IT IS FURTHER ORDERED that the Clerk's office may now make entry on the public docket of the Warrant and of this matter.

Date: _____          _____

UNITED STATES MAGISTRATE JUDGE

cc: Elizabeth Aloi
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C. 20530