**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) ) ) ) | |
| v. ) ) ) | Crim. No.: 21-0046-1  (RMM) |
| **KEVIN SEEFRIED** ) ) ) ) | |

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

                                         Respectfully submitted,

                                         A.J. KRAMER
                                         FEDERAL PUBLIC DEFENDER

                                         _____/s/_____
                                         Carlos J. Vanegas
                                         Assistant Federal Public Defender
                                         625 Indiana Avenue, N.W., Suite 550
                                         Washington, D.C. 20004
                                         (202) 208-7500