AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.

Kevin Seefried

Defendant

)
) Case: 1:21-mj-00046
) Assigned to: Judge Robin M. Meriweather
) Assign Date: 1/13/2021
) Description: COMPLAINT W/ARREST WARRANT
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kevin Seefried
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date: 01/13/2021

Robin M. Meriweather
2021.01.13 13:49:40
-05'00'

*Issuing officer's signature*

City and state: Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 01/19/2021, and the person was arrested on *(date)* 01/19/2021
at *(city and state)* Wilmington DE

Date: 01/19/2021

*Arresting officer's signature*

Francis J. Cescon, Special Agent
*Printed name and title*