UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No.: 21-mj-46** |
| | : | |
| **KEVIN SEEFRIED** | | |
| **HUNTER SEEFRIED** | : | |
| | : | |
| **Defendants.** | : | |

## NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Brittany L. Reed, who may be contacted by telephone at 504-680-3031 or email at Brittany.Reed2@usdoj.gov.  This is notice of her appearance in this matter on behalf of the United States. This appearance is in place of Assistant United States Attorney Elizabeth Aloi.

                                                    Respectfully submitted,

                                                    MICHAEL R. SHERWIN
                                                    Acting United States Attorney
                                                    N.Y. Bar No. 4444188

By:    /s/ *Brittany L. Reed*
                Brittany L. Reed
                Assistant United States Attorney
                Detailee
                United States Attorney's Office
                District of Columbia
                Louisiana Bar Number 31299
                (504) 680-3031(office)
                Brittany.Reed2@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 22nd day of February 2021, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Brittany L. Reed*
Brittany L. Reed
Assistant United States Attorney
Detailee
United States Attorney's Office
District of Columbia
Louisiana Bar Number 31299
(504) 680-3031(office)
Brittany.Reed2@usdoj.gov