AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

United States of America
v.

Kevin Seefried

*Defendant*

)
)
)
)
)
)

Case: 1:21-mj-00046
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/13/2021
Description: COMPLAINT W/ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Kevin Seefried
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 1752 (a)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)- Violent Entry and Disorderly Conduct on Capitol Grounds

Robin M. Meriweather
*for ~ Meriweather* 2021.01.13 13:49:40
-05'00'

*Issuing officer's signature*

Date:     01/13/2021

City and state:     Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  01/14/2021 , and the person was arrested on *(date)*  01/14/2021 |
| at *(city and state)*  Wilmington DE |
| Date:  01/14/2021 |
| *Arresting officer's signature* |
| Francis J. Cesca  Special Agent |
| *Printed name and title* |

AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Hunter Seefried<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | **Case: 1:21-mj-00046**<br>**Assigned to: Judge Robin M. Meriweather**<br>**Assign Date: 1/13/2021**<br>**Description: COMPLAINT W/ARREST WARRANT** |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Hunter Seefried                                                                                              ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S. Code § 1361 - Government property or contracts

18 U.S.C. 1752 (a)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date:     01/13/2021                                    _____
                                                                       *Issuing officer's signature*
                                                                       Robin M. Meriweather
                                                                       2021.01.13 13:49:00 -05'00'

City and state:     Washington, DC                     Robin M. Meriweather, U.S. Magistrate Judge
                                                                       *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 01/14/2021 , and the person was arrested on *(date)* 01/14/2021<br>at *(city and state)* Wilmington Delaware . |
| Date: 01/14/2021                    _____<br>                                                *Arresting officer's signature*<br><br>                                                Francis J Cesare    Special Agent<br>                                                *Printed name and title* |

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Kevin Seefried<br><br>and<br>Hunter Seefried | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00046
Assigned to: Judge Robin M. Meriweather
Assign Date: 1/13/2021
Description: COMPLAINT W/ARREST WARRANT

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the _____ District of _____Columbia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1752 (a) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority |
| 40 U.S.C. 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☑ Continued on the attached sheet.

*Katherine E Pattillo*

*Complainant's signature*

Katherine Pattillo, Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
Telephone (specify reliable electronic means).

Date: _____01/13/2020_____

City and state: _____Washington, DC_____

Robin M. Meriweather
2021.01.13 13:50:20 -05'00'

*Judge's signature*

Robin M. Meriweather , U.S. Magistrate Judge

*Printed name and title*

## STATEMENT OF FACTS

Your affiant, Katherine Pattillo is a Special Agent with the Federal Bureau of Investigation and is presently tasked with investigating criminal activity in and around the Capitol grounds. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws. The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification are allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

According to video footage from the U.S. Capitol, the defendants, Kevin Seefried and Hunter Seefried entered the Senate Building through a broken window at approximately 2:13 p.m. on January 6, 2021. Shortly thereafter, Defendant Kevin Seefried was photographed holding a Confederate Battle flag inside the Capitol Building (Exhibit A).

While in the building, both defendants were part of a larger group of individuals who verbally confronted several U.S. Capitol police officers for approximately 15 minutes. During this time, video footage from the U.S. Capitol Police shows Hunter Seefried using a phone to take a selfie photograph or video at approximately 2:29 p.m.  The Defendants appear to depart the Capitol at approximately 2:36 p.m. from the Senate Carriage Door.  At no time were they authorized to be inside the U.S. Capitol complex.

Defendants Kevin Seefried and Hunter Seefried were identified after the FBI received a report from a coworker of Hunter Seefried relaying that Hunter Seefried had bragged about being in the Capitol with his father on January 6, 2021. The reporting individual confirmed that Hunter Seefried was visible in a Metropolitan Police Department flier depicting individuals who breached the Capitol Building's security; he has a moustache and is wearing a black hat and black jacket. (Exhibit B). The FBI reviewed Kevin Seefried's driver's license photo and it matched the image of the individual holding the Confederate Battle Flag.  The FBI was also able to confirm that Kevin Seefried is Hunter Seefried's father.

On January 12, 2021, both Kevin Seefried and Hunter Seefried participated in voluntary and separate interviews with the FBI. Both defendants confirmed their participation in the events at the Capitol as discussed herein. Kevin Seefried also explained that he brought the Confederate Battle flag seen in Exhibit A to the District of Columbia from his home in Delaware where it is usually displayed outside.  Defendant Kevin Seefried told law enforcement that he had traveled with his family from Delaware to the District of Columbia to hear President Trump speak and that he and Hunter Seefried participated in a march from the White House to the Capitol led by an individual with a bull horn.

