UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case. No. 21-287-1 (TNM) |
| ) | |
| **KEVIN SEEFRIED** ) | |
| ) | |
| **Defendant.** ) | |

**PROPOSED ORDER**

Upon consideration of the Defendant's Unopposed Motion for Permission to Travel Outside of the Jurisdiction of Delaware to North Carolina it is hereby

**ORDERED** that defendant Kevin Seefried is permitted to travel to Salvo, North Carolina on May 15, 2021 and to return to his residence in Delaware on May 22, 2021; and it is so

SO ORDERED

_____                              _____
**DATE**                                                                **TREVOR N. McFADDEN**
                                                                        **UNITED STATES DISTRICT JUDGE**


Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Brittany LaShaune Reed
U.S. ATTORNEY'S OFFICE
650 Poydras Street
Suite 1600
New Orleans, LA 70130
504-680-3031
Email: brittany.reed2@usdoj.gov

Pretrial Services Agency
United States Federal Courthouse

333 Constitution Ave. NW
Washington, D.C.