UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                              ) | Case. No. 21-287-1 (TNM) |
| ) | |
| **KEVIN SEEFRIED**              ) | |
| ) | |
| **Defendant.**                  ) | |

**PROPOSED ORDER**

Upon consideration of defendant, Kevin Seefried's Motion to Dismiss Count One of the Indictment, in the above-captioned case it is hereby ordered

That Motion to Dismiss Count One is **GRANTED**

**SO ORDERED**

_____                                    _____
**DATE**                                          **TREVOR N. McFADDEN**
                                                  **UNITED STATES DISTRICT JUDGE**


Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Brittany LaShaune Reed
U.S. Attorney's Office
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Email: brittany.reed2@usdoj.gov

Edson A. Bostic, Esquire
The Bostic Law Firm
1700 Market Street, Suite 1005
Philadelphia, PA 19103
eab.bosticfirm@gmail.com