# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-cr-287 |
| | : | |
| KEVIN SEEFRIED | : | |
| HUNTER SEEFRIED | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF FILING

For the purpose of illustrating the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021.  We request that this additional memorandum, attached hereto and listed below, be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of October 21, 2021 (and Exhibit A).

Respectfully submitted,
CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:       /s/ *Emily A. Miller*
EMILY A. MILLER
Capitol Breach Discovery Coordinator
DC Bar No. 462077
555 Fourth Street, N.W., Room 5826
Washington, DC 20530
Emily.Miller2@usdoj.gov
(202) 252-6988

By:       _____
BRITTANY L. REED
Assistant United States Attorney
Detailee
La. Bar No. 31299
650 Poydras Street
New Orleans, Louisiana 70130
Brittany.Reed2@usdoj.gov
(504) 680-3031