UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No. :   21-CR-00287 (TNM) |
| **KEVIN SEEFRIED,** | : | |
| **Defendant.** | : | |

**NOTICE OF CHANGE IN COUNSEL
FROM THE OFFICE OF THE FEDERAL PUBLIC DEFENDER**

    The Office of the Federal Public Defender respectfully advises the Court that Assistant Federal Public Defender, Eugene Ohm has assumed responsibility for the defense of Kevin Seefried in the above-captioned case. Mr. Seefried's case had previously been assigned to Assistant Federal Public Defender, Carlos Vanegas.

    Respectfully submitted,

    /s/
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500