## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | CR No. 1:21-CR-00287 (TNM) |
| **KEVIN SEEFRIED,** | : | |
| | : | |

## NOTICE OF FILING

Undersigned counsel, on behalf of Kevin Seefried, respectfully submits the attached letter for filing in the docket.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER


_____/s/_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Ave., NW
Suite 550
Washington, DC  20004
(202) 208-7500
eugene_ohm@fd.org

**FEDERAL PUBLIC DEFENDER**
DISTRICT OF COLUMBIA
SUITE 550
625 INDIANA AVENUE, NW
WASHINGTON, DC 20004

**A. J. KRAMER**                                                                                     Telephone (202) 208-7500
*Federal Public Defender*                                                                                  Fax (202) 208-7515


January 24, 2022

Brittany Reed
Assistant U.S. Attorney
Brittany.reed2@usdoj.gov

Re:     United States v. Kevin Seefried, 21-287 (TNM)

Dear Ms. Reed:

I am writing to follow up on my email to you dated January 14, 2022.

As I mentioned, I am taking over Mr. Seefried's case from Mr. Vanegas.

I have been unable to find significant electronic discovery that you provided to Mr. Vanegas.

I have found the following documents:

- 089B-WF-3376952_0000007_1A0000001_0000001.pdf
- 089B-WF-3376952_0000009.pdf
- 089B-WF-3376952_0000011.pdf
- 089B-WF-3376952_0000013.pdf
- 089B-WF-3376952_0000017_1A0000001_0000001.pdf
- A 302 from an interview with Kevin Seefried
- Photo of the Defendant

I don't have any additional documents. I also don't have any case-specific videos. Could you please send me the usafx link to all of the discovery thus far provided? And to the extent there is additional discovery that has not yet been provided, could you please provide everything? Please also add Montse Fernandez and Shirley Lewis to the invite. They are at Montserrat_A_Fernandez@fd.org and Shirley_Lewis@fd.org.

In addition, could you please inform me of the factual basis for the obstruction charge?

Feel free to call me at 202 480-0434 if you have any questions.

Thanks,

Eugene Ohm