UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-CR-00287 (TNM) |
| v. | : | |
| | : | |
| KEVIN SEEFRIED | : | |
| HUNTER SEEFRIED | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF FILING

For the purpose of illustrating the government's consistent and diligent efforts to produce voluminous discovery materials arising out of the breach of the United States Capitol on January 6, 2021 (the "Capitol Breach"), the government has filed status memoranda describing the efforts of the Capitol Breach Discovery Team on a regular basis since July 2021. We request that those memoranda, attached hereto and listed below, be made part of the record in this case:

1. Memorandum Regarding Status of Discovery as of October 21, 2021; and
2. Memorandum Regarding Status of Discovery as of November 5, 2021.

Respectfully submitted,
MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:      /s/ *Emily A. Miller*           By:      /s/ *Brittany L. Reed*     

EMILY A. MILLER                        BRITTANY L. REED
Capitol Breach Discovery Coordinator     Assistant United States Attorney
DC Bar No. 462077                     Detailed to the District of Columbia
555 Fourth Street, N.W., Room 5826      Louisiana Bar Roll # 31299
Washington, DC 20530                 650 Poydras Street, Ste. 1600
Emily.Miller2@usdoj.gov               New Orleans, Louisiana 70130
(202) 252-6988                           Tel: (504) 680-3031