# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 1:21-cr-00287-TNM** |
| : | |
| **KEVIN SEEFRIED, and** : | |
| **HUNTER SEEFRIED,** : | |
| : | |
| **Defendants.** : | |

# ORDER

This matter having come before the Court pursuant to the Government's motion seeking that the identified photographic, video, and documentary evidence is properly authenticated under Federal Rules of Evidence 104 and 901, filed on April 8, 2022, it is hereby:

**ORDERED** that the Government's Motion is **GRANTED.**

_____
The Honorable Trevor N. McFadden