UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:21-cr-00287-TNM |
| : | |
| KEVIN SEEFRIED, and : | |
| HUNTER SEEFRIED, : | |
| : | |
| Defendants. : | |

**ORDER**

This matter having come before the Court pursuant to the Government's motion seeking to limit the cross-examination of witnesses with the Secret Service Agency, filed on April 8, 2022, it is hereby:

**ORDERED** that the Government's Motion is **GRANTED.**

_____
The Honorable Trevor N. McFadden