# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 1:21-cr-00287-TNM** |
| : | |
| **KEVIN SEEFRIED, and** : | |
| **HUNTER SEEFRIED,** : | |
| : | |
| **Defendants.** : | |

## ORDER

This matter having come before the Court pursuant to the Government's motion requesting that the Court restrict the presentation of evidence regarding the specific position of U.S. Capitol Police surveillance cameras, filed on April 8, 2022, it is hereby:

**ORDERED** that the Government's Motion is **GRANTED.**

_____
The Honorable Trevor N. McFadden