# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 1:21-CR-287-1 (TNM) |
| | : | |
| v. | : | |
| | : | |
| **KEVIN SEEFRIED** | : | |

# **ORDER**

Upon consideration of Mr. Kevin Seefried's Motion to Dismiss Counts One, Two and Three of the Indictment, it is hereby ORDERED that the Motion is GRANTED and that Counts One, Two and Three of the indictment be DISMISSED with prejudice.

Date: _____

_____
THE HONORABLE TREVOR MCFADDEN
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA