IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | 1:21-CR-287-1 (TNM) |
| | : | |
| **v.** | : | |
| | : | |
| **KEVIN SEEFRIED** | : | |

**ORDER**

Upon consideration of Mr. Seefried's Motion to Dismiss for Violation of the Speedy Trial Act, it is hereby ORDERED that this case be DISMISSED with prejudice.

Date: _____

_____
THE HONORABLE TREVOR MCFADDEN
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA