IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 21-CR-000287-TNM |
| | : | |
| | : | |
| HUNTER SEEFRIED, | : | |
| | : | |
| Defendant. | : | |

**AMENDED NOTICE OF JOINING CO-DEFENDANT'S  MOTION TO DISMISS INDICTMENT FOR VIOLATION OF THE SPEEDY TRIAL ACT**

PLEASE TAKE NOTICE that Defendant, Hunter Seefried, through undersigned counsel, files the instant Motion Joining Co-Defendant's, Kevin Seefried, Motion to Dismiss Indictment for Violation of the Speedy Trial Act detailed below:

1.      On April 8, 2022, this Court held a Status Conference in this matter, during which the Court and the Parties discussed issues regarding the current trial date and the potential impact of the  Speedy Trial Act, 18 U.S.C. § 3161, *et. seq*., upon it.

2.      During the conference, Counsel for co-defendant, Kevin Hunter, informed the Court of his client's intent to file a motion to dismiss the Indictment on speedy trial grounds. Undersigned counsel, immediately thereafter, orally motioned this Court for leave to join in Kevin Seefried's motion to dismiss once filed.

3.      The Court granted that request and entered an oral order permitting Hunter Seefried to join in Kevin Seefried's motion to dismiss the indictment on speedy trial grounds.

4.      On March 8, 2022, Kevin Seefried filed his Motion to Dismiss Indictment for Violation of the Speedy Trial Act (D.I. 60). Accordingly, Hunter Seefried files the instant motion

adopting and joining in Co-defendant's, Kevin Seefried, Motion to Dismiss Indictment for Violation of the Speedy Trial.

     5.    Joining Kevin Seefried' motion to dismiss (D.I. 60) in lieu of filing a separate motion is in the interests of justice and judicial economy. It will promote the just determination of the case, simplify procedures, and eliminate unjustifiable expense and delay in accordance with Fed. R. Crim. P. 2.

                    Respectfully Submitted,

                    /s/ Edson A. Bostic
                    Edson A. Bostic, Esquire
                    The Bostic Law Firm
                    1700 Market Street, Suite 1005
                    Philadelphia, PA 19103
                    (267) 239-4693
                    eab.bosticfirm@gmail.com

                    Attorney for Defendant Hunter Seefried

Dated:  May 18, 2022