UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case. No. 21-287-1 (TNM) |
| ) | |
| KEVIN SEEFRIED  ) | |
| ) | |
| Defendant.   ) | |

**ORDER**

Upon consideration of the Defendant's Motion to Compel, it is hereby ORDERED that Kevin Seefried's Motion is GRANTED and that the government provide the requested information by June __, 2022.

Date: _____

_____
Honorable Trevor N. McFadden
United States District Court for the
District of Columbia