UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case. No. 21-287-1 (TNM) |
| ) | |
| **KEVIN SEEFRIED** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Upon consideration of the Defendant's Motion in Limine, it is hereby ORDERED that Kevin Seefried's Motion is GRANTED.

Date: _____

_____
Honorable Trevor N. McFadden
United States District Court for the
District of Columbia