UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Case. No. 21-287-1 (TNM)** |
| ) | |
| **KEVIN SEEFRIED** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of the Defendant's Motion for Leave to Late File, it is hereby ORDERED that Kevin Seefried's Motion is GRANTED and that the Court will consider ECF No. 79 on its merits.

Date: _____

_____
Honorable Trevor N. McFadden
United States District Court for the
District of Columbia