Government ✔  United States

Plaintiff ☐  VS.  Criminal No. 21-CR-287 (TNM)

Defendant ☐  Kevin Seefried
Hunter Seefried

Joint ☐

Court ☐

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| | **00-99 Series: Physical Evidence** | | | |
| 1 | Confederate Battle Flag | 6/13/2022 | 6/13/2022 | Joseph Lear |
| | **100-199 Series: Maps/Diagrams & Demonstrative Aids** | | | |
| 101 | Arial Map of Restricted Area on January 6, 2021 | 6/13/22 | 6/13/22 | Thomas Loyd |
| 102 | U.S. Capitol Floor Plan – Basement | 6/13/22 | 6/13/22 | Thomas Loyd |
| 103 | U.S. Capitol Floor Plan – First Floor | 6/13/22 | 6/13/22 | Thomas Loyd |
| 104 | U.S. Capitol Floor Plan – Second Floor | 6/13/22 | 6/13/22 | Thomas Loyd, Eugene Goodman |
| 105 | U.S. Capitol Floor Plan – Third Floor | 6/13/22 | 6/13/22 | Thomas Loyd |
| 106 | 3-D Image of Exterior of the U.S. Capitol Building | 6/13/22 | 6/13/22 | Thomas Loyd |
| | **200-299 Series: Government Agency Documents** | | | |
| 201 | Hunter Seefried FBI Advice of Rights Form, dated 1/12/2021 | 6/14/22 | 6/14/22 | Ryan McCabe |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 202 | Photograph shown to Hunter Seefried during January 12, 2021 FBI interview | 6/14/2022 | 6/14/2022 | Ryan McCabe |
| 203 | Kevin Seefried FBI Advice of Rights Form, dated 1/12/2021 | 6/13/22 | 6/13/22 | Joseph Lear |
| 204A | Photograph shown to Kevin Seefried during January 12, 2021 FBI interview | 6/13/22 | 6/13/22 | Joseph Lear |
| 204B | Photograph shown to Kevin Seefried during January 12, 2021 FBI interview | 6/13/22 | 6/13/22 | Joseph Lear |
| 204C | Photograph shown to Kevin Seefried during January 12, 2021 FBI interview | 6/13/22 | 6/13/22 | Joseph Lear |
| 205 | January 5, 2021 Head of State Notification (Email) and Worksheet (Attachment) | | | |
| | **300-399 Series: Interview Videos** | | | |
| 301 | Video of Interview of Hunter Seefried January 12, 2021 | 6/14/22 | 6/14/22 | Ryan McCabe |
| 302A | Video of Interview of Kevin Seefried January 12, 2021, 00:00:00 – 01:00:17 | 6/13/22 | 6/13/22 | Joseph Lear |
| 302B | Video of Interview of Kevin Seefried January 12, 2021, 01:15:18 – 01:16:24 | 6/13/22 | 6/13/22 | Joseph Lear |
| | **400-499 Series: U.S. Capitol Police CCV Video** | | | |
| 401 | Video Montage of USCP Footage | 6/13/22 | 6/13/22 | Thomas Loyd Brandon Kiley |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 402 | Footage from Camera 3188 – January 6, 2021, 13:16:50-13:18:30 | | | |
| 403 | Footage from Camera 0924 -- January 6, 2021, 14:09:30-14:11:35 | 6/13/22 | 6/13/22 | |
| 403A | Still image from Exhibit 403 | 6/13/22 | 6/13/22 | |
| 404 | Footage from Camera 0925— January 6, 2021, 14:09:20-14:11:30 | 6/13/22 | 6/13/22 | |
| 404A | Still image from Exhibit 404 | | | |
| 405 | Footage from Camera 0926 – January 6, 2021, 14:11:20-14:13:30 | 6/13/22 | 6/13/22 | |
| 405A | Still image from Exhibit 405 | 6/13/22 | 6/13/22 | |
| 406 | Footage from Camera 0908 – January 6, 2021, 14:12:40-14:14:45 | 6/13/22 | 6/13/22 | |
| 407 | Footage from Camera 0102— January 6, 2021, 14:11:55-14:16:30 | 6/13/22 | 6/13/22 | |
| 407A | Still image from Exhibit 407 | | | |
| 407B | Still image from Exhibit 407 | | | |
| 407C | Still image from Exhibit 407 | | | |
| 407D | Still image from Exhibit 407 | | | |
| 407E | Still image from Exhibit 407 | | | |
| 408 | Footage from Camera 0123 – January 6, 2021, 14:13:10-14:14:10 | | | |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 409 | Footage from Camera 0124 – January 6, 2021, 14:13:45-14:14:05 | | | |
