| | | |
|---|---|---|
| Government ☐ | United States | |
| Plaintiff ☐ | VS. | Civil/Criminal No. 21-CR-287-1 (TNM) |
| Defendant ☑ | Kevin Seefried | |
| Joint ☐ | | |
| Court ☐ | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 26 | 0905 USCD LA North Dome - 2021-01-06_19h56min11s.mp4 [02:44 – 03:47]. Time of day: 2:58:55pm – 2:59:58pm. | 6/14/22 YES ↓ | 6/14/22 YES ↓ | By stipulation. | 06/14/22 |
| 27 | 0074 USCH BA Lower W Terrace Door Exterior - 2021-01-06_19h53min10s.mp4 [05:50 – 06:00]. Time of day: 2:59:00pm -2:59:10pm. | YES | YES | By stipulation. | 06/14/22 |
| 28 | 0102USCS01SenateWingDoornearS139_2021-01-06_14h56min 05s277ms.mp4 [02:50 – 03:00]. Time of day: 2:58:55pm – 2:59:05pm. | YES | YES | By stipulation. | 06/14/22 |
| 29 | 0933 USCG 00 CVC Elevator Tower North - 2021-01-06_19h49min28s.mp4 [09:30 – 09:40]. Time of day: 2:58:58pm – 2:59:08pm. | YES | YES | By stipulation. | 06/14/22 |
| 30 | 0959USC02RotundaSouth_2021-01-06_14h52min26s210ms.mp4 [06:30 – 06:40]. Time of day: 2:58:56pm – 2:59:06pm. | YES | YES | By stipulation. | 06/14/22 |
| 31 | 0905 USCD LA North Dome - 2021-01-06_20h14min16s.mp4 [03:33 – 08:15]. Time of day: 3:17:49pm – 3:21:31pm. | YES | YES | By stipulation. | 06/14/22 |
| | | | | | |
| | | | | | |
| 1 | Officer Goodman's Victim Impact Statement (Under seal) | 6/13/22 YES | 6/14/22 YES | Officer Eugene Goodman | 06/14/22 |

| | | | | Government | ☐ |
|---|---|---|---|---|---|
| | | | | Plaintiff | ☐ |
| | | | | Defendant | ✓ |
| | | | | Joint | ☐ |
| | | | | Court | ☐ |

United States
VS.
Kevin Seefried

Civil/Criminal No. 21-CR-287-1 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 16 | 0213USCS02OhioClockCorridornearS208_2021-01-06_14h40min02s917ms. Time of day: 2:40:02pm - | 6/14/22 YES ↓ | 6/14/22 YES ↓ | By stipulation. | 06/14/22 |
| 17 | 0202USCS02OhioClocknearS230_2021-01-06_14h40min01s260ms. Time of day: 2:40:01pm. | YES | YES | By stipulation. | 06/14/22 |
| 18 | 0902 USCD LA Dome East - 2021-01-06_19h40min01s.mp4 [00:55- 03:50]. Time of day: 2:40:56pm – 2:43:51pm. | YES | YES | By stipulation. | 06/14/22 |
| 19 | 7213 USCG 00 Senate Trolley Stop-2021-01-06_19h40min00s.mp4 [03:38 – 04:00]. Time of day: 2:43:38pm – 2:44:00pm. | YES | YES | By stipulation. | 06/14/22 |
| 20 | 0930 USCG 00 Upper Terrace NE - 2021-01-06_19h36min52s.mp4 [07:27-08:03]. Time of day: 2:44:11pm – 2:44:55pm. | YES | YES | By stipulation. | 06/14/22 |
| 21 | 0946 USCS RF Northwest Roof - 2021-01-06_19h42min21s.mp4 [05:40 –09:43]. Time of day: 2:48:01pm-2:52:04pm. | YES | YES | By stipulation. | 06/14/22 |
| 22 | 0114 USCS 01 Senate Carriage Door - 2021-01-06_19h40min02s.mp4 [16:03 – 16:11]. Time of day: 2:56:05pm – 2:56:13pm. | YES | YES | By stipulation. | 06/14/22 |
| 23 | 3188 QNW 00 Peace Circle NW - 2021-01-06_19h40min02s.mp4 [17:55 – 18:53]. Time of day: 2:57:57pm – 2:58:55pm. | YES | YES | By stipulation. | 06/14/22 |
| 24 | 0908 USCD LA West Dome - 2021-01-06_19h50min32s.mp4 [08:20 – 08:30]. Time of day: 2:58:52pm -2:59:02pm. | YES | YES | By stipulation. | 06/14/22 |
| 25 | 0903 USCD LA Dome West - 2021-01-06_19h57min35s.mp4 [01:20 – 01:30]. Time of day: 2:58:55pm -2:59:05pm. | YES | YES | By stipulation. | 06/14/22 |

| Government | ☐ | United States | | | | |
|---|---|---|---|---|---|---|
| Plaintiff | ☐ | | VS. | | Civil/Criminal No. | 21-CR-287-1 (TNM) |
| Defendant | ✓ | Kevin Seefried | | | | |
| Joint | ☐ | | | | | |
| Court | ☐ | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 6 | 0905 USCD LA North Dome - 2021-01-06_17h32min22s.mp4 [00:51 – 1:00]. Time of day: 12:33:13pm-12:33:22pm. | 6/14/22 YES ↓ | 6/14/22 YES ↓ | By stipulation. | 06/14/22 |
| 7 | 0905 USCD LA North Dome - 2021-01-06_18h15min40s.mp4 [09:10-end]. Time of day: 1:24:50pm-1:25:45 pm. | YES | YES | By stipulation. | 06/14/22 |
| 8a; 8b | 0905 USCD LA North Dome - 2021-01-06_18h25min46s.mp4 [all] 0905_USCD_LA_North_Dome_-_2021-01-06_18h34min55s [all] Time of day: 1:25:46pm – 1:52:48pm. | YES | YES | By stipulation. | 06/14/22 |
| 9 | 0905 USCD LA North Dome - 2021-01-06_18h52min49s.mp4 [00:00- 05:18]. Time of day: 1:52:49pm – 1:58:07pm. | YES | YES | By stipulation. | 06/14/22 |
| 10 | 3188 QNW 00 Peace Circle NW - 2021-01-06_18h40min02s.mp4 [17:30 – 18:24]. Time of day: 1:57:32pm -1:58:26pm. | YES | YES | By stipulation. | 06/14/22 |
| 11 | 0903 USCD LA Dome West - 2021-01-06_18h53min56s.mp4 [08:28 – 08:36]. Time of day: 2:02:24pm –2:02:32pm. | YES | YES | By stipulation. | 06/14/22 |
| 12 | 0204_USCS_02_Room_224_-_2021-01-06_19h20min01s. Time of day: 2:20:01pm. | YES | YES | By stipulation. | 06/14/22 |
| 13 | 0204_USCS_02_Room_224_-_2021-01-06_19h40min01s. Time of day: 2:40:01pm. | YES | YES | By stipulation. | 06/14/22 |
| 14 | 7205 USCG 00 East Front Senate Egg W - 2021-01-06_19h35min28s.mp4 [02:50-03:40]. Time of day: 2:38:18pm – 2:39:08pm. | YES | YES | By stipulation. | 06/14/22 |
| 15 | 0932 USCG 00 CVC Elevator Tower South - 2021-01-06_19h34min39s.mp4 [04:12-04:57]. Time of day: 2:38:51pm – 2:39:36pm. | YES | YES | By stipulation. | 06/14/22 |