UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff | ) ) ) |
| V. | ) )  CRIMINAL CASE NO. 21-287 (TNM) |
| SEEFRIED et al | ) ) ) |
| Defendant | ) ) |

## JOINT ACKNOWLEDGMENT CONCERNING TRIAL EXHIBITS

Counsel acknowledge that they have jointly reviewed the exhibits that were admitted into evidence with the courtroom deputy and have agreed on what exhibits will be submitted to the Court.

**Plaintiff:**

Exhibits: _See Attached_

_[signature]_
Attorney for the plaintiff

Date: _06/15/2022_


**Defendants:**

Exhibits: _See Attached_

_[signature]_
Attorneys for the defendants

Date: _6/15/22_

| | | | | |
|---|---|---|---|---|
| Government | ✔ | | United States | |
| Plaintiff | ☐ | | VS. | Criminal No. 21-CR-287 (TNM) |
| Defendant | ☐ | | Kevin Seefried<br>Hunter Seefried | |
| Joint | ☐ | | | |
| Court | ☐ | | | |

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| | **00-99 Series:**<br>**Physical Evidence** | | | |
| 1 | Confederate Battle Flag | 6/13/2022 | 6/13/2022 | Joseph Lear |
| | **100-199 Series:**<br>**Maps/Diagrams**<br>**& Demonstrative Aids** | | | |
| 101 | Arial Map of Restricted Area on January 6, 2021 | 6/13/22 | 6/13/22 | Thomas Loyd |
| 102 | U.S. Capitol Floor Plan – Basement | 6/13/22 | 6/13/22 | Thomas Loyd |
| 103 | U.S. Capitol Floor Plan – First Floor | 6/13/22 | 6/13/22 | Thomas Loyd |
| 104 | U.S. Capitol Floor Plan – Second Floor | 6/13/22 | 6/13/22 | Thomas Loyd<br>Eugene Goodman |
| 105 | U.S. Capitol Floor Plan – Third Floor | 6/13/22 | 6/13/22 | Thomas Loyd |
| 106 | 3-D Image of Exterior of the U.S. Capitol Building | 6/13/22 | 6/13/22 | Thomas Loyd |
| | **200-299 Series:**<br>**Government Agency**<br>**Documents** | | | |
| 201 | Hunter Seefried FBI Advice of Rights Form, dated 1/12/2021 | 6/14/22 | 6/14/22 | Ryan McCabe |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 202 | Photograph shown to Hunter Seefried during January 12, 2021 FBI interview | 6/14/2022 | 6/14/2022 | Ryan McCabe |
| 203 | Kevin Seefried FBI Advice of Rights Form, dated 1/12/2021 | 6/13/22 | 6/13/22 | Joseph Lear |
| 204A | Photograph shown to Kevin Seefried during January 12, 2021 FBI interview | 6/13/22 | 6/13/22 | Joseph Lear |
| 204B | Photograph shown to Kevin Seefried during January 12, 2021 FBI interview | 6/13/22 | 6/13/22 | Joseph Lear |
| 204C | Photograph shown to Kevin Seefried during January 12, 2021 FBI interview | 6/13/22 | 6/13/22 | Joseph Lear |
| 205 | January 5, 2021 Head of State Notification (Email) and Worksheet (Attachment) | | | |
| | **300-399 Series: Interview Videos** | | | |
| 301 | Video of Interview of Hunter Seefried January 12, 2021 | 6/14/22 | 6/14/22 | Ryan McCabe |
| 302A | Video of Interview of Kevin Seefried January 12, 2021, 00:00:00 – 01:00:17 | 6/13/22 | 6/13/22 | Joseph Lear |
| 302B | Video of Interview of Kevin Seefried January 12, 2021, 01:15:18 – 01:16:24 | 6/13/22 | 6/13/22 | Joseph Lear |
| | **400-499 Series: U.S. Capitol Police CCV Video** | | | |
| 401 | Video Montage of USCP Footage | 6/13/22 | 6/13/22 | Thomas Loyd Brandon Kiley |

