1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
2
       * * * * * * * * * * * * * * *   )
3     UNITED STATES OF AMERICA,        )       Criminal Action
                                       )       No. 21-00287
4                     Plaintiff,       )
                                       )
5        vs.                           )
                                       )
6     KEVIN SEEFRIED and               )       Washington, D.C.
      HUNTER SEEFRIED,                 )       June 13, 2022
7                                      )       9:40 a.m.
                      Defendants.      )
8      * * * * * * * * * * * * * * *   )

9

10         TESTIMONY OF EUGENE GOODMAN EXCERPTED FROM THE
                            BENCH TRIAL
11        BEFORE THE HONORABLE TREVOR N. McFADDEN,
                    UNITED STATES DISTRICT JUDGE

12


13
      APPEARANCES:
14
      FOR THE GOVERNMENT:      BRITTANY L. REED, ESQ.
15                             UNITED STATES ATTORNEY'S OFFICE
                               650 Poydras Street
16                             Suite 1600
                               New Orleans, Louisiana 70130
17
                               BENET KERNES, ESQ.
18                             UNITED STATES ATTORNEY'S OFFICE
                               One Saint Andrew's Plaza
19                             New York, New York 0007

20
      FOR THE DEFENDANT        EUGENE OHM, ESQ.
21       KEVIN SEEFRIED:       ELIZABETH A. MULLIN, ESQ.
                               OFFICE OF THE FEDERAL PUBLIC
22                                DEFENDER
                               625 Indiana Avenue, Northwest
23                             Suite 550
                               Washington, D.C. 20004
24

25

```
 1     APPEARANCES, CONT'D:

 2     FOR THE DEFENDANT          EDSON BOSTIC, ESQ.
         HUNTER SEEFRIED:         THE BOSTIC LAW FIRM
 3                                1700 Market Street
                                  Suite 1005
 4                                Philadelphia, Pennsylvania 19103

 5
       REPORTED BY:               LISA EDWARDS, RDR, CRR
 6                                Official Court Reporter
                                  United States District Court for the
 7                                  District of Columbia
                                  333 Constitution Avenue, Northwest
 8                                Room 6706
                                  Washington, D.C. 20001
 9                                (202) 354-3269

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2

3                                    Direct       Cross          Red.

4

      WITNESSES FOR THE GOVERNMENT:
5
      Eugene Goodman                      4         49            108
6                                                  105

7

8     EXHIBITS RECEIVED IN EVIDENCE                              PAGE

9
      Government's Exhibit Nos. 504-E & 504-E                      29
10    Government's Exhibit No. 504-F                               32

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              MS. REED:  Your Honor, at this time the Government
 2     would call Officer Eugene Goodman.
 3              EUGENE GOODMAN, GOVERNMENT WITNESS, SWORN.
 4              THE COURT:  Good morning.
 5              THE WITNESS:  Good morning.
 6                        DIRECT EXAMINATION
 7     BY MS. REED:
 8     Q.  Good morning, Officer Goodman.
 9              MS. REED:  I don't know if you need his name
10     spelled for the record.
11     BY MS. REED:
12     Q.  Can you just please spell your name for the record.
13     A.  First name Eugene, E-U-G-E-N-E; last name Goodman,
14     G-O-O-D-M-A-N.
15     Q.  And, Officer Goodman, where are you currently employed?
16     A.  The United States Capitol Police.
17     Q.  And how long have you been employed as an officer with
18     the Capitol Police?
19     A.  It'll be 15 years come next month.
20     Q.  Are you assigned to a particular unit or division with
21     the Capitol Police?
22     A.  I'm assigned to the Senate chamber section in the
23     Capitol division with the United States Capitol Police.
24     Q.  Prior to your 15 years with the Capitol Police, did you
25     have any other law enforcement background?
```

1    A.   Law enforcement, no.

2    Q.   What about any military experience?

3    A.   I was in the Army for four and a half years.

4    Q.   Did you do any overseas missions during that time?

5    A.   I got one combat deployment with the 101st Airborne

6    Division out of Fort Campbell, Kentucky.

7    Q.   What influenced your decision to leave the military and

8    join the Capitol Police?

9    A.   Money.  More money.

10   Q.   Understandable.

11   A.   Yes.

12   Q.   So going back to becoming a police officer with Capitol

13   Police, is any specific training required?

14   A.   You do a six-month training academy.  The United States

15   Capitol Police most particularly, we -- it's broken up into

16   two sections.  We do three months down at the Federal Law

17   Enforcement Training Center down in Glenco, Georgia, and

18   then we finish up out at another facility in Cheltenham,

19   Maryland, on the back side of Andrews Air Force Base.

20   Q.   And does any of that training include riots and any sort

21   of raid situations?

22   A.   Yes.  We do get civil disturbance unit training or CDU

23   training, where we're pretending to be officers standing on

24   the line and instructors are pretending to be rioters and

25   trying to cross police lines.  So we do get training.  Yes.

1  Q.  Did you have to use any of that training on January 6th

2  of 2021?

3  A.  Yes.

4  Q.  Now I want to start at the beginning of that day.

5         What time were you expected to go to work that

6  day?

7  A.  I think start time that day was maybe 6:00 a.m.  It was

8  really, really early.  I got there an hour early.

9  Q.  And where do you currently park?

10 A.  That day, I parked on Louisiana Avenue adjacent of the

11 truck tunnel to the CBC, just a block from Union Station.

12 Q.  To your knowledge, was there any sort of rallies in town

13 that day on January 6th?

14 A.  To my knowledge, no.

15 Q.  Did you see any individuals making their way over

16 towards the Capitol when you arrived for work that way?

17 A.  That morning, yes.  When I first got to -- when I first

18 parked, I set my clock because I had plenty of time before I

19 was to go in the building.  There were individuals who I

20 presumed were coming from Union Station and they were

21 walking down the mall with -- and yeah.  And some were even

22 at that point yelling things.  And they had Trump

23 paraphernalia, hats, flags.

24 Q.  What were they yelling?

25 A.  Stop the Steal, things of that nature.  Yes.

1    Q.  So I asked you about Capitol Police.  To be clear, you

2    didn't have any knowledge as a Capitol Police officer.

3    Specifically, the officers weren't given any notice about

4    any sort of rallies.  Is that correct?  Or is that --

5    A.  No.  That's correct.

6    Q.  Did you yourself have independent knowledge about what

7    Stop the Steal meant?  Did you know anything at all about a

8    rally in town or just what Stop the Steal meant?

9    A.  I kind of gathered what they meant by Stop the Steal,

10   but I had no idea about any rally being in town.  I had no

11   idea for that day.  No.

12   Q.  Was the Capitol under security at that time for the

13   inauguration?

14   A.  Yes.  The entire Capitol was blocked off as per usual

15   for -- as per usual for the inauguration.  They block off

16   the entire complex, First Street to First Street, going west

17   to east, and also Con is fenced in.

18   Q.  Were you aware of any proceedings that were happening in

19   Congress on January 6th?

20   A.  Yes.  I was there specifically for the joint session of

21   Congress for that day.

22   Q.  So is it fair to say that you're pretty well-versed in

23   some aspects of what happens during that process as someone

24   who worked in the Senate that long?

25   A.  Yes.  Yes.

```
 1   Q.  I want to go back a little bit.  You said that you were
 2   working for the Senate unit that day.  Correct?
 3   A.  I was assigned to the Rotunda that day.
 4   Q.  Can you explain what were your responsibilities with
 5   that particular assignment?
 6   A.  So that assignment meant that I had to challenge and
 7   validate individuals passing between the Rotunda and going
 8   from one side of the building to the other, so from the
 9   House side to the Senate or from the Senate to the House,
10   and securing the route for members as they passed through
11   the Rotunda on the way to the House side of the building.
12   Q.  Did you see members inside that day when you were sort
13   of going through your process and your responsibilities?
14   A.  Yes.
15   Q.  Talk to us a little bit about the second floor.  The
16   judge has heard about that, so I won't belabor the point.
17   But you do see that there is a map on the side of you.
18   Correct?
19   A.  Yes.
20   Q.  Can you tell us in your responsibility, are you assigned
21   to the second floor of the Capitol?
22   A.  I'm assigned to the Senate chamber section, which is on
23   the second floor of the Capitol.  Yes.
24   Q.  Are there any particular offices of significance on that
25   second floor area?
```

1    A.  Yes, ma'am.  So you have the vice presidential office,

2    which has two offices, the ceremonial office and the staff

3    office.  You also have Senate leadership, both whips'

4    offices on that floor and you have various other offices.

5    And you also have the main entrance to the Senate.

6    Q.  And this is an easy way of saying, that's your floor.

7    Correct?

8    A.  That's my floor.  Yes.

9    Q.  Of all the floors in the Capitol, are you most familiar

10   with that floor?

11   A.  Yes.

12   Q.  Now, at some point on January 6, did you learn that

13   there had been a breach?  I want to start with the exterior

14   grounds of the Capitol.

15   A.  Yes.  I don't recall specifically what time, but I was

16   on post in the Rotunda and I heard "breach of the west

17   front."

18   Q.  And how did you hear that?

19   A.  Over the radio.

20   Q.  At that point, were your radio channels fairly clear so

21   that you could hear what was going on?

22   A.  Yes.  At that point, yes.

23   Q.  And did you respond to this breach?

24   A.  Yes.  Myself and the other officers that were assigned

25   to the Rotunda, we ran down the Rotunda stairs, looped

1    around and ran down the lowest terrace stairs, which is the

2    staircase that the president would take as he goes out to

3    address the public during the inauguration.  And I went down

4    to the lowest terrace door.

5    Q.  So just to be clear, when you hear this information come

6    across the radio, what floor of the Capitol are you on?

7    A.  When I hear the information come across the radio, I'm

8    on the second floor.

9    Q.  And then at some point do you transition to the first

10   floor?

11   A.  I transfer from the second floor to the first floor and

12   then to the basement, which is where the lower west terrace

13   door is.

14   Q.  Okay.  Do you know at that point where the breach had

15   occurred?

16   A.  Yeah.  I could see where the breach had occurred,

17   because once I got to the lower terrace door I could see

18   that people were spilling over the snow fencing and

19   advancing up the west terrace.

20   Q.  And at this point, were you still inside of the physical

21   Capitol?

22   A.  I was still inside the building.

23   Q.  At what point did you go outside of the door?

24   A.  I stayed inside for a little while because I'm not

25   assigned to the civil disturbance unit.  They're the guys

Goodman - DIRECT - By Ms. Reed

1    that wear the riot gear.  So I stayed inside for a while.

2              And then not too long after that, the civil

3    disturbance unit, they arrived.  They go outside.  And then

4    not too long after that, an officer comes up and says:  We

5    need you guys' help.  That's when I go outside.

6              MS. REED:  If we could go to Exhibit 401.

7    Actually, let's hold that for one moment.

8    BY MS. REED:

9    Q.  Officer Goodman, was this the first breach point of the

10   building at that point as you know it?

11   A.  To my knowledge, yes.

12   Q.  Were you aware of any other breach points at that point

13   that were going on in the Capitol?

14   A.  No.

15   Q.  At some point, you learned that there were other breach

16   points inside of the Capitol.  Correct?

17   A.  Eventually, yes.  Yes.

18   Q.  Now, sticking with where you were sort of looking out,

19   is that the inaugural stage side that you were looking from?

20   And what are you facing to?

21   A.  Yeah.  That's the inaugural stage side.  I'm facing

22   west.  I'm facing looking down the mall --

23   Q.  Okay.

24   A.  -- at a point.

25   Q.  Can you tell the Court from your perspective, what are

1    you seeing happening at this point?

2    A.  At that point, because I'm still inside, I just see a

3    lot of people spilling over the fence and just sort of

4    engulfing the west front.  They're sort of coming up the

5    west front.

6    Q.  And what, if anything, was the response from Capitol

7    Police as these individuals are going closer to the Capitol?

8    A.  You had the riot units or the civil disturbance unit

9    running out to form their line to the -- at the base of the

10    west terrace, at the base of the staircase to form their

11    perimeter and their line.

12    Q.  And at some point, did you actually assist with those

13    officers once they themselves had been breached?

14    A.  Yes.  At some point in time, I go out because an officer

15    comes up and he says:  We need your help.  So I go outside.

16          And that's when I'm handed, I'm assuming, the

17    first person who came over who breached the police line.

18    And they had taken him into custody and they handed him off

19    to me; and I walked that individual around to the prisoner

20    collection point, which is on the south plaza, the House

21    plaza of the building, and to wait for the wagon to show up,

22    the prisoner transport wagon to show up.

23    Q.  At some point, did that wagon show up?

24    A.  About 30 to 45 minutes later.

25    Q.  And then after that first initial response, did you have

```
 1    a second response still on the exterior of the Capitol?

 2    A.  Yes.  Once the wagon showed up and I searched my

 3    prisoner and attended to him and put him on the wagon, I go

 4    back around the upper west terrace to the west front side of

 5    the building.  And that's when I encounter a sergeant or

 6    supervisor; and they tell me to get in there, get in there

 7    now.

 8    Q.  And did you know what they meant when they told you to

 9    get in there, get in there --

10    A.  Not initially, because the way the stage was built,

11    there's -- it's a high platform and there's scaffolding all

12    over.  So I couldn't see much until I went and looked

13    underneath the scaffolding and the white cloth that was

14    covering the scaffolding.  And that's when I could see

15    actually what was going on.

16    Q.  What did you see, Officer Goodman?

17    A.  From my experience, it looks like something out of

18    medieval times, where you have one huge force clashing with

19    another opposing force.  I've never seen something like that

20    ever.

21    Q.  Well, let me ask you, when you say "two forces," was one

22    of the forces -- would that be police officers?

23    A.  One side was police officers.  The other side was

24    protesters.

25    Q.  At some point, did you physically engage with those
```

 1     individuals who were -- again, we're talking about the
 2     exterior of the Capitol.  Correct?
 3     A.  Yes.  So right -- so as soon as the supervisor tells me
 4     to get in there, I draw up my baton and I pull out my pepper
 5     spray and I get in and engage the individual.  I sprayed
 6     until I ran out of spray.  And as they would attack, I'd
 7     strike with my baton and do what I could to propel and
 8     maintain the line as they kept advancing it.
 9              THE COURT:  You're still on the west terrace?
10              THE WITNESS:  Yes.  Still on the west terrace.
11     BY MS. REED:
12     Q.  While you were still at that west terrace side, do you
13     yourself end up getting sprayed?
14     A.  Yes.  I have got sprayed.  It looked like bear spray.  I
15     got hit with -- I had several objects thrown at me.  I
16     had -- I think somebody threw what looked like an apple or a
17     fruit or something, hit me in my head.
18     Q.  What was the response once all of that happened to you?
19     Do you remain positioned there?
20     A.  Yeah.  I remained positioned there and maintained the
21     line.  And about that time is when Metropolitan Police
22     showed up and their civil disturbance unit comes out and
23     they reinforced our police line.
24     Q.  How many times were you bear sprayed or sprayed while
25     you were out at that section on the west side?

1    A.   Just once.   And then Metropolitan Police began to deploy

2    their teargas at that point, and a lot of the blow-back from

3    the teargas came back on a lot of us and it kind of had a

4    pretty bad effect on me.

5    Q.   So at that point, do you relocate to the inside of the

6    Capitol?

7    A.   So I come back into the lower west terrace door.   I go

8    back upstairs to the first floor, where a few of our

9    officers along with the Office of the Attending Physician

10   had set up a sort of triage point for us to rinse our faces

11   off or do what we needed to do to get back into the fray of

12   things.

13        I sat down.   I rinsed my face.   I threw up a

14   couple of times from the reaction from the teargas.   And

15   then I go back outside.

16   Q.   Now, at some point, do you go back on the inside of the

17   Capitol where you continue to address another breach?

18   A.   Yes, I do.   But at that moment, I went back outside.

19   Q.   Okay.

20   A.   And I got back into the fight and ran up and down

21   scaffolding, chasing rioters off the scaffolding.   And it

22   was at that point where a few of us were on top of the

23   scaffolding and they started shaking the scaffolding, trying

24   to rock us down off the scaffolding.   And by that point is

25   when we sort of started to become overrun.   And a supervisor

1     called us, a few of us back, and that's when I go inside.

2     Q.  Do you know how long you were outside on that west

3     front?

4     A.  That I do not know.

5     Q.  And once the supervisor called you back inside, did you

6     in fact go back inside and remain inside for the rest of the

7     day at least?

8     A.  Yes, I did.

9     Q.  So now I want to talk about the interior.  At some point

10    when you're back inside, do you learn of an interior breach

11    to the Capitol?

12    A.  When I go back inside, because I can't see what's going

13    on outside, all I can hear is the radio and what's being

14    said on the radio.  So I hear something to the effect of

15    "breach of the Rotunda."

16    Q.  Okay.

17    A.  So I run up and --

18    Q.  Let me stop you right there.

19          When you go back inside, what area of the Capitol

20    do you respond to or where do you go inside the Capitol?

21    A.  So I go -- when I go back inside, I go back upstairs to

22    the first floor and sort of stand in the Crypt area, which

23    is where the triage area was.  And then I hear "breach of

24    the Rotunda."

25    Q.  I asked you earlier about the radio transmission when

1    you started.

2              So when you began the day, it was pretty clear.

3    Correct?

4    A.  Yes.

5    Q.  At this point, can you describe to the Court what's

6    going on with the radios?

7    A.  The radio was haywire.  I could just hear officers

8    trying to come across and I guess give their positions or

9    individual battles that they happened to be dealing with

10   around the Capitol.  And if you -- not too many people could

11   get across the radio.  It was just haywire.

12   Q.  So was it happenstance that you were just able to hear

13   about this breach in the Rotunda area?

14   A.  Yes.  Yes.

15   Q.  And did you respond to that area?

16   A.  So I went up -- yes.  I go up to the second floor, which

17   is what the Rotunda is on.  And I look out and I go to the

18   Rotunda door, which faces east of the building.

19   Q.  Okay.  At some point, did you learn that there was a

20   breach to the Senate Wing door?

21   A.  Yes, I did.  Once -- I heard the radio go "breach of the

22   Senate."  Somebody said something to the effect of "The

23   Senate has been breached" or "breach to the Senate" over the

24   radio.  Yes.

25   Q.  Did you respond to that Senate Wing door area?

1    A.  Yes.  I run down to -- from the Rotunda to the Senate

2    wing of the building, which is where I pass by a leadership

3    office and also pass by Senator Romney on the way.  And I

4    round the corner.

5            I passed another leadership office and I see

6    individuals, an officer and a few staffers and doorkeepers

7    standing outside the Republican door to the Senate or the

8    Republican -- Senate Republican cloakroom.

9    Q.  And by the time that you were making your way to the

10   Senate Wing area, do you know about how many offices that

11   you were able to pass by of significance?

12   A.  Officers or offices?

13   Q.  Offices, like any signage that said any offices, the --

14   A.  Yes.  I passed by three significant offices on the way

15   to --

16   Q.  What were those offices?

17   A.  The majority leader, minority leader and majority whip.

18   And also the vice presidential staff office and the -- once

19   I rounded the corner, I'm facing the vice presidential

20   ceremonial office and the -- her staff office.  And then I

21   have the Republican door, which is a main entrance that is

22   the most heavily used entrance for senators when they are

23   entering the floor of the Senate.

24   Q.  How, before we address what eventually was your

25   encounter in the archway, correct? -- and I'm going to have

```
 1    you explain that -- I want to go back to the Rotunda very
 2    quickly.  When you heard about the breach to the Rotunda
 3    area, did you actually know if rioters had entered that
 4    area?
 5    A.  No.  They hadn't.  When I -- I didn't know they had
 6    entered that area.  And when I got up to the second floor,
 7    no one had entered that area.  I went to -- I looked out the
 8    Rotunda door and I could see officers in riot gear outside
 9    of the door with their backs pressed up against the door
10    and just a mob of people pressing up against them.  But
11    nobody to that point had breached the Rotunda door.
12    Q.  Okay.  So now there is a chart behind you.  And if you
13    could, Officer Goodman, just take us through your route.  Do
14    you actually go into the Rotunda?
15    A.  Yes.  I actually go into the Rotunda.  I took the --
16    there's a staircase that sits --
17              THE COURT:  You can step down.
18              THE WITNESS:  Okay.  So there's a staircase --
19              THE COURT:  But I need to see the exhibit.  So
20    just turn -- you can go to the other side.
21              THE WITNESS:  Okay.  So there's two staircases
22    here.  You have the staircase that takes you up into the
23    Rotunda from the first floor and then there's another
24    staircase directly underneath here that takes you to the
25    west front -- to the basement out to the west front.
```

1              So when I come back into the building, when I

2     hear -- and I'm standing at the base -- standing at the top

3     of the staircase on the first floor and I hear "breach of

4     the Rotunda," I come up the second -- the next stairs, and

5     it takes me into the Rotunda, which is where I can -- I'm

6     actually into the Rotunda and I can actually see the west

7     front -- I mean, the east front.  I can see the officers in

8     the window pressed against the doors.

9     BY MS. REED:

10    Q.  So staying where you are, Officer Goodman, as you leave

11    out of this Rotunda area, can you show the Court where you

12    then went to?

13    A.  Okay.  So we hear "breach of the Senate."  At this

14    point, when I hear "breach of the Senate," I'm here,

15    facing -- I'm facing west.  I'm looking out the door -- no.

16    I'm facing east.

17              I come out.  I run -- this would be going north

18    towards the Senate.  I go around the roundabout past just

19    here.  There's a leadership office.  It's the minority

20    leader.  I come in this area.  That's when I pass by Senator

21    Romney.  Just in front of me is the Senate main door here,

22    where -- which was locked and secured.  Just to the left

23    here is the majority leader's office.

24              I hang a right and come down this hall, and just

25    in front of me here is the minority whip's office.  I make a

1    left and I -- when I get around the corner, this area right

2    here is the Senate cloakroom here.  And this is the -- what

3    we call the rep door, the Republican door.  There were

4    officers standing outside of here.  There were staff,

5    doorkeepers standing outside of here.

6            And this entrance is the entrance I said that's

7    most highly used because you have the bank of six elevators

8    here.  These are the elevators the members take when they

9    are going back and forth between the tunnels to come to the

10   floor to give speeches and vote.

11           So I get here and I tell the individuals that I

12   see, I said:  I think you guys might need to get inside.  I

13   think they're in here.

14           And I said:  Well, let me go see.  And then I go

15   downstairs.  This would be the east grand staircase.  I go

16   downstairs, and that's when I'm immediately confronted by

17   Mr. Seefried.

18   Q.  Now, let me pause for a second.

19           When you see these individuals and you tell them,

20   "I think you need to go back inside," could you hear any

21   rioters in the building at that point?

22   A.  At that point, no, because I was on the second floor.

23   So no.  I couldn't hear anything.

24   Q.  So then you go down to the first floor.  Correct?

25   A.  That's when I go down to the second -- the first floor.

1    Q.  And tell us what you see, first of all, when you arrive

2    in this first floor.

3                And let me just for record purposes say, your

4    Honor, we're referencing the second floor.  That's

5    Exhibit 104.  That's just for the record.

6                Can you tell us, what is it that you are seeing

7    when you are heading towards this direction on the first

8    floor?

9    A.  So when I go down these stairs -- they're a winding

10   staircase.  So I go down and there's the kitchen, which is

11   conjoined with the Senate dining room.  This is where

12   senators go -- which would have been in use that day,

13   because this is where senators go with their guests and

14   that's where they get their food at.  And it's like

15   restaurant-quality food.  That's where they would go to eat.

16               So I go downstairs.  And when I hang a right at

17   the base of the staircase, that's when I'm immediately

18   confronted by Mr. Seefried.

19   Q.  And just -- Officer, if you can give the Court some

20   orientation as well, can you describe the area?  Are there

21   arches in the area?

22   A.  So the area is -- it's a small sort of hallway.  It's

23   tight.  The archway the exits that little hallway is even

24   tighter, about the size of a doorway.  And so it's really,

25   really a confined space.

```
 1    Q.  And you can take the stand again, sir, Officer Goodman.

 2    A.  (Witness complies.)

 3    Q.  So suffice it to say you are attired that day just like

 4    you are today.  Correct?

 5    A.  Yes.

 6    Q.  And did you have any items in your possession?  Did you

 7    have a firearm on you?

 8    A.  I had my firearm.

 9    Q.  Did you have any pepper spray on you at that time?

10    A.  I was completely out of pepper spray, but I had an empty

11    cannister on me.

12    Q.  Why was it empty?

13    A.  I used it all outside in the fight on the west front.

14    Q.  Did you also have a police officer baton on you?

15    A.  Yeah.  And I dropped it at the base of the stairs coming

16    down.

17    Q.  And it's your testimony that at some point you see

18    Mr. Seefried.  Correct?

19    A.  Yes.

20    Q.  Do you see Mr. Seefried in court today?

21    A.  Yes.

22    Q.  And can you tell us where you see him seated and

23    describe him?

24    A.  Just to my left wearing an orange shirt.

25              MS. REED:  Your Honor, I'm not sure if this is --
```

1    in my jurisdiction, let the record reflect -- I'm not sure

2    if I need to do that here, but let the record reflect the

3    in-court identification.

4              THE COURT:  Of Mr. Hunter Seefried?

5              MS. REED:  Mr. Kevin Seefried, your Honor.

6              MR. OHM:  No objection.

7    BY MS. REED:

8    Q.  So, Officer Goodman, we're going to slow it down a

9    little bit.

10             Can you tell us what you first see when you see

11   Mr. Seefried?

12   A.  He's standing in an archway, sort of forward of the

13   archway.  He's wearing his tan-looking vest.  And he's got a

14   flag, a Confederate flag, in his hand.

15   Q.  At that point, is he the only person standing in the

16   archway?

17   A.  At that point initially, yes.

18   Q.  And when you first observed him, does he say anything or

19   do anything towards you?

20   A.  I approach him and I tell him:  You need to get out.

21   You need to leave.

22             And that's when he uses the base of his flagpole

23   in a jabbing motion sort of to create space between he and

24   I.  Yeah.

25   Q.  Now, you testified earlier about training and

 1    experience.

 2              While you are confronted directly with

 3    Mr. Seefried, are you advancing towards him?

 4    A.  Initially, yes.  I'm advancing towards him.  Yes.

 5    Q.  Can you explain why?

 6    A.  If I needed to take him into custody, if -- I mean, at

 7    this point I don't see everybody else.  So if I have to make

 8    an arrest of just him, I can take it.  If I have to take him

 9    into custody, I can do that.

10              So yes.  I'm advancing to him.  I'm telling him to

11    back up, to leave.  But I'm just -- I'm closing ground on

12    him, yes, to get the advantage.

13    Q.  Was he paying attention to your commands?

14    A.  No.  Not at all.

15    Q.  How was he disregarding your commands?

16    A.  He was saying things like:  "F" you.  I'm not leaving.

17    Where are the members at?  Where are they counting the votes

18    at?  Things to that nature.

19              He was -- he was just ignoring me.  He wasn't

20    following.  I'm giving him commands.  He's giving me

21    commands in return.  He's not doing what I say.

22    Q.  What was his demeanor?

23    A.  He was very angry, screaming, talking loudly.  The

24    complete opposite of pleasant, if you will.

25    Q.  I believe Exhibit 504 has already been introduced.

 1                MS. REED:  If we could pull that up, Mr. Leach,

 2      please.

 3                THE COURT:  Can I just ask you, when he was

 4      jabbing the flag at you, how far was he from you?

 5                THE WITNESS:  Within reaching distance.

 6                THE COURT:  So did you have to move?

 7                THE WITNESS:  I held my ground and he backed up --

 8                THE COURT:  Okay.

 9                THE WITNESS:  -- at that point.

10                MS. REED:  Actually, Judge, I can get us there.

11                If we can start, Mr. Leach, about 15 seconds in.

12      Thank you, sir.

13                (Whereupon, segments of Government's Exhibit No.

14      504 were published in open court.)

15                MS. REED:  Can we stop it there.

16      BY MS. REED:

17      Q.  It's a little fuzzy there, and I'm going to get us a

18      better image in a little bit.  Can you see yourself standing

19      in the doorway?

20      A.  Yeah.  I see an image of me.  Yes.

21                MS. REED:  If we could go to 504-D, please.  And

22      if we could pause it, please, right here at the seven-second

23      mark.

24      BY MS. REED:

25      Q.  Now, Officer Goodman, is this a better view?

1     A.  Yes.  Still hazy, but I can see better.

2     Q.  And where do you see yourself standing?

3     A.  I'm the furthest person away in this picture to the

4     right-ish.  Yes.

5              MS. REED:  And if we could continue the video,

6     please.

7              (Whereupon, segments of Government's Exhibit No.

8     504-D were published in open court.)

9     BY MS. REED:

10    Q.  Do you see an individual with a brown vest standing in

11    front of you?

12    A.  Yes.

13    Q.  Who is that individual?

14    A.  That's Mr. Seefried.

15             MS. REED:  If we could go to -- if we could

16    continue to play that out, please.

17             (Whereupon, segments of Government's Exhibit No.

18    504-D were published in open court.)

19             MS. REED:  Mr. Leach, can we go to 504-E, please.

20             (Whereupon, segments of Government's Exhibit No.

21    504-E were published in open court.)

22    BY MS. REED:

23    Q.  Now, do you recognize what 504-E is, Officer Goodman?

24    A.  Yeah.  I see myself.  I see.  Yes.

25    Q.  And do you see Mr. Seefried?

```
1    A.  Yes.  He's the closest person to me.

2    Q.  Do you see a wooden dowel in his hand?

3    A.  Yes.

4    Q.  And can you tell the Court, what is happening at this

5    moment in 504-E?

6    A.  I'm giving him commands.  And this is the point where he

7    sort of backs up to -- I believe he had already jabbed at me

8    with the base end of the flagpole.  But he sort of -- at

9    this point, he sort of backs off to kind of, you know, fall

10   back into the group, so to speak.  Yeah.

11   Q.  Now, at some point, as you testify, it was just you and

12   Mr. Seefried who had contact with one another?

13   A.  Yes.

14   Q.  In 504-E we see other individuals.  But was that always

15   the case?

16   A.  That wasn't always the case.  At one point it was just

17   me -- he and I.  And there's a bunch of people.

18           MS. REED:  Your Honor, the Government would seek

19   to introduce 504-D and 504-E.

20           MR. OHM:  No objection.

21           THE COURT:  Without objection --

22           I take it you don't object?

23           MR. BOSTIC:  No objection.

24           THE COURT:  -- 504-D and 504-E are in.

25           (Whereupon, Government's Exhibit Nos. 504-D and
```

1    504-E were entered into evidence.)

