# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case. No. 21-287-1 (TNM) |
| KEVIN SEEFRIED | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO TRAVEL TO THE DISTRICT OF COLUMBIA

Kevin Seefried, by and through his attorneys, moves this Honorable Court to allow him to travel to the District of Columbia on October 24, 2022 to attend his son Hunter Seefried's Sentencing Hearing. In support of this Motion, Mr. Kevin Seefried states the following facts.

On January 13, 2021, Mr. Seefried was charged by complaint with offenses relating to events in Washington D.C. on January 6, 2021. He was released on January 25, 2021 with conditions to include an order to stay away from Washington D.C. with limited exceptions. On June 15, 2022, this Court convicted Mr. Kevin Seefried and Mr. Hunter Seefried of several offenses and set a Sentencing Hearing date. Mr. Hunter Seefried's Sentencing Hearing was eventually scheduled for October 24, 2022.

Mr. Seefried has been under supervision by the Pretrial Services Agency for twenty-one months and has not once violated conditions of release. Mr. Seefried requests the ability to attend his son's Sentencing Hearing to provide fatherly support.

The government does not oppose this Motion.

## CONCLUSION

For the reasons stated herein, Mr. Kevin Seefried respectfully requests that the Court permit him to travel to Washington D.C. on October 24, 2022.

Respectfully Submitted,

A.J. KRAMER

Federal Public Defender for the
District of Columbia

by:_____s/_____
Eugene Ohm
Elizabeth Mullin
Assistant Federal Public Defenders
625 Indiana Avenue, NW
Washington D.C. 20004
202 208-7500