**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.                                      ) | **Case. No. 21-287-1 (TNM)** |
| ) | |
| **KEVIN SEEFRIED** ) | |
| ) | |
| **Defendant.** ) | |

**PROPOSED ORDER**

Upon consideration of the Defendant's Unopposed Motion for Travel the District of

Columbia, it is hereby

**ORDERED** that defendant Kevin Seefried is permitted to travel to the District of

Columbia on October 24, 2022.

**SO ORDERED**

_____                                    _____
DATE                                             TREVOR N. McFADDEN
                                                      UNITED STATES DISTRICT JUDGE