Finally, I have reviewed video footage posted to Twitter which shows Hunter Seefried punching out glass in a window in the Capitol complex after people adjacent to him in the crowd broke it with a wooden 2 x 4.  Kevin Seefried confirmed to law enforcement agents that Hunter Seefried was asked by an individual unknown to the Seefrieds to assist with clearing the window because Hunter Seefried was wearing gloves.  After Hunter Seefried complied, people from the crowd outside, to include the Seefrieds, were able to access the interior of the Capitol Building. Screenshots from the video footage is attached (Exhibit C).

Based on the foregoing, your affiant submits that there is probable cause to believe that Kevin Seefried and Hunter Seefried violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions.

Your affiant submits that there is also probable cause to believe that Kevin Seefried and Hunter Seefried violated 40 U.S.C. § 5104(e)(2)(D) which makes it a crime to utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress.

Based on the foregoing, your affiant submits that there is probable cause to believe that Hunter Seefreid violated 18 U.S.C. § 1752(a)(4), which makes it a crime to knowingly engages in any act of physical violence against any person or property in any restricted building or grounds; or attempt or conspire to do so.  For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

Your affiant submits there is also probable cause to believe that Hunter Seefried violated 40 U.S.C. § 5104(e)(2)(F) which makes it a crime to engage in an act of physical violence, which included any damage to, or destruction of, real or personal property, in Grounds or any of the Capitol Buildings.

Your affiant submits that there is also probable cause to believe that Hunter Seefried violated 18 U.S.C. § 1361 which makes it a crime to willfully injure or commit any depredation against any property of the United States, or of any department or agency thereof, or any property which has been or is being manufactured or constructed for the United States, or any department or agency thereof, or attempts to commit any of the foregoing offenses.

Your affiant submits there is also probable cause to believe that Kevin Seefried violated 40 U.S.C. § 5104(e)(2)(G) which makes it a crime to willfully and knowingly parade, demonstrate, or picket in any of the Capitol Buildings.

_Katherine E Pattillo_

Katherine Pattillo
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this  13th day of January 2021.

U.S. MAGISTRATE JUDGE

Exhibit A



Exhibit B



Exhibit C







AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) Case: 1:21-mj-00046 |
| | ) Assigned to: Judge Robin M. Meriweather |
| Hunter Seefried | ) Assign Date: 1/13/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| | ) |

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Hunter Seefried ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment    ❏ Superseding Indictment    ❏ Information    ❏ Superseding Information    ☑ Complaint
❏ Probation Violation Petition    ❏ Supervised Release Violation Petition    ❏ Violation Notice    ❏ Order of the Court

This offense is briefly described as follows:

18 U.S. Code § 1361 - Government property or contracts

18 U.S.C. 1752 (a)- Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority

40 U.S.C. 5104(e)- Violent Entry and Disorderly Conduct on Capitol Grounds

Date:    01/13/2021

Robin M. Meriweather
2021.01.13 13:49:00 -05'00'

*Issuing officer's signature*

City and state:    Washington, DC

Robin M. Meriweather, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date:  _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.  21-08M |
| | ) | |
| KEVIN SEEFRIED, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>O R D E R</u>

The  financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this **14th** day of **February, 2021,** IT IS HEREBY ORDERED that **Eleni Kousoulis, Esq.,** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

*/s/ Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE

cc: Federal Public Defender
    800 King Street, Suite 200
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 21-08M |
| | ) | |
| Hunter Seefried | ) | Charging District's Case No. 1:21-mj-00046 |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
## (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Columbia

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise —
        unless I am indicted — to determine whether there is probable cause to believe that an offense has
        been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☒     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may
       be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set
       by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are
pending against me.

Date:        01/14/2021

_Hunter Seefried by Abat K, Esq_
*Defendant's signature*

_Edson A. Bostic_
*Signature of defendant's attorney*

_Edson A. Bostic_
*Printed name of defendant's attorney*

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| | ) | |
| _____ | ) | Charging District's Case No. |
| *Defendant* | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* """"""""""""""""""""""""""""""""""""""""""""""""""""""""""""""0

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

❑     an identity hearing and production of the warrant.

❑     a preliminary hearing.

❑     a detention hearing.

☒     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: _____

| | |
|---|---|
| | */s/ Kevin Seefried* |
| | *Defendant's signature* |
| | |
| | */s/ Eleni Kousoulis* |
| | *Signature of defendant's attorney* |
| | |
| | **Eleni Kousoulis** |
| | *Printed name of defendant's attorney* |

AO 199A (Rev. 06/19)  Order Setting Conditions of Release                                    Page 1 of ___3___ Pages

# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   21-08M |
| Hunter Seefried | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)   The defendant must not violate federal, state, or local law while on release.