| 410 | Footage from Camera 0961 – January 6, 2021, 14:14:55-14:15:55 | 6/13/22 | 6/13/22 | Thomas Loyd |
| 411 | Footage from Camera 0961 – January 6, 2021, 14:27:20-14:29:15 | | | |
| 412 | Footage from Camera 0961 – January 6, 2021, 14:29:25-14:30:00 | | | |
| 413 | Footage from Camera 0961 – January 6, 2021, 14:35:05-14:36:00 | | | |
| 414 | Footage from Camera 0213— January 6, 2021, 14:15:00-14:35:30 | 6/13/22 | 6/13/22 | Thomas Loyd Brian Morgan |
| 415 | Footage from Camera 0214 – January 6, 2021, 14:15:00-14:35:30 | | | |
| 416 | Footage from Camera 0211 – January 6, 2021, 14:27:35-14:28:20 | | | |
| 417 | Footage from Camera 0211 – January 6, 2021, 14:35:30-14:35:50 | | | |
| 418 | Footage from Camera 0216 – January 6, 2021, 14:27:45-14:28:10 | | | |
| 419 | Footage from Camera 0113— January 6, 2021, 14:36:20-14:36:40 | | | |
| 420 | Footage from Camera 0114 – January 6, 2021, 14:36:00-14:35:45 | | | |
| 421 | Footage from Camera 0117 – January 6, 2021, 14:36:25-14:36:50 | | | |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 422 | Footage from Camera 0462--January 6, 2021, 14:25:48-14:26:20 | 6/13/2022 | 6/13/2022 | Thomas Loyd |
| 423 | Footage of Vice Presidential Motorcade January 6, 2021, 1:58:40 -1:59:40 (Video of Pence Motorcade) | 6/13/22 | 6/13/22 | |
| | **500-599 Series: Third Party Video and Photographs** | | | |
| 501 | Video taken from North West Lawn of the U.S. Capitol building—January 6, 2021, prior to 14:11 | 6/13/22 | 6/13/22 | Thomas Loyd |
| 502 | Video taken from vantage point outside of U.S. Capitol building—January 6, 2021, 14:11-14:13 | 6/13/22 | 6/13/22 | Thomas Loyd Ryan McCabe |
| 502A | Still image from Exhibit 502 | | | |
| 502B | Still image from Exhibit 502 | | | |
| 502C | Still image from Exhibit 502 | | | |
| 502D | Still image from Exhibit 502 | | | |
| 502E | Still image from Exhibit 502 | | | |
| 503 | Video taken from vantage point on an upper floor of U.S. Capitol building—January 6, 2021, 14:11-14:12 | 6/13/22 | 6/13/22 | Thomas Loyd |
| 504 | Video taken from vantage point of outside, then inside, the U.S. Capitol building—January 6, 2021, 14:13-14:15 | 6/13/22 | 6/13/22 | Thomas Loyd Eugene Goodman |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 504A | Still image from Exhibit 504 | | | |
| 504B | Still image from Exhibit 504 | | | |
| 504C | Still image from Exhibit 504 | | | |
| 504D | Video excerpt taken from Exhibit 504 | 6/13/22 | 6/13/22 | Eugene Goodman |
| 504E | Still image from Exhibit 504 | 6/13/22 | 6/13/22 | Eugene Goodman |
| 504F | Still image from Exhibit 504 | 6/13/22 | 6/13/22 | Eugene Goodman |
| 505 | Video taken from vantage point of inside the U.S. Capitol building—January 6, 2021, 14:13-15:15 | 6/13/22 | 6/13/22 | Thomas Loyd Eugene Goodman |
| 506 | Video taken from vantage point inside the U.S. Capitol building – January 6, 2021, 14:15 | 6/13/22 | 6/13/22 | Eugene Goodman |
| 507 | Video taken from vantage point inside the U.S. Capitol building – January 6, 2021, 14:15 | | | |
| 508 | Video taken from vantage point outside of the U.S. Capitol building – January 6, 2021, 14:35-14:36 | | | |
| 509 | Video taken from vantage point outside of the U.S. Capitol building – January 6, 2021, 14:36-14:37 | | | |
| 510 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building—January 6, 2021, between 14:15 and 14:35 | 6/13/22 | 6/13/22 | Thomas Loyd Eugene Goodman Brian Morgan |