2

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 402 | Footage from Camera 3188 – January 6, 2021, 13:16:50-13:18:30 | | | |
| 403 | Footage from Camera 0924 -- January 6, 2021, 14:09:30-14:11:35 | 6/13/22 | 6/13/22 | |
| 403A | Still image from Exhibit 403 | 6/13/22 | 6/13/22 | |
| 404 | Footage from Camera 0925— January 6, 2021, 14:09:20-14:11:30 | 6/13/22 | 6/13/22 | |
| 404A | Still image from Exhibit 404 | | | |
| 405 | Footage from Camera 0926 – January 6, 2021, 14:11:20-14:13:30 | 6/13/22 | 6/13/22 | |
| 405A | Still image from Exhibit 405 | 6/13/22 | 6/13/22 | |
| 406 | Footage from Camera 0908 – January 6, 2021, 14:12:40-14:14:45 | 6/13/22 | 6/13/22 | |
| 407 | Footage from Camera 0102— January 6, 2021, 14:11:55-14:16:30 | 6/13/22 | 6/13/22 | |
| 407A | Still image from Exhibit 407 | | | |
| 407B | Still image from Exhibit 407 | | | |
| 407C | Still image from Exhibit 407 | | | |
| 407D | Still image from Exhibit 407 | | | |
| 407E | Still image from Exhibit 407 | | | |
| 408 | Footage from Camera 0123 – January 6, 2021, 14:13:10-14:14:10 | | | |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 409 | Footage from Camera 0124 – January 6, 2021, 14:13:45-14:14:05 | | | |
| 410 | Footage from Camera 0961 – January 6, 2021, 14:14:55-14:15:55 | 6/13/22 | 6/13/22 | Thomas Loyd |
| 411 | Footage from Camera 0961 – January 6, 2021, 14:27:20-14:29:15 | | | |
| 412 | Footage from Camera 0961 – January 6, 2021, 14:29:25-14:30:00 | | | |
| 413 | Footage from Camera 0961 – January 6, 2021, 14:35:05-14:36:00 | | | |
| 414 | Footage from Camera 0213— January 6, 2021, 14:15:00-14:35:30 | 6/13/22 | 6/13/22 | Thomas Loyd Brian Morgan |
| 415 | Footage from Camera 0214 – January 6, 2021, 14:15:00-14:35:30 | | | |
| 416 | Footage from Camera 0211 – January 6, 2021, 14:27:35-14:28:20 | | | |
| 417 | Footage from Camera 0211 – January 6, 2021, 14:35:30-14:35:50 | | | |
| 418 | Footage from Camera 0216 – January 6, 2021, 14:27:45-14:28:10 | | | |
| 419 | Footage from Camera 0113— January 6, 2021, 14:36:20-14:36:40 | | | |
| 420 | Footage from Camera 0114 – January 6, 2021, 14:36:00-14:35:45 | | | |
| 421 | Footage from Camera 0117 – January 6, 2021, 14:36:25-14:36:50 | | | |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 422 | Footage from Camera 0462--January 6, 2021, 14:25:48-14:26:20 | 6/13/2022 | 6/13/2022 | Thomas Loyd |
| 423 | Footage of Vice Presidential Motorcade January 6, 2021, 1:58:40 -1:59:40 (Video of Pence Motorcade) | 6/13/22 | 6/13/22 | |
| | **500-599 Series: Third Party Video and Photographs** | | | |
| 501 | Video taken from North West Lawn of the U.S. Capitol building—January 6, 2021, prior to 14:11 | 6/13/22 | 6/13/22 | Thomas Loyd |
| 502 | Video taken from vantage point outside of U.S. Capitol building—January 6, 2021, 14:11-14:13 | 6/13/22 | 6/13/22 | Thomas Loyd Ryan McCabe |
| 502A | Still image from Exhibit 502 | | | |
| 502B | Still image from Exhibit 502 | | | |
| 502C | Still image from Exhibit 502 | | | |
| 502D | Still image from Exhibit 502 | | | |
| 502E | Still image from Exhibit 502 | | | |
| 503 | Video taken from vantage point on an upper floor of U.S. Capitol building—January 6, 2021, 14:11-14:12 | 6/13/22 | 6/13/22 | Thomas Loyd |
| 504 | Video taken from vantage point of outside, then inside, the U.S. Capitol building—January 6, 2021, 14:13-14:15 | 6/13/22 | 6/13/22 | Thomas Loyd Eugene Goodman |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 504A | Still image from Exhibit 504 | | | |
| 504B | Still image from Exhibit 504 | | | |
| 504C | Still image from Exhibit 504 | | | |
| 504D | Video excerpt taken from Exhibit 504 | 6/13/22 | 6/13/22 | Eugene Goodman |
| 504E | Still image from Exhibit 504 | 6/13/22 | 6/13/22 | Eugene Goodman |
| 504F | Still image from Exhibit 504 | 6/13/22 | 6/13/22 | Eugene Goodman |
| 505 | Video taken from vantage point of inside the U.S. Capitol building— January 6, 2021, 14:13-15:15 | 6/13/22 | 6/13/22 | Thomas Loyd Eugene Goodman |
| 506 | Video taken from vantage point inside the U.S. Capitol building – January 6, 2021, 14:15 | 6/13/22 | 6/13/22 | Eugene Goodman |
| 507 | Video taken from vantage point inside the U.S. Capitol building – January 6, 2021, 14:15 | | | |
| 508 | Video taken from vantage point outside of the U.S. Capitol building – January 6, 2021, 14:35-14:36 | | | |
| 509 | Video taken from vantage point outside of the U.S. Capitol building – January 6, 2021, 14:36-14:37 | | | |
| 510 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— January 6, 2021, between 14:15 and 14:35 | 6/13/22 | 6/13/22 | Thomas Loyd Eugene Goodman Brian Morgan |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 511 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— January 6, 2021, between 14:15 and 14:35 | 6/13/22 | 6/13/22 | Thomas Loyd Eugene Goodman Brian Morgan Brandon Kiley |
| 512 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— January 6, 2021, between 14:15 and 14:35 | | | |
| 513 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— January 6, 2021, between 14:15 and 14:35 | 6/13/22 | 6/13/22 | Thomas Loyd Eugene Goodman Brian Morgan |
| 514 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— January 6, 2021, between 14:15 and 14:35 | 6/13/22 | 6/13/22 | Thomas Loyd Eugene Goodman Brandon Kiley |
| 515 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— January 6, 2021, between 14:15 and 14:35 | 6/13/22 | 6/13/22 | Thomas Loyd Eugene Goodman Brian Morgan |
| 516 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— January 6, 2021, between 14:15 and 14:35 | 6/13/22 | 6/13/22 | Thomas Loyd |
| 517 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— January 6, 2021, between 14:15 and 14:35 | | | |
| 518 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building— | 6/13/22 | 6/13/22 | Thomas Loyd |