2              MS. REED:  Thank you, your Honor.

3              And the last one, 504-F, please.

4    BY MS. REED:

5    Q.  Do you recognize 504-F as well, Officer Goodman?

6    A.  Yes.

7    Q.  And can you see the wooden dowel again in Mr. Seefried's

8    hand?

9    A.  Yes.

10   Q.  Are you saying anything back to him when he's doing this

11   jabbing motion at you?

12   A.  Just to get back; get out; you guys need to leave.

13   Things of that nature.

14   Q.  Do you know how many times he made this jabbing motion

15   at you?

16   A.  Three, two or -- three or four times, maybe.  Not a

17   whole lot.

18   Q.  On the other side of this wooden dowel, is there a

19   Confederate flag?

20   A.  Yes.

21   Q.  Now, at some point, Officer Goodman, do more individuals

22   come into this archway area?

23   A.  Yes.

24   Q.  And you just testified to the Court that this is a

25   pretty tight area.  Correct?

1     A.  Yes.

2     Q.  Okay.  Are you good with measurements at all?  Can you

3     give us any sort of approximation as to what that space is

4     as far as the measurements?

5     A.  I couldn't begin to tell you.

6     Q.  Okay.

7     A.  It's pretty tight for me.  I felt confined.

8     Q.  Let me ask you, did a number of individuals sort of

9     huddle in this confined space?

10    A.  Yes.

11    Q.  Were they close to you when they came to you?

12    A.  Yes.

13    Q.  Do you know how close they were to you?

14    A.  Just outside of arm's length.

15    Q.  As far as Mr. Seefried goes, when he was doing this

16    jabbing motion at you, was he an arm's length of you?

17    A.  Yes.

18    Q.  Is that why you were giving him the command to back up?

19    A.  Yes.

20    Q.  I'm jumping ahead a little bit.  As these other

21    individuals sort of entered this archway, are you still

22    giving commands for them to back up?

23    A.  Yes.

24          MS. REED:  Your Honor, I know you have seen 504,

25    but I do have some pointed questions.

 1            So if you could just start again at 504 at the

 2     beginning, please, Mr. Leach.

 3                  THE COURT:  Did you want to move in 504-F?

 4                  MS. REED:  Yes, your Honor.  504-F, please.

 5                  THE COURT:  Any objection?

 6                  MR. OHM:  No, your Honor.

 7                  MR. BOSTIC:  No, your Honor.

 8                  THE COURT:  Without objection, 504-F is in.

 9                  (Whereupon, Government's Exhibit No. 504-F was

10     entered into evidence.)

11                  (Whereupon, segments of Government's Exhibit No.

12     504 were published in open court.)

13                  MS. REED:  If we could stop it for a moment.

14     BY MS. REED:

15     Q.  Now, at some point, does Mr. Seefried indicate to you

16     that he was willing to shoot you?

17     A.  He was willing to shoot me?

18     Q.  Yes.

19     A.  No.  I didn't hear that.

20     Q.  Kevin Seefried, to be specific for the record.

21     A.  No.  I didn't hear him say that he would shoot me.  No.

22     Q.  Did he say that he was going to shoot anyone to proceed

23     his way into this archway?

24     A.  I didn't hear him say anything about shooting anybody.

25     No.

1    Q.  At any point did he make any threats to you?

2    A.  Just more like:  You better -- you better get the "F"

3    out of my way.  We're here.  We're taking back our country.

4    Things like:  We're thousands.  You're just one.  You're by

5    yourself.  Stuff to that effect.

6    Q.  Do you recall any statement being made that "You'll have

7    to shoot me to stop me from going inside" being made from

8    the crowd?

9    A.  From the crowd, yes.  I've heard -- I heard that.  From

10   the crowd, yes, I did hear that.  Not specifically him.

11   Q.  Okay.  Now, what were you hearing the crowd say?  We're

12   going to break this down a little bit.  But what's happening

13   as this crowd is approaching you in the hallway?

14        MS. REED:  And if we could continue.  I know we

15   stopped at the 54-second mark.  But if we could move forward

16   a little bit, Mr. Leach.

17        (Whereupon, segments of Government's Exhibit No.

18   504 were published in open court.)

19        MS. REED:  Stop it there, please.

20   BY MS. REED:

21   Q.  Did you hear individuals talking about votes being

22   counted?

23   A.  Yes.  "Where are they counting the effing photos at?"

24   Yes.

25   Q.  What's going through your head as you're hearing this?

1    A.  That they were trying to get in and obviously interrupt

2    the process.

3    Q.  And what process are you referring to?

4    A.  The election process and the counting the votes to

5    proceed with the presidential nomination.

6    Q.  From this video, were you able to tell who was making

7    that statement?

8    A.  There was a guy in red who made that -- was one of the

9    individuals that made that statement.  It was a few guys

10   that make that statement.

11              MS. REED:  If we could please go to Exhibit 505.

12              THE COURT:  Sorry.  Did you just hear that on that

13   video there?

14              THE WITNESS:  Yes.

15              THE COURT:  Can you do that --

16              MS. REED:  Would you like me to back it up again,

17   your Honor?

18              THE COURT:  Yes.

19              MS. REED:  If we could go back to the 30-second

20   mark, please.

21              (Whereupon, segments of Government's Exhibit No.

22   504 were published in open court.)

23   BY MS. REED:

24   Q.  In addition to "Where are they counting" -- excuse me --

25   "the fucking votes," did you hear anyone ask, "Where's the

1    meeting at?"

2    A.  "Where the meeting's at?  Where are the members at?"

3    Q.  And again, given what was happening in the building, did

4    you have an understanding of what that meant?

5    A.  That they were there to interrupt the process.  Yes.

6              MS. REED:  Now if we could go to Exhibit 505,

7    please.

8    BY MS. REED:

9    Q.  Now, Officer Goodman, are you familiar just seeing these

10   steps with 505?

11   A.  Yes.  That's the east grand staircase.

12   Q.  You've already testified that you ran to -- down that

13   stairwell to address the breach.  Correct?

14   A.  Yes.

15   Q.  Is this the point right before you see Mr. Seefried?

16   A.  Well, in this --

17   Q.  We can continue the video a little bit.

18   A.  Okay.

19              (Whereupon, segments of Government's Exhibit No.

20   505 were published in open court.)

21              THE WITNESS:  Right about there is where I'm

22   confronting him.  You can't see me, but right about there.

23   BY MS. REED:

24   Q.  Now, you testified earlier that you had dropped your

25   baton.  Correct?

```
1    A.  Yes.

2    Q.  Is that reflected in Exhibit 505?

3    A.  Yes.

4              MS. REED:  If we could continue the video,

5    Mr. Leach.

6              (Whereupon, segments of Government's Exhibit No.

7    505 were published in open court.)

8    BY MS. REED:

9    Q.  Did you hear an individual from this perspective in 505

10   asking, "Where are the votes being counted?"

11   A.  Yes.

12   Q.  "Where are they counting the votes?"  I believe that's

13   it specifically?

14   A.  Yes.

15   Q.  Do you know where that person is positioned in this

16   picture?

17   A.  He's just --

18   Q.  Can you --

19   A.  I'm facing him.  He's sort of to my left.  He's the red.

20   He's the red hat there.  And he's standing right next to

21   Mr. Seefried.

22             MS. REED:  Can we back it up a little bit,

23   Mr. Leach, to the ten-second mark.

24             (Whereupon, segments of Government's Exhibit No.

25   505 were published in open court.)
```

1          MS. REED:  Can we pause it again, please, at the

2     20-second mark.

3     BY MS. REED:

4     Q.  The individual in the red hat, is that the person who

5     you said was standing next to Mr. Seefried?

6     A.  Yes.

7     Q.  When the individual was making these statements to

8     Mr. Seefried, what was he doing, "he" being Mr. Kevin

9     Seefried?

10    A.  He was just sort of standing off to the side right next

11    to him.  The mass is slowly starting to advance on me.  So

12    he, along with everybody else, is slowly advancing.

13    Q.  So it's your testimony "Where are they counting the

14    votes?" and these individuals are now moving closer to you.

15    Correct?

16    A.  Yes.

17    Q.  They're making their way into the building even more.

18    Correct?

19    A.  Yes.

20    Q.  The individual who you described with the red hat, do

21    you know how many times he asked, "Where are the votes being

22    counted?"

23    A.  I couldn't remember.

24    Q.  Was it more than once?

25    A.  Yes.  I -- yes.

Goodman - DIRECT - By Ms. Reed

1    Q.  Now, this crowd that is growing in this archway,

2    obviously now it's more than just Mr. Seefried at this

3    point.  Correct?

4    A.  Yes.

5    Q.  Are you able to hear what they are saying, Officer

6    Goodman?

7    A.  So at one point I have my hand on my gun and you have a

8    few with the hands up saying, "We're not here for" -- just a

9    small few.  They're saying, "I'm not here for that.  I'm not

10   here for violence.  I'm here for the country.  You need to

11   be on our side."

12          And then I have others that were angry or said,

13   "What are you going to do?  Are you going to shoot us?  What

14   are you going to do?"

15   Q.  Was Mr. Seefried in that group?

16   A.  Yes.

17   Q.  And when I say "in that group," are we talking about

18   still this corridor area that is marked at 20 seconds in

19   Exhibit 505?

20   A.  Yes.

21   Q.  Okay.  At any point -- had you seen Hunter Seefried at

22   that point?

23   A.  No.

24   Q.  As far as you placing your hand on your weapon, can you

25   tell us why you went from having your baton being on the

1    ground, picked up, to now your hand being on your weapon?

2    A.  Well, my hand was on my weapon before I fell back to

3    pick up my baton.

4    Q.  Okay.

5    A.  I put my hand on the weapon.  It means compliance.  Back

6    up.  They kept advancing.

7    Q.  Suffice it to say, did you feel threatened at this point

8    where this crowd is growing?

9    A.  Yes.

10   Q.  In the video, did you hear them say that they were here

11   for you?

12   A.  Not in this video that you played, but there in that

13   moment you had a few saying that.  Yes.

14   Q.  Okay.  And what did you take that to mean?

15   A.  That they were trying to come across as being nonviolent

16   and attempting to try to gain my trust in order to get an

17   edge on me, so to speak.

18   Q.  Is that how they were, in fact, acting?

19   A.  Yes.

20   Q.  Violent or nonviolent?

21   A.  Aggressive.  Aggressive.

22   Q.  Is there anyone in this picture again at the 20-second

23   mark who you would say was aggressive?

24   A.  So the guy in the -- that's directly in front of me,

25   he's advancing the most.  He's -- I'm telling him to back

1    up.  "You need to leave."  I even pushed him a few times.

2          And he sort of is being sly, like he's inching

3    closer as I look at the other individuals and address other

4    individuals.  He sort of creeps along, you know, kind of

5    trying to be sly.  Yeah.  That was aggressive to me.

6          MS. REED:  Mr. Leach, if we could continue the

7    video, please, starting at 20 seconds.

8          (Whereupon, segments of Government's Exhibit No.

9    505 were published in open court.)

10         MS. REED:  Pause for a second at 48 seconds,

11   please, or 49 seconds.

12   BY MS. REED:

13   Q.  Now, Officer Goodman, there appears to be a hallway

14   behind you.  Correct?

15   A.  Yes.

16   Q.  Can you explain to the Court, what is down that hallway?

17   A.  Okay.  So just to the left there you see the base of a

18   chair.  That's the entrance to the Republican door of the

19   Senate.

20         Just past there, there's a second archway right

21   there.  And that's called the Senate reception room.

22         Just to the right you have the vice presidential

23   staff office.

24         And to the left you have the Senate lobby, which

25   is a back entrance to the Senate floor, and it's also where

1     the vice presidential ceremonial office is.

2     Q.  Was there a concern that this group could have gone down

3     that corridor?

4     A.  Yes.

5     Q.  And why was that a concern of yours?

6     A.  Because when I came out, when I initially responded to

7     the breach that I thought I heard over the radio, there were

8     individuals out in front of the ceremonial office sitting

9     outside that chair.  Because that's a natural post

10    assignment for my section.  And there was a Senate

11    doorkeeper there who controls the access to the Senate

12    chamber.  And so that's -- there were people out there.  So

13    that's why I was concerned.

14    Q.  Okay.  Now, here where we have it stopped again at 49

15    seconds, the person who you described as Q shirt, is this

16    the person who was being aggressive towards you?

17    A.  Yes.

18    Q.  And can you explain to the Court your sort of touching

19    him at this point, it appears?

20    A.  To create distance between him -- myself and he.

21    Q.  Was he giving you that distance?

22    A.  No.  He kept advancing.

23              MS. REED:  If we could continue, video.  Please.

24              (Whereupon, segments of Government's Exhibit No.

25    505 were published in open court.)

1          MS. REED:  If we could stop again.

2     BY MS. REED:

3     Q.  Now, where did you lead this group of rioters?

4     A.  Okay.  So right now, I'm currently face -- you see

5     there's a door right there.  That's the office of the

6     Republican whip.  And so this is what's called the Ohio

7     Clock Corridor.  It's also the Senate main door, which is to

8     my rear, sort of my rear left.  That door faces the House

9     main door.

10          You can look straight across the main hallway all

11     the way down to the House side of the building and see the

12     House main door from that place.  So that's where I'm at

13     currently.

14     Q.  At some point before you even engaged this group -- and

15     by "engage," I mean leaving from the second floor, going to

16     the first floor -- did you know there were other officers

17     who were available to help you?

18     A.  I had -- on my response from the Rotunda, I left a group

19     of officers who were already in the Rotunda to go respond to

20     what I heard over the radio, the "breach of the Senate."

21     Q.  And so did that influence you taking this group to the

22     Ohio Clock Corridor?

23     A.  Yes.

24     Q.  Okay.

25          MS. REED:  We can finish the video out, please,

1    Mr. Leach.

2              (Whereupon, segments of Government's Exhibit No.

3    505 were published in open court.)

4    BY MS. REED:

5    Q.  Stopping at the 11-second mark, did you hear an

6    individual telling the group they needed to leave now?

7    A.  Yes.

8    Q.  Do you know who that individual is?

9    A.  That's Inspector Loyd.

10   Q.  And Inspector Loyd, is he your supervisor?

11   A.  Yes.  He's the division commander.

12             MS. REED:  And if we could continue, please,

13   Mr. Leach.

14             (Whereupon, segments of Government's Exhibit No.

15   505 were published in open court.)

16             MS. REED:  Stop, please, at 1:20.

17   BY MS. REED:

18   Q.  Can you tell us what's happening in this frame, Officer

19   Goodman?

20   A.  So we're forming a line to keep them from advancing any

21   further.  They began to come in -- the group began to come

22   in, and they're still shouting stuff at us:  This is our

23   America.  We're here to Stop the Steal.  You guys need to be

24   on our side.  Where are they counting the votes at?  The

25   same rhetoric that I confronted when I was down at the base

Goodman - DIRECT - By Ms. Reed

1   of the stairs.  They're saying the same things.

2              MS. REED:  If we could continue the video, please.

3              (Whereupon, segments of Government's Exhibit No.

4   505 were published in open court.)

5              MS. REED:  Thank you.

6   BY MS. REED:

7   Q.  Now, at some point, does a line of police officers form

8   inside of the corridor?

9   A.  Yes.

10  Q.  And what was the purpose of you all forming a line in

11  the corridor?

12  A.  To keep them from advancing any further --

13  Q.  Okay.

14  A.  -- than they had.

15  Q.  Do they continue to advance upon you?

16  A.  They filled up the room, but they don't come any further

17  than the line we established.

18  Q.  While you all are positioned in the line, are you saying

19  anything as officers to the group?  I want to start with you

20  specifically.  Are you saying anything to them?

21  A.  Just:  You need -- you guys need to leave.  You need to

22  get out.

23  Q.  And did they leave?

24  A.  No.

25             MS. REED:  If we could pull up Exhibit 414,

 1    please.

 2              Your Honor, I believe this has already been

 3    introduced.

 4              (Whereupon, segments of Government's Exhibit No.

 5    414 were published in open court.)

 6    BY MS. REED:

 7    Q.  Can you tell us what we're looking at in this video,

 8    Officer Goodman?

 9    A.  So you see the group of officers standing in front of --

10    just to the right in this picture is the Senate main door.

11    That's the door all the way to the back of them.  That is

12    the majority whip's office right there.

13              And so I guess they're establishing a line.  It

14    looks to be -- or coming around the corner.  They don't see

15    me at this point, I don't think.

16              MS. REED:  If we can continue the video, please.

17              (Whereupon, segments of Government's Exhibit No.

18    414 were published in open court.)

19              MS. REED:  Stop the video, please, at the

20    24-second mark.  It's 25.

21    BY MS. REED:

22    Q.  Can you tell us what -- I'm going to refer to him as

23    Q shirt.  Is that how you referred to him?

24    A.  Yes.

25    Q.  Okay.  Can you tell us what Q shirt, Q guy, is telling

1      you at this point?

2      A.  At this point, he sees the other officers; and that's

3      when he stops and puts his hands up.  But before that,

4      he's -- I'm just telling him to back up.  And he's not

5      leaving.  He's just continuing to advance.

6      Q.  He's continuing to follow you?

7      A.  Yes.

8               MS. REED:  Continue, please.

9               (Whereupon, segments of Government's Exhibit No.

10     414 were published in open court.)

11              MS. REED:  Can you pause it at the 31-second mark,

12     please.

13     BY MS. REED:

14     Q.  We heard Inspector Loyd in the other video mention,

15     "Give them the command that they need to leave."  Is that

16     what's happening at the 31-, 32-second mark?

17     A.  Yes.

18              MS. REED:  If we could continue, please.

19              (Whereupon, segments of Government's Exhibit No.

20     414 were published in open court.)

21              MS. REED:  Pause, please at the 38-second mark.

22     BY MS. REED:

23     Q.  It appears there is an individual who is engaging

24     directly with you.  Is that accurate?

25     A.  Yes.

1    Q.  And do you recall what this individual was telling you?

2    A.  He's just saying:  This is our America.  We're here to

3    get our country back.  That's what he was saying.  Yeah.

4            MS. REED:  If we could continue, Mr. Leach,

5    please.  Thank you.

6            (Whereupon, segments of Government's Exhibit No.

7    414 were published in open court.)

8            MS. REED:  Pause at 58, please.

9    BY MS. REED:

10   Q.  Do you see the individual in the red hat who was

11   standing next to Mr. Seefried while they were in the archway

12   downstairs on the first floor?

13   A.  Yeah.

14   Q.  Where do you see him positioned in the corridor?

15   A.  He looks to be at the base of the picture here.

16   Q.  You actually can touch your screen, Officer Goodman.

17   A.  Yeah.

18   Q.  You can --

19   A.  Yeah.

20   Q.  Is that the person who you heard downstairs stating,

21   "Where are they counting the fucking votes?"

22   A.  Yes.

23   Q.  "Where are they meeting?"

24   A.  Yes.

25           MS. REED:  If we could continue, Mr. Leach.

1          (Whereupon, segments of Government's Exhibit No.

2     414 were published in open court.)

3          MS. REED:  I'd like to pause here at 104.

4     BY MS. REED:

5     Q.  Do you see Mr. Seefried, Kevin Seefried, in this video?

6     A.  Yes.  He's near the bench.

7     Q.  And is he holding an object in his hand?

8     A.  Yes.

9     Q.  And what is he holding?

10    A.  A Confederate flag.

11    Q.  Is he holding another object in the opposite hand?

12    A.  Yes.  It looks to be a water bottle, maybe.  I can't

13    tell.

14    Q.  Is he confronting you or is he talking to you at this

15    point?  Do you recall?

16    A.  Yeah.  He looks to be talking to me.  I don't recall

17    what he's saying because I'm yelling over top of them as

18    they're yelling at me.

19          MS. REED:  Can we continue the video, please.

20          (Whereupon, segments of Government's Exhibit No.

21    414 were published in open court.)

22          MS. REED:  Can we pause, please.

23    BY MS. REED:

24    Q.  Do you see an individual standing next to Mr. Seefried

25    with a baseball cap and sort of a yellow or tan brim?

```
 1    A.  Yes.

 2    Q.  And did you recall seeing that person down in the

 3    archway?

 4    A.  No.  I don't recall seeing him in the archway.  No.

 5    Q.  But you eventually obviously did see him in the Ohio

 6    Clock Corridor.  Correct?

 7    A.  Yes.  Yes.

 8    Q.  Do you know who that person is today?

 9    A.  Yes.  That's Mr. Seefried's son.

10    Q.  Did you know that at the time, though, when --

11    A.  No.

12    Q.  -- you were in the Ohio Clock Corridor?

13    A.  No, I didn't.

14    Q.  Did you see them together inside of the Ohio Clock

15    Corridor?

16    A.  Not standing together as if to see that they were with

17    one another.  No.

18    Q.  At any point did this individual engage you directly?

19    A.  Yes.  At one point, I repositioned on the line.  I go

20    from like the far, to one side, to the complete opposite

21    side; and he sort of appears to the front of the line, sort

22    of comes to the front of the line at one point.

23          And I tell him to leave.  "You need to get out

24    now."  And he says no.

25    Q.  When you say "he," who are you referring to?
```

```
 1    A.  The son.

 2    Q.  What was his demeanor like?

 3    A.  He wasn't aggressive.  He was just sort of -- sort of

 4    sly, sort of smirkish, had a smirkish look on his face the

 5    entire time.  He's not really yelling or anything.  He just

 6    sort of had this smirkish look on his face.

 7            MR. BOSTIC:  Your Honor, I'm going to object to

 8    that.  It's pure speculation as to what he's thinking.

 9            THE COURT:  I'm going to overrule the objection.

10    BY MS. REED:

11    Q.  He smirked.  Correct?

12    A.  Yes.

13            MS. REED:  Can we pull up Exhibit 515, please.

14    BY MS. REED:

15    Q.  Have you seen Exhibit 515 before, Officer Goodman?

16    A.  Yes.

17    Q.  Do you recognize yourself in 515?

18    A.  Yes.

19            MS. REED:  Your Honor, the Government would seek

20    to introduce Exhibit 515.

21            THE COURT:  I think it's already in.

22            MS. REED:  Oh, thank you.

23    BY MS. REED:

24    Q.  So, Officer Goodman, it looks like Mr. Seefried, Kevin

25    Seefried, is speaking directly to you.  Do you remember if
```

```
 1    you had a moment where you spoke with him inside of the Ohio
 2    Clock Corridor?
 3    A.  I don't remember at this moment.  I just remember the
 4    entire time just telling them they need -- at this point,
 5    telling them they need to leave and they need to get out
 6    now.
 7    Q.  And did he listen to that command?
 8    A.  No.
 9    Q.  Were you giving that same command to Hunter Seefried --
10    A.  Yes.
11    Q.  -- as well as the individual who is standing to the left
12    of Kevin Seefried in the black hoodie?
13    A.  Yes.
14    Q.  Was there anybody who was in 515 who you engaged with
15    directly?
16    A.  At one point, the gentleman standing behind -- this
17    gentleman here.
18    Q.  If you could just describe what you see him wearing for
19    the Court.
20    A.  He's got a camouflage-colored Trump hat on and he's got
21    the mask and he's got on what looks like a dark brown coat,
22    like maybe, dark brown.
23    Q.  Is that individual saying anything to you while in the
24    corridor?
25    A.  When he comes to the front, he becomes really
```

1   aggressive.  He starts yelling, "We're ready for war.  We're

2   ready to take down this place.  We're ready to take down

3   this building.  We're ready to take over.  We're ready for

4   war."

5   Q.  Do you know if that person was positioned where he is in

6   515 in proximity to Mr. Seefried, Kevin Seefried, and Hunter

7   Seefried?

8   A.  Yes.  When he eventually comes to the front, yeah, he's

9   near them.

10  Q.  Okay.  Is there anybody else in 515 who you had direct

11  contact with?

12  A.  So the gentleman standing with the full beard standing

13  directly to his right.

14  Q.  Just for the record, is this individual standing behind

15  Mr. Kevin Seefried?

16  A.  Yes.

17  Q.  And can you tell us what you remember about this

18  individual?

19  A.  So that gentleman was standing -- he stood -- once he

20  came to the front of the line.  And his sentiment is

21  different.  "He's here to take back our country."  He's

22  talking in a calm voice.  He's not yelling.  He's almost

23  talking as if he was trying to reassure me or something like

24  that.

25          And over-talking him with the war talk is the

1    gentleman standing to -- next to him with the camouflage

2    hat.

3    Q.  Okay.  The individuals who are in 515, was there anybody

4    else who stood out to you?

5    A.  The gentleman with the face paint and the horns on his

6    hat.

7              THE COURT:  You noticed him?

8              THE WITNESS:  Yes.

9              (Laughter.)

10   BY MS. REED:

11   Q.  Well, let me ask you, did you engage directly with him?

12   A.  At one point, yes.

13   Q.  And what was your engagement with him?

14   A.  So at one point, he had -- I engaged him -- the first

15   time I engaged him was downstairs on the first floor.  He

16   raised his American flag.  And what stood out to me was that

17   the tip looked to be razor sharp.  It looked to be

18   sharpened.  That was one of the points where I put my hand

19   on my gun.  And he raised his hand and he said, "I'm not

20   here for that."  That was on the first floor.

21              On the second floor, he's got a megaphone and he's

22   yelling:  Where are the members at?  Where are you all

23   counting the votes at?  Things of that sentiment.  He's

24   trying to come across as a peaceful protester, but he's

25   yelling for the members:  Where are you at?  Where are you

1    all hiding at?

2    Q.  So let me slow that down a little bit.

3           First of all, do you remember when he made those

4    statements inside of the corridor?

5    A.  Yes.  It was right there in that.

6    Q.  So in Exhibit 515, would you say that he's within arm's

7    length of at least Hunter Seefried?

8    A.  Yes.

9    Q.  Okay.  And is that when you hear him making these

10   statements?

11   A.  Yes.

12   Q.  Did he have a blow horn?

13   A.  Yes.

14   Q.  Do you remember him using the blow horn to make any

15   statements?

16   A.  Yes.  He was using it the entire time he was yelling.

17   He was using a blow horn.

18   Q.  What is he saying over the blow horn?

19   A.  "Where are you guys counting the votes at?  Where are

20   they hiding at?"

21   Q.  And were Hunter and Kevin Seefried positioned in the

22   Ohio Clock Corridor when he's using that blow horn?

23   A.  Yes.

24   Q.  Is there anybody else in 515 that stands out to you,

25   Officer Goodman?

1   A.  Just my co-workers.  Yeah.

2   Q.  Now, I want to go to -- I believe that Ms. Kearney had

3   pulled up 510, 511, 513 and 514.

4        MS. REED:  If we could just see those all

5   together, Mr. Leach.  It's 515.  I apologize.

6   BY MS. REED:

7   Q.  Out of these individuals starting with 510, I believe

8   you've already provided the Court with information about the

9   Q person while you were on -- sort of coming up the

10  stairwell.  Correct?

11  A.  Yes.

12  Q.  Did you have any direct contact with him when he

13  actually was in the Ohio Clock Corridor?

14  A.  The Q shirt goy?

15  Q.  Yes, sir.

16  A.  No.

17  Q.  Going to 515, you've already talked to us about the

18  shaman.  There's an individual with another flag with a red

19  hat on that's standing next to him.  Do you have any

20  engagement with him?

21  A.  Not that I remember.

22  Q.  Standing on the opposite side of the shaman, there is

23  somebody with a long beard; and I believe that you had

24  testified about him previously.  Correct?

25  A.  Yes.

1   Q.  And can you tell the Court just -- what do you remember

2   about him again now that we can see him better?

3   A.  So as did the other gentleman that I testified about,

4   with the Trump hat on, he's screaming, "We're ready for

5   war."  And I have him on the opposite -- the guy with the

6   full beard on the opposite side and I'm standing next to

7   him.  He's saying, "We're here for peace.  We're here to

8   take back our country."

9           And I turned to him and I said:  Well, how are you

10  guys here for peace?  Listen to your guy.  You say you're

11  here for peace, but listen to your guy.

12          And that's when he and the taller guy in 515

13  grabbed his man and sort of bring him to the rear of

14  their -- of their group and tell him to calm down.

15  Q.  And when you say "the taller guy in 515," is that the

16  gentleman with the black hoodie on?

17  A.  Yes.

18  Q.  At any point did you hear Mr. Kevin Seefried make any

19  peaceful comments?

20  A.  Not the entire time.  No.

21  Q.  What about Hunter Seefried?  Any peaceful comments?

22  Were they doing any behavior like the person in the

23  mustard-colored sweatshirt?

24  A.  No.  No.

25          MS. REED:  One moment, your Honor.

1    BY MS. REED:

2    Q.  Now, other than -- you've already sort of identified

3    Mr. Seefried when you saw him inside of the Capitol with the

4    Confederate flag.  Were there any other markings on him at

5    that time that stood out to you?

6    A.  I noticed the teardrop tattoo on his face.

7    Q.  And did that give you any reason to be concerned for

8    your safety, either the flag and/or the teardrops?

9    A.  Yes.

10   Q.  Why?

11   A.  Because to my knowledge, in street culture the teardrop

12   tattoo is synonymous with saying that you killed somebody.

13   Q.  And was Mr. Seefried being aggressive towards you that

14   day?