(2)   The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)   The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)   The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:     the United States District Court for the District of Columbia

*Place*

on                                    1/25/2021 1:00 pm

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)   The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 12/11)  Additional Conditions of Release                                                                Page  2  of  3  Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( )  (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____  Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____   _____
                              *Custodian*                              *Date*

(✗)  (7)  The defendant must:
( ✗ )  (a)  submit to supervision by and report for supervision to the  U.S. Pretrial Services as directed             ,
            telephone number _____ , no later than _____
( ✗ )  (b)  continue or actively seek employment.
( )  (c)  continue or start an education program.
( )  (d)  surrender any passport to: _____
( )  (e)  not obtain a passport or other international travel document.
( ✗ )  (f)  abide by the following restrictions on personal association, residence, or travel:  Must not travel outside Delaware without
            permission of the Court, except that may travel to Washington DC but only for purposes of Court appearances,
( ✗ )  (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution,
            including: _____
            _____
( )  (h)  get medical or psychiatric treatment: _____
            _____
( )  (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
            or the following purposes: _____
            _____
( )  (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers
            necessary.
( ✗ )  (k)  not possess a firearm, destructive device, or other weapon.
( ✗ )  (l)  not use alcohol (      ) at all ( ✗ ) excessively.
( ✗ )  (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed
            medical practitioner.
( ✗ )  (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random
            frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited
            substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited
            substance screening or testing.
( ✗ )  (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or
            supervising officer.
( ✗ )  (p)  participate in one of the following location restriction programs and comply with its requirements as directed:
            ( )  (i)  **Curfew.** You are restricted to your residence every day ( ) from _____ to _____, or ( ) as
                       directed by the pretrial services office or supervising officer; or
            ( ✗ )  (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical,
                       substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities
                       approved in advance by the pretrial services office or supervising officer; or
            ( )  (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and
                       court appearances or other activities specifically approved by the court.
( ✗ )  (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program
            requirements and instructions provided.
            ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or
                supervising officer.
( ✗ )  (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including
            arrests, questioning, or traffic stops.
( ✗ )  (s)  (f) continued: visits with Pretrial Services, and/or attorney visits.
            _____

AO 199C  (Rev. 09/08)  Advice of Penalties                                                                   Page **3** of **3** Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

 Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

 While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

 It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

 If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

 (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

 (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

 (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

 (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

 A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

 I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

*Hunter S. Seefried*
_____
*Defendant's Signature*

*Wilmington DE*
_____
*City and State*

### Directions to the United States Marshal

( ) The defendant is ORDERED released after processing.

( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:   1/14/2021
_____

*Christopher J. Burke*
_____
*Judicial Officer's Signature*

Christopher J. Burke, United States Magistrate Judge
_____
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

# UNITED STATES DISTRICT COURT

for the

District of Delaware

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Kevin Seefried | ) |
| *Defendant* | ) |

Case No.  21-08M

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:    U.S. District Court for the District of Columbia

*Place*

on                                              1/25/2021 1:00 pm

*Date and Time*

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

AO 199B  (Rev. 12/11)  Additional Conditions of Release                                                      Page  2  of  3  Pages

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

(  ) (6)  The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____                    Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____    _____
                              *Custodian*                              *Date*

( × ) (7)  The defendant must:
( × ) (a)  submit to supervision by and report for supervision to the   U.S. Pretrial Services as directed     ,
telephone number _____ , no later than _____ .
( × ) (b)  continue or actively seek employment.
(   ) (c)  continue or start an education program.
(   ) (d)  surrender any passport to: _____
(   ) (e)  not obtain a passport or other international travel document.
( × ) (f)  abide by the following restrictions on personal association, residence, or travel:   Must not travel outside Delaware without permission of the Court, except that may travel to Washington DC but only for purposes of Court appearances,
( × ) (g)  avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

(   ) (h)  get medical or psychiatric treatment: _____
(   ) (i)  return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____

(   ) (j)  maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
( × ) (k)  not possess a firearm, destructive device, or other weapon.
( × ) (l)  not use alcohol (   ) at all ( × ) excessively.
( × ) (m)  not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
( × ) (n)  submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
( × ) (o)  participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
( × ) (p)  participate in one of the following location restriction programs and comply with its requirements as directed.
(   ) (i)  **Curfew.** You are restricted to your residence every day (   ) from _____ to _____ , or (   ) as directed by the pretrial services office or supervising officer; or
( × ) (ii)  **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
(   ) (iii)  **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
( × ) (q)  submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
(   ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
( × ) (r)  report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
( × ) (s)  (f) continued: visits with Pretrial Services, and/or attorney visits.

AO 199C  (Rev. 09/08)  Advice of Penalties                                                      Page   3   of   3   Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

    (1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

    (2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

    (3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

    (4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

    A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.



_____
Defendant's Signature

Wilmington, DE
_____
City and State

### Directions to the United States Marshal

(  ) The defendant is ORDERED released after processing.