6

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 511 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— January 6, 2021, between 14:15 and 14:35 | 6/13/22 | 6/13/22 | Thomas Loyd Eugene Goodman Brian Morgan Brandon Kiley |
| 512 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— January 6, 2021, between 14:15 and 14:35 | | | |
| 513 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— January 6, 2021, between 14:15 and 14:35 | 6/13/22 | 6/13/22 | Thomas Loyd Eugene Goodman Brian Morgan |
| 514 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— January 6, 2021, between 14:15 and 14:35 | 6/13/22 | 6/13/22 | Thomas Loyd Eugene Goodman Brandon Kiley |
| 515 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— January 6, 2021, between 14:15 and 14:35 | 6/13/22 | 6/13/22 | Thomas Loyd Eugene Goodman Brian Morgan |
| 516 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— January 6, 2021, between 14:15 and 14:35 | 6/13/22 | 6/13/22 | Thomas Loyd |
| 517 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— January 6, 2021, between 14:15 and 14:35 | | | |
| 518 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— | 6/13/22 | 6/13/22 | Thomas Loyd |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
|  | January 6, 2021, between 14:15 and 14:35 |  |  |  |
| 519 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building—January 6, 2021, between 14:15 and 14:35 |  |  |  |
| 520 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building—January 6, 2021, between 14:15 and 14:35 |  |  |  |
| 521 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building—January 6, 2021, between 14:15 and 14:35 | 6/13/22 | 6/13/22 | Thomas Loyd |
| 522 | Photograph taken inside of the U.S. Capitol building between 14:35 and 14:36 |  |  |  |
| 523 | Photograph taken inside U.S. Capitol building at approximately 14:36 |  |  |  |
| 524 | Photograph taken outside of U.S. Capitol building, unknown time | 6/13/22 | 6/13/22 | Thomas Loyd |
| 525 | Photograph of west side of U.S. Capitol grounds with snow fencing and "area closed" signs | 6/13/22 | 6/13/22 | Thomas Loyd |
| 526 | Close-up of "area closed" sign | 6/13/22 | 6/13/22 | Thomas Loyd |
| 527 | Excerpt from Exhibit 407 and Exhibit 502 | 6/13/22 | 6/13/22 | Thomas Loyd |
|  | **600-699 Series: Congressional Records, Constitutional Articles, Statutes** |  |  |  |
| 601 | U.S. Constitution, Amend. XII | 6/13/22 | 6/13/22 |  |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 601A | U.S. Constitution, Amend. XII (highlighted version) | 6/13/2022 | 6/13/2022 | |
| 602 | Title 3, United States Code, § 15 | 6/13/22 | 6/13/22 | |
| 602A | Title 3, United States Code, § 15 (highlighted version) | 6/13/22 | 6/13/22 | |
| 603 | Title 3, United States Code, § 16 | 6/13/22 | 6/13/22 | |
| 603A | Title 3, United States Code, § 16 (highlighted version) | 6/13/22 | 6/13/22 | |
| 604 | Senate Concurrent Resolution 1 (January 3, 2021) | 6/13/22 | 6/13/22 | |
| 604A | Senate Concurrent Resolution 1 (January 3, 2021) (highlighted) | 6/13/22 | 6/13/22 | |
| 605 | Video Montage – including Congressional Record (Vol. 167, No. 4) at S13, S14, S18, H75, H76, H84 and video footage from the House and Senate | 6/13/22 | 6/13/22 | |
| | **700-799 Series: Stipulations and Stipulated Documents** | | | |
| 701 | Stipulation Regarding the Capitol Building and Grounds | 6/13/22 | 6/13/22 | |
| 702 | Stipulation Regarding United States Capitol Police Closed Circuit Video Monitoring | 6/13/22 | 6/13/22 | |
| 703 | Stipulation Regarding the Presence of Kevin Seefried and Hunter Seefried in the U.S. Capitol Building | 6/13/22 | 6/13/22 | |
| 703A | Photograph of Kevin Seefried | 6/13/22 | 6/13/22 | |
| 703B | Photograph of Hunter Seefried | 6/13/22 | 6/13/22 | |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 704 | Stipulation Regarding the Trial Testimony and Transcript of Inspector Lanelle Hawa | 6/13/2022 | 6/13/22 | |
| 704A | Trial Transcript of the Testimony of Inspector Lanelle Hawa, dated March 21, 2022 | 6/13/22 | 6/13/22 | |
| 705 | Stipulation Regarding the Trial Testimony and Transcript of Daniel Schwager | 6/13/22 | 6/13/22 | |
| 705A | Trial Transcript of the Testimony of Daniel Schwager, dated May 24, 2022 | 6/13/22 | 6/13/22 | |
| 706 | Stipulation Regarding Video Footage from Senate Recording Studio and House Recording Studio | 6/13/22 | 6/13/22 | |
| 707 | Stipulation Regarding Speech Given by Former President Donald J. Trump | 6/13/22 | 6/13/22 | |