7

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
|  | January 6, 2021, between 14:15 and 14:35 |  |  |  |
| 519 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building—January 6, 2021, between 14:15 and 14:35 |  |  |  |
| 520 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building—January 6, 2021, between 14:15 and 14:35 |  |  |  |
| 521 | Photograph taken in the Ohio Clock Corridor of the U.S. Capitol building—January 6, 2021, between 14:15 and 14:35 | 6/13/22 | 6/13/22 | Thomas Loyd |
| 522 | Photograph taken inside of the U.S. Capitol building between 14:35 and 14:36 |  |  |  |
| 523 | Photograph taken inside U.S. Capitol building at approximately 14:36 |  |  |  |
| 524 | Photograph taken outside of U.S. Capitol building, unknown time | 6/13/22 | 6/13/22 | Thomas Loyd |
| 525 | Photograph of west side of U.S. Capitol grounds with snow fencing and "area closed" signs | 6/13/22 | 6/13/22 | Thomas Loyd |
| 526 | Close-up of "area closed" sign | 6/13/22 | 6/13/22 | Thomas Loyd |
| 527 | Excerpt from Exhibit 407 and Exhibit 502 | 6/13/22 | 6/13/22 | Thomas Loyd |
|  | **600-699 Series: Congressional Records, Constitutional Articles, Statutes** |  |  |  |
| 601 | U.S. Constitution, Amend. XII | 6/13/22 | 6/13/22 |  |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 601A | U.S. Constitution, Amend. XII (highlighted version) | 6/13/2022 | 6/13/2022 | |
| 602 | Title 3, United States Code, § 15 | 6/13/22 | 6/13/22 | |
| 602A | Title 3, United States Code, § 15 (highlighted version) | 6/13/22 | 6/13/22 | |
| 603 | Title 3, United States Code, § 16 | 6/13/22 | 6/13/22 | |
| 603A | Title 3, United States Code, § 16 (highlighted version) | 6/13/22 | 6/13/22 | |
| 604 | Senate Concurrent Resolution 1 (January 3, 2021) | 6/13/22 | 6/13/22 | |
| 604A | Senate Concurrent Resolution 1 (January 3, 2021) (highlighted) | 6/13/22 | 6/13/22 | |
| 605 | Video Montage – including Congressional Record (Vol. 167, No. 4) at S13, S14, S18, H75, H76, H84 and video footage from the House and Senate | 6/13/22 | 6/13/22 | |
| | **700-799 Series: Stipulations and Stipulated Documents** | | | |
| 701 | Stipulation Regarding the Capitol Building and Grounds | 6/13/22 | 6/13/22 | |
| 702 | Stipulation Regarding United States Capitol Police Closed Circuit Video Monitoring | 6/13/22 | 6/13/22 | |
| 703 | Stipulation Regarding the Presence of Kevin Seefried and Hunter Seefried in the U.S. Capitol Building | 6/13/22 | 6/13/22 | |
| 703A | Photograph of Kevin Seefried | 6/13/22 | 6/13/22 | |
| 703B | Photograph of Hunter Seefried | 6/13/22 | 6/13/22 | |