15   A.  Yes.

16   Q.  Were you concerned for your safety?

17   A.  Yes.

18          MS. REED:  I want to go back to 504, your Honor,

19   before I wrap up.

20          I don't believe I've played the video the full

21   duration, but if we could go to the 15-second mark and start

22   it there.

23          (Whereupon, segments of Government's Exhibit No.

24   504 were published in open court.)

25          MS. REED:  Can we pause, please.

1    BY MS. REED:

2    Q.  Did you see Hunter Seefried ascending those steps?

3    A.  Yes.

4            MS. REED:  Can we go back, please, Mr. Leach,

5    about ten seconds.  1:36.

6            (Whereupon, segments of Government's Exhibit No.

7    504 were published in open court.)

8            MS. REED:  Pause it there.

9    BY MS. REED:

10   Q.  Do you see Mr. Seefried, Hunter Seefried, on that

11   stairwell?

12   A.  Yes.  He's on the left.

13   Q.  And did he follow you into that corridor area?

14   A.  Yes.

15   Q.  You heard these individuals telling you that you were

16   one and they were thousands.  Correct?

17   A.  Yes.

18   Q.  What was going through your head when you heard that?

19   A.  That I was just outnumbered and I needed to get backup

20   quick.

21           MS. REED:  If we could go to 506, please.

22           (Whereupon, segments of Government's Exhibit No.

23   506 were published in open court.)

24           MS. REED:  Pause it there.

25

Goodman - DIRECT - By Ms. Reed

1    BY MS. REED:

2    Q.  What's happening in Exhibit 506, Officer Goodman?

3    A.  So they're continuing to follow me around to the Ohio

4    Clock Corridor.

5            MS. REED:  If we could continue the video.

6            (Whereupon, segments of Government's Exhibit No.

7    506 were published in open court.)

8            MS. REED:  Pause it there, please.

9    BY MS. REED:

10   Q.  On this video, do you see Mr. Kevin Seefried in the

11   video?

12   A.  Yes.

13   Q.  And how do you recognize him?

14   A.  He's wearing the tan vest.

15           MS. REED:  No further questions, your Honor.

16   Thank you.

17           THE COURT:  This is a good place for us to break

18   for lunch.  Why don't we return at 2:00.

19           Officer Goodman, I'll ask you not to discuss the

20   contents of your testimony with anyone over the lunch break.

21   Thank you.

22           (Thereupon, a luncheon recess was taken, after

23   which the following proceedings were had:)

24           THE COURT:  Good afternoon.

25           Mr. Ohm?

1              MR. OHM:  Thank you, your Honor.

2              THE COURT:  And, Officer Goodman, I'll remind you

3      you're still under oath.

4              MR. OHM:  Your Honor, may I inquire?

5              THE COURT:  You may.

6                        CROSS-EXAMINATION

7      BY MR. OHM:

8      Q.  Good afternoon, Officer.

9      A.  Good afternoon.

10     Q.  Officer, I just want to begin by thanking you for your

11     actions on January 6.  I think everybody here agrees that

12     this country owes you a debt of gratitude.  Okay?  So thank

13     you.

14     A.  Obliged.

15     Q.  Would it be fair to say that January 6 was the most

16     chaotic day that you've ever experienced in your 15-year

17     career?

18     A.  As a police officer, yes.

19     Q.  And in your 15-year career, there probably wasn't a

20     close second.  Would that be a fair assumption to make?

21     A.  No.

22     Q.  No?

23     A.  There wasn't a close second.

24     Q.  Okay.  And you had said on direct examination that when

25     you were walking to work or coming to work, you were passing

1    people by at Union Station and you heard them chanting.

2              Do you remember answering those questions?

3    A.  I said I was sitting in my car and they were passing by,

4    coming -- looked to be coming from Union Station.

5    Q.  And I think you said that some of them were chanting

6    "Stop the Steal"?

7    A.  Yes.

8    Q.  And you took that to mean -- well, I think you said that

9    you didn't even know that there had been a rally scheduled

10   for January 6.  Is that right?

11   A.  No.

12   Q.  I'm sorry.

13   A.  I didn't know there was a rally.

14   Q.  Okay.  But you did know there was a joint session of

15   Congress that day.  Right?

16   A.  Yes.

17   Q.  Do you know what the joint session of Congress was

18   specifically for?

19   A.  We do it every four years when we confirm the next

20   president.

21   Q.  Okay.  So because of your sort of role as a Capitol

22   Police officer, you know that there was something going on

23   for you work-related that had to do with the certification

24   of the president?

25   A.  Yes.

1   Q.  All right.  Now, just sort of getting back to the things

2   you were talking about with Ms. Reed here, I mean, I know

3   that there's been a lot of attention on what your actions

4   were before that.  But even before the time in the Ohio

5   Clock Corridor, it sounded like a lot had already happened

6   to you.  Is that fair?

7   A.  Yes.

8   Q.  Because you were one of the -- well, first, you were

9   involved in taking into custody one of the first people who

10  breached a fence.  Correct?

11  A.  Yes.

12  Q.  It sounds like you were sort of responsible for holding

13  onto that person while his transport came?

14  A.  Yes.

15  Q.  That person -- you simply arrested that person or

16  maintained -- you maintained custody of that person while

17  you were waiting?

18  A.  Yes.  I maintained custody.

19  Q.  And then after you were done there, then you went out to

20  the west front.  Right?

21  A.  Went back around the upper west terrace to the west

22  front.  Yes.

23  Q.  And at that time, there was a perimeter breach out at

24  the west front.  Right?

25  A.  The perimeter had already been breached when I initially

```
1    went out.  So it had already been breached when I went back

2    around to the west front.

3    Q.  I see.

4         And when you had described -- I think you said

5    that it was sort of like medieval times out there.  You were

6    talking about the time -- what was going on in the west

7    front.  Right?

8    A.  Yes.

9    Q.  Because it was like complete pandemonium.  Right?

10   A.  Yes.

11   Q.  You ended up actually being engaged in some physical

12   combat out there, really.  Right?

13   A.  Yes.

14   Q.  Because you were bear-sprayed in the face?

15   A.  Yes.

16   Q.  And I think at a certain point in time, Metropolitan

17   Police Department came, too.  Right?

18   A.  Yes.

19   Q.  And they were also deploying their own pepper spray.

20   Right?

21   A.  Yes.

22   Q.  And there was -- I mean, there was there was chemical

23   irritants everywhere and it was affecting you as well.

24   Right?

25   A.  Yes.
```

1    Q.  And then you also -- you were under attack.  Is that

2    fair?

3    A.  Yes.

4    Q.  And you had to use your baton to actually inflict force

5    upon some of the individuals who were attacking you.  Right?

6    A.  Yes.

7    Q.  At some point in time, while all this was going on, you

8    realized that you had to get in and sort of take a break so

9    you could at least get the pepper spray out of your eyes.

10   Right?

11   A.  Yes.

12   Q.  And so you disengaged from that line and you went into

13   what I think you called -- I've heard people call it a

14   decontamination area.  Is that a fair way to describe it?

15   A.  Yes.  Yes.

16   Q.  So like officers had sort of taken -- found like a place

17   where you all can just go and wash up and try to get the

18   chemicals out of your eyes so you can sort of go back and

19   do -- help out your other fellow officers.  Right?

20   A.  Yes.

21   Q.  And you went ahead and did that.  Right?

22   A.  Yes.

23   Q.  And I think you mentioned that you had vomited a few

24   times while you were in there.  Right?

25   A.  Yes.

1    Q.  Because things had gotten so intense while you were out

2    on the west front?

3    A.  Yes.

4    Q.  Okay.  So that was -- after you did that, you actually

5    went back outside.  Right?

6    A.  Yes.

7    Q.  And I think that is where you confronted the individuals

8    on the scaffolding.  Right?

9    A.  Yes.

10   Q.  And you took it upon yourself to try and get people off

11   the scaffolding.  Right?

12   A.  Yes.

13   Q.  Okay.  And did you have to, I guess, deploy your baton

14   at anybody when you were in the scaffolding area?

15   A.  No.  As I would run up to chase after them on the

16   scaffolding, they would sort of run away.

17   Q.  Okay.  So there was no actual physical --

18   A.  There was no physical contact there at that point.

19   Q.  In terms of the physical contact on the west front, do

20   you remember how many people you ended up having to strike?

21   A.  No, I don't.  I don't remember.

22   Q.  Could you describe any one of those people?

23   A.  No, I can't.

24   Q.  Could you describe what any individual person said when

25   you were in that situation on the west front?

1    A.   No.

2    Q.   Is it fair to say that the day was so chaotic that it

3    was impossible for you to remember individually what

4    everybody said at least out there on the west front?

5    A.   Particularly on the west front, yes.

6    Q.   Now, when you were -- after you were on the scaffolding,

7    did you come inside -- were you -- I know you said that you

8    had heard -- or that you had come inside at some point in

9    time after you were out on the scaffolding.   Right?

10   A.   A supervisor was out there with us and he kind of was

11   waving folks in.

12   Q.   So you come inside, and then let's just sort of

13   fast-forward.   Well, how long had you been inside at the

14   time where you were running down the stairs like we saw in

15   Government's Exhibit 505?

16   A.   That I don't know.   That I don't know.   I don't have a

17   time --

18   Q.   Would you say it was an hour?

19   A.   I couldn't even give you that.   I don't know.

20   Q.   But in terms of, I guess, the course of events, at this

21   point in time, you had already done the west perimeter

22   breach.   Then you went to the decontamination area and then

23   you went to the scaffolding and then you were at the -- then

24   you went back inside at the direction of your supervisor.

25   Right?

1    A.  Yes.

2    Q.  Okay.

3    A.  A supervisor.

4    Q.  A supervisor.  Not your particular supervisor?

5    A.  Yes.

6    Q.  And I think you said --

7              MR. OHM:  If it's possible, Madam Clerk, to show

8    the witness a screen.

9              Your Honor, these are all exhibits that have been

10   previously admitted in the Government's case.  So if I could

11   publish them as well.

12             THE COURT:  Of course.

13   BY MR. OHM:

14   Q.  So do you remember looking at this video while you were

15   testifying on direct examination?

16   A.  Yes.

17   Q.  We're looking at --

18             THE COURT REPORTER:  Counsel, could you identify

19   what you're publishing for the record, please?

20             MR. OHM:  It's Government's 505.

21             (Whereupon, segments of Government's Exhibit No.

22   505 were published in open court.)

23   BY MR. OHM:

24   Q.  If I have it correct, I think you said you were about

25   halfway down that final set of stairs -- I'm sorry -- the

1    video was halfway down the final set of stairs when you

2    initially encountered Mr. Seefried at that archway.  Is

3    that --

4    A.  Yes.

5    Q.  So right now --

6    A.  Right now I'm already around the corner --

7    Q.  Right.

8    A.  -- confronting Mr. Seefried --

9    Q.  Okay.

10   A.  -- in that video.

11   Q.  And it was your understanding -- you've seen all these

12   videos, probably quite a few times at this point.  Right?

13   A.  This one, yes.

14   Q.  And so sort of by your recollection and sort of seeing

15   these videos, you came to the conclusion that when you first

16   started your interaction with Mr. Kevin Seefried, it was

17   right around this time.  Is that fair?

18   A.  Yes.

19   Q.  Okay.

20          MR. OHM:  And just for the record, your Honor --

21   actually, this doesn't have a timestamp.

22   BY MR. OHM:

23   Q.  You see yourself in front of the individuals at 18 --

24   around 18 seconds.  Right?  You see yourself on that?

25   A.  Yes.  I see myself on this video.  Yes.

1          (Whereupon, segments of Government's Exhibit No.

2     505 were published in open court.)

3     BY MR. OHM:

4     Q.  About six and a half seconds is when you're about

5     halfway down those steps.  Right?  Do you see that?  6.3 --

6     A.  Yes.

7     Q.  So that's where you're about halfway down the steps.

8     Right?

9     A.  No.  I'm already around the corner.

10    Q.  I'm sorry.  The video is halfway down the steps.  You're

11    starting to talk to Mr. Kevin Seefried.

12    A.  Yes.

13    Q.  So let's go back to what you say that you recall the

14    conversation with Kevin Seefried being.  Okay?

15    A.  Yes.

16    Q.  Now, this is the first time you've encountered anybody

17    inside.  Right?

18    A.  Yes.  Inside.  Yes.

19    Q.  And you hadn't -- you had never seen Mr. Seefried

20    before.  Right?

21    A.  No.

22    Q.  So you're running down the stairs and then you see him

23    in the archway and then you stop.  Is that fair?

24    A.  Yes.

25    Q.  And did you speak to him first or does he speak to you

1    first?

2    A.  I believe I speak to him first.  I tell him:  You need

3    to leave.  Yeah.

4    Q.  You didn't say "Stop" first or anything like that?

5    A.  I don't recall saying -- specifically what I said, but I

6    know it was along the lines of:  Leave or get out.

7    Q.  Okay.  Well, let me delve into that a little bit,

8    because I think I was under the impression that you

9    remembered the words that you said.

10            Are you saying that you don't remember the actual

11   words that you said?

12   A.  I'm saying I told him to leave.

13   Q.  Okay.

14   A.  You need to leave now.

15   Q.  So it was something to the effect of, Get out of here?

16   A.  Yes.  Leave.  Get out of here.

17   Q.  And then his response was:  No?

18   A.  His -- at that point, he started to jab at me with

19   the --

20   Q.  Okay.  Let's talk about this.  You had said that he

21   had -- he was jabbing at you with the base of his

22   Confederate flag.  Correct?

23   A.  Yes.  The end of the flag.

24   Q.  That would be the end -- that's not where the flag is,

25   but the bottom end of it?

1   A.  The way he held it, it would have been the bottom end

2   that he's jabbing at me with.

3   Q.  So --

4           THE COURT:  So not the flag part?

5   BY MR. OHM:

6   Q.  So say this is a flag and the top part is where the flag

7   is.

8   A.  And if you're holding it with both hands like this, and

9   he's doing this.  Yes.

10  Q.  Like this?

11  A.  Yes.

12  Q.  So the bottom of the base of the flag is coming towards

13  you?

14  A.  Yes.

15  Q.  Okay.  So when you're saying he's jabbing, it's sort of

16  with the short end of the stick in terms of where he could

17  be holding onto it?

18  A.  Yes.

19  Q.  And how far are you from him at this point?

20  A.  Within arm's length.  I'm right on him at that point.

21  Q.  So, like, 2 feet?

22  A.  Arm's length.

23          MR. OHM:  Your Honor, may I approach and try to --

24          THE COURT:  Sure.

25

```
 1    BY MR. OHM:

 2    Q.  Just stop me where we are.  You can stand up if you

 3    want.

 4    A.  Here.

 5    Q.  So like there?

 6    A.  Yes.

 7    Q.  Right here?

 8    A.  Yes.

 9    Q.  So --

10            MR. OHM:  3 feet, your Honor?

11            THE COURT:  Okay.

12    BY MR. OHM:

13    Q.  Does that sound right?

14    A.  Arm's length.

15    Q.  I am short.

16            So then he's not actually -- it sounds like if he

17    wanted to, he could have made contact with you at that

18    point.  Right?

19    A.  I don't know what he would have wanted to do.

20    Q.  But he didn't make contact with you?

21    A.  He didn't make contact.

22    Q.  You were continuing to sort of advance on him?

23    A.  Yes.

24    Q.  Because you weren't really worried about him making

25    contact.  Right?
```

1    A.  I don't know what he was doing.  He was jabbing at me.

2    Q.  And this is -- you're saying this is when nobody else is

3    in the doorway.  Right?

4    A.  Yes.

5    Q.  And you have -- at a certain point in time, you put your

6    hand on your service weapon.  Right?

7    A.  Yes.

8    Q.  When is that?

9    A.  When the rest of the -- by then, the rest of the crowd

10   had appeared.  And there was the gentleman with the face

11   paint and he's got the American flag and what looked like a

12   spear tip.  The tip is sharpened.  He's raising that.

13   That's when I put my hand on my gun.

14   Q.  So your recollection is that once you saw -- well,

15   regardless of whatever happened with Kevin Seefried and his

16   flag, it wasn't until you saw the face-paint-and-horns guy

17   that you put your hand on your gun?

18   A.  Initially.  Yes.

19   Q.  Okay.  That was the first time you put your hand on your

20   gun?

21   A.  Yes.

22   Q.  And your recollection is because that was the first time

23   you observed a threat that caused you to put your hand on

24   your gun?

25   A.  Yes.

1     Q.  Okay.

2            MR. OHM:  Let's just play -- we're back to

3     Government's 505.

4            (Whereupon, segments of Government's Exhibit No.

5     505 were published in open court.)

6     BY MR. OHM:

7     Q.  Here, we can see you standing in front of the doorway.

8     Right?

9     A.  Yes.

10    Q.  Do you see anybody -- well, do you see Mr. Seefried in

11    this picture yet?

12    A.  My view is small, so I can't see anybody here.  I see

13    the people in the rear.  I can't see --

14    Q.  Let me see if I can go in.  Is that better?  Can you see

15    Mr. Seefried?

16    A.  In this picture, no.

17    Q.  Can you see the shaman, the face paint guy?

18    A.  Yes.

19    Q.  I'm going to call him the shaman.  I think that's what

20    everybody calls him.

21    A.  From this angle, no.

22    Q.  But you think he's there at this point?

23    A.  To the right, I think so.  He would be there --

24    Q.  Okay.

25    A.  -- standing to the right out of camera view.

 1    Q.  Do you remember this particular -- let me just ask you

 2    this also:  Is a lot of your memory sort of affected by

 3    looking at these videos over and over again or would you say

 4    that you have like an independent memory of every second of

 5    that day?

 6    A.  I don't understand your question specifically.

 7    Q.  Well, you've obviously looked at this video a lot.

 8    Right?

 9    A.  Yeah.

10    Q.  And you have -- I guess what I'd like to know is how

11    much you're testifying from, like, your independent

12    recollection versus, you know, seeing the videos over and

13    over again.

14    A.  Yeah.  I'm testifying based on what I remember.  Yes.

15    Q.  What you remember.

16           So here, you remember that the shaman guy is

17    standing in front of you?

18    A.  I put my hand on my gun and pointed --

19    Q.  Okay.

20    A.  -- when I saw him waving his flag.

21    Q.  So that's why you're concluding that the shaman must be

22    in your view, because you see that your hand is on your gun

23    and you're pointing?

24    A.  Yes.

25    Q.  So when you were saying that you were -- it was just you

1    and Mr. Seefried alone in that archway, that time period has

2    already ended at this frame.  Right?

3    A.  Yes.

4    Q.  Okay.

5          (Whereupon, segments of Government's Exhibit No.

6    505 were published in open court.)

7          MR. OHM:  For the record, your Honor, that is at

8    about 10.8 seconds on Government's 505.

9          THE COURT:  Okay.

10          (Whereupon, segments of Government's Exhibit No.

11    505 were published in open court.)

12    BY MR. OHM:

13    Q.  Do you see yourself sort of pointing again and

14    continuing to --

15          (Whereupon, segments of Government's Exhibit No.

16    505 were published in open court.)

17    BY MR. OHM:

18    Q.  You saw yourself pointing.  Right?

19    A.  Yes.

20    Q.  And you saw yourself sort of starting to retreat just a

21    couple seconds after that.  Right?

22    A.  Yes.

23    Q.  I'll go back to this.

24          I just want to ask you, do you remember where

25    Mr. Kevin Seefried was after you started going up the

1    stairs?

2    A.  Once I started going up the stairs, no.  I lost sight of

3    him.

4              (Whereupon, segments of Government's Exhibit No.

5    505 were published in open court.)

6    BY MR. OHM:

7    Q.  As you're first running up the stairs -- and we're at

8    about 27 seconds, your Honor -- do you see Kevin Seefried in

9    there?

10   A.  No.  I don't see him.

11             (Whereupon, segments of Government's Exhibit No.

12   505 were published in open court.)

13   BY MR. OHM:

14   Q.  Is it fair to say that the primary person you're dealing

15   with is the person with the black Q shirt?

16   A.  Yes.  The closest person to me at that point.  Yes.

17             (Whereupon, segments of Government's Exhibit No.

18   505 were published in open court.)

19   BY MR. OHM:

20   Q.  Do you see Kevin Seefried in your -- among the first,

21   let's say, four or five people following you at this point?

22   A.  Well, my -- the gentleman up front is blocking the view.

23   So no.  I don't see.

24             (Whereupon, segments of Government's Exhibit No.

25   505 were published in open court.)

1    BY MR. OHM:

2    Q.  Up until now, have you seen Kevin Seefried once you

3    started going up the stairs?

4    A.  No.

5    Q.  Now, I know that you had mentioned earlier that on this

6    floor in the Ohio Clock Corridor that was where I think you

7    said the minority leader, the majority leader and the whip

8    and vice president's office was.  Right?

9    A.  Yes.

10   Q.  You weren't taking them to those areas because anybody

11   asked you to take them to those areas.  Right?

12   A.  Well, I wasn't taking anybody -- what I was doing was

13   going to where backup was.

14   Q.  So you knew there were other officers who were over in

15   the Ohio Clock Corridor.  Right?

16   A.  No.  I knew that officers were somewhere on that floor.

17   Q.  Okay.  So you knew that officers were on the second

18   floor?

19   A.  Yes.

20   Q.  And so it was your decision to take these individuals

21   towards those other officers on the second floor?

22   A.  For backup.  Yes.

23   Q.  Because you knew -- you felt like they were going to

24   follow you.  Right?

25   A.  Because I was outnumbered and I needed backup.

1   Q.  But they didn't independently decide, Hey, we're going

2   to go to the second floor where the Senate minority leader

3   and the Senate majority leader is and president -- vice

4   president?

5            MS. REED:  Your Honor, I'm just going to object to

6   the speculative nature of that question.

7            THE COURT:  Overruled.

8   BY MR. OHM:

9   Q.  There was nothing that you had, no information that you

10  had that made you think that these individuals are going to

11  that particular floor for a particular reason except that

12  they were following you.  Right?

13  A.  Well, no.  The individuals are saying to me:  Where are

14  they counting the votes at?

15  Q.  Okay.  Because they didn't know where they were counting

16  the votes at.  Right?

17  A.  I don't know what they knew.  I don't presume to know

18  what any of them knew that day.

19  Q.  What you also don't know is they were trying to get to

20  the second floor, trying to get to this hallway.  Right?

21  A.  I don't know what they were trying -- what they thought

22  they were trying to do.

23  Q.  Okay.

24  A.  I just know what they were doing.

25  Q.  You didn't hear anybody say, Hey, let's go to the second

1    floor where Vice President Pence's office is.  Right?

2    A.  No.  I didn't hear that.

3    Q.  You didn't hear anybody say, Hey, I know that the Senate

4    minority leader is on the second floor.  Right?

5    A.  No.  I didn't hear that.

6    Q.  And you didn't hear anybody say that about the Senate

7    majority leader.  Right?

8    A.  No.

9    Q.  And as far as you could tell from your perspective, the

10   reason that they came onto the second floor is because they

11   were following you and you wanted to go to the second floor?

12   A.  Right.  No.  They were asking me:  Where are they

13   counting the votes at?  So in my mind, they're trying to

14   find out where they're counting the votes.

15   Q.  But if that was what was going on in your mind, you

16   wouldn't have led them right to the Senate chamber?

17   A.  Right.  Well, the Senate chamber was locked down.  So

18   I --

19   Q.  Sure.

20   A.  In my mind is, what they were doing was trying to find

21   out where the votes are.  I'm trying to get to backup.

22   Q.  Okay.  The first floor doesn't have any senators.

23   Right?

24   A.  It has one senator.  Yes.  One officer.

25   Q.  And the rest of them you think are up on the second

1    floor?

2    A.  I know they're on the second floor.

3    Q.  So you're saying that hearing that they are looking for

4    senators on the first floor, that your decision was to go to

5    the second floor where all the senators were?

6    A.  I'm saying my decision was to go to where backup was.

7    Q.  Okay.  In terms of you -- and this was such a long day

8    for you, Officer.  In terms of you remembering and

9    segmenting little pieces of information, who said them,

10   where it happened, 15, 16 months ago, that's not an easy

11   thing to remember.  Is that fair?

12   A.  I remember what I remember.

13   Q.  You had previously talked to -- well, you've been

14   interviewed several times by the FBI about what happened

15   that day.  Right?

16   A.  Yes.

17   Q.  And I know that you had sort of these general meetings

18   where the FBI, you know, didn't know exactly who they were

19   asking you about.  But more recently, you started meeting

20   with Ms. Reed and Ms. Kearney.  Right?

21   A.  Yes.

22   Q.  And that was to go over your testimony here today.

23   Right?

24   A.  Yes.

25   Q.  And you knew when you had these meetings with them that

1    it was an important part of the process for the prosecutors

2    to know precisely what it was that you were saying happened

3    on that day.  Right?

4    A.  Yes.

5    Q.  And they went into great detail with you to try to

6    figure out everything that did happen and everything that

7    you remembered.  Right?

8    A.  Yes.

9    Q.  Okay.  And the first of these meetings was back in May

10   6th over a conference call.  Right?

11   A.  I'm assuming.  I don't remember.

12   Q.  It was about a month ago or maybe close to two months

13   ago?

14   A.  Yeah.  Whatever the date is that you have, then yes.

15   That's what it is.

16   Q.  And at this conference call was these two assistant U.S.

17   attorneys.  Right?

18   A.  Yes.

19   Q.  And Special Agent Dinkel was also there.  Right?

20   A.  Yes.

21   Q.  And Special Agent Dinkel was taking notes.  Right?

22   A.  Yes.  I assume.  Yes.

23   Q.  In that conversation, you knew that the main focus of

24   Ms. Reed and Ms. Kearney was Kevin Seefried.  Right?

25   A.  Yes.

1    Q.  And Hunter Seefried?

2    A.  Yes.

3    Q.  In that conversation, you did not say anything about

4    Mr. Kevin Seefried saying, "Where are the senators?  I need

5    to stop the count," anything like that.  Right?

6    A.  I don't recall the exact details of that conversation,

7    our initial conversation.

8    Q.  But you know that those are important things.  Right?

9    A.  Yes.

10   Q.  That those are facts that are important?

11   A.  Yes.

12   Q.  And you know they're facts that are particularly

13   important to this case.  Right?

14   A.  Yes.

15   Q.  And if that was how you remembered things two months

16   ago, you know that you would have made sure that you told

17   the prosecutors of this case and the special agent assigned

18   to this case that those things happened.  Right?

19   A.  Yes.  I remember how I remember it.

20   Q.  Okay.  And in fact, you've had other followup

21   conversations with Ms. Reed and Ms. Kearney.  Right?

22   A.  Yes.

23   Q.  In none of those conversations did you ever say that you

24   recall Mr. Kevin Seefried himself saying that -- "Where are

25   the senators?  Where are they counting the votes?"  Anything

1    like that.  Right?

2    A.  I don't recall what I specifically -- how I said what I

3    said in those conversations.  I don't recall.

4    Q.  You've never actually said it before at all, right, that

5    Mr. Kevin Seefried said those things?

6    A.  I don't recall never saying it at all either.

7    Q.  Okay.  But you don't recall ever saying it?

8    A.  No.  I mean, no.  I don't recall -- what I'm saying is I

9    don't recall the specific conversations.

10   Q.  Got it.

11        In terms of -- I'm sorry.  Now I'm getting

12   confused, because there's a conversations with the

13   prosecutors and also the conversations from January 6.  I

14   just want to make clear that you're agreeing that you've

15   never said to anybody that you specifically remember Kevin

16   Seefried not -- Kevin Seefried saying, "Where are those

17   senators?  Where are they counting the votes?"

18   A.  I don't recall saying in conversation with them

19   specifically anything about him --

20   Q.  Okay.

21   A.  -- with regards to counting the votes.

22   Q.  Got it.

23        And recognizing, okay, that during this point in

24   time, there are, you know, at least five people shouting

25   things at you all at once.  Right?

 1    A.  Yes.

 2    Q.  And your attention is not drawn in particular to one

 3    person because you're trying to assess the threat of all of

 4    these people who are in front of you.  Right?

 5    A.  There were -- yes.  As they stood out to me, yes.

 6    Q.  Okay.  Let me just take you to the next clip, which is

 7    the same exhibit, which was 50 -- I'm sorry.

 8              MR. OHM:  This is 504, your Honor, which has

 9    previously been admitted.

10    BY MR. OHM:

11    Q.  Now, this is the same archway that you and Kevin

12    Seefried first had your confrontation.  Right?

13    A.  Yes.

14              MR. OHM:  Your Honor, this is at 2:13 and 51

15    seconds.

16              THE COURT:  Okay.

17              (Whereupon, segments of Government's Exhibit No.

18    504 were published in open court.)

19    BY MR. OHM:

20    Q.  I'm going to show you the next, which is 2:13 and 51

21    seconds, about a half second later.

22              (Whereupon, segments of Government's Exhibit No.

23    504 were published in open court.)

24    BY MR. OHM:

25    Q.  On the right of the exhibit, do you see yourself there,

1    Officer?

2    A.  I don't see myself at all in this.  Well, actually, I

3    do.

4    Q.  You're sort of -- it looks like you're actually coming

5    down the stairs at that point.  Right?

6    A.  No.  I was already down the stairs at that point.  I had

7    already confronted Mr. Seefried for the first time.  I think

8    this is when I back up to retrieve my baton, if I'm not

9    mistaken.  I'm not sure.  But I was -- I had already been

10   downstairs in this picture because the crowd wasn't there

11   when I came downs.  The crowd wasn't there.  It was just

12   Mr. Seefried.

13   Q.  When you retrieved your baton, that was like after you

14   had turned around to run back up the stairs.  Right?

15   A.  I retrieved my baton and then I went back up the stairs.

16   Q.  Right.  But you had already turned around from the

17   archway?

18   A.  Say again.

19   Q.  You had already turned your back on the archway, grabbed

20   a baton on the ground and then ran up the stairs.  Right?

21   A.  Yes.

22   Q.  And so this is before that because you're facing the

23   archway.  Right?