(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date:    1/14/2021
_____    _____
    *Judicial Officer's Signature*

    Christopher J. Burke, United States Magistrate Judge
    *Printed name and title*

DISTRIBUTION:  COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL

# U.S. District Court
## District of Delaware (Wilmington)
## CRIMINAL DOCKET FOR CASE #: 1:21-mj-00008 All Defendants
## Internal Use Only

Case title: USA v. Seefried et al                     Date Filed: 01/14/2021

Assigned to: Unassigned

**Defendant (1)**

**Kevin Seefried**                          represented by   **Eleni Kousoulis**
                                                             Federal Public Defender's Office
                                                             800 N. King Street, Suite 201
                                                             Wilmington, DE 19801
                                                             (302) 573-6010
                                                             Email: DE_ECF@fd.org
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*
                                                             *Designation: Public Defender or*
                                                             *Community Defender Appointment*

**Pending Counts**                                   **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                       **Disposition**
None

Assigned to: Unassigned

**Defendant (2)**

**Hunter Seefried**                         represented by   **Edson A. Bostic**
                                                             The Bostic Law Firm

1700 Market Street
Suite 1005
Philadelphia, PA 19103
267-239-4693
Email: eab.bosticfirm@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**USA**

| Date Filed | # | Docket Text |
|---|---|---|
| 01/14/2021 | 1 | Copy of charging pleadings ( Criminal Complaint ) received from District of Columbia as to Kevin Seefried, Hunter Seefried (Attachments: # 1 Statement of Facts)(dlb) (Entered: 01/15/2021) |
| 01/14/2021 | | Minute Entry for proceedings held before Judge Christopher J. Burke - Initial Appearance in Rule 5(c)(3) Proceedings as to Kevin Seefried held on 1/14/2021. Defendant appeared via video conference with consent. Court Appoints Acting Federal Public Defender, Eleni Kousoulis, Esq. for Kevin Seefried. Government does not seek detention. Defendant waives any Identity Hearing, Detention Hearing or Preliminary Hearing he is entitled to and request those hearings be held in the prosecuting district at a time set by that district. Court released Defendant with Conditions to appear in District of Columbia. The Court advised counsel of their obligation under the Brady Rule 5(f). (Clerk, D. Benyo) APPEARANCES: A. Dedjinou for Government; Eleni Kousoulis for FPD; C. Sain for USPO. (dlb) (Entered: 01/15/2021) |

| 01/14/2021 | | ORAL ORDER appointing Edson A. Bostic for Hunter Seefried until further Order of the Court. The CJA representation type is Criminal Case. Ordered by Judge Christopher J. Burke on 1/14/2021. (dlb) (Entered: 01/15/2021) |
|---|---|---|
| 01/14/2021 | | Minute Entry for proceedings held before Judge Christopher J. Burke - Initial Appearance in Rule 5(c)(3) Proceedings as to Hunter Seefried held on 1/14/2021. Defendant appeared via video conference with consent. Court Appoints CJA Counsel, Edson Bostic, Esq. for Hunter Seefried. Government does not seek detention. Defendant waives any Identity Hearing, Detention Hearing or Preliminary Hearing he is entitled to and request those hearings be held in the prosecuting district at a time set by that district. Court released Defendant with Conditions to appear in District of Columbia. The Court advised counsel of their obligation under the Brady Rule 5(f). (Clerk, D. Benyo) APPEARANCES: A. Dedjinou for Government; Edson Bostic for Defendant; C. Sain for USPO. (dlb) (Entered: 01/15/2021) |
| 01/14/2021 | 2 | ORDER APPOINTING ACTING FEDERAL PUBLIC DEFENDER as to Kevin Seefried.. Signed by Judge Christopher J. Burke on 1/14/2021. (dlb) (Entered: 01/15/2021) |
| 01/14/2021 | 3 | WAIVER of Rule 5(c)(3) Hearings by Kevin Seefried (dlb) (Entered: 01/15/2021) |
| 01/14/2021 | 4 | WAIVER of Rule 5(c)(3) Hearings by Hunter Seefried (dlb) (Entered: 01/15/2021) |
| 01/14/2021 | 5 | ORDER Setting Conditions of Release as to Kevin Seefried (1) O/R. Signed by Judge Christopher J. Burke on 1/14/2021. (dlb) (Entered: 01/15/2021) |
| 01/14/2021 | 6 | ORDER Setting Conditions of Release as to Hunter Seefried (2) O/R. Signed by Judge Christopher J. Burke on 1/14/2021. (dlb) (Entered: 01/15/2021) |
| 01/15/2021 | | Remark: Case file transferred via email to District of Columbia. (dlb) (Entered: 01/15/2021) |