| EXHIBIT NO. | EXHIBIT DESCRIPTION | MARKED FOR ID | RECEIVED INTO EVIDENCE | WITNESS |
|---|---|---|---|---|
| 704 | Stipulation Regarding the Trial Testimony and Transcript of Inspector Lanelle Hawa | 6/13/2022 | 6/13/22 | |
| 704A | Trial Transcript of the Testimony of Inspector Lanelle Hawa, dated March 21, 2022 | 6/13/22 | 6/13/22 | |
| 705 | Stipulation Regarding the Trial Testimony and Transcript of Daniel Schwager | 6/13/22 | 6/13/22 | |
| 705A | Trial Transcript of the Testimony of Daniel Schwager, dated May 24, 2022 | 6/13/22 | 6/13/22 | |
| 706 | Stipulation Regarding Video Footage from Senate Recording Studio and House Recording Studio | 6/13/22 | 6/13/22 | |
| 707 | Stipulation Regarding Speech Given by Former President Donald J. Trump | 6/13/22 | 6/13/22 | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ✓ |
| Joint | ☐ |
| Court | ☐ |

United States

VS.

Kevin Seefried

Civil/Criminal No. 21-CR-287-1 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 26 | 0905 USCD LA North Dome - 2021-01-06_19h56min11s.mp4 [02:44 – 03:47]. Time of day: 2:58:55pm – 2:59:58pm. | 6/14/22 YES | 6/14/22 YES | By stipulation. | 06/14/22 |
| 27 | 0074 USCH BA Lower W Terrace Door Exterior - 2021-01-06_19h53min10s.mp4 [05:50 – 06:00]. Time of day: 2:59:00pm -2:59:10pm. | YES | YES | By stipulation. | 06/14/22 |
| 28 | 0102USCS01SenateWingDoornearS139_2021-01-06_14h56min05s277ms.mp4 [02:50 – 03:00]. Time of day: 2:58:55pm – 2:59:05pm. | YES | YES | By stipulation. | 06/14/22 |
| 29 | 0933 USCG 00 CVC Elevator Tower North - 2021-01-06_19h49min28s.mp4 [09:30 – 09:40]. Time of day: 2:58:58pm – 2:59:08pm. | YES | YES | By stipulation. | 06/14/22 |
| 30 | 0959USC02RotundaSouth_2021-01-06_14h52min26s210ms.mp4 [06:30 – 06:40]. Time of day: 2:58:56pm – 2:59:06pm. | YES | YES | By stipulation. | 06/14/22 |
| 31 | 0905 USCD LA North Dome - 2021-01-06_20h14min16s.mp4 [03:33 – 08:15]. Time of day: 3:17:49pm – 3:21:31pm. | YES | YES | By stipulation. | 06/14/22 |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| 1 | Officer Goodman's Victim Impact Statement (Under seal) | 6/13/22 YES | 6/14/22 YES | Officer Eugene Goodman | 06/14/22 |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ✓ |
| Joint | ☐ |
| Court | ☐ |

United States

VS.