24   A.  Yeah.  I didn't turn my -- okay.  So just to be clear, I

25   didn't turn my back on them to retrieve my baton.  I backed

1    up and picked up my baton.

2    Q.  That's fair.

3              Now, here, it looks like you're not quite at arm's

4    length away from Mr. Seefried.  Is that --

5    A.  Not at that point, no.

6    Q.  So this is prior to you sort of closing in with

7    Mr. Seefried?

8    A.  This point right here?

9    Q.  Right.

10   A.  I want to say this is after I closed in on Mr. Seefried.

11   Q.  You think this is after you closed in on Mr. Seefried?

12   A.  Yes.

13   Q.  Why do you think that?

14   A.  Because, again, in this video there's a crowd.

15   Q.  Right.

16   A.  When I encountered Mr. Seefried, there was nobody but

17   him.

18   Q.  Okay.  At this point in time, you can see like sort of

19   the pole and the hand of Mr. Seefried.  Right?

20   A.  Yes.

21   Q.  And you can see that the base of the pole is pointing

22   towards the statue.  Right?

23   A.  Yes.  In this picture, yes.

24   Q.  And so presumably, the flag part of the pole is

25   pointing, more than in your direction, inside that doorway.

1    Right?

2    A.  Say again.

3    Q.  Presumably the flag part of the flagpole is inside that

4    doorway more towards you.  Right?

5    A.  Yes.

6    Q.  Okay.  I'm sorry.  Now, going back to 213-51-B, it looks

7    like at that point like your hand is already on your

8    holster.  Right?

9    A.  I can't see where my hand is.

10   Q.  Is it possible your hand is already on your holster

11   there?

12   A.  I can't tell from here where my hand is actually

13   sitting.

14   Q.  And you don't remember one way or the other?

15   A.  Say again.

16   Q.  You don't recall, like, independently one way or the

17   other?

18   A.  No.

19   Q.  Okay.

20   A.  I was focused on individuals.

21   Q.  And then I think you said that -- well, at this point in

22   time, you could see the pole again.  Right?  At 2:13 and 51

23   seconds, C?

24   A.  Yes.  I see the pole.

25   Q.  And can you tell whether your hand is on your holster at

1    that point?

2    A.  Looks to be.  Yes.

3    Q.  And at this point, Mr. Seefried actually drops the flag.

4    Right?

5    A.  I don't recall whether he dropped the flag or no.  I

6    don't remember him dropping the flag.

7    Q.  Let's take a look at the next.  This is at 3:13:56.

8    This is where you're pointing.  Right?

9    A.  Yes.

10   Q.  And you're saying that you're pointing at the face paint

11   guy with the horns, the shaman guy.  Right?

12   A.  In this, he's in my face.  I'm telling him to get out

13   now.  Leave.  He's in my face now.

14   Q.  Okay.  So is this the point where you're saying that the

15   flag was used for sort of a jab towards you?

16   A.  Before then, because when I first encountered him, he

17   was not in the archway.  He was further into the -- that

18   area there.  He was closer to -- he was midway between the

19   base of the stairs and the archway there --

20   Q.  Okay.  So let me --

21   A.  -- when I first encountered him.

22   Q.  When you say "midway," are you saying sort of like where

23   the statue is or even farther in?

24   A.  Oh, he was further in.  He was about where I'm standing

25   now when I got to -- when I first got to the bottom of the

 1    stairs.

 2    Q.  Okay.  Got it.

 3          So you think that at this point you're gesturing

 4    towards him?

 5    A.  To him, to back up.  Yes.

 6    Q.  Now, this is 2:14, a couple seconds later.  There we can

 7    clearly see your hand on the holster.  Right?

 8    A.  Yes.

 9    Q.  Then we can also see there are more people that are sort

10    of --

11    A.  Yes.

12    Q.  -- coming towards the archway?

13    A.  Yes.

14    Q.  Okay.  Now, at 2:14 and four seconds, that's when the

15    individual who was behind you enters the picture, this

16    perspective of the picture.  Right?

17    A.  Yes.

18    Q.  And when that happened, that's where we can see I think

19    from left to right probably about five, seven, seven at

20    least individuals in that doorway.  Right?

21    A.  Yes.

22    Q.  Now, do you see where that green arrow is?

23    A.  Yes.  I see the green arrow.

24    Q.  Do you see an empty right hand on that slide?

25    A.  See what?

 1    Q.  An empty right hand.  Right where it's pointing.  Do you

 2    see how there's a hand there and it's empty?

 3    A.  No.  I don't see what you're talking about.

 4    Q.  We can go back and go to the other video.

 5              Do you see at least here an empty left hand?

 6    A.  It's cut off at the base on this picture.

 7    Q.  You see there's no flag in it, though.  Right?

 8    A.  From this video -- from this picture, yes.  But it's cut

 9    off from this angle.

10    Q.  But in terms of where, like, the thumb meets the rest of

11    the hand, you don't --

12    A.  I can't see his thumb or his hand in this picture.

13    Q.  Okay.  Let's see if we can both look and hear this.

14              (Whereupon, segments of Government's Exhibit No.

15    504 were published in open court.)

16    BY MR. OHM:

17    Q.  Here, you can sort of see yourself on the right side of

18    the exhibit.  Right?

19    A.  Yes.

20    Q.  Let me know if you need me to make it bigger for you,

21    Officer.

22              Then there was a split-second where you could see

23    Mr. Kevin Seefried, right, on the right-hand side?

24    A.  Not much of him.  But...

25              (Whereupon, segments of Government's Exhibit No.

```
1    504 were published in open court.)

2    BY MR. OHM:

3    Q.  Did you hear that sound?

4    A.  What --

5    Q.  Did you hear the sound of wood hitting the ground?

6    Here.  Listen again.

7               (Whereupon, segments of Government's Exhibit No.

8    504 were published in open court.)

9    BY MR. OHM:

10   Q.  Did you hear that?

11   A.  No.  I didn't hear anything.

12              (Whereupon, segments of Government's Exhibit No.

13   504 were published in open court.)

14   BY MR. OHM:

15   Q.  So you can't --

16              MR. OHM:  Your Honor, we'll also have this

17   exhibit, and you can see the left hand and the right hand.

18   So I'm just going to move on.

19   BY MR. OHM:

20   Q.  I'm going to show you Government's Exhibit 506.  We were

21   talking about earlier who was going up the stairs and when.

22              Do you remember those questions?

23   A.  Yes.

24              (Whereupon, segments of Government's Exhibit No.

25   506 were published in open court.)
```

1    BY MR. OHM:

2    Q.  Do you see Mr. Kevin Seefried in this video?

3    A.  Yeah.  He's closest to the wall.  Yes.

4    Q.  And he's -- one second.  Could you see him go -- veer

5    off from where everybody else was going?

6    A.  Yes.

7    Q.  He eventually comes back and you see him in the Ohio

8    Clock Corridor.  Right?

9    A.  Yes.

10   Q.  But he's not following lockstep with everybody else.  Is

11   that fair?

12   A.  Well, up to that point, yeah.

13   Q.  So then you had mentioned somebody who was sort of

14   yelling "Ready for war" throughout this sort of -- I

15   guess -- I don't know what you would call it, but in the

16   Ohio Clock Corridor.  Correct?

17   A.  At one point in time, he started to come to the front

18   and yell out, "We're ready for war."

19   Q.  Are you saying that he was yelling that -- I think the

20   question was, like, were you within, like -- was he close by

21   to Mr. Kevin Seefried when he was yelling that?  Do you

22   remember that?

23   A.  Yes.

24   Q.  And your recollection is that you remember where

25   Mr. Seefried --

1   A.  Yes.  He was -- this gentleman had maneuvered to the

2   front at that point.

3   Q.  Okay.

4   A.  Yeah.  He starts to yell, "We're ready for war."

5   Q.  Okay.  Are you -- when you say at that point -- do you

6   stay at the right side of this line?  Like if we're facing

7   you, so the way the exhibit is, are you on the right side

8   the whole time or is there a point in time where --

9   A.  I'm on the right side at this point, but there's a time

10  when I later on shift to the left side --

11  Q.  Okay.

12  A.  -- as we're facing this picture.

13  Q.  And the ready-for-war person was yelling "Ready for war"

14  when you were on the right side or the left side?

15  A.  When I was on the right side.

16  Q.  So when you're saying the right side, you mean our

17  right?

18  A.  As we're facing this -- looking at this picture, to the

19  right, where the busts are.

20  Q.  Let me confirm that with you.

21          (Whereupon, segments of Government's Exhibit No.

22  506 were published in open court.)

23  BY MR. OHM:

24  Q.  Do you see the ready-for-war guy here on the left side

25  of the exhibit?  I'll rewind it a little bit.  The

1    ready-for-war guy had a flag.  Right?

2    A.  He had a camouflage hat.

3    Q.  Yeah.

4    A.  But I can't tell much from here.

5    Q.  Let me see if I can get it better.

6            (Whereupon, segments of Government's Exhibit No.

7    506 were published in open court.)

8    BY MR. OHM:

9    Q.  Do you see the ready-for-war guy on the left side of the

10   exhibit?

11   A.  No.  I don't see him.

12   Q.  You don't see him?  You don't see the camouflage guy

13   there sort of animated, screaming?

14   A.  I can't tell if that's him or not from this picture.

15   Q.  Okay.  Let me find the other exhibit.

16           MR. OHM:  Your Honor, while that's loading, I'll

17   circle back.

18   BY MR. OHM:

19   Q.  Now, I think you had testified that back in -- was it

20   October or January of 2021, you had your first sort of set

21   of interviews with the FBI since the days of -- since right

22   after January 6.  Right?

23   A.  I don't recall the actual date.  But yes.

24   Q.  You remember having sort of a set of interviews?

25   A.  Yes.

1    Q.  Okay.  And actually, back on January 16, you actually

2    had an interview.  That was just ten days after this all

3    happened.  Right?  Do you remember that?

4    A.  I don't recall.  But yes.

5    Q.  And when you had that interview, you told the FBI that

6    you didn't believe many people in the group were trying to

7    hurt you, that it appeared as though most of the group

8    merely wanted to get around you and that you tried to keep

9    the group in front of you.  Right?

10   A.  Yes.  That sounds familiar.

11   Q.  And you also did, like, a use-of-force report in terms

12   of the amount of force that you had to use on people who had

13   posed a threat to you.  Right?

14   A.  Yes.

15   Q.  And you had not mentioned in either of those

16   conversations any interaction that you had with Kevin

17   Seefried.  Right?

18   A.  I don't recall whether in those interactions with the

19   FBI that I made any mention of him.

20   Q.  There was a point in time when you were asked to write a

21   letter to a judge sort of as a victim of one of the cases,

22   one of the January 6 cases.

23            Do you remember that?

24   A.  Yes.

25   Q.  Okay.  And you described -- you described all of the

```
 1    incidents of that day, including the west side, the

 2    scaffolding and the Ohio Clock Corridor.  Right?

 3    A.  I described my events for the day.  Yes.

 4    Q.  When you talked about the Ohio Clock Corridor --

 5              MS. REED:  I'm sorry.  May we approach for a

 6    moment?

 7              THE COURT:  You may.

 8              (Whereupon, the following proceedings were had at

 9    sidebar:)

10              THE COURT:  Let's wait for Mr. Bostic.

11              MS. REED:  So, Judge, this is actually the

12    different statement that was given in another case.  It's

13    under seal.  So obviously, it's been given for *Jencks*

14    purposes, but we didn't know if everybody -- it was under

15    seal.  So --

16              THE COURT:  Do you know why it's under seal?

17              MS. REED:  Because it was for a sentencing.

18    Obviously, I had to turn it over for *Jencks* purposes.

19              THE COURT:  Right.  Is there anything particularly

20    sensitive?

21              MS. REED:  No.  It's just -- no, not at all.  I

22    just wanted to bring it to everyone's attention how to

23    handle the situation of something that's been sealed.

24              MR. OHM:  I mean, because we're on a bench trial,

25    I don't see why I can't rebut any aspects.  I could do this
```

 1     part of the cross in a sealed courtroom.  I don't know that

 2     it matters.  It's really a description of the incident.

 3               THE COURT:  I appreciate you raising it.  I don't

 4     think -- to the extent there's an objection, I'm going to

 5     overrule the objection.  I think it's appropriate for us

 6     to --

 7               MS. REED:  I'm not going to object, Judge.

 8               THE COURT:  Thank you.

 9               (Whereupon, the following proceedings were had in

10     open court:)

11     BY MR. OHM:

12     Q.  So you filled out or you wrote a letter to the judge

13     essentially sort of describing your -- the impact of all

14     this on your -- on you.  Right?

15     A.  Yes.

16     Q.  And then in that, you gave a description of the things

17     that you heard, the things that were yelled at you and the

18     things that were done towards you.  Right?

19     A.  Yes.

20     Q.  Okay.  And in that, you said that you had no idea what

21     these people wanted to do.  Right?

22     A.  I had no idea what their intentions were.  Yes.

23     Q.  Okay.  You were actually referring to the moment where

24     you had encountered individuals downstairs in that archway

25     that we --

 1    A.  I was referring to the entire event as a whole.  I had

 2    no idea what -- from my perspective what their overall

 3    intentions were.

 4    Q.  Okay.

 5              MR. OHM:  Your Honor, may I approach?

 6              THE COURT:  You may.  To Officer Goodman?

 7              MR. OHM:  Yeah.  Defense 1, your Honor.  I'm going

 8    to mark this.

 9    BY MR. OHM:

10    Q.  (Tendering document to the witness) All right, Officer.

11    This is your letter to the judge.  Right?

12    A.  Yes.

13    Q.  This is your typed signature, Officer Eugene Goodman?

14    A.  Yes.

15    Q.  There you write -- let's go back all the way here.

16    You're talking about all of the things that were yelled and

17    screamed at you.  Right?

18    A.  Yes.

19    Q.  And you said:  The rioters were saying there were [sic]

20    for us.  They just wanted to take back our country.  Other

21    rioters were being antagonistic, asking what we were going

22    to do --

23    A.  On that part, yes.  I'm talking about the archway.

24    Q.  -- shoot them?  And then one person said:  There's one

25    of them and a hundred of us.

1    A.  Yes.

2    Q.  So that specifically is talking about that confrontation

3    that we've just been watching video for.  Right?

4    A.  Yes.

5    Q.  And you said:  I had no idea what their intentions were,

6    and you retreated to the top of the stairs.

7    A.  Yes.  That's in there.  Yes.

8    Q.  So when you're saying that you had no idea what their

9    intentions were, you're talking about that very moment where

10   you just testified you had that confrontation with Mr. Kevin

11   Seefried.  Right?

12   A.  When I'm by myself and the whole mob of individuals

13   there.

14   Q.  Right.  But we're talking about that moment at the

15   bottom of the stairs in the archway where you're with

16   Mr. Kevin Seefried.  Right?

17   A.  Yes; along with the -- everybody else.

18   Q.  But that period of time, that is when you're saying you

19   had no idea what their intentions were.  Right?

20   A.  Yes.

21   Q.  Throughout the course of this day, you saw a wide

22   variety of people in terms of how -- what they were prepared

23   for inside of the Capitol.  Right?

24   A.  I saw a variety of people.  Yes.

25   Q.  You saw some people with, like, helmets, like Army

```
 1    helmets.  Right?
 2    A.  Yes.
 3    Q.  You saw some people with tactical vests?
 4    A.  Yes.
 5    Q.  You saw people with stun guns?
 6    A.  I didn't see stun guns.  No.
 7    Q.  You heard of people with stun guns.  Right?
 8    A.  Sorry?
 9    Q.  You heard of people having stun guns out there.  Right?
10    A.  Just hearsay.  Nothing I saw.
11    Q.  I appreciate that.
12             You saw pepper spray or bear spray?
13    A.  Yes.  I got that.
14    Q.  Did you see any baseball bats?
15    A.  I don't recall seeing a baseball bat specifically.  No.
16    Q.  Were there people that you saw using police batons as
17    weapons?
18    A.  Outside, yes.
19    Q.  And did you see any people with baseball bats -- we
20    already asked that.
21             Riot shields?
22    A.  Yes, I did.  Yes.
23    Q.  There were people out there with walkie-talkies.  Right?
24    A.  I didn't see any from where I was or what I was doing.
25    So I couldn't tell you.  No.
```

1   Q.  There were people with plastic zip ties.  Did you hear

2   about that?

3   A.  Yes.  I heard about -- hearsay.  Yes.

4   Q.  And there were some people with, like, masks, not like

5   COVID masks, but like masks that -- to protect them from

6   chemical irritants.  Right?

7   A.  Gas masks.  Yes.

8   Q.  Mr. Seefried had none of those things when you saw him.

9   Right?

10  A.  Right.  He had none of those things.

11  Q.  And as far as you know, he never had any of those

12  things.  Right?

13  A.  To my knowledge.  No.

14  Q.  You had mentioned earlier that there was some

15  individuals who said:  We're supporting you.  We're here for

16  you.  Comments sort of like:  We're here for police.  We're

17  in support of police.

18          Do you remember that?

19  A.  Yes.

20  Q.  And Mr. Seefried is one of the people who were saying

21  those sorts of things.  Right?

22  A.  No.  Not at all.

23  Q.  You're sure that you don't remember him saying that?

24  A.  At no time did he ever say that to me.

25  Q.  You weren't aware of all the things that he was saying

1     to everybody.  Right?

2     A.  I can't speak to what he said to anybody else.

3     Q.  He never called you -- well, let's just --

4             THE COURT:  For the record, why don't we just

5     clarify.  Kevin Seefried?

6             MR. OHM:  Kevin Seefried.

7     BY MR. OHM:

8     Q.  I'm talking about Kevin Seefried.

9     A.  (No audible response.)

10    Q.  You have to say yes.

11    A.  Yes.

12    Q.  Obviously, Mr. Kevin Seefried is holding a Confederate

13    flag.  Right?

14    A.  Yes.

15    Q.  You've never said that he said anything racist or

16    anything like name-calling to you.  Right?

17    A.  Not racist name-calling.

18    Q.  Okay.

19    A.  No.

20    Q.  He in particular never called you anything that was

21    racist towards you.  Right?

22    A.  No.

23            MR. OHM:  Your Honor, I'll be honest.  I'm

24    stalling, hoping my video will load.

25            THE COURT:  Did you have to restart it?

1          MR. OHM:  I think the problem is that the version

2     I had on my computer wasn't working, so I'm trying to get it

3     from the network.  And the Wi-Fi combined with the VPI --

4          THE COURT:  Is that your last area?  I'm just

5     wondering if maybe I should ask Mr. Bostic to do his cross

6     and I'll let you circle back on that one point.

7          MR. OHM:  Let me see if there are other things.

8          MS. REED:  This is 414.

9          MR. OHM:  If we can go to 18:29.

10          (Whereupon, segments of Government's Exhibit No.

11     414 were published in open court.)

12     BY MR. OHM:

13     Q.  Let me know when you see the person with the camouflage

14     hat.  Okay?

15          While we're here, Officer Goodman, you see the

16     shaman guy.  Right?

17     A.  Yes.

18     Q.  You see he's communicating with individuals there?

19     A.  Yes.

20     Q.  He's not using his bullhorn.  Right?

21     A.  No, he's not.

22     Q.  And you were saying that all of the things that he was

23     yelling about "Where are the senators," that he was doing

24     through the bullhorn?

25     A.  Yes.

1    Q.  Also, to the right -- the top over where it says p.m.,

2    do you see that?  Do you see that part of the exhibit over

3    on the top?

4    A.  Where it says p.m.?

5    Q.  Yes.

6    A.  Yes.

7    Q.  Do you see by that statue that officer to the left of

8    the statue?

9    A.  Yes.

10   Q.  That's Officer Steven Lees.  Right?

11   A.  I don't know his name.  I can't tell who that is.

12   Q.  You remember an officer that was standing sort of right

13   behind you throughout most of this time in the Ohio Clock

14   Corridor.  Right?

15   A.  Standing behind me?

16   Q.  Yeah.  Like sort of flanking you.

17   A.  Well, initially, yes.  I do remember that officer.

18   Q.  Okay.  And he was, like, within arm's distance of you.

19   Right?

20   A.  Yes.

21           MR. OHM:  Your Honor, given that this is a bench

22   trial, I'm -- I can just move in the thing and make my

23   point.

24           No further questions.

25           THE COURT:  Thank you, Mr. Ohm.

```
 1                    Mr. Bostic.
 2             MR. BOSTIC:  Thank you, your Honor.
 3                        CROSS-EXAMINATION
 4    BY MR. BOSTIC:
 5    Q.  Good afternoon.  Officer Goodman.
 6    A.  Good afternoon.
 7    Q.  I'll be fairly brief.
 8             You testified on cross-examination to Mr. Ohm's
 9    question about what you recalled.  You said you remember
10    what you remember.  Is that correct?
11    A.  Yes.
12    Q.  Right.
13             And earlier this morning, you testified with
14    respect to Hunter Seefried, the young man in the blue shirt,
15    that you remember he wasn't aggressive.  Is that correct?
16    A.  Yes.
17    Q.  And you testified that he wasn't yelling.  Is that
18    correct?
19    A.  Yes.  He wasn't yelling.
20    Q.  And you testified that as you recall he didn't have
21    anything in his hands.  Do you remember that?
22    A.  Yeah.  I didn't see anything in his hands.
23    Q.  And you testified also that all he did was he had a
24    smile on -- you described it as a smirk -- on his face.
25    Correct?
```

1    A.  Yes; as he moved about the line that they had formed.

2    Yes.

3    Q.  As he moved around.

4         And you testified that all he did was he didn't

5    leave when you told him to leave?

6    A.  For me, from my perspective, yes.  I told him to leave.

7    He wouldn't leave.

8    Q.  Now, in response to Ms. Reed's question, you indicated

9    that there was an individual who was upset.  And you came to

10   the front of the line and someone else moved and took him to

11   the back, apparently to calm him down.

12        Do you remember that?

13   A.  Yes.  At one point, yes.

14   Q.  And I think you had a question to the effect of -- you

15   were asked:  Well, did you see Hunter Seefried take any

16   action to calm anybody down who was in the Ohio Clock

17   Corridor?  Do you remember that?

18   A.  Yes.

19   Q.  And you said no?

20   A.  I didn't see him.

21   Q.  Right.  You didn't see him.

22        Now, would it be fair to say that Hunter Seefried

23   was not amongst the people that you were most concerned with

24   at that time in the Ohio Clock Corridor?  Would it be fair

25   to say?

1    A.  I was concerned about everybody.

2    Q.  You were concerned about everybody.

3    A.  Because of the -- who was -- where the -- because of

4    where I was and the officers.  Everybody was a concern.

5    Q.  But you weren't concerned about him with respect to him

6    being aggressive?

7    A.  No.

8    Q.  And you indicated some other individuals were

9    aggressive?

10   A.  Yes.

11   Q.  And you weren't concerned about him screaming because

12   you said earlier he wasn't screaming or yelling?

13   A.  He wasn't yelling.  He was just disobeying commands.

14   Q.  Right.

15        And now there was only one individual that moved

16   towards -- that person who was upset in the front moving

17   that person away and as you indicated calming that person

18   down?

19   A.  It was two.

20   Q.  There were two?

21   A.  I said two.

22   Q.  There were two.

23        So two out of the people that were in there took

24   such action to calm this individual down?

25   A.  Yes.

1    Q.  And you don't know of any action that Mr. Hunter

2    Seefried took with respect to anybody else?

3    A.  No, I don't.

4    Q.  So the only thing that Hunter Seefried did that you can

5    recall is that he didn't disperse when you told him to

6    disperse?

7    A.  From my -- from what I saw, that's -- yeah.  He

8    disobeyed commands.

9               MR. BOSTIC:  Thank you, Officer.  Nothing else.

10              THE COURT:  Thank you, Mr. Bostic.

11              Ms. Reed.

12              MS. REED:  Yes, sir, your Honor.

13                          REDIRECT EXAMINATION

14    BY MS. REED:

15    Q.  I'll try to be very brief, Officer Goodman.  I'll work

16    my way back.

17              Suffice it to say you just told Mr. Bostic that

18    you were concerned about Hunter Seefried.  Can you explain

19    why?

20    A.  I wasn't concerned about him as far as aggressiveness,

21    but I was concerned about everybody in that area because of

22    the location where they were.  They were outside -- just

23    outside of the Senate main door and also because of the

24    leadership offices that they were all in close proximity of.

25    Q.  As far as the police line, do you recall if he was close

1      in proximity to you at any point?

2      A.  At one point in time, he was.  Yes.

3               MS. REED:  Can we please pull up 515.

4      BY MS. REED:

5      Q.  Now, just to give some context to this picture, Officer

6      Goodman, can you tell us, did you see the Seefrieds, Hunter

7      and Kevin Seefried, when they entered the corridor?

8      A.  When they entered the corridor?  I don't think I saw

9      them right out when they entered.  It wasn't until they came

10     to the front of the line that I saw them.

11     Q.  And so they did make their way to the front.  Correct?

12     A.  Yes.

13     Q.  Were there other individuals who were behind them who

14     sort of just walked around in the corridor behind them?  Can

15     you kind of explain?  What did the individuals do as they

16     came in?

17     A.  Okay.  So they stopped, formed the middle line, and they

18     started -- some of which were -- like this gentleman to

19     my -- in this picture to my left, he's the one that he's

20     more -- he's an aggressive tone but he's saying things like:

21     We're here to Stop the Steal.

22               This gentleman, he's saying:  We're here for you.

23     You guys need to be on our side --

24     Q.  How, let me --

25     A.  -- for the whole country.

1    Q.  Let me pause for a second just for the record.  And you

2    have the screen still in front of you.  You can circle it.

3    Can you tell us where you see the person who you're speaking

4    of right now?

5    A.  Oh, he's immediately in front of me in the black.

6    Q.  Thank you.

7          And the person who is behind this individual with

8    the Trump hat on, how do you recall this person?  What do

9    you recall about him?

10   A.  That is the gentleman who made his way to the front.

11   And after this gentleman, to my -- that's directly in front

12   of me, he's the individual that started yelling and

13   screaming, "We're ready for war."  That's the gentleman with

14   the Trump hat.

15   Q.  The individuals as they are positioned in this picture,

16   is it safe to say that the line that they've created is soon

17   after you arrived in the corridor?

18   A.  Yes.

19   Q.  Okay.  And suffice it to say Hunter and Kevin Seefried

20   are at the front of that line?

21   A.  Yes.

22   Q.  Just so I have it clear, Mr. Ohm asked you about the

23   individual who said something to the effect of, "Ready for

24   war."

25   A.  Yes.

1    Q.  Who is the person -- do you see that person depicted in

2    515?

3    A.  Yes.

4    Q.  And who is that individual?

5    A.  He's the gentleman standing directly behind the

6    gentleman in the black with the Trump hat on in the blue

7    mask, the camouflage hat and the blue mask.

8    Q.  Now, you were asked some questions about your victim

9    impact statement.  Correct?

10   A.  Yes.

11   Q.  And you recall writing that statement to express

12   yourself about how you felt about this investigation.

13   Correct?

14   A.  Yes.

15   Q.  And at some point, you did state that you had no idea

16   what their intentions were.

17          Can you explain to the Court what you meant when

18   you wrote that sentence?

19   A.  Well, I didn't know what their intentions were with

20   regard to -- in that corridor with regards to me,

21   specifically me.  That's all I know.

22   Q.  Is it fair to say that when you were asked about that,

23   you were only asked --

24          MR. OHM:  Leading.

25          THE COURT:  Sustained.

```
1    BY MS. REED:

2    Q.  Were you asked about what the remainder of that sentence

3    was?

4    A.  Say again.

5    Q.  When Mr. Ohm asked you about that statement, did he read

6    the full sentence to you?

7    A.  Yes.

8    Q.  And what did that full sentence say in its entirety?

9    A.  I had no idea why they were here.  I had --

10   Q.  Would you like to see it?

11   A.  I'd have to look at it and see it specifically.

12   Q.  (Tenders document to the witness.)

13            MS. REED:  For the record, your Honor, this is

14   Page 2 of the victim impact statement.  They're not lined,

15   but it's Line 4.

16   BY MS. REED:

17   Q.  I want you to take the time and read it to yourself.

18   A.  Okay.

19   Q.  Is your memory refreshed about the entirety of the

20   sentence?

21   A.  Yes.

22   Q.  And what exactly did you state in that sentence?

23   A.  That one of the individuals had stated that there's

24   thousands of us and one of him.

25   Q.  And the statement was, "I had no idea what to believe,
```

1    what their intentions were, and I retreated to the top of

2    the stairs."  Correct?

3    A.  Yes.

4    Q.  So when you wrote this statement, you were talking about

5    why you actually went up the stairs.  Correct?

6    A.  Yes.

7    Q.  Were you attempting at all to talk about what their

8    intent was, these individuals who were entering the Capitol?

9    A.  No.  I had no idea what their intent was.

10   Q.  Do you recall how many times you've been interviewed by

11   the FBI in this investigation?

12   A.  No.  Not off the top of my head.  No.

13   Q.  Do you remember being interviewed back in January of

14   2021 after this incident happened?

15   A.  Vaguely.

16   Q.  Tell us about those interviews.  Do you remember --

17   A.  They were mostly over the phone.  And I kind of gave --

18   I answered the questions they asked me, you know, about

19   specific things.  I can't remember off the top of my head

20   specifics.

21   Q.  In a lot of your interviews that you've had with either

22   the FBI or with the U.S. Attorney's Office, can you explain

23   to the Court how those interviews usually happened?

24   A.  It was just usually over the phone and not face to face

25   at all.  So it --

1    Q.  Is it usually tied to a specific individual like a

2    specific Defendant or someone who they're trying to -- or

3    we're trying to ask if you have identification for?

4    A.  Yeah.  Yes.  Pictures and stuff like that.  Yeah.  It

5    was more if I can identify individuals and stuff like that.