Kevin Seefried

Civil/Criminal No. 21-CR-287-1 (TNM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 16 | 0213USCS02OhioClockCorridornearS208_2021-01-06_14h40min02s917ms. Time of day: 2:40:02pm - | 6/14/22 YES ↓ | 6/14/22 YES ↓ | By stipulation. | 06/14/22 |
| 17 | 0202USCS02OhioClocknearS230_2021-01-06_14h40min01s260ms. Time of day: 2:40:01pm. | YES | YES | By stipulation. | 06/14/22 |
| 18 | 0902 USCD LA Dome East - 2021-01-06_19h40min01s.mp4 [00:55- 03:50]. Time of day: 2:40:56pm – 2:43:51pm. | YES | YES | By stipulation. | 06/14/22 |
| 19 | 7213 USCG 00 Senate Trolley Stop-2021-01-06_19h40min00s.mp4 [03:38 – 04:00]. Time of day: 2:43:38pm – 2:44:00pm. | YES | YES | By stipulation. | 06/14/22 |
| 20 | 0930 USCG 00 Upper Terrace NE - 2021-01-06_19h36min52s.mp4 [07:27-08:03]. Time of day: 2:44:11pm – 2:44:55pm. | YES | YES | By stipulation. | 06/14/22 |
| 21 | 0946 USCS RF Northwest Roof - 2021-01-06_19h42min21s.mp4 [05:40 –09:43]. Time of day: 2:48:01pm-2:52:04pm. | YES | YES | By stipulation. | 06/14/22 |
| 22 | 0114 USCS 01 Senate Carriage Door - 2021-01-06_19h40min02s.mp4 [16:03 – 16:11]. Time of day: 2:56:05pm – 2:56:13pm. | YES | YES | By stipulation. | 06/14/22 |
| 23 | 3188 QNW 00 Peace Circle NW - 2021-01-06_19h40min02s.mp4 [17:55 – 18:53]. Time of day: 2:57:57pm – 2:58:55pm. | YES | YES | By stipulation. | 06/14/22 |
| 24 | 0908 USCD LA West Dome - 2021-01-06_19h50min32s.mp4 [08:20 – 08:30]. Time of day: 2:58:52pm -2:59:02pm. | YES | YES | By stipulation. | 06/14/22 |
| 25 | 0903 USCD LA Dome West - 2021-01-06_19h57min35s.mp4 [01:20 – 01:30]. Time of day: 2:58:55pm -2:59:05pm. | YES | YES | By stipulation. | 06/14/22 |

| | | | |
|---|---|---|---|
| Government ☐ | United States | | |
| Plaintiff ☐ | VS. | Civil/Criminal No. | 21-CR-287-1 (TNM) |
| Defendant ☑ | Kevin Seefried | | |
| Joint ☐ | | | |
| Court ☐ | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 6 | 0905 USCD LA North Dome - 2021-01-06_17h32min22s.mp4 [00:51 – 1:00]. Time of day: 12:33:13pm-12:33:22pm. | 6/14/22 YES | 6/14/22 YES | By stipulation. | 06/14/22 |
| 7 | 0905 USCD LA North Dome - 2021-01-06_18h15min40s.mp4 [09:10-end]. Time of day: 1:24:50pm-1:25:45 pm. | YES | YES | By stipulation. | 06/14/22 |
| 8a; 8b | 0905 USCD LA North Dome - 2021-01-06_18h25min46s.mp4 [all] 0905_USCD_LA_North_Dome_-_2021-01-06_18h34min55s [all] Time of day: 1:25:46pm – 1:52:48pm. | YES | YES | By stipulation. | 06/14/22 |
| 9 | 0905 USCD LA North Dome - 2021-01-06_18h52min49s.mp4 [00:00- 05:18]. Time of day: 1:52:49pm – 1:58:07pm. | YES | YES | By stipulation. | 06/14/22 |
| 10 | 3188 QNW 00 Peace Circle NW - 2021-01-06_18h40min02s.mp4 [17:30 – 18:24]. Time of day: 1:57:32pm -1:58:26pm. | YES | YES | By stipulation. | 06/14/22 |
| 11 | 0903 USCD LA Dome West - 2021-01-06_18h53min56s.mp4 [08:28 – 08:36]. Time of day: 2:02:24pm –2:02:32pm. | YES | YES | By stipulation. | 06/14/22 |
| 12 | 0204_USCS_02_Room_224_-_2021-01-06_19h20min01s. Time of day: 2:20:01pm. | YES | YES | By stipulation. | 06/14/22 |
| 13 | 0204_USCS_02_Room_224_-_2021-01-06_19h40min01s. Time of day: 2:40:01pm. | YES | YES | By stipulation. | 06/14/22 |
| 14 | 7205 USCG 00 East Front Senate Egg W - 2021-01-06_19h35min28s.mp4 [02:50-03:40]. Time of day: 2:38:18pm – 2:39:08pm. | YES | YES | By stipulation. | 06/14/22 |
| 15 | 0932 USCG 00 CVC Elevator Tower South - 2021-01-06_19h34min39s.mp4 [04:12-04:57]. Time of day: 2:38:51pm – 2:39:36pm. | YES | YES | By stipulation. | 06/14/22 |