6    Q.  Do you recall back in January 16 of 2021 actually -- you

7    actually identified Mr. Seefried, specifically Kevin

8    Seefried?

9    A.  I would have, yes, because he stood out to me the most

10   because of the Confederate flag and the tattoo.

11   Q.  Is that what you told the FBI back on January 16, 2021?

12   A.  Yes.

13   Q.  One last line of questioning, Officer Goodman.

14            Was it very chaotic that day on January 6?

15   A.  Yes.  Very.

16   Q.  You testified to your own experiences while you were out

17   on the west front.  Correct?

18   A.  Yes.

19   Q.  Would you say that the opportunity that you had to

20   encounter individual people was the same on the west front

21   as it was when you went back inside of the Capitol Building?

22   A.  Not individual people.  Not quite, because outside it

23   was just a mass, a huge mass of individuals.

24   Q.  How were you able to after all this time identify

25   individuals by what they said and what they did?

 1   A.  Because of their clothing, different things and items,

 2   the personality.  Things they said and just -- I just -- as

 3   they were being aggressive, I would kind of make a mental

 4   note of their height, anything I could do to recall

 5   something that they -- you know, this person was a problem.

 6   He has on this shirt, whatever.  That's how I remembered who

 7   was -- who stood out, based on what they were wearing.  I

 8   had to identify key features about a specific person, what

 9   they had.

10   Q.  In fact, do you remember telling me just yesterday how

11   you were able to remember the guy who you said made the

12   statement "Ready for war"?

13   A.  Yeah.  "Ready for war," because he looked like a

14   supervisor of mine, actually.  He favored a supervisor of

15   mine.  So I kind of in my head nicknamed him after the

16   supervisor.

17           And then Mr. Seefried, I nicknamed him in my head

18   Confederate flag; the gentleman with the Q shirt, I

19   nicknamed him Q.  Just certain things to identify each

20   individual in my own head.

21   Q.  So in spite of all the day otherwise, that's how you're

22   able to recall your memory of these individuals?

23   A.  Yes.

24           MS. REED:  Thank you, your Honor.  No further

25   questions.

```
 1                    THE COURT:  Thanks.

 2                    I had a couple questions, Officer.

 3                    So listening through those videos, am I right you

 4       don't hear either Defendant specifically talk about the

 5       votes?  Is that correct?

 6                    THE WITNESS:  I don't -- not him, not either of

 7       the Defendants.  No.  I don't recall them specifically

 8       talking about the votes.

 9                    THE COURT:  But am I correct you do have a

10       specific memory about Kevin Seefried talking about the votes

11       downstairs?

12                    THE WITNESS:  Yes, and "Where the 'F' are the

13       members," along with everyone else that was out there, and

14       being antagonistic.  "What are you going to do?  Are you

15       going to shoot us?  What are you going to do?"

16                    THE COURT:  That's before anyone else was there?

17                    THE WITNESS:  Yes.  That was before -- well,

18       before and sort of during.

19                    THE COURT:  Mr. Ohm, do you have any questions

20       based on my questions?

21                    MR. OHM:  Just one or two, your Honor.

22                              RECROSS-EXAMINATION

23       BY MR. OHM:

24       Q.  When you're saying that Mr. Seefried was in the archway

25       and that it was just the two of you, there were still other
```

1     individuals in the hallway, right, behind Mr. Seefried?

2     A.  When it's just he and I, no.  There's nobody.

3     Q.  I'm not talking about the hallway necessarily like

4     directly in front of you, but there are people like sort of

5     streaming past.  Right?

6     A.  I don't recall anybody streaming.  My focus was him.  He

7     was the closest person to me.  I didn't see beyond -- I

8     didn't take notice of beyond him to see when I initially

9     came down the stairs.  So no.  It was just he and I.

10    Q.  So you don't recall people coming by; you don't recall

11    people yelling; and you don't recall, I mean, alarms

12    going --

13    A.  I didn't see people behind him.  My focus was him.  I

14    was looking at him.

15    Q.  Okay.

16    A.  He was the closest person to me.  He was right there.

17    He was -- and that's at the point when --

18    Q.  So you're not saying there weren't people there.  You're

19    just saying that you were focused on him?

20    A.  Yes.

21    Q.  So it's also possible that there were other people who

22    were yelling and screaming things behind him, right, that

23    you weren't focused on?

24    A.  Yeah.  My focus was him.  When he first -- when I first

25    encountered him, he's the only person right there.

1    Q.  Okay.

2    A.  Yeah.  There's Mr. Kevin, Kevin Seefried.  There's

3    nobody else.  Just Mr. Seefried.

4    Q.  I guess I just want to make the distinction here.

5    You're saying that it's because you were so focused on him.

6    You're not saying that it was only Kevin Seefried and that

7    there was nobody else around?

8    A.  I'm saying that when I first came down to the bottom of

9    the stairs, he was the only person there.  That's what I'm

10   saying.

11   Q.  That is different than what I thought you had said, so

12   I'm just going to ask you a couple more questions again.

13   I'm sorry.

14          So when he was the only person at the bottom of

15   the stairs, it wasn't but an instant before there were other

16   people who were also right behind him.  Right?

17   A.  Yes.  Once he jabbed and retreated, yeah, then they were

18   there.

19   Q.  Those people were all shouting and yelling.  Right?

20   A.  Yes; as was he.

21   Q.  Okay.  Multiple people were shouting and yelling?

22   A.  Yes.

23          MR. OHM:  That's all, your Honor.

24          THE COURT:  Ms. Reed, any questions based on my

25   questions?

1              MS. REED:  No, sir, your Honor.

2              THE COURT:  Thank you, Officer Goodman.  I

3    appreciate your testimony here.  You're free to go.

4              (Witness excused.)

5              (End of requested excerpt.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                       **<u>CERTIFICATE</u>**

2

3                  I, LISA EDWARDS, RDR, CRR, do hereby

4    certify that the foregoing constitutes a true and accurate

5    transcript of my stenographic notes, and is a full, true,

6    and complete transcript of the proceedings produced to the

7    best of my ability.

8

9

10                 Dated this 13th day of June, 2022.

11

12            <u>/s/ Lisa Edwards, RDR, CRR</u>
              Official Court Reporter
13            United States District Court for the
                District of Columbia
14            333 Constitution Avenue, Northwest
              Washington, D.C. 20001
15            (202) 354-3269

16

17

18

19

20

21

22

23

24

25

**'** 

**'F'** [1] - 116:12

**/**

**/s** [1] - 120:12

**0**

**0007** [1] - 1:19

**1**

**1** [1] - 98:7
**10.8** [1] - 75:8
**1005** [1] - 2:3
**101st** [1] - 5:5
**104** [2] - 22:5, 47:3
**105** [1] - 3:6
**108** [1] - 3:5
**11-second** [1] - 42:5
**13** [1] - 1:6
**13th** [1] - 120:10
**15** [4] - 4:19, 4:24, 26:11, 80:10
**15-second** [1] - 56:21
**15-year** [2] - 59:16, 59:19
**16** [4] - 80:10, 95:1, 114:6, 114:11
**1600** [1] - 1:16
**1700** [1] - 2:3
**18** [2] - 67:23, 67:24
**18:29** [1] - 103:9
**19103** [1] - 2:4
**1:20** [1] - 42:16
**1:36** [1] - 57:5

**2**

**2** [2] - 70:21, 112:14
**20** [2] - 37:18, 39:7
**20-second** [2] - 36:2, 38:22
**20001** [2] - 2:8, 120:14
**20004** [1] - 1:23
**202** [2] - 2:9, 120:15
**2021** [5] - 6:2, 94:20, 113:14, 114:6, 114:11
**2022** [2] - 1:6, 120:10
**21-00287** [1] - 1:3
**213-51-B** [1] - 87:6
**24-second** [1] -

44:20
**25** [1] - 44:20
**27** [1] - 76:8
**29** [1] - 3:9
**2:00** [1] - 58:18
**2:13** [3] - 84:14, 84:20, 87:22
**2:14** [2] - 89:6, 89:14

**3**

**3** [1] - 71:10
**30** [1] - 12:24
**30-second** [1] - 33:19
**31** [1] - 45:16
**31-second** [1] - 45:11
**32** [1] - 3:10
**32-second** [1] - 45:16
**333** [2] - 2:7, 120:14
**354-3269** [2] - 2:9, 120:15
**38-second** [1] - 45:21
**3:13:56** [1] - 88:7

**4**

**4** [2] - 3:5, 112:15
**401** [1] - 11:6
**414** [10] - 43:25, 44:5, 44:18, 45:10, 45:20, 46:7, 47:2, 47:21, 103:8, 103:11
**45** [1] - 12:24
**48** [1] - 39:10
**49** [3] - 3:5, 39:11, 40:14

**5**

**50** [1] - 84:7
**504** [17] - 25:25, 26:14, 30:24, 31:1, 31:12, 32:18, 33:22, 56:18, 56:24, 57:7, 84:8, 84:18, 84:23, 90:15, 91:1, 91:8, 91:13
**504-D** [6] - 26:21, 27:8, 27:18, 28:19, 28:24, 28:25
**504-E** [10] - 3:9, 27:19, 27:21, 27:23, 28:5, 28:14, 28:19, 28:24, 29:1

**504-F** [7] - 3:10, 29:3, 29:5, 31:3, 31:4, 31:8, 31:9
**505** [28] - 33:11, 34:6, 34:10, 34:20, 35:2, 35:7, 35:9, 35:25, 37:19, 39:9, 40:25, 42:3, 42:15, 43:4, 65:15, 66:20, 66:22, 68:2, 73:3, 73:5, 75:6, 75:8, 75:11, 75:16, 76:5, 76:12, 76:18, 76:25
**506** [8] - 57:21, 57:23, 58:2, 58:7, 91:20, 91:25, 93:22, 94:7
**51** [3] - 84:14, 84:20, 87:22
**510** [2] - 54:3, 54:7
**511** [1] - 54:3
**513** [1] - 54:3
**514** [1] - 54:3
**515** [16] - 49:13, 49:15, 49:17, 49:20, 50:14, 51:6, 51:10, 52:3, 53:6, 53:24, 54:5, 54:17, 55:12, 55:15, 109:3, 111:2
**54-second** [1] - 32:15
**550** [1] - 1:23
**58** [1] - 46:8

**6**

**6** [8] - 9:12, 59:11, 59:15, 60:10, 83:13, 94:22, 95:22, 114:14
**6.3** [1] - 68:5
**625** [1] - 1:22
**650** [1] - 1:15
**6706** [1] - 2:8
**6:00** [1] - 6:7
**6th** [4] - 6:1, 6:13, 7:19, 81:10

**7**

**70130** [1] - 1:16

**9**

**9:40** [1] - 1:7

**A**

**a.m** [2] - 1:7, 6:7
**ability** [1] - 120:7
**able** [7] - 17:12, 18:11, 33:6, 37:5, 114:24, 115:11, 115:22
**academy** [1] - 5:14
**access** [1] - 40:11
**accurate** [2] - 45:24, 120:4
**acting** [1] - 38:18
**Action** [1] - 1:3
**action** [3] - 106:16, 107:24, 108:1
**actions** [2] - 59:11, 61:3
**actual** [3] - 64:17, 69:10, 94:23
**addition** [1] - 33:24
**address** [5] - 10:3, 15:17, 18:24, 34:13, 39:3
**adjacent** [1] - 6:10
**admitted** [2] - 66:10, 84:9
**advance** [4] - 36:11, 43:15, 45:5, 71:22
**advancing** [11] - 10:19, 14:8, 25:3, 25:4, 25:10, 36:12, 38:6, 38:25, 40:22, 42:20, 43:12
**advantage** [1] - 25:12
**affected** [1] - 74:2
**affecting** [1] - 62:23
**afternoon** [5] - 58:24, 59:8, 59:9, 105:5, 105:6
**Agent** [2] - 81:19, 81:21
**agent** [1] - 82:17
**aggressive** [13] - 38:21, 38:23, 39:5, 40:16, 49:3, 51:1, 56:13, 105:15, 107:6, 107:9, 109:20, 115:3
**aggressiveness** [1] - 108:20
**ago** [4] - 80:10, 81:12, 81:13, 82:16
**agreeing** [1] - 83:14
**agrees** [1] - 59:11
**ahead** [2] - 30:20, 63:21
**Air** [1] - 5:19
**Airborne** [1] - 5:5

**alarms** [1] - 117:11
**almost** [1] - 51:22
**alone** [1] - 75:1
**AMERICA** [1] - 1:3
**America** [2] - 42:23, 46:2
**American** [2] - 52:16, 72:11
**amount** [1] - 95:12
**Andrew's** [1] - 1:18
**Andrews** [1] - 5:19
**angle** [2] - 73:21, 90:9
**angry** [2] - 25:23, 37:12
**animated** [1] - 94:13
**answered** [1] - 113:18
**answering** [1] - 60:2
**antagonistic** [2] - 98:21, 116:14
**apologize** [1] - 54:5
**aPPEARANCES** [1] - 1:13
**APPEARANCES** [1] - 2:1
**appeared** [2] - 72:10, 95:7
**apple** [1] - 14:16
**appreciate** [3] - 97:3, 100:11, 119:3
**approach** [4] - 24:20, 70:23, 96:5, 98:5
**approaching** [1] - 32:13
**appropriate** [1] - 97:5
**approximation** [1] - 30:3
**arches** [1] - 22:21
**archway** [27] - 18:25, 22:23, 24:12, 24:13, 24:16, 29:22, 30:21, 31:23, 37:1, 39:20, 46:11, 48:3, 48:4, 67:2, 68:23, 75:1, 84:11, 85:17, 85:19, 85:23, 88:17, 88:19, 89:12, 97:24, 98:23, 99:15, 116:24
**area** [28] - 8:25, 16:19, 16:22, 16:23, 17:13, 17:15, 17:25, 18:10, 19:3, 19:4, 19:6, 19:7, 20:11, 20:20, 21:1, 22:20, 22:21, 22:22, 29:22, 29:25, 37:18, 57:13, 63:14, 64:14, 65:22, 88:18, 103:4, 108:21

areas [2] - 77:10, 77:11
arm's [8] - 30:14, 30:16, 53:6, 70:20, 70:22, 71:14, 86:3, 104:18
Army [2] - 5:3, 99:25
arrest [1] - 25:8
arrested [1] - 61:15
arrive [1] - 22:1
arrived [3] - 6:16, 11:3, 110:17
arrow [2] - 89:22, 89:23
ascending [1] - 57:2
aspects [2] - 7:23, 96:25
assess [1] - 84:3
assigned [8] - 4:20, 4:22, 8:3, 8:20, 8:22, 9:24, 10:25, 82:17
assignment [3] - 8:5, 8:6, 40:10
assist [1] - 12:12
assistant [1] - 81:16
assume [1] - 81:22
assuming [2] - 12:16, 81:11
assumption [1] - 59:20
attack [2] - 14:6, 63:1
attacking [1] - 63:5
attempting [2] - 38:16, 113:7
attended [1] - 13:3
Attending [1] - 15:9
attention [4] - 25:13, 61:3, 84:2, 96:22
attired [1] - 23:3
Attorney's [1] - 113:22
ATTORNEY'S [2] - 1:15, 1:18
attorneys [1] - 81:17
audible [1] - 102:9
available [1] - 41:17
Avenue [4] - 1:22, 2:7, 6:10, 120:14
aware [3] - 7:18, 11:12, 101:25

**B**

backed [2] - 26:7, 85:25
background [1] - 4:25
backs [3] - 19:9,

28:7, 28:9
backup [6] - 57:19, 77:13, 77:22, 77:25, 79:21, 80:6
bad [1] - 15:4
bank [1] - 21:7
Base [1] - 5:19
base [15] - 12:9, 12:10, 20:2, 22:17, 23:15, 24:22, 28:8, 39:17, 42:25, 46:15, 69:21, 70:12, 86:21, 88:19, 90:6
baseball [4] - 47:25, 100:14, 100:15, 100:19
based [4] - 74:14, 115:7, 116:20, 118:24
basement [2] - 10:12, 19:25
bat [1] - 100:15
baton [1] - 14:4, 14:7, 23:14, 34:25, 37:25, 38:3, 63:4, 64:13, 85:8, 85:13, 85:15, 85:20, 85:25, 86:1
batons [1] - 100:16
bats [1] - 100:14, 100:19
battles [1] - 17:9
bear [4] - 14:14, 14:24, 62:14, 100:12
bear-sprayed [1] - 62:14
beard [3] - 51:12, 54:23, 55:6
become [1] - 15:25
becomes [1] - 50:25
becoming [1] - 5:12
BEFORE [1] - 1:11
began [4] - 15:1, 17:2, 42:21
begin [2] - 30:5, 59:10
beginning [2] - 6:4, 31:2
behavior [1] - 55:22
behind [15] - 19:12, 39:14, 50:16, 51:14, 89:15, 104:13, 104:15, 109:13, 109:14, 110:7, 111:5, 117:1, 117:13, 117:22, 118:16
belabor [1] - 8:16
bench [3] - 47:6, 96:24, 104:21
BENCH [1] - 1:10
BENET [1] - 1:17

best [1] - 120:7
better [8] - 26:18, 26:25, 27:1, 32:2, 55:2, 73:14, 94:5
between [5] - 8:7, 21:9, 24:23, 40:20, 88:18
beyond [2] - 117:7, 117:8
bigger [1] - 90:20
bit [12] - 8:1, 8:15, 24:9, 26:18, 30:20, 32:12, 32:16, 34:17, 35:22, 53:2, 69:7, 93:25
black [5] - 50:12, 55:16, 76:15, 110:5, 111:6
block [2] - 6:11, 7:15
blocked [1] - 7:14
blocking [1] - 76:22
blow [6] - 15:2, 53:12, 53:14, 53:17, 53:18, 53:22
blow-back [1] - 15:2
blue [3] - 105:14, 111:6, 111:7
BOSTIC [8] - 2:2, 2:2, 28:23, 31:7, 49:7, 105:2, 105:4, 108:9
Bostic [5] - 96:10, 103:5, 105:1, 108:10, 108:17
bottle [1] - 47:12
bottom [7] - 69:25, 70:1, 70:12, 88:25, 99:15, 118:8, 118:14
breach [25] - 9:13, 9:16, 9:23, 10:14, 10:16, 11:9, 11:12, 11:15, 15:17, 16:10, 16:15, 16:23, 17:13, 17:20, 17:21, 17:23, 19:2, 20:3, 20:13, 20:14, 34:13, 40:7, 41:20, 61:23, 65:22
breached [7] - 12:13, 12:17, 17:23, 19:11, 61:10, 61:25, 62:1
break [4] - 32:12, 58:17, 58:20, 63:8
brief [2] - 105:7, 108:15
brim [1] - 47:25
bring [2] - 55:13, 96:22
BRITTANY [1] - 1:14
broken [1] - 5:15
brown [3] - 27:10, 50:21, 50:22

Building [1] - 114:21
building [15] - 6:19, 8:8, 8:11, 10:22, 11:10, 12:21, 13:5, 17:18, 18:2, 20:1, 21:21, 34:3, 36:17, 41:11, 51:3
built [1] - 13:10
bullhorn [1] - 103:20, 103:24
bunch [1] - 28:17
busts [1] - 93:19
but.. [1] - 90:24
BY [79] - 2:5, 4:7, 4:11, 11:8, 14:11, 20:9, 24:7, 26:16, 26:24, 27:9, 27:22, 29:4, 31:14, 32:20, 33:23, 34:8, 34:23, 35:8, 36:3, 39:12, 41:2, 42:4, 42:17, 43:6, 44:6, 44:21, 45:13, 45:22, 46:9, 47:4, 47:23, 49:10, 49:14, 49:23, 52:10, 54:6, 56:1, 57:1, 57:9, 58:1, 58:9, 59:7, 66:13, 66:23, 67:22, 68:3, 70:5, 71:1, 71:12, 73:6, 75:12, 75:17, 76:6, 76:13, 76:19, 77:1, 78:8, 84:10, 84:19, 84:24, 90:16, 91:2, 91:9, 91:14, 91:19, 92:1, 93:23, 94:8, 94:18, 97:11, 98:9, 102:7, 103:12, 105:4, 108:14, 109:4, 112:1, 112:16, 116:23

**C**

calm [5] - 51:22, 55:14, 106:11, 106:16, 107:24
calming [1] - 107:17
camera [1] - 73:25
camouflage [6] - 50:20, 52:1, 94:2, 94:12, 103:13, 111:7
camouflage-colored [1] - 50:20
Campbell [1] - 5:6
cannister [1] - 23:11
cap [1] - 47:25
Capitol [37] - 4:16, 4:18, 4:21, 4:23, 4:24, 5:8, 5:12, 5:15, 6:16,

7:1, 7:2, 7:12, 7:14, 8:21, 8:23, 9:9, 9:14, 10:6, 10:21, 11:13, 11:16, 12:6, 12:7, 13:1, 14:2, 15:6, 15:17, 16:11, 16:19, 16:20, 17:10, 56:3, 60:21, 99:23, 113:8, 114:21
car [1] - 60:3
career [2] - 59:17, 59:19
case [7] - 28:15, 28:16, 66:10, 82:13, 82:17, 82:18, 96:12
cases [2] - 95:21, 95:22
caused [1] - 72:23
CBC [1] - 6:11
CDU [1] - 5:22
Center [1] - 5:17
ceremonial [4] - 9:2, 18:20, 40:1, 40:8
certain [3] - 62:16, 72:5, 115:19
CERTIFICATE [1] - 120:1
certification [1] - 60:23
certify [1] - 120:4
chair [2] - 39:18, 40:9
challenge [1] - 8:6
chamber [5] - 4:22, 8:22, 40:12, 79:16, 79:17
channels [1] - 9:20
chanting [2] - 60:1, 60:5
chaotic [3] - 59:16, 65:2, 114:14
chart [1] - 19:12
chase [1] - 64:15
chasing [1] - 15:21
Cheltenham [1] - 5:18
chemical [2] - 62:22, 101:6
chemicals [1] - 63:18
circle [3] - 94:17, 103:6, 110:2
civil [5] - 5:22, 10:25, 11:2, 12:8, 14:22
clarify [1] - 102:5
clashing [1] - 13:18
clear [7] - 7:1, 9:20, 10:5, 17:2, 83:14, 85:24, 110:22
clearly [1] - 89:7

**Clerk** [1] - 66:7
**clip** [1] - 84:6
**cloakroom** [2] - 18:8, 21:2
**clock** [1] - 6:18
**Clock** [19] - 41:7, 41:22, 48:6, 48:12, 48:14, 50:2, 53:22, 54:13, 58:4, 61:5, 77:6, 77:15, 92:8, 92:16, 96:2, 96:4, 104:13, 106:16, 106:24
**close** [8] - 30:11, 30:13, 59:20, 59:23, 81:12, 92:20, 108:24, 108:25
**closed** [2] - 86:10, 86:11
**closer** [4] - 12:7, 36:14, 39:3, 88:18
**closest** [5] - 28:1, 76:16, 92:3, 117:7, 117:16
**closing** [2] - 25:11, 86:6
**cloth** [1] - 13:13
**clothing** [1] - 115:1
**co** [1] - 54:1
**co-workers** [1] - 54:1
**coat** [1] - 50:21
**collection** [1] - 12:20
**colored** [2] - 50:20, 55:23
**Columbia** [2] - 2:7, 120:13
**COLUMBIA** [1] - 1:1
**combat** [2] - 5:5, 62:12
**combined** [1] - 103:3
**coming** [12] - 6:20, 12:4, 23:15, 44:14, 54:9, 59:25, 60:4, 70:12, 85:4, 89:12, 117:10
**command** [4] - 30:18, 45:15, 50:7, 50:9
**commander** [1] - 42:11
**commands** [8] - 25:13, 25:15, 25:20, 25:21, 28:6, 30:22, 107:13, 108:8
**comments** [3] - 55:19, 55:21, 101:16
**communicating** [1] - 103:18
**complete** [4] - 25:24, 48:20, 62:9, 120:6

**completely** [1] - 23:10
**complex** [1] - 7:16
**compliance** [1] - 38:5
**complies** [1] - 23:2
**computer** [1] - 103:2
**Con** [1] - 7:17
**concern** [3] - 40:2, 40:5, 107:4
**concerned** [11] - 40:13, 56:7, 56:16, 106:23, 107:1, 107:2, 107:5, 107:11, 108:18, 108:20, 108:21
**concluding** [1] - 74:21
**conclusion** [1] - 67:15
**Confederate** [8] - 24:14, 29:19, 47:10, 56:4, 69:22, 102:12, 114:10, 115:18
**conference** [2] - 81:10, 81:16
**confined** [3] - 22:25, 30:7, 30:9
**confirm** [2] - 60:19, 93:20
**confrontation** [3] - 84:12, 99:2, 99:10
**confronted** [6] - 21:16, 22:18, 25:2, 42:25, 64:7, 85:7
**confronting** [3] - 34:22, 47:14, 67:8
**confused** [1] - 83:12
**Congress** [4] - 7:19, 7:21, 60:15, 60:17
**conjoined** [1] - 22:11
**constitutes** [1] - 120:4
**Constitution** [2] - 2:7, 120:14
**CONT'D** [1] - 2:1
**contact** [9] - 28:12, 51:11, 54:12, 64:18, 64:19, 71:17, 71:20, 71:21, 71:25
**contents** [1] - 58:20
**context** [1] - 109:5
**continue** [18] - 15:17, 27:5, 27:16, 32:14, 34:17, 35:4, 39:6, 40:23, 42:12, 43:2, 43:15, 44:16, 45:8, 45:18, 46:4, 46:25, 47:19, 58:5
**continuing** [5] -

45:5, 45:6, 58:3, 71:22, 75:14
**controls** [1] - 40:11
**conversation** [6] - 68:14, 81:23, 82:3, 82:6, 82:7, 83:18
**conversations** [7] - 82:21, 82:23, 83:3, 83:9, 83:12, 83:13, 95:16
**corner** [6] - 18:4, 18:19, 21:1, 44:14, 67:6, 68:9
**correct** [40] - 7:4, 7:5, 8:2, 8:18, 9:7, 11:16, 14:2, 17:3, 18:25, 21:24, 23:4, 23:18, 29:25, 34:13, 34:25, 36:15, 36:18, 37:3, 39:14, 48:6, 49:11, 54:10, 54:24, 57:16, 61:10, 66:24, 69:22, 92:16, 105:10, 105:15, 105:18, 105:25, 109:11, 111:9, 111:13, 113:2, 113:5, 114:17, 116:5, 116:9
**corridor** [13] - 37:18, 40:3, 43:8, 43:11, 46:14, 50:24, 53:4, 57:13, 109:7, 109:8, 109:14, 110:17, 111:20
**Corridor** [19] - 41:7, 41:22, 48:6, 48:12, 48:15, 50:2, 53:22, 54:13, 58:4, 61:5, 77:6, 77:15, 92:8, 92:16, 96:2, 96:4, 104:14, 106:17, 106:24
**counsel** [1] - 66:18
**count** [1] - 82:5
**counted** [3] - 32:22, 35:10, 36:22
**counting** [17] - 25:17, 32:23, 33:4, 33:24, 35:12, 36:13, 42:24, 46:21, 52:23, 53:19, 78:14, 78:15, 79:13, 79:14, 82:25, 83:17, 83:21
**country** [8] - 32:3, 37:10, 46:3, 51:21, 55:8, 59:12, 98:20, 109:25
**couple** [5] - 15:14, 75:21, 89:6, 116:2, 118:12

**course** [3] - 65:20, 66:12, 99:21
**COURT** [51] - 1:1, 4:4, 14:9, 19:17, 19:19, 24:4, 26:3, 26:6, 26:8, 28:21, 28:24, 31:3, 31:5, 31:8, 33:12, 33:15, 33:18, 49:9, 49:21, 52:7, 58:17, 58:24, 59:2, 59:5, 66:12, 66:18, 70:4, 70:24, 71:11, 75:9, 78:7, 84:16, 96:7, 96:10, 96:16, 96:19, 97:3, 97:8, 98:6, 102:4, 102:25, 103:4, 104:25, 108:10, 111:25, 116:1, 116:9, 116:16, 116:19, 118:24, 119:2
**Court** [17] - 2:6, 2:6, 11:25, 17:5, 20:11, 22:19, 28:4, 29:24, 39:16, 40:18, 50:19, 54:8, 55:1, 111:17, 113:23, 120:12, 120:13
**court** [49] - 23:20, 24:3, 26:14, 27:8, 27:18, 27:21, 31:12, 32:18, 33:22, 34:20, 35:7, 35:25, 39:9, 40:25, 42:3, 42:15, 43:4, 44:5, 44:18, 45:10, 45:20, 46:7, 47:2, 47:21, 56:24, 57:7, 57:23, 58:7, 66:22, 68:2, 73:5, 75:6, 75:11, 75:16, 76:5, 76:12, 76:18, 76:25, 84:18, 84:23, 90:15, 91:1, 91:8, 91:13, 91:25, 93:22, 94:7, 97:10, 103:11
**courtroom** [1] - 97:1
**covering** [1] - 13:14
**COVID** [1] - 101:5
**create** [2] - 24:23, 40:20
**created** [1] - 110:16
**creeps** [1] - 39:4
**Criminal** [1] - 1:3
**CROSS** [2] - 59:6, 105:3
**cross** [4] - 5:25, 97:1, 103:5, 105:8
**Cross** [1] - 3:3
**cross-examination** [1] - 105:8

**CROSS-EXAMINATION** [2] - 59:6, 105:3
**crowd** [11] - 32:8, 32:9, 32:10, 32:11, 32:13, 37:1, 38:8, 72:9, 85:10, 85:11, 86:14
**CRR** [2] - 2:5, 120:3, 120:12
**Crypt** [1] - 16:22
**culture** [1] - 56:11
**custody** [6] - 12:18, 25:6, 25:9, 61:9, 61:16, 61:18
**cut** [2] - 90:6, 90:8

## D

**D.C** [4] - 1:6, 1:23, 2:8, 120:14
**dark** [2] - 50:21, 50:22
**date** [2] - 81:14, 94:23
**Dated** [1] - 120:10
**days** [2] - 94:21, 95:2
**dealing** [2] - 17:9, 76:14
**debt** [1] - 59:12
**decide** [1] - 78:1
**decision** [4] - 5:7, 77:20, 80:4, 80:6
**decontamination** [2] - 63:14, 65:22
**DEFENDANT** [2] - 1:20, 2:2
**Defendant** [2] - 114:2, 116:4
**Defendants** [2] - 1:7, 116:7
**DEFENDER** [1] - 1:22
**Defense** [1] - 98:7
**delve** [1] - 69:7
**demeanor** [2] - 25:22, 49:2
**Department** [1] - 62:17
**depicted** [1] - 111:1
**deploy** [2] - 15:1, 64:13
**deploying** [1] - 62:19
**deployment** [1] - 5:5
**describe** [7] - 17:5, 22:20, 23:23, 50:18, 63:14, 64:22, 64:24
**described** [7] - 36:20, 40:15, 62:4,

95:25, 96:3, 105:24
  describing [1] - 97:13
  description [2] - 97:2, 97:16
  detail [1] - 81:5
  details [1] - 82:6
  different [4] - 51:21, 96:12, 115:1, 118:11
  dining [1] - 22:11
  Dinkel [2] - 81:19, 81:21
  Direct [1] - 3:3
  DIRECT [1] - 4:6
  direct [4] - 51:10, 54:12, 59:24, 66:15
  direction [3] - 22:7, 65:24, 86:25
  directly [12] - 19:24, 25:2, 38:24, 45:24, 48:18, 49:25, 50:15, 51:13, 52:11, 110:11, 111:5, 117:4
  discuss [1] - 58:19
  disengaged [1] - 63:12
  disobeyed [1] - 108:8
  disobeying [1] - 107:13
  disperse [2] - 108:5, 108:6
  disregarding [1] - 25:15
  distance [4] - 26:5, 40:20, 40:21, 104:18
  distinction [1] - 118:4
  district [1] - 120:13
  DISTRICT [3] - 1:1, 1:1, 1:11
  District [3] - 2:6, 2:7, 120:13
  disturbance [5] - 5:22, 10:25, 11:3, 12:8, 14:22
  division [3] - 4:20, 4:23, 42:11
  Division [1] - 5:6
  document [2] - 98:10, 112:12
  done [3] - 61:19, 65:21, 97:18
  door [27] - 10:4, 10:13, 10:17, 10:23, 15:7, 17:18, 17:20, 17:25, 18:7, 18:21, 19:8, 19:9, 19:11, 20:15, 20:21, 21:3, 39:18, 41:5, 41:7,

41:8, 41:9, 41:12, 44:10, 44:11, 108:23
  doorkeeper [1] - 40:11
  doorkeepers [2] - 18:6, 21:5
  doors [1] - 20:8
  doorway [7] - 22:24, 26:19, 72:3, 73:7, 86:25, 87:4, 89:20
  dowel [3] - 28:2, 29:7, 29:18
  down [46] - 5:16, 5:17, 6:21, 9:25, 10:1, 10:3, 11:22, 15:13, 15:20, 15:24, 18:1, 19:17, 20:24, 21:24, 21:25, 22:9, 22:10, 23:16, 24:8, 32:12, 34:12, 39:16, 40:2, 41:11, 42:25, 48:2, 51:2, 53:2, 55:14, 65:14, 66:25, 67:1, 68:5, 68:7, 68:10, 68:22, 79:17, 85:5, 85:6, 106:11, 106:16, 107:18, 107:24, 117:9, 118:8
  downs [1] - 85:11
  downstairs [9] - 21:15, 21:16, 22:16, 46:12, 46:20, 52:15, 85:10, 97:24, 116:11
  draw [1] - 14:4
  drawn [1] - 84:2
  dropped [3] - 23:15, 34:24, 88:5
  dropping [1] - 88:6
  drops [1] - 88:3
  duration [1] - 56:21
  during [5] - 5:4, 7:23, 10:3, 83:23, 116:18

## E

  early [2] - 6:8
  east [6] - 7:17, 17:18, 20:7, 20:16, 21:15, 34:11
  easy [2] - 9:6, 80:10
  eat [1] - 22:15
  edge [1] - 38:17
  EDSON [1] - 2:2
  Edwards [1] - 120:12
  EDWARDS [2] - 2:5, 120:3
  effect [7] - 15:4, 16:14, 17:22, 32:5, 69:15, 106:14, 110:23

effing [1] - 32:23
  either [6] - 56:8, 83:6, 95:15, 113:21, 116:4, 116:6
  election [1] - 33:4
  elevators [2] - 21:7, 21:8
  ELIZABETH [1] - 1:21
  employed [2] - 4:15, 4:17
  empty [6] - 23:10, 23:12, 89:24, 90:1, 90:2, 90:5
  encounter [3] - 13:5, 18:25, 114:20
  encountered [7] - 67:2, 68:16, 86:16, 88:16, 88:21, 97:24, 117:25
  End [1] - 119:5
  end [7] - 14:13, 28:8, 69:23, 69:24, 69:25, 70:1, 70:16
  ended [3] - 62:11, 64:20, 75:2
  Enforcement [1] - 5:17
  enforcement [2] - 4:25, 5:1
  engage [5] - 13:25, 14:5, 41:15, 48:18, 52:11
  engaged [5] - 41:14, 50:14, 52:14, 52:15, 62:11
  engagement [2] - 52:13, 54:20
  engaging [1] - 45:23
  engulfing [1] - 12:4
  entered [9] - 19:3, 19:6, 19:7, 29:1, 30:21, 31:10, 109:7, 109:8, 109:9
  entering [2] - 18:23, 113:8
  enters [1] - 89:15
  entire [7] - 7:14, 7:16, 49:5, 50:4, 53:16, 55:20, 98:1
  entirety [2] - 112:8, 112:19
  entrance [7] - 9:5, 18:21, 18:22, 21:6, 39:18, 39:25
  ESQ [5] - 1:14, 1:17, 1:20, 1:21, 2:2
  essentially [1] - 97:13
  established [1] -

43:17
  establishing [1] - 44:13
  Eugene [4] - 3:5, 4:2, 4:13, 98:13
  EUGENE [4] - 1:10, 1:20, 4:3, 4:13
  event [1] - 98:1
  events [2] - 65:20, 96:3
  eventually [5] - 11:17, 18:24, 48:5, 51:8, 92:7
  everywhere [1] - 62:23
  EVIDENCE [1] - 3:8
  evidence [2] - 29:1, 31:10
  exact [1] - 82:6
  exactly [2] - 80:18, 112:22
  EXAMINATION [5] - 4:6, 59:6, 105:3, 108:13, 116:22
  examination [3] - 59:24, 66:15, 105:8
  except [1] - 78:11
  excerpt [1] - 119:5
  EXCERPTED [1] - 1:10
  excuse [1] - 33:24
  excused [1] - 119:4
  exhibit [10] - 19:19, 84:7, 84:25, 90:18, 91:17, 93:7, 93:25, 94:10, 94:15, 104:2
  Exhibit [65] - 3:9, 3:10, 11:6, 22:5, 25:25, 26:13, 27:7, 27:17, 27:20, 28:25, 31:9, 31:11, 32:17, 33:11, 33:21, 34:6, 34:19, 35:2, 35:6, 35:24, 37:19, 39:8, 40:24, 42:2, 42:14, 43:3, 43:25, 44:4, 44:17, 45:9, 45:19, 46:6, 47:1, 47:20, 49:13, 49:15, 49:20, 53:6, 56:23, 57:6, 57:22, 58:2, 58:6, 65:15, 66:21, 68:1, 73:4, 75:5, 75:10, 75:15, 76:4, 76:11, 76:17, 76:24, 84:17, 84:22, 90:14, 90:25, 91:7, 91:12, 91:20, 91:24, 93:21, 94:6, 103:10
  exhibits [1] - 66:9

EXHIBITS [1] - 3:8
  exits [1] - 22:23
  expected [1] - 6:5
  experience [3] - 5:2, 13:17, 25:1
  experienced [1] - 59:16
  experiences [1] - 114:16
  explain [9] - 8:4, 19:1, 25:5, 39:16, 40:18, 108:18, 109:15, 111:17, 113:22
  express [1] - 111:11
  extent [1] - 97:4
  exterior [3] - 9:13, 13:1, 14:2
  eyes [2] - 63:9, 63:18

## F

  face [16] - 15:13, 41:4, 49:4, 49:6, 52:5, 56:6, 62:14, 72:10, 72:16, 73:17, 88:10, 88:12, 88:13, 105:24, 113:24
  face-paint-and-horns [1] - 72:16
  faces [3] - 15:10, 17:18, 41:8
  facility [1] - 5:18
  facing [12] - 11:20, 11:21, 11:22, 18:19, 20:15, 20:16, 35:19, 85:22, 93:6, 93:12, 93:18
  fact [4] - 16:6, 38:18, 82:20, 115:10
  facts [2] - 82:10, 82:12
  fair [16] - 7:22, 59:15, 59:20, 61:6, 63:2, 63:14, 65:2, 67:17, 68:23, 76:14, 80:11, 86:2, 92:11, 106:22, 106:24, 111:22
  fairly [2] - 9:20, 105:7
  fall [1] - 28:9
  familiar [3] - 9:9, 34:9, 95:10
  far [10] - 26:4, 30:4, 30:15, 37:24, 48:20, 70:19, 79:9, 101:11, 108:20, 108:25
  fast [1] - 65:13
  fast-forward [1] -

65:13
**favored** [1] - 115:14
**FBI** [8] - 80:14,
80:18, 94:21, 95:5,
95:19, 113:11,
113:22, 114:11
**features** [1] - 115:8
**FEDERAL** [1] - 1:21
**Federal** [1] - 5:16
**feet** [2] - 70:21,
71:10
**fell** [1] - 38:2
**fellow** [1] - 63:19
**felt** [3] - 30:7, 77:23,
111:12
**fence** [2] - 12:3,
61:10
**fenced** [1] - 7:17
**fencing** [1] - 10:18
**few** [11] - 15:8,
15:22, 16:1, 18:6,
33:9, 37:8, 37:9,
38:13, 39:1, 63:23,
67:12
**Fi** [1] - 103:3
**fight** [2] - 15:20,
23:13
**figure** [1] - 81:6
**filled** [2] - 43:16,
97:12
**final** [2] - 66:25, 67:1
**finish** [2] - 5:18,
41:25
**firearm** [2] - 23:7,
23:8
**FIRM** [1] - 2:2
**first** [49] - 4:13, 6:17,
10:9, 10:11, 11:9,
12:17, 12:25, 15:8,
16:22, 19:23, 20:3,
21:24, 21:25, 22:1,
22:2, 22:7, 24:10,
24:18, 41:16, 46:12,
52:14, 52:15, 52:20,
53:3, 61:8, 61:9,
67:15, 68:16, 68:25,
69:1, 69:2, 69:4,
72:19, 72:22, 76:7,
76:20, 79:22, 80:4,
81:9, 84:12, 85:7,
88:16, 88:21, 88:25,
94:20, 117:24, 118:8
**First** [2] - 7:16
**five** [3] - 76:21,
83:24, 89:19
**flag** [30] - 24:14,
26:4, 29:19, 47:10,
52:16, 54:18, 56:4,
56:8, 69:22, 69:23,
69:24, 70:4, 70:6,

70:12, 72:11, 72:16,
74:20, 86:24, 87:3,
88:3, 88:5, 88:6,
88:15, 90:7, 94:1,
102:13, 114:10,
115:18
**flagpole** [3] - 24:22,
28:8, 87:3
**flags** [1] - 6:23
**flanking** [1] - 104:16
**floor** [50] - 8:15,
8:21, 8:23, 8:25, 9:4,
9:6, 9:8, 9:10, 10:6,
10:8, 10:10, 10:11,
15:8, 16:22, 17:16,
18:23, 19:6, 19:23,
20:3, 21:10, 21:22,
21:24, 21:25, 22:2,
22:4, 22:8, 39:25,
41:15, 41:16, 46:12,
52:15, 52:20, 52:21,
77:6, 77:16, 77:18,
77:21, 78:2, 78:11,
78:20, 79:1, 79:4,
79:10, 79:11, 79:22,
80:1, 80:2, 80:4, 80:5
**floors** [1] - 9:9
**focus** [4] - 81:23,
117:6, 117:13, 117:24
**focused** [4] - 87:20,
117:19, 117:23, 118:5
**folks** [1] - 65:11
**follow** [4] - 45:6,
57:13, 58:3, 77:24
**following** [8] - 25:20,
58:23, 76:21, 78:12,
79:11, 92:10, 96:8,
97:9
**followup** [1] - 82:20
**food** [2] - 22:14,
22:15
**FOR** [5] - 1:1, 1:14,
1:20, 2:2, 3:4
**force** [5] - 13:18,
13:19, 63:4, 95:11,
95:12
**Force** [1] - 5:19
**forces** [2] - 13:21,
13:22
**foregoing** [1] - 120:4
**form** [3] - 12:9,
12:10, 43:7
**formed** [2] - 106:1,
109:17
**forming** [2] - 42:20,
43:10
**Fort** [1] - 5:6
**forth** [1] - 21:9
**forward** [3] - 24:12,
32:15, 65:13

**four** [5] - 5:3, 29:16,
60:19, 76:21, 89:14
**frame** [2] - 42:18,
75:2
**fray** [1] - 15:11
**free** [1] - 119:3
**FROM** [1] - 1:10
**front** [51] - 9:17,
12:4, 12:5, 13:4, 16:3,
19:25, 20:7, 20:21,
20:25, 23:13, 27:11,
38:24, 40:8, 44:9,
48:21, 48:22, 50:25,
51:8, 51:20, 61:20,
61:22, 61:24, 62:2,
62:7, 64:2, 64:19,
64:25, 65:4, 65:5,
67:23, 73:7, 74:17,
76:22, 84:4, 92:17,
93:2, 95:9, 106:10,
107:16, 109:10,
109:11, 110:2, 110:5,
110:10, 110:11,
110:20, 114:17,
114:20, 117:4
**fruit** [1] - 14:17
**fucking** [2] - 33:25,
46:21
**full** [6] - 51:12, 55:6,
56:20, 112:6, 112:8,
120:5
**furthest** [1] - 27:3
**fuzzy** [1] - 26:17

## G

**G-O-O-D-M-A-N** [1] -
4:14
**gain** [1] - 38:16
**gas** [1] - 101:7
**gathered** [1] - 7:9
**gear** [2] - 11:1, 19:8
**general** [1] - 80:17
**gentleman** [19] -
50:16, 50:17, 51:12,
51:19, 52:1, 52:5,
55:3, 55:16, 72:10,
76:22, 93:1, 109:18,
109:22, 110:10,
110:11, 110:13,
111:5, 111:6, 115:18
**Georgia** [1] - 5:17
**gesturing** [1] - 89:3
**given** [5] - 7:3, 34:3,
96:12, 96:13, 104:21
**Glenco** [1] - 5:17
**GOODMAN** [2] -
1:10, 4:3
**Goodman** [35] - 3:5,

4:2, 4:8, 4:13, 4:15,
11:9, 13:16, 19:13,
20:10, 23:1, 24:8,
26:25, 27:23, 29:5,
29:21, 34:9, 37:6,
39:13, 42:19, 44:8,
46:16, 49:15, 49:24,
53:25, 58:2, 58:19,
59:2, 98:6, 98:13,
103:15, 105:5,
108:15, 109:6,
114:13, 119:2
**Government** [3] -
4:1, 28:18, 49:19
**GOVERNMENT** [3] -
1:14, 3:4, 4:3
**government's** [1] -
3:9
**Government's** [55] -
3:10, 26:13, 27:7,
27:17, 27:20, 28:25,
31:9, 31:11, 32:17,
33:21, 34:19, 35:6,
35:24, 39:8, 40:24,
42:2, 42:14, 43:3,
44:4, 44:17, 45:9,
45:19, 46:6, 47:1,
47:20, 56:23, 57:6,
57:22, 58:6, 65:15,
66:10, 66:20, 66:21,
68:1, 73:3, 73:4, 75:5,
75:8, 75:10, 75:15,
76:4, 76:11, 76:17,
76:24, 84:17, 84:22,
90:14, 90:25, 91:7,
91:12, 91:20, 91:24,
93:21, 94:6, 103:10
**goy** [1] - 54:14
**grabbed** [2] - 55:13,
85:19
**grand** [2] - 21:15,
34:11
**gratitude** [1] - 59:12
**great** [1] - 81:5
**green** [2] - 89:22,
89:23
**ground** [5] - 25:11,
26:7, 38:1, 85:20,
91:5
**grounds** [1] - 9:14
**group** [16] - 28:10,
37:15, 37:17, 40:2,
41:3, 41:14, 41:18,
41:21, 42:6, 42:21,
43:19, 44:9, 55:14,
95:6, 95:7, 95:9
**growing** [2] - 37:1,
38:8
**guess** [7] - 17:8,
44:13, 64:13, 65:20,

74:10, 92:15, 118:4
**guests** [1] - 22:13
**gun** [8] - 37:7, 52:19,
72:13, 72:17, 72:20,
72:24, 74:18, 74:22
**guns** [4] - 100:5,
100:6, 100:7, 100:9
**guy** [19] - 33:8,
38:24, 44:25, 55:5,
55:10, 55:11, 55:12,
55:15, 72:16, 73:17,
74:16, 88:11, 93:24,
94:1, 94:9, 94:12,
103:16, 115:11
**guys** [9] - 10:25,
21:12, 29:12, 33:9,
42:23, 43:21, 53:19,
55:10, 109:23
**guys'** [1] - 11:5

## H

**half** [3] - 5:3, 68:4,
84:21
**halfway** [5] - 66:25,
67:1, 68:5, 68:7,
68:10
**hall** [1] - 20:24
**hallway** [12] - 22:22,
22:23, 32:13, 39:13,
39:16, 41:10, 78:20,
117:1, 117:3
**hand** [35] - 24:14,
28:2, 29:8, 37:7,
37:24, 38:1, 38:2,
38:5, 47:7, 47:11,
52:18, 52:19, 72:6,
72:13, 72:17, 72:19,
72:23, 74:18, 74:22,
86:19, 87:7, 87:9,
87:10, 87:12, 87:25,
89:7, 89:24, 90:1,
90:2, 90:5, 90:11,
90:12, 90:23, 91:17
**handed** [2] - 12:16,
12:18
**handle** [1] - 96:23
**hands** [5] - 37:8,
45:3, 70:8, 105:21,
105:22
**hang** [2] - 20:24,
22:16
**happenstance** [1] -
17:12
**hat** [15] - 35:20, 36:4,
36:20, 46:10, 50:20,
52:2, 52:6, 54:19,
55:4, 94:2, 103:14,
110:8, 110:14, 111:6,

111:7
**hats** [1] - 6:23
**haywire** [2] - 17:7, 17:11
**hazy** [1] - 27:1
**head** [8] - 14:17, 32:25, 57:18, 113:12, 113:19, 115:15, 115:17, 115:20
**heading** [1] - 22:7
**hear** [40] - 9:18, 9:21, 10:5, 10:7, 16:13, 16:14, 16:23, 17:7, 17:12, 20:2, 20:3, 20:13, 20:14, 21:20, 21:23, 31:19, 31:21, 31:24, 32:10, 32:21, 33:12, 33:25, 35:9, 37:5, 38:10, 42:5, 53:9, 55:18, 78:25, 79:2, 79:3, 79:5, 79:6, 90:13, 91:3, 91:5, 91:10, 91:11, 101:1, 116:4
**heard** [19] - 8:16, 9:16, 17:21, 19:2, 32:9, 40:7, 41:20, 45:14, 46:20, 57:15, 57:18, 60:1, 63:13, 65:8, 97:17, 100:7, 100:9, 101:3
**hearing** [3] - 32:11, 32:25, 80:3
**hearsay** [2] - 100:10, 101:3
**heavily** [1] - 18:22
**height** [1] - 115:4
**held** [2] - 26:7, 70:1
**helmets** [2] - 99:25, 100:1
**help** [4] - 11:5, 12:15, 41:17, 63:19
**hereby** [1] - 120:3
**hiding** [2] - 53:1, 53:20
**high** [1] - 13:11
**highly** [1] - 21:7
**himself** [1] - 82:24
**hit** [2] - 14:15, 14:17
**hitting** [1] - 91:5
**hold** [1] - 11:7
**holding** [7] - 47:7, 47:9, 47:11, 61:12, 70:8, 70:17, 102:12
**holster** [4] - 87:8, 87:10, 87:25, 89:7
**honest** [1] - 102:23
**Honor** [41] - 4:1, 22:4, 23:25, 24:5, 28:18, 29:2, 30:24,

31:4, 31:6, 31:7, 33:17, 44:2, 49:7, 49:19, 55:25, 56:18, 58:15, 59:1, 59:4, 66:9, 67:20, 70:23, 71:10, 75:7, 76:8, 78:5, 84:8, 84:14, 91:16, 94:16, 98:5, 98:7, 102:23, 104:21, 105:2, 108:12, 112:13, 115:24, 116:21, 118:23, 119:1
**HONORABLE** [1] - 1:11
**hoodie** [2] - 50:12, 55:16
**hoping** [1] - 102:24
**horn** [5] - 53:12, 53:14, 53:17, 53:18, 53:22
**horns** [3] - 52:5, 72:16, 88:11
**hour** [2] - 6:8, 65:18
**House** [7] - 8:9, 8:11, 12:20, 41:8, 41:11, 41:12
**huddle** [1] - 30:9
**huge** [2] - 13:18, 114:23
**hundred** [1] - 98:25
**Hunter** [18] - 24:4, 37:21, 50:9, 51:6, 53:7, 53:21, 55:21, 57:2, 57:10, 82:1, 105:14, 106:15, 106:22, 108:1, 108:4, 108:18, 109:6, 110:19
**HUNTER** [1] - 1:6, 2:2
**hurt** [1] - 95:7

I

**idea** [12] - 7:10, 7:11, 97:20, 97:22, 98:2, 99:5, 99:8, 99:9, 99:19, 111:15, 112:9, 112:25, 113:9
**identification** [2] - 24:3, 114:3
**identified** [2] - 56:2, 114:7
**identify** [5] - 66:18, 114:5, 114:24, 115:8, 115:19
**ignoring** [1] - 25:19
**image** [2] - 26:18, 26:20
**immediately** [3] -

21:16, 22:17, 110:5
**impact** [3] - 97:13, 111:9, 112:14
**important** [4] - 81:1, 82:8, 82:10, 82:13
**impossible** [1] - 65:3
**impression** [1] - 69:8
**IN** [1] - 3:8
**in-court** [1] - 24:3
**inaugural** [2] - 11:19, 11:21
**inauguration** [3] - 7:13, 7:15, 10:3
**inching** [1] - 39:2
**incident** [2] - 97:2, 113:14
**incidents** [1] - 96:1
**include** [1] - 5:20
**including** [1] - 96:1
**independent** [3] - 7:6, 74:4, 74:11
**independently** [2] - 78:1, 87:16
**Indiana** [1] - 1:22
**indicate** [1] - 31:15
**indicated** [2] - 106:8, 107:8, 107:17
**individual** [34] - 12:19, 14:5, 17:9, 27:10, 27:13, 35:9, 36:4, 36:7, 36:20, 42:6, 42:8, 45:23, 46:1, 46:10, 47:24, 48:18, 50:11, 50:23, 51:14, 51:18, 54:18, 64:24, 89:15, 106:9, 107:15, 107:24, 110:7, 110:12, 110:23, 111:4, 114:1, 114:20, 114:22, 115:20
**individually** [1] - 65:3
**individuals** [44] - 6:15, 6:19, 8:7, 12:7, 14:1, 18:6, 21:11, 21:19, 28:14, 29:21, 30:8, 30:21, 32:21, 33:9, 36:14, 39:3, 39:4, 40:8, 52:3, 54:7, 57:15, 63:5, 64:7, 67:23, 77:20, 78:10, 78:13, 87:20, 89:20, 97:24, 99:12, 101:15, 103:18, 107:8, 109:13, 109:15, 110:15, 112:23, 113:8, 114:5, 114:23, 114:25, 115:22, 117:1
**inflict** [1] - 63:4

**influence** [1] - 41:21
**influenced** [1] - 5:7
**information** [5] - 10:5, 10:7, 54:8, 78:9, 80:9
**initial** [2] - 12:25, 82:7
**inquire** [1] - 59:4
**inside** [37] - 8:12, 10:20, 10:22, 10:24, 11:1, 11:16, 12:2, 15:5, 15:16, 16:1, 16:5, 16:6, 16:10, 16:12, 16:19, 16:20, 16:21, 21:12, 21:20, 32:7, 43:8, 48:14, 50:1, 53:4, 56:3, 65:7, 65:8, 65:12, 65:13, 65:24, 68:17, 68:18, 86:25, 87:3, 99:23, 114:21
**Inspector** [3] - 42:9, 42:10, 45:14
**instant** [1] - 118:15
**instructors** [1] - 5:24
**intense** [1] - 64:1
**intent** [2] - 113:8, 113:9
**intentions** [8] - 97:22, 98:3, 99:5, 99:9, 99:19, 111:16, 111:19, 113:1
**interaction** [2] - 67:16, 95:16
**interactions** [1] - 95:18
**interior** [2] - 16:9, 16:10
**interrupt** [2] - 33:1, 34:5
**interview** [2] - 95:2, 95:5
**interviewed** [3] - 80:14, 113:10, 113:13
**interviews** [5] - 94:21, 94:24, 113:16, 113:21, 113:23
**introduce** [2] - 28:19, 49:20
**introduced** [2] - 25:25, 44:3
**investigation** [2] - 111:12, 113:11
**involved** [1] - 61:9
**irritants** [2] - 62:23, 101:6
**ish** [1] - 27:4
**it'll** [1] - 4:19
**items** [2] - 23:6, 115:1

J

**jab** [2] - 69:18, 88:15
**jabbed** [2] - 28:7, 118:17
**jabbing** [9] - 24:23, 26:4, 29:11, 29:14, 30:16, 69:21, 70:2, 70:15, 72:1
**January** [8] - 6:1, 6:13, 7:19, 9:12, 59:11, 59:15, 60:10, 83:13, 94:20, 94:22, 95:1, 95:22, 113:13, 114:6, 114:11, 114:14
**Jencks** [2] - 96:13, 96:18
**join** [1] - 5:8
**joint** [3] - 7:20, 60:14, 60:17
**JUDGE** [1] - 1:11
**judge** [4] - 8:16, 95:21, 97:12, 98:11
**Judge** [3] - 26:10, 96:11, 97:7
**jumping** [1] - 30:20
**June** [2] - 1:6, 120:10
**jurisdiction** [1] - 24:1

K

**Kearney** [4] - 54:2, 80:20, 81:24, 82:21
**keep** [3] - 42:20, 43:12, 95:8
**Kentucky** [1] - 5:6
**kept** [3] - 14:8, 38:6, 40:22
**KERNES** [1] - 1:17
**Kevin** [43] - 24:5, 31:20, 36:8, 47:5, 49:24, 50:12, 51:6, 51:15, 53:21, 55:18, 58:10, 67:16, 68:11, 68:14, 72:15, 75:25, 76:8, 76:20, 77:2, 81:24, 82:4, 82:24, 83:5, 83:15, 83:16, 84:11, 90:23, 92:2, 92:21, 95:16, 99:10, 99:16, 102:5, 102:6, 102:8, 102:12, 109:7, 110:19, 114:7, 116:10, 118:2, 118:6
**KEVIN** [2] - 1:6, 1:21
**key** [1] - 115:8
**killed** [1] - 56:12

**kind** [9] - 7:9, 15:3, 28:9, 39:4, 65:10, 109:15, 113:17, 115:3, 115:15
**kitchen** [1] - 22:10
**knowledge** [7] - 6:12, 6:14, 7:2, 7:6, 11:11, 56:11, 101:13

# L

**last** [4] - 4:13, 29:3, 103:4, 114:13
**laughter** [1] - 52:9
**Law** [1] - 5:16
**law** [2] - 4:25, 5:1
**LAW** [1] - 2:2
**Leach** [14] - 26:1, 26:11, 27:19, 31:2, 32:16, 35:5, 35:23, 39:6, 42:1, 42:13, 46:4, 46:25, 54:5, 57:4
**lead** [1] - 41:3
**leader** [9] - 18:17, 20:20, 77:7, 78:2, 78:3, 79:4, 79:7
**leader's** [1] - 20:23
**leadership** [5] - 9:3, 18:2, 18:5, 20:19, 108:24
**leading** [1] - 111:24
**learn** [3] - 9:12, 16:10, 17:19
**learned** [1] - 11:15
**least** [7] - 16:7, 53:7, 63:9, 65:4, 83:24, 89:20, 90:5
**leave** [22] - 5:7, 20:10, 24:21, 25:11, 29:12, 39:1, 42:6, 43:21, 43:23, 45:15, 48:23, 50:5, 69:3, 69:6, 69:12, 69:14, 69:16, 88:13, 106:5, 106:6, 106:7
**leaving** [2] - 25:16, 41:15, 45:5
**led** [1] - 79:16
**Lees** [1] - 104:10
**left** [19] - 20:22, 21:1, 23:24, 35:19, 39:17, 39:24, 41:8, 41:18, 50:11, 57:12, 89:19, 90:5, 91:17, 93:10, 93:14, 93:24, 94:9, 104:7, 109:19
**length** [7] - 30:14, 30:16, 53:7, 70:20,

70:22, 71:14, 86:4
**letter** [3] - 95:21, 97:12, 98:11
**line** [27] - 5:24, 12:9, 12:11, 12:17, 14:8, 14:21, 14:23, 42:20, 43:7, 43:10, 43:17, 43:18, 44:13, 48:19, 48:21, 48:22, 51:20, 63:12, 93:6, 106:1, 106:10, 108:25, 109:10, 109:17, 110:16, 110:20, 114:13
   **Line** [1] - 112:15
**lined** [1] - 112:14
**lines** [2] - 5:25, 69:6
**Lisa** [1] - 120:12
**LISA** [2] - 2:5, 120:3
**listen** [4] - 50:7, 55:10, 55:11, 91:6
**listening** [1] - 116:3
**load** [1] - 102:24
**loading** [1] - 94:16
**lobby** [1] - 39:24
**location** [1] - 108:22
**locked** [2] - 20:22, 79:17
**lockstep** [1] - 92:10
**look** [8] - 17:17, 39:3, 41:10, 49:4, 49:6, 88:7, 90:13, 112:11
**looked** [10] - 13:12, 14:14, 14:16, 19:7, 52:17, 60:4, 72:11, 74:7, 115:13
**looking** [12] - 11:18, 11:19, 11:22, 20:15, 24:13, 44:7, 66:14, 66:17, 74:3, 80:3, 93:18, 117:14
**looks** [11] - 13:17, 44:14, 46:15, 47:12, 47:16, 49:24, 50:21, 85:4, 86:3, 87:6, 88:2
**looped** [1] - 9:25
**lost** [1] - 76:2
**loudly** [1] - 25:23
**Louisiana** [2] - 1:16, 6:10
**lower** [3] - 10:12, 10:17, 15:7
**lowest** [2] - 10:1, 10:4
**Loyd** [3] - 42:9, 42:10, 45:14
**lunch** [2] - 58:18, 58:20
   **luncheon** [1] - 58:22

# M

**ma'am** [1] - 9:1
**Madam** [1] - 66:7
**main** [10] - 9:5, 18:21, 20:21, 41:7, 41:9, 41:10, 41:12, 44:10, 81:23, 108:23
**maintain** [1] - 14:8
**maintained** [4] - 14:20, 61:16, 61:18
**majority** [7] - 18:17, 20:23, 44:12, 77:7, 78:3, 79:7
**mall** [2] - 6:21, 11:22
**man** [2] - 55:13, 105:14
**maneuvered** [1] - 93:1
**map** [1] - 8:17
**mark** [13] - 26:23, 32:15, 33:20, 35:23, 36:2, 38:23, 42:5, 44:20, 45:11, 45:16, 45:21, 56:21, 98:8
**marked** [1] - 37:18
**Market** [1] - 2:3
**markings** [1] - 56:4
**Maryland** [1] - 5:19
**mask** [3] - 50:21, 111:7
**masks** [4] - 101:4, 101:5, 101:7
**mass** [3] - 36:11, 114:23
**matters** [1] - 97:2
**McFADDEN** [1] - 1:11
**mean** [11] - 20:7, 25:6, 38:14, 41:15, 60:8, 61:2, 62:22, 83:8, 93:16, 96:24, 117:11
**means** [1] - 38:5
**meant** [7] - 7:7, 7:8, 7:9, 8:6, 13:8, 34:4, 111:17
**measurements** [2] - 30:2, 30:4
**medieval** [2] - 13:18, 62:5
**meeting** [3] - 34:1, 46:23, 80:19
**meeting's** [1] - 34:2
**meetings** [3] - 80:17, 80:25, 81:9
**meets** [1] - 90:10
**megaphone** [1] - 52:21

**members** [8] - 8:10, 8:12, 21:8, 25:17, 34:2, 52:22, 52:25, 116:13
**memory** [5] - 74:2, 74:4, 112:19, 115:22, 116:10
**mental** [1] - 115:3
**mention** [2] - 45:14, 95:19
**mentioned** [5] - 63:23, 77:5, 92:13, 95:15, 101:14
**merely** [1] - 95:8
**Metropolitan** [3] - 14:21, 15:1, 62:16
**middle** [1] - 109:17
**midway** [2] - 88:18, 88:22
**might** [1] - 21:12
**military** [2] - 5:2, 5:7
**mind** [3] - 79:13, 79:15, 79:20
**mine** [2] - 115:14, 115:15
**minority** [6] - 18:17, 20:19, 20:25, 77:7, 78:2, 79:4
**minutes** [1] - 12:24
**missions** [1] - 5:4
**mistaken** [1] - 85:9
**mob** [2] - 19:10, 99:12
**moment** [12] - 11:7, 15:18, 28:5, 31:13, 38:13, 50:1, 50:3, 55:25, 96:6, 97:23, 99:9, 99:14
**money** [2] - 5:9
**month** [3] - 4:19, 5:14, 81:12
**months** [4] - 5:16, 80:10, 81:12, 82:15
**morning** [5] - 4:4, 4:5, 4:8, 6:17, 105:13
**most** [10] - 5:15, 9:9, 18:22, 21:7, 38:25, 59:15, 95:7, 104:13, 106:23, 114:9
**mostly** [1] - 113:17
**motion** [4] - 24:23, 29:11, 29:14, 30:16
**move** [5] - 26:6, 31:3, 32:15, 91:18, 104:22
**moved** [4] - 106:1, 106:3, 106:10, 107:15
**moving** [2] - 36:14, 107:16
**MR** [67] - 24:6, 28:20,

28:23, 31:6, 31:7, 49:7, 59:1, 59:4, 59:7, 66:7, 66:13, 66:20, 66:23, 67:20, 67:22, 68:3, 70:5, 70:23, 71:1, 71:10, 71:12, 73:2, 73:6, 75:7, 75:12, 75:17, 76:6, 76:13, 76:19, 77:1, 78:8, 84:8, 84:10, 84:14, 84:19, 84:24, 90:16, 91:2, 91:9, 91:14, 91:16, 91:19, 92:1, 93:23, 94:8, 94:16, 94:18, 96:24, 97:11, 98:5, 98:7, 98:9, 102:6, 102:7, 102:23, 103:1, 103:7, 103:9, 103:12, 104:21, 105:2, 105:4, 108:9, 111:24, 116:21, 116:23, 118:23
   **MS** [118] - 4:1, 4:7, 4:9, 4:11, 11:6, 11:8, 14:11, 20:9, 23:25, 24:5, 24:7, 26:1, 26:10, 26:15, 26:16, 26:21, 26:24, 27:5, 27:9, 27:15, 27:19, 27:22, 28:18, 29:2, 29:4, 30:24, 31:4, 31:13, 31:14, 32:14, 32:19, 32:20, 33:11, 33:16, 33:19, 33:23, 34:6, 34:8, 34:23, 35:4, 35:8, 35:22, 36:1, 36:3, 36:9, 39:10, 39:12, 40:23, 41:1, 41:2, 41:25, 42:4, 42:12, 42:16, 42:17, 43:2, 43:5, 43:6, 43:25, 44:6, 44:16, 44:19, 44:21, 45:8, 45:11, 45:13, 45:18, 45:21, 45:22, 46:4, 46:8, 46:9, 46:25, 47:3, 47:4, 47:19, 47:22, 47:23, 49:10, 49:13, 49:14, 49:19, 49:22, 49:23, 52:10, 54:4, 54:6, 55:25, 56:1, 56:18, 56:25, 57:1, 57:4, 57:8, 57:9, 57:21, 57:24, 58:1, 58:5, 58:8, 58:9, 58:15, 78:5, 96:5, 96:11, 96:17, 96:21, 97:7, 107:8, 108:12, 108:14, 109:3, 109:4,

112:1, 112:13, 112:16, 115:24, 119:1
**MULLIN** [1] - 1:21
**multiple** [1] - 118:21
**must** [1] - 74:21
**mustard** [1] - 55:23
**mustard-colored** [1] - 55:23

## N

**name** [7] - 4:9, 4:12, 4:13, 102:16, 102:17, 104:11
**name-calling** [2] - 102:16, 102:17
**natural** [1] - 40:9
**nature** [4] - 6:25, 25:18, 29:13, 78:6
**near** [2] - 47:6, 51:9
**necessarily** [1] - 117:3
**need** [26] - 4:9, 11:5, 12:15, 19:19, 21:12, 21:20, 24:2, 24:20, 24:21, 29:12, 37:10, 39:1, 42:23, 43:21, 45:15, 48:23, 50:4, 50:5, 69:2, 69:14, 82:4, 90:20, 109:23
**needed** [5] - 15:11, 25:6, 42:6, 57:19, 77:25
**network** [1] - 103:3
**never** [9] - 13:19, 68:19, 83:4, 83:6, 83:15, 101:11, 102:3, 102:15, 102:20
**New** [3] - 1:16, 1:19
**next** [14] - 4:19, 20:4, 35:20, 36:5, 36:10, 46:11, 47:24, 52:1, 54:19, 55:6, 60:19, 84:6, 84:20, 88:7
**nicknamed** [3] - 115:15, 115:17, 115:19
**nobody** [6] - 19:11, 72:2, 86:16, 117:2, 118:3, 118:7
**nomination** [1] - 33:5
**none** [3] - 82:23, 101:8, 101:10
**nonviolent** [2] - 38:15, 38:20
**north** [1] - 20:17
**Northwest** [3] - 1:22, 2:7, 120:14

**Nos** [2] - 3:9, 28:25
**note** [1] - 115:4
**notes** [2] - 81:21, 120:5
**nothing** [3] - 78:9, 100:10, 108:9
**notice** [2] - 7:3, 117:8
**noticed** [2] - 52:7, 56:6
**number** [1] - 30:8

## O

**oath** [1] - 59:3
**object** [6] - 28:22, 47:7, 47:11, 49:7, 78:5, 97:7
**objection** [9] - 24:6, 28:20, 28:21, 28:23, 31:5, 31:8, 49:9, 97:4, 97:5
**objects** [1] - 14:15
**obliged** [1] - 59:14
**observed** [2] - 24:18, 72:23
**obviously** [7] - 33:1, 37:2, 48:5, 74:7, 96:13, 96:18, 102:12
**occurred** [2] - 10:15, 10:16
**October** [1] - 94:20
**OF** [4] - 1:1, 1:3, 1:10, 1:21
**office** [18] - 9:1, 9:2, 9:3, 18:3, 18:5, 18:18, 18:20, 20:19, 20:23, 20:25, 39:23, 40:1, 40:8, 41:5, 44:12, 77:8, 79:1
**Office** [2] - 15:9, 113:22
**OFFICE** [3] - 1:15, 1:18, 1:21
**Officer** [42] - 4:2, 4:8, 4:15, 11:9, 13:16, 19:13, 20:10, 22:19, 23:1, 24:8, 26:25, 27:23, 29:5, 29:21, 34:9, 37:5, 39:13, 42:18, 44:8, 46:16, 49:15, 49:24, 53:25, 58:2, 58:19, 59:2, 59:8, 80:8, 85:1, 90:21, 98:6, 98:10, 98:13, 103:15, 104:10, 105:5, 108:9, 108:15, 109:5, 114:13, 116:2, 119:2

**officer** [14] - 4:17, 5:12, 7:2, 11:4, 12:14, 18:6, 23:14, 59:10, 59:18, 60:22, 79:24, 104:7, 104:12, 104:17
**officers** [25] - 5:23, 7:3, 9:24, 12:13, 13:22, 13:23, 15:9, 17:7, 18:12, 19:8, 20:7, 21:4, 41:16, 41:19, 43:7, 43:19, 44:9, 45:2, 63:16, 63:19, 77:14, 77:16, 77:17, 77:21, 107:4
**offices** [11] - 8:24, 9:2, 9:4, 18:10, 18:12, 18:13, 18:14, 18:16, 108:24
**official** [1] - 120:12
**Official** [1] - 2:6
**Ohio** [19] - 41:6, 41:22, 48:5, 48:12, 48:14, 50:1, 53:22, 54:13, 58:3, 61:4, 77:6, 77:15, 92:7, 92:16, 96:2, 96:4, 104:13, 106:16, 106:24
**Ohm** [5] - 58:25, 104:25, 110:22, 112:5, 116:19
**OHM** [62] - 1:20, 24:6, 28:20, 31:6, 59:1, 59:4, 59:7, 66:7, 66:13, 66:20, 66:23, 67:20, 67:22, 68:3, 70:5, 70:23, 71:1, 71:10, 71:12, 73:2, 73:6, 75:7, 75:12, 75:17, 76:6, 76:13, 76:19, 77:1, 78:8, 84:8, 84:10, 84:14, 84:19, 84:24, 90:16, 91:2, 91:9, 91:14, 91:16, 91:19, 92:1, 93:23, 94:8, 94:16, 94:18, 96:24, 97:11, 98:5, 98:7, 98:9, 102:6, 102:7, 102:23, 103:1, 103:7, 103:9, 103:12, 104:21, 111:24, 116:21, 116:23, 118:23
**Ohm's** [1] - 105:8
**once** [15] - 10:17, 12:13, 13:2, 14:18, 15:1, 16:5, 17:21, 18:18, 36:24, 51:19, 72:14, 76:2, 77:2, 83:25, 118:17

**one** [49] - 1:18, 5:5, 8:8, 11:7, 13:18, 13:21, 13:23, 19:7, 28:12, 28:16, 29:3, 32:4, 33:8, 37:7, 48:17, 48:19, 48:20, 48:22, 50:16, 52:12, 52:14, 52:18, 55:25, 57:16, 61:8, 61:9, 64:22, 67:13, 79:24, 84:2, 87:14, 87:16, 92:4, 92:17, 95:21, 95:22, 98:24, 101:20, 103:6, 106:13, 107:15, 109:2, 109:19, 112:23, 112:24, 114:13, 116:21
**open** [47] - 26:14, 27:8, 27:18, 27:21, 31:12, 32:18, 33:22, 34:20, 35:7, 35:25, 39:9, 40:25, 42:3, 42:15, 43:4, 44:5, 44:18, 45:10, 45:20, 46:7, 47:2, 47:21, 56:24, 57:7, 57:23, 58:7, 66:22, 68:2, 73:5, 75:6, 75:11, 75:16, 76:5, 76:12, 76:18, 76:25, 84:18, 84:23, 90:15, 91:1, 91:8, 91:13, 91:25, 93:22, 94:7, 97:10, 103:11
**opportunity** [1] - 114:19
**opposing** [1] - 13:19
**opposite** [6] - 25:24, 47:11, 48:20, 54:22, 55:5, 55:6
**orange** [1] - 23:24
**order** [1] - 38:16
**orientation** [1] - 22:20
**Orleans** [1] - 1:16
**otherwise** [1] - 115:21
**outnumbered** [2] - 57:19, 77:25
**outside** [20] - 10:23, 11:3, 11:5, 12:15, 15:15, 15:18, 16:2, 16:13, 18:7, 19:8, 21:4, 21:5, 23:13, 30:14, 40:9, 64:5, 100:18, 108:22, 108:23, 114:22
**over-talking** [1] - 51:25

**overall** [1] - 98:2
**overrule** [2] - 49:9, 97:5
**overruled** [1] - 78:7
**overrun** [1] - 15:25
**overseas** [1] - 5:4
**owes** [1] - 59:12
**own** [3] - 62:19, 114:16, 115:20

## P

**p.m** [2] - 104:1, 104:4
**PAGE** [1] - 3:8
**Page** [1] - 112:14
**paint** [5] - 52:5, 72:11, 72:16, 73:17, 88:10
**pandemonium** [1] - 62:9
**paraphernalia** [1] - 6:23
**park** [1] - 6:9
**parked** [2] - 6:10, 6:18
**part** [8] - 70:4, 70:6, 81:1, 86:24, 87:3, 97:1, 98:23, 104:2
**particular** [9] - 4:20, 8:5, 8:24, 66:4, 74:1, 78:11, 84:2, 102:20
**particularly** [4] - 5:15, 65:5, 82:12, 96:19
**pass** [4] - 18:2, 18:3, 18:11, 20:20
**passed** [3] - 8:10, 18:5, 18:14
**passing** [3] - 8:7, 59:25, 60:3
**past** [3] - 20:18, 39:20, 117:5
**pause** [14] - 21:18, 26:22, 36:1, 39:10, 45:11, 45:21, 46:8, 47:3, 47:22, 56:25, 57:8, 57:24, 58:8, 110:1
**paying** [1] - 25:13
**peace** [3] - 55:7, 55:10, 55:11
**peaceful** [3] - 52:24, 55:19, 55:21
**Pence's** [1] - 79:1
**Pennsylvania** [1] - 2:4
**people** [46] - 10:18, 12:3, 17:10, 19:10,

28:17, 40:12, 60:1,
61:9, 63:13, 64:10,
64:20, 64:22, 73:13,
76:21, 83:24, 84:4,
89:9, 95:6, 95:12,
97:21, 99:22, 99:24,
99:25, 100:3, 100:5,
100:7, 100:9, 100:16,
100:19, 100:23,
101:1, 101:4, 101:20,
106:23, 107:23,
114:20, 114:22,
117:4, 117:10,
117:11, 117:13,
117:18, 117:21,
118:16, 118:19,
118:21
  **pepper** [6] - 14:4,
23:9, 23:10, 62:19,
63:9, 100:12
  **per** [2] - 7:14, 7:15
  **perimeter** [4] -
12:11, 61:23, 61:25,
65:21
  **period** [2] - 75:1,
99:18
  **person** [41] - 12:17,
24:15, 27:3, 28:1,
35:15, 36:4, 40:15,
40:16, 46:20, 48:2,
48:8, 51:5, 54:9,
55:22, 61:13, 61:15,
61:16, 64:24, 76:14,
76:15, 76:16, 84:3,
93:13, 98:24, 103:13,
107:16, 107:17,
110:3, 110:7, 110:8,
111:1, 115:5, 115:8,
117:7, 117:16,
117:25, 118:9, 118:14
  **personality** [1] -
115:2
  **perspective** [6] -
11:25, 35:9, 79:9,
89:16, 98:2, 106:6
  **Philadelphia** [1] - 2:4
  **phone** [2] - 113:17,
113:24
  **photos** [1] - 32:23
  **physical** [5] - 10:20,
62:11, 64:17, 64:18,
64:19
  **physically** [1] - 13:25
  **Physician** [1] - 15:9
  **pick** [1] - 38:3
  **picked** [2] - 38:1,
86:1
  **picture** [20] - 27:3,
35:16, 38:22, 44:10,
46:15, 73:11, 73:16,

85:10, 86:23, 89:15,
89:16, 90:6, 90:8,
90:12, 93:12, 93:18,
94:14, 109:5, 109:19,
110:15
  **pictures** [1] - 114:4
  **pieces** [1] - 80:9
  **place** [4] - 41:12,
51:2, 58:17, 63:16
  **placing** [1] - 37:24
  **Plaintiff** [1] - 13:11
  **plastic** [1] - 101:1
  **platform** [1] - 13:11
  **play** [2] - 27:16, 73:2
  **played** [2] - 38:12,
56:20
  **Plaza** [1] - 1:18
  **plaza** [2] - 12:20,
12:21
  **pleasant** [1] - 25:24
  **plenty** [1] - 6:18
  **point** [107] - 6:22,
8:16, 9:12, 9:20, 9:22,
10:9, 10:14, 10:20,
10:23, 11:9, 11:10,
11:12, 11:15, 11:24,
12:1, 12:2, 12:12,
12:14, 12:20, 12:23,
13:25, 15:2, 15:5,
15:10, 15:16, 15:22,
15:24, 16:9, 17:5,
17:19, 19:11, 20:14,
21:21, 21:22, 23:17,
24:15, 24:17, 25:7,
26:9, 28:6, 28:9,
28:11, 28:16, 29:21,
31:15, 32:1, 34:15,
37:3, 37:7, 37:21,
37:22, 38:7, 40:19,
41:14, 43:7, 44:15,
45:1, 45:2, 47:15,
48:18, 48:19, 48:22,
50:4, 50:16, 52:12,
52:14, 55:18, 62:16,
62:18, 63:8, 63:18,
65:21, 67:12, 69:18,
70:19, 70:20, 71:18,
72:5, 73:22, 76:16,
76:21, 83:23, 85:5,
85:6, 86:5, 86:8,
86:18, 87:7, 87:21,
88:1, 88:3, 88:14,
89:3, 92:12, 92:17,
93:2, 93:5, 93:8, 93:9,
95:20, 103:6, 104:23,
106:13, 109:1, 109:2,
111:15, 117:17
  **pointed** [2] - 30:25,
74:18
  **pointing** [8] - 74:23,

75:13, 75:18, 86:21,
86:25, 88:8, 88:10,
90:1
  **points** [3] - 11:12,
11:16, 52:18
  **pole** [5] - 86:19,
86:21, 86:24, 87:22,
87:24
  **Police** [15] - 4:16,
4:18, 4:21, 4:23, 4:24,
5:8, 5:13, 5:15, 7:1,
7:2, 12:7, 14:21, 15:1,
60:22, 62:17
  **police** [13] - 5:12,
5:25, 12:17, 13:22,
13:23, 14:23, 23:14,
43:7, 59:18, 100:16,
101:16, 101:17,
108:25
  **posed** [1] - 95:13
  **positioned** [8] -
14:19, 14:20, 35:15,
43:18, 46:14, 51:5,
53:21, 110:15
  **positions** [1] - 17:8
  **possession** [1] -
23:6
  **possible** [3] - 66:7,
87:10, 117:21
  **post** [2] - 9:16, 40:9
  **Poydras** [1] - 1:15
  **precisely** [1] - 81:2
  **prepared** [1] - 99:22
  **President** [1] - 79:1
  **president** [5] - 10:2,
60:20, 60:24, 78:3,
78:4
  **president's** [1] - 77:8
  **presidential** [6] - 9:1,
18:18, 18:19, 33:5,
39:22, 40:1
  **pressed** [2] - 19:9,
20:8
  **pressing** [1] - 19:10
  **presumably** [2] -
86:24, 87:3
  **presume** [1] - 78:17
  **presumed** [1] - 6:20
  **pretending** [2] -
5:23, 5:24
  **pretty** [5] - 7:22,
15:4, 17:2, 29:25,
30:7
  **previously** [4] -
54:24, 66:10, 80:13,
84:9
  **primary** [1] - 76:14
  **prisoner** [3] - 12:19,
12:22, 13:3
  **problem** [2] - 103:1,

115:5
  **proceed** [2] - 31:22,
33:5
  **proceedings** [5] -
7:18, 58:23, 96:8,
97:9, 120:6
  **process** [7] - 7:23,
8:13, 33:2, 33:3, 33:4,
34:5, 81:1
  **produced** [1] - 120:6
  **propel** [1] - 14:7
  **prosecutors** [3] -
81:1, 82:17, 83:13
  **protect** [1] - 101:5
  **protester** [1] - 52:24
  **protesters** [1] -
13:24
  **provided** [1] - 54:8
  **proximity** [3] - 51:6,
108:24, 109:1
  **PUBLIC** [1] - 1:21
  **public** [1] - 10:3
  **publish** [1] - 66:11
  **published** [46] -
26:14, 27:8, 27:18,
27:21, 31:12, 32:18,
33:22, 34:20, 35:7,
35:25, 39:9, 40:25,
42:3, 42:15, 43:4,
44:5, 44:18, 45:10,
45:20, 46:7, 47:2,
47:21, 56:24, 57:7,
57:23, 58:7, 66:22,
68:2, 73:5, 75:6,
75:11, 75:16, 76:5,
76:12, 76:18, 76:25,
84:18, 84:23, 90:15,
91:1, 91:8, 91:13,
91:25, 93:22, 94:7,
103:11
  **publishing** [1] -
66:19
  **pull** [5] - 14:4, 26:1,
43:25, 49:13, 109:3
  **pulled** [1] - 54:3
  **pure** [1] - 49:8
  **purpose** [1] - 43:10
  **purposes** [3] - 22:3,
96:14, 96:18
  **pushed** [1] - 39:1
  **put** [9] - 13:3, 38:5,
52:18, 72:5, 72:13,
72:17, 72:19, 72:23,
74:18
  **puts** [1] - 45:3

**Q**

  **quality** [1] - 22:15

  **questioning** [1] -
114:13
  **questions** [14] -
30:25, 58:15, 60:2,
91:22, 104:24, 111:8,
113:18, 115:25,
116:2, 116:19,
116:20, 118:12,
118:24, 118:25
  **quick** [1] - 57:20
  **quickly** [1] - 19:2
  **quite** [3] - 67:12,
86:3, 114:22

**R**

  **racist** [3] - 102:15,
102:17, 102:21
  **radio** [13] - 9:19,
9:20, 10:6, 10:7,
16:13, 16:14, 16:25,
17:7, 17:11, 17:21,
17:24, 40:7, 41:20
  **radios** [1] - 17:6
  **raid** [1] - 5:21
  **raised** [2] - 52:16,
52:19
  **raising** [2] - 72:12,
97:3
  **rallies** [2] - 6:12, 7:4
  **rally** [4] - 7:8, 7:10,
60:9, 60:13
  **ran** [6] - 9:25, 10:1,
14:6, 15:20, 34:12,
85:20
  **razor** [1] - 52:17
  **RDR** [3] - 2:5, 120:3,
120:12
  **reaching** [1] - 26:5
  **reaction** [1] - 15:14
  **read** [2] - 112:5,
112:17
  **ready** [18] - 51:1,
51:2, 51:3, 55:4,
92:14, 92:18, 93:4,
93:13, 93:24, 94:1,
94:9, 110:13, 110:23,
115:12, 115:13
  **ready-for-war** [4] -
93:13, 93:24, 94:1,
94:9
  **realized** [1] - 63:8
  **really** [9] - 6:8,
22:24, 22:25, 49:5,
50:25, 62:12, 71:24,
97:2
  **rear** [4] - 41:8, 55:13,
73:13
  **reason** [3] - 56:7,

78:11, 79:10
**reassure** [1] - 51:23
**rebut** [1] - 96:25
**recalled** [1] - 105:9
**RECEIVED** [1] - 3:8
**recently** [1] - 80:19
**reception** [1] - 39:21
**recess** [1] - 58:22
**recognize** [4] -
27:23, 29:5, 49:17,
58:13
**recognizing** [1] -
83:23
**recollection** [5] -
67:14, 72:14, 72:22,
74:12, 92:24
**record** [14] - 4:10,
4:12, 22:3, 22:5, 24:1,
24:2, 31:20, 51:14,
66:19, 67:20, 75:7,
102:4, 110:1, 112:13
**RECROSS** [1] -
116:22
**RECROSS-
EXAMINATION** [1] -
116:22
**red** [7] - 33:8, 35:19,
35:20, 36:4, 36:20,
46:10, 54:18
**Red** [1] - 3:3
**REDIRECT** [1] -
108:13
**Reed** [6] - 61:2,
80:20, 81:24, 82:21,
108:11, 118:24
**REED** [119] - 1:14,
4:1, 4:7, 4:9, 4:11,
11:6, 11:8, 14:11,
20:9, 23:25, 24:5,
24:7, 26:1, 26:10,
26:15, 26:16, 26:21,
26:24, 27:5, 27:9,
27:15, 27:19, 27:22,
28:18, 29:2, 29:4,
30:24, 31:4, 31:13,
31:14, 32:14, 32:19,
32:20, 33:11, 33:16,
33:19, 33:23, 34:6,
34:8, 34:23, 35:4,
35:8, 35:22, 36:1,
36:3, 39:6, 39:10,
39:12, 40:23, 41:1,
41:2, 41:25, 42:4,
42:12, 42:16, 42:17,
43:2, 43:5, 43:6,
43:25, 44:6, 44:16,
44:19, 44:21, 45:8,
45:11, 45:13, 45:18,
45:21, 45:22, 46:4,
46:8, 46:9, 46:25,

47:3, 47:4, 47:19,
47:22, 47:23, 49:10,
49:13, 49:14, 49:19,
49:22, 49:23, 52:10,
54:4, 54:6, 55:25,
56:1, 56:18, 56:25,
57:1, 57:4, 57:8, 57:9,
57:21, 57:24, 58:1,
58:5, 58:8, 58:9,
58:15, 78:5, 96:5,
96:11, 96:17, 96:21,
97:7, 103:8, 108:12,
108:14, 109:3, 109:4,
112:1, 112:13,
112:16, 115:24, 119:1
**Reed's** [1] - 106:8
**refer** [1] - 44:22
**referencing** [1] -
22:4
**referred** [1] - 44:23
**referring** [4] - 33:3,
48:25, 97:23, 98:1
**reflect** [2] - 24:1,
24:2
**reflected** [1] - 35:2
**refreshed** [1] -
112:19
**regard** [1] - 111:20
**regardless** [1] -
72:15
**regards** [2] - 83:21,
111:20
**reinforced** [1] -
14:23
**related** [1] - 60:23
**relocate** [1] - 15:5
**remain** [2] - 14:19,
16:6
**remainder** [1] -
112:2
**remained** [1] - 14:20
**remember** [50] -
36:23, 49:25, 50:3,
51:17, 53:3, 53:14,
54:21, 55:1, 60:2,
64:20, 64:21, 65:3,
66:14, 69:10, 74:1,
74:14, 74:15, 74:16,
75:24, 80:11, 80:12,
81:11, 82:19, 83:15,
87:14, 88:6, 91:22,
92:22, 92:24, 94:24,
95:3, 95:23, 101:18,
101:23, 104:12,
104:17, 105:9,
105:10, 105:15,
105:21, 106:12,
106:17, 113:13,
113:16, 113:19,
115:10, 115:11

**remembered** [4] -
69:9, 81:7, 82:15,
115:6
**remembering** [1] -
80:8
**remind** [1] - 59:2
**rep** [1] - 21:3
**report** [1] - 95:11
**REPORTED** [1] - 2:5
**REPORTER** [1] -
66:18
**Reporter** [2] - 2:6,
120:12
**repositioned** [1] -
48:19
**Republican** [7] -
18:7, 18:8, 18:21,
21:3, 39:18, 41:6
**requested** [1] - 119:5
**required** [1] - 5:13
**respect** [3] - 105:14,
107:5, 108:2
**respond** [5] - 9:23,
16:20, 17:15, 17:25,
41:19
**responded** [1] - 40:6
**response** [8] - 12:6,
12:25, 13:1, 14:18,
41:18, 69:17, 102:9,
106:8
**responsibilities** [2] -
8:4, 8:13
**responsibility** [1] -
8:20
**responsible** [1] -
61:12
**rest** [5] - 16:6, 72:9,
79:25, 90:10
**restart** [1] - 102:25
**restaurant** [1] -
22:15
**restaurant-quality**
[1] - 22:15
**retreat** [1] - 75:20
**retreated** [3] - 99:6,
113:1, 118:17
**retrieve** [1] - 85:8,
85:25
**retrieved** [2] - 85:13,
85:15
**return** [2] - 25:21,
58:18
**rewind** [1] - 93:25
**rhetoric** [1] - 42:25
**right-hand** [1] -
90:23
**right-ish** [1] - 27:4
**rinse** [1] - 15:10
**rinsed** [1] - 15:13
**riot** [4] - 11:1, 12:8,

19:8, 100:21
**rioters** [7] - 5:24,
15:21, 19:3, 21:21,
41:3, 98:19, 98:21
**riots** [1] - 5:20
**rock** [1] - 15:24
**role** [1] - 60:21
**Romney** [2] - 18:3,
20:21
**Room** [1] - 2:8
**room** [3] - 22:11,
39:21, 43:16
**Rotunda** [25] - 8:3,
8:7, 8:11, 9:16, 9:25,
16:15, 16:24, 17:13,
17:17, 17:18, 18:1,
19:1, 19:2, 19:8,
19:11, 19:14, 19:15,
19:23, 20:4, 20:5,
20:6, 20:11, 41:18,
41:19
**round** [1] - 18:4
**roundabout** [1] -
20:18
**rounded** [1] - 18:19
**route** [2] - 8:10,
19:13
**run** [6] - 16:17, 18:1,
20:17, 64:15, 64:16,
85:14
**running** [4] - 12:9,
65:14, 68:22, 76:7

## S

**safe** [1] - 110:16
**safety** [2] - 56:8,
56:16
**Saint** [1] - 1:18
**sat** [1] - 15:13
**saw** [19] - 56:3,
65:14, 72:14, 72:16,
74:20, 75:18, 75:20,
99:21, 99:24, 99:25,
100:3, 100:5, 100:10,
100:12, 100:16,
101:8, 108:7, 109:8,
109:10
**scaffolding** [16] -
13:11, 13:13, 13:14,
15:21, 15:23, 15:24,
64:8, 64:11, 64:14,
64:16, 65:6, 65:9,
65:23, 96:2
**scheduled** [1] - 60:9
**screamed** [1] - 98:17
**screaming** [7] -
25:23, 55:4, 94:13,
107:11, 107:12,

110:13, 117:22
**screen** [3] - 46:16,
66:8, 110:2
**seal** [3] - 96:13,
96:15, 96:16
**sealed** [2] - 96:23,
97:1
**searched** [1] - 13:2
**seated** [1] - 23:22
**second** [38] - 8:15,
8:21, 8:23, 8:25, 10:8,
10:11, 13:1, 17:16,
19:6, 20:4, 21:18,
21:22, 21:25, 22:4,
26:22, 35:23, 39:10,
39:20, 41:15, 52:21,
59:20, 59:23, 74:4,
77:17, 77:21, 78:2,
78:20, 78:25, 79:4,
79:10, 79:11, 79:25,
80:2, 80:5, 84:21,
90:22, 92:4, 110:1
**seconds** [17] - 26:11,
37:18, 39:7, 39:10,
39:11, 40:15, 57:5,
67:24, 68:4, 75:8,
75:21, 76:8, 84:15,
84:21, 87:23, 89:6,
89:14
**section** [4] - 4:22,
8:22, 14:25, 40:10
**sections** [1] - 5:16
**secured** [1] - 20:22
**securing** [1] - 8:10
**security** [1] - 7:12
**see** [133] - 6:15, 8:12,
8:17, 10:16, 10:17,
12:2, 13:12, 13:14,
13:16, 16:12, 18:5,
19:8, 19:19, 20:6,
20:7, 21:12, 21:14,
21:19, 22:1, 23:17,
23:20, 23:22, 24:10,
25:7, 26:18, 26:20,
27:1, 27:2, 27:10,
27:24, 27:25, 28:2,
28:14, 29:7, 34:15,
34:22, 39:17, 41:4,
41:11, 44:9, 44:14,
46:10, 46:14, 47:5,
47:24, 48:5, 48:14,
48:16, 50:18, 54:4,
55:2, 57:2, 57:10,
58:10, 62:3, 67:23,
67:24, 67:25, 68:5,
68:22, 73:7, 73:10,
73:12, 73:13, 73:14,
73:17, 74:22, 75:13,
76:8, 76:10, 76:20,
76:23, 84:25, 85:2,

86:18, 86:21, 87:9, 87:22, 87:24, 89:7, 89:9, 89:18, 89:22, 89:23, 89:24, 89:25, 90:2, 90:3, 90:5, 90:7, 90:12, 90:13, 90:17, 90:22, 91:17, 92:2, 92:4, 92:7, 93:24, 94:5, 94:9, 94:11, 94:12, 96:25, 100:6, 100:14, 100:19, 100:24, 103:7, 103:13, 103:15, 103:18, 104:2, 104:7, 105:22, 106:15, 106:20, 106:21, 109:6, 110:3, 111:1, 112:10, 112:11, 117:7, 117:8, 117:13

**SEEFRIED** [4] - 1:6, 1:6, 1:21, 2:2

**Seefried** [105] - 21:17, 22:18, 23:18, 23:20, 24:4, 24:5, 24:11, 25:3, 27:14, 27:25, 28:12, 30:15, 31:15, 31:20, 34:15, 35:21, 36:5, 36:8, 36:9, 37:2, 37:15, 37:21, 46:11, 47:5, 47:24, 49:24, 49:25, 50:9, 50:12, 51:6, 51:7, 51:15, 53:7, 53:21, 55:18, 55:21, 56:3, 56:13, 57:2, 57:10, 58:10, 67:2, 67:8, 67:16, 68:11, 68:14, 68:19, 72:15, 73:10, 73:15, 75:1, 75:25, 76:8, 76:20, 77:2, 81:24, 82:1, 82:4, 82:24, 83:5, 83:16, 84:12, 85:7, 85:12, 86:4, 86:7, 86:10, 86:11, 86:16, 86:19, 88:3, 90:23, 92:2, 92:21, 92:25, 95:17, 99:11, 99:16, 101:8, 101:20, 102:5, 102:6, 102:8, 102:12, 105:14, 106:15, 106:22, 108:2, 108:4, 108:18, 109:7, 110:19, 114:7, 114:8, 115:17, 116:10, 116:24, 117:1, 118:2, 118:3, 118:6

**Seefried's** [2] - 29:7, 48:9

**Seefrieds** [1] - 109:6

**seeing** [8] - 12:1, 22:6, 34:9, 48:2, 48:4, 67:14, 74:12, 100:15

**seek** [2] - 28:18, 49:19

**sees** [1] - 45:2

**segmenting** [1] - 80:9

**segments** [46] - 26:13, 27:7, 27:17, 27:20, 31:11, 32:17, 33:21, 34:19, 35:6, 35:24, 39:8, 40:24, 42:2, 42:14, 43:3, 44:4, 44:17, 45:9, 45:19, 46:6, 47:1, 47:20, 56:23, 57:6, 57:22, 58:6, 66:21, 68:1, 73:4, 75:5, 75:10, 75:15, 76:4, 76:11, 76:17, 76:24, 84:17, 84:22, 90:14, 90:25, 91:7, 91:12, 91:24, 93:21, 94:6, 103:10

**Senate** [40] - 4:22, 7:24, 8:2, 8:9, 8:22, 9:3, 9:5, 17:20, 17:22, 17:23, 17:25, 18:1, 18:7, 18:8, 18:10, 18:23, 20:13, 20:14, 20:18, 20:21, 21:2, 22:11, 39:19, 39:21, 39:24, 39:25, 40:10, 40:11, 41:7, 41:20, 44:10, 78:2, 78:3, 79:3, 79:6, 79:16, 79:17, 108:23

**Senator** [2] - 18:3, 20:20

**senator** [1] - 79:24

**senators** [10] - 18:22, 22:12, 22:13, 79:22, 80:4, 80:5, 82:4, 82:25, 83:17, 103:23

**sensitive** [1] - 96:20

**sentence** [6] - 111:18, 112:2, 112:6, 112:8, 112:20, 112:22

**sentencing** [1] - 96:17

**sentiment** [2] - 51:20, 52:23

**sergeant** [1] - 13:5

**service** [1] - 72:6

**session** [3] - 7:20, 60:14, 60:17

**set** [6] - 6:18, 15:10, 66:25, 67:1, 94:20,

94:24

**seven** [3] - 26:22, 89:19

**seven-second** [1] - 26:22

**several** [2] - 14:15, 80:14

**shaking** [1] - 15:23

**shaman** [8] - 54:18, 54:22, 73:17, 73:19, 74:16, 74:21, 88:11, 103:16

**sharp** [1] - 52:17

**sharpened** [2] - 52:18, 72:12

**shields** [1] - 100:21

**shift** [1] - 93:10

**shirt** [9] - 23:24, 40:15, 44:23, 44:25, 54:14, 76:15, 105:14, 115:6, 115:18

**shoot** [8] - 31:16, 31:17, 31:21, 31:22, 32:7, 37:13, 98:24, 116:15

**shooting** [1] - 31:24

**short** [2] - 70:16, 71:15

**shouting** [4] - 42:22, 83:24, 118:19, 118:21

**show** [7] - 12:21, 12:22, 12:23, 20:11, 66:7, 84:20, 91:20

**showed** [2] - 13:2, 14:22

**sic** [1] - 98:19

**side** [36] - 5:19, 8:8, 8:9, 8:11, 8:17, 11:19, 11:21, 13:4, 13:23, 14:12, 14:25, 19:20, 29:18, 36:10, 37:11, 41:11, 42:24, 48:20, 48:21, 54:22, 55:6, 90:17, 90:23, 93:6, 93:7, 93:9, 93:10, 93:14, 93:15, 93:16, 93:24, 94:9, 96:1, 109:23

**sidebar** [1] - 96:9

**sight** [1] - 76:2

**signage** [1] - 18:13

**signature** [1] - 98:13

**significance** [2] - 8:24, 18:11

**significant** [1] - 18:14

**simply** [1] - 61:15

**sits** [1] - 19:16

**sitting** [3] - 40:8, 60:3, 87:13

**situation** [2] - 64:25, 96:23

**situations** [1] - 5:21

**six** [3] - 5:14, 21:7, 68:4

**six-month** [1] - 5:14

**size** [1] - 22:24

**slide** [1] - 89:24

**slow** [2] - 24:8, 53:2

**slowly** [2] - 36:11, 36:12

**sly** [3] - 39:2, 39:5, 49:4

**small** [3] - 22:22, 37:9, 73:12

**smile** [1] - 105:24

**smirk** [1] - 105:24

**smirked** [1] - 49:11

**smirkish** [3] - 49:4, 49:6

**snow** [1] - 10:18

**someone** [3] - 7:23, 106:10, 114:2

**somewhere** [1] - 77:16

**son** [2] - 48:9, 49:1

**soon** [2] - 14:3, 110:16

**sorry** [10] - 33:12, 60:12, 66:25, 68:10, 83:11, 84:7, 87:6, 96:5, 100:8, 118:13

**sort** [72] - 5:20, 6:12, 7:4, 8:12, 11:18, 12:3, 12:4, 15:10, 15:25, 16:22, 22:22, 24:12, 24:23, 28:7, 28:8, 28:9, 30:3, 30:8, 30:21, 35:19, 36:10, 39:2, 39:4, 40:18, 41:8, 47:25, 48:21, 49:3, 49:4, 49:6, 54:9, 55:13, 56:2, 60:21, 61:1, 61:12, 62:5, 63:8, 63:16, 63:18, 64:16, 65:12, 67:14, 70:15, 71:22, 74:2, 75:13, 75:20, 80:17, 85:4, 86:6, 86:18, 88:15, 88:22, 89:9, 90:17, 92:13, 92:14, 94:13, 94:20, 94:24, 95:21, 97:13, 101:16, 104:12, 104:16, 109:14, 116:18, 117:4

**sorts** [1] - 101:21

**sound** [3] - 71:13, 91:3, 91:5

**sounded** [1] - 61:5

**sounds** [3] - 61:12,

71:16, 95:10

**south** [1] - 12:20

**space** [4] - 22:25, 24:23, 30:3, 30:9

**speaking** [2] - 49:25, 110:3

**spear** [1] - 72:12

**Special** [2] - 81:19, 81:21

**special** [1] - 82:17

**specific** [8] - 5:13, 31:20, 83:9, 113:19, 114:1, 114:2, 115:8, 116:10

**specifically** [19] - 7:3, 7:20, 9:15, 32:10, 35:13, 43:20, 60:18, 69:5, 74:6, 83:2, 83:15, 83:19, 99:2, 100:15, 111:21, 112:11, 114:7, 116:4, 116:7

**specifics** [1] - 113:20

**speculation** [1] - 49:8

**speculative** [1] - 78:6

**speeches** [1] - 21:10

**spell** [1] - 4:12

**spelled** [1] - 4:10

**spilling** [2] - 10:18, 12:3

**spite** [1] - 115:21

**split** [1] - 90:22

**split-second** [1] - 90:22

**spray** [3] - 14:5, 14:6, 14:14, 23:9, 23:10, 62:19, 63:9, 100:12

**sprayed** [6] - 14:5, 14:13, 14:14, 14:24, 62:14

**staff** [5] - 9:2, 18:18, 18:20, 21:4, 39:23

**staffers** [1] - 18:6

**stage** [3] - 11:19, 11:21, 13:10

**staircase** [11] - 10:2, 12:10, 19:16, 19:18, 19:22, 19:24, 20:3, 21:15, 22:10, 22:17, 34:11

**staircases** [1] - 19:21

**stairs** [29] - 9:25, 10:1, 20:4, 22:9, 23:15, 43:1, 65:14, 66:25, 67:1, 68:22,

76:1, 76:2, 76:7, 77:3, 85:5, 85:6, 85:14, 85:15, 85:20, 88:19, 89:1, 91:21, 99:6, 99:15, 113:2, 113:5, 117:9, 118:9, 118:15
**stairwell** [3] - 34:13, 54:10, 57:11
**stalling** [1] - 102:24
**stand** [3] - 16:22, 23:1, 71:2
**standing** [35] - 5:23, 18:7, 20:2, 21:4, 21:5, 24:12, 24:15, 26:18, 27:2, 27:10, 35:20, 36:5, 36:10, 44:9, 46:11, 47:24, 48:16, 50:11, 50:16, 51:12, 51:14, 51:19, 52:1, 54:19, 54:22, 55:6, 73:7, 73:25, 74:17, 88:24, 104:12, 104:15, 111:5
**stands** [1] - 53:24
**start** [7] - 6:4, 6:7, 9:13, 26:11, 31:1, 43:19, 56:21
**started** [12] - 15:23, 15:25, 17:1, 67:16, 69:18, 75:25, 76:2, 77:3, 80:19, 92:17, 109:18, 110:12
**starting** [5] - 36:11, 39:7, 54:7, 68:11, 75:20
**starts** [2] - 51:1, 93:4
**state** [2] - 111:15, 112:22
**statement** [12] - 32:6, 33:7, 33:9, 33:10, 96:12, 111:9, 111:11, 112:5, 112:14, 112:25, 113:4, 115:12
**statements** [4] - 36:7, 53:4, 53:10, 53:15
**States** [5] - 2:6, 4:16, 4:23, 5:14, 120:13
**STATES** [5] - 1:1, 1:3, 1:11, 1:15, 1:18
**stating** [1] - 46:20
**Station** [4] - 6:11, 6:20, 60:1, 60:4
**statue** [4] - 86:22, 88:23, 104:7, 104:8
**stay** [1] - 93:6
**stayed** [2] - 10:24, 11:1
**staying** [1] - 20:10

**Steal** [7] - 6:25, 7:7, 7:8, 7:9, 42:23, 60:6, 109:21
**stenographic** [1] - 120:5
**step** [1] - 19:17
**steps** [5] - 34:10, 57:2, 68:5, 68:7, 68:10
**Steven** [1] - 104:10
**stick** [1] - 70:16
**sticking** [1] - 11:18
**still** [14] - 10:22, 10:22, 12:2, 13:1, 14:9, 14:10, 14:12, 27:1, 30:21, 37:18, 42:22, 59:3, 110:2, 116:25
**stood** [7] - 51:19, 52:4, 52:16, 56:5, 84:5, 114:9, 115:7
**Stop** [7] - 6:25, 7:7, 7:8, 7:9, 42:23, 60:6, 109:21
**stop** [12] - 16:18, 26:15, 31:13, 32:7, 32:19, 41:1, 42:16, 44:19, 68:23, 69:4, 71:2, 82:5
**stopped** [3] - 32:15, 40:14, 109:17
**stopping** [1] - 42:5
**stops** [1] - 45:3
**straight** [1] - 41:10
**streaming** [2] - 117:5, 117:6
**street** [1] - 56:11
**Street** [4] - 1:15, 2:3, 7:16
**strike** [2] - 14:7, 64:20
**stuff** [4] - 32:5, 42:22, 114:4, 114:5
**stun** [4] - 100:5, 100:6, 100:7, 100:9
**suffice** [4] - 23:3, 38:7, 108:17, 110:19
**Suite** [3] - 1:16, 1:23, 2:3
**supervisor** [13] - 13:6, 14:3, 15:25, 16:5, 42:10, 65:10, 65:24, 66:3, 66:4, 115:14, 115:16
**support** [1] - 101:17
**supporting** [1] - 101:15
**sustained** [1] - 111:25
**sweatshirt** [1] -

55:23
**SWORN** [1] - 4:3
**synonymous** [1] - 56:12

## T

**tactical** [1] - 100:3
**talkies** [1] - 100:23
**taller** [2] - 55:12, 55:15
**tan** [3] - 24:13, 47:25, 58:14
**tan-looking** [1] - 24:13
**tattoo** [3] - 56:6, 56:12, 114:10
**teardrop** [2] - 56:6, 56:11
**teardrops** [1] - 56:8
**teargas** [3] - 15:2, 15:3, 15:14
**ten** [3] - 35:23, 57:5, 95:2
**ten-second** [1] - 35:23
**Tendering** [1] - 98:10
**tenders** [1] - 112:12
**terms** [9] - 64:19, 65:20, 70:16, 80:7, 80:8, 83:11, 90:10, 95:11, 99:22
**terrace** [12] - 10:1, 10:4, 10:12, 10:17, 10:19, 12:10, 13:4, 14:9, 14:10, 14:12, 15:7, 61:21
**testified** [15] - 24:25, 29:24, 34:12, 34:24, 54:24, 55:3, 94:19, 99:10, 105:8, 105:13, 105:17, 105:20, 105:23, 106:4, 114:16
**testify** [1] - 28:11
**testifying** [3] - 66:15, 74:11, 74:14
**TESTIMONY** [1] - 1:10
**testimony** [5] - 23:17, 36:13, 58:20, 80:22, 119:3
**thanking** [1] - 59:10
**THE** [72] - 1:1, 1:10, 1:11, 1:14, 1:20, 1:21, 2:2, 2:2, 3:4, 4:4, 4:5, 14:9, 14:10, 19:17, 19:18, 19:19, 19:21, 24:4, 26:3, 26:5, 26:6,

26:7, 26:8, 26:9, 28:21, 28:24, 31:3, 31:5, 31:8, 33:12, 33:14, 33:15, 33:18, 34:21, 49:9, 49:21, 52:7, 52:8, 58:17, 58:24, 59:2, 59:5, 66:12, 66:18, 70:4, 70:24, 71:11, 75:9, 78:7, 84:16, 96:7, 96:10, 96:16, 96:19, 97:3, 97:8, 98:6, 102:4, 102:25, 103:4, 104:25, 108:10, 111:25, 116:1, 116:6, 116:9, 116:12, 116:16, 116:17, 116:19, 118:24, 119:2
**themselves** [1] - 12:13
**Thereupon** [1] - 58:22
**they've** [1] - 110:16
**thinking** [1] - 49:8
**thousands** [3] - 32:4, 57:16, 112:24
**threat** [3] - 72:23, 84:3, 95:13
**threatened** [1] - 38:7
**threats** [1] - 32:1
**three** [4] - 5:16, 18:14, 29:16
**threw** [2] - 14:16, 15:13
**throughout** [3] - 92:14, 99:21, 104:13
**thrown** [1] - 14:15
**thumb** [2] - 90:10, 90:12
**tied** [1] - 114:1
**ties** [1] - 101:1
**tight** [3] - 22:23, 29:25, 30:7
**tighter** [1] - 22:24
**timestamp** [1] - 67:21
**tip** [3] - 52:17, 72:12
**today** [4] - 23:4, 23:20, 48:8, 80:22
**together** [3] - 48:14, 48:16, 54:5
**tone** [1] - 109:20
**took** [6] - 19:15, 60:8, 64:10, 106:10, 107:23, 108:2
**top** [10] - 15:22, 20:2, 47:17, 70:6, 99:6, 104:1, 104:3, 113:1, 113:12, 113:19
**touch** [1] - 46:16

**touching** [1] - 40:18
**towards** [18] - 6:16, 20:18, 22:7, 24:19, 25:3, 25:4, 40:16, 56:13, 70:12, 77:21, 86:22, 87:4, 88:15, 89:4, 89:12, 97:18, 102:21, 107:16
**town** [3] - 6:12, 7:8, 7:10
**Training** [1] - 5:17
**training** [8] - 5:13, 5:14, 5:20, 5:22, 5:23, 5:25, 6:1, 24:25
**transcript** [2] - 120:5, 120:6
**transfer** [1] - 10:11
**transition** [1] - 10:9
**transmission** [1] - 16:25
**transport** [2] - 12:22, 61:13
**TREVOR** [1] - 1:11
**triage** [2] - 15:10, 16:23
**trial** [2] - 96:24, 104:22
**TRIAL** [1] - 1:10
**tried** [1] - 95:8
**truck** [1] - 6:11
**true** [2] - 120:4, 120:5
**Trump** [6] - 6:22, 50:20, 55:4, 110:8, 110:14, 111:6
**trust** [1] - 38:16
**try** [6] - 38:16, 63:17, 64:10, 70:23, 81:5, 108:15
**trying** [20] - 5:25, 15:23, 17:8, 33:1, 38:15, 39:5, 51:23, 52:24, 78:19, 78:20, 78:21, 78:22, 79:13, 79:20, 79:21, 84:3, 95:6, 103:2, 114:2, 114:3
**tunnel** [1] - 6:11
**tunnels** [1] - 21:9
**turn** [4] - 19:20, 85:24, 85:25, 96:18
**turned** [4] - 55:9, 85:14, 85:16, 85:19
**two** [15] - 5:16, 9:2, 13:21, 19:21, 29:16, 81:12, 81:16, 82:15, 107:19, 107:20, 107:21, 107:22, 107:23, 116:21, 116:25

**typed** [1] - 98:13

## U

**U.S** [2] - 81:16, 113:22
**under** [7] - 7:12, 59:3, 63:1, 69:8, 96:13, 96:14, 96:16
**underneath** [2] - 13:13, 19:24
**understandable** [1] - 5:10
**Union** [4] - 6:11, 6:20, 60:1, 60:4
**unit** [7] - 4:20, 5:22, 8:2, 10:25, 11:3, 12:8, 14:22
**united** [1] - 2:6
**UNITED** [5] - 1:1, 1:3, 1:11, 1:15, 1:18
**United** [4] - 4:16, 4:23, 5:14, 120:13
**units** [1] - 12:8
**up** [68] - 5:15, 5:18, 10:19, 11:4, 12:4, 12:15, 12:21, 12:22, 12:23, 13:2, 14:4, 14:13, 14:22, 15:10, 15:13, 15:20, 16:17, 17:16, 19:6, 19:9, 19:10, 19:22, 20:4, 25:11, 26:1, 26:7, 28:7, 30:18, 30:22, 33:16, 35:22, 37:8, 38:1, 38:3, 38:6, 39:1, 43:16, 43:25, 45:3, 45:4, 49:13, 54:3, 54:9, 56:19, 62:11, 63:17, 64:15, 64:20, 71:2, 75:25, 76:2, 76:7, 76:22, 77:2, 77:3, 79:25, 85:8, 85:14, 85:15, 85:20, 86:1, 89:5, 91:21, 92:12, 109:3, 113:5
**upper** [2] - 13:4, 61:21
**upset** [2] - 106:9, 107:16
**upstairs** [2] - 15:8, 16:21
**use-of-force** [1] - 95:11
**uses** [1] - 24:22
**usual** [2] - 7:14, 7:15

## V

**vaguely** [1] - 113:15
**validate** [1] - 8:7
**variety** [2] - 99:22, 99:24
**various** [1] - 9:4
**veer** [1] - 92:4
**versed** [1] - 7:22
**version** [1] - 103:1
**versus** [1] - 74:12
**vest** [3] - 24:13, 27:10, 58:14
**vests** [1] - 100:3
**Vice** [1] - 79:1
**vice** [7] - 9:1, 18:18, 18:19, 39:22, 40:1, 77:8, 78:3
**victim** [3] - 95:21, 111:8, 112:14
**video** [33] - 27:5, 33:6, 33:13, 34:17, 35:4, 38:10, 38:12, 39:7, 40:23, 41:25, 43:2, 44:7, 44:16, 44:19, 45:14, 47:5, 47:19, 56:20, 58:5, 58:10, 58:11, 66:14, 67:1, 67:10, 67:25, 68:10, 74:7, 86:14, 90:4, 90:8, 92:2, 99:3, 102:24
**videos** [5] - 67:12, 67:15, 74:3, 74:12, 116:3
**view** [5] - 26:25, 73:12, 73:25, 74:22, 76:22
**violence** [1] - 37:10
**violent** [1] - 38:20
**voice** [1] - 51:22
**vomited** [1] - 63:23
**vote** [1] - 21:10
**votes** [23] - 25:17, 32:21, 33:4, 33:25, 35:10, 35:12, 36:14, 36:21, 42:24, 46:21, 52:23, 53:19, 78:14, 78:16, 79:13, 79:14, 79:21, 82:25, 83:17, 83:21, 116:5, 116:8, 116:10
**VPI** [1] - 103:3
**vs** [1] - 1:5

## W

**wagon** [5] - 12:21,

12:22, 12:23, 13:2, 13:3
**wait** [2] - 12:21, 96:10
**waiting** [1] - 61:17
**walked** [2] - 12:19, 109:14
**walkie** [1] - 100:23
**walkie-talkies** [1] - 100:23
**walking** [2] - 6:21, 59:25
**wall** [1] - 92:3
**war** [16] - 51:1, 51:4, 51:25, 55:5, 92:14, 92:18, 93:4, 93:13, 93:24, 94:1, 94:9, 110:13, 110:24, 115:12, 115:13
**wash** [1] - 63:17
**Washington** [4] - 1:6, 1:23, 2:8, 120:14
**watching** [1] - 99:3
**water** [1] - 47:12
**waving** [2] - 65:11, 74:20
**weapon** [5] - 37:24, 38:1, 38:2, 38:5, 72:6
**weapons** [1] - 100:17
**wear** [1] - 11:1
**wearing** [5] - 23:24, 24:13, 50:18, 58:14, 115:7
**well-versed** [1] - 7:22
**west** [36] - 7:16, 9:16, 10:12, 10:19, 11:22, 12:4, 12:5, 12:10, 13:4, 14:9, 14:10, 14:12, 14:25, 15:7, 16:2, 19:25, 20:6, 20:15, 23:13, 61:20, 61:21, 61:24, 62:2, 62:6, 64:2, 64:19, 64:25, 65:4, 65:5, 65:21, 96:1, 114:17, 114:20
**whip** [3] - 18:17, 41:6, 77:7
**whip's** [2] - 20:25, 44:12
**whips'** [1] - 9:3
**white** [1] - 13:13
**whole** [5] - 29:17, 93:8, 98:1, 99:12, 109:25
**Wi** [1] - 103:3
**Wi-Fi** [1] - 103:3
**wide** [1] - 99:21

**willing** [1] - 31:16, 31:17
**winding** [1] - 22:9
**window** [1] - 20:8
**Wing** [3] - 17:20, 17:25, 18:10
**wing** [1] - 18:2
**witness** [4] - 66:8, 98:10, 112:12, 119:4
**Witness** [1] - 23:2
**WITNESS** [14] - 4:3, 4:5, 14:10, 19:18, 19:21, 26:5, 26:7, 26:9, 33:14, 34:21, 52:8, 116:6, 116:12, 116:17
**WITNESSES** [1] - 3:4
**wondering** [1] - 103:5
**wood** [1] - 91:5
**wooden** [3] - 28:2, 29:7, 29:18
**words** [2] - 69:9, 69:11
**work-related** [1] - 60:23
**workers** [1] - 54:1
**worried** [1] - 71:24
**wrap** [1] - 56:19
**write** [2] - 95:20, 98:15
**writing** [1] - 111:11
**wrote** [3] - 97:12, 111:18, 113:4

## Y

**years** [4] - 4:19, 4:24, 5:3, 60:19
**yell** [2] - 92:18, 93:4
**yelled** [2] - 97:17, 98:16
**yelling** [24] - 6:22, 6:24, 47:17, 47:18, 49:5, 51:1, 51:22, 52:22, 52:25, 53:16, 92:14, 92:19, 92:21, 93:13, 103:23, 105:17, 105:19, 107:12, 107:13, 110:12, 117:11, 117:22, 118:19, 118:21
**yellow** [1] - 47:25
**yesterday** [1] - 115:10
**York** [2] - 1:19
**young** [1] - 105:14
**yourself** [16] - 7:6,

14:13, 26:18, 27:2, 32:5, 49:17, 64:10, 67:23, 67:24, 75:13, 75:18, 75:20, 84:25, 90:17, 111:12, 112:17

## Z

**zip** [1] - 101:1