UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Case. No. 21-287-1 (TNM) |
| KEVIN SEEFRIED | ) ) ) | |
| Defendant. | ) ) | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Kevin Seefried, by and through his attorneys, moves this Honorable Court to continue the Sentencing Hearing date, which was recently advanced by two weeks, so that Mr. Seefried can complete a mental health evaluation which defense counsel arranged to assist counsel in preparing for sentencing. Counsel anticipate that the evaluation process will conclude by January 13, 2023, and request a date thereafter. Undersigned counsel have consulted with chambers and the government and understand that February 9 or 14, are dates on which the Court and the parties are available. Therefore, counsel respectfully move the Court to briefly continue the sentencing hearing to February 9 or 14, 2023. In support of this Motion counsel state:

1. Mr. Seefried is before the Court pending sentencing after having been convicted by this Court of, *inter alia*, obstruction of justice. The charges in this case stem from Mr. Seefried's participation in the events of January 6, 2021.

2. The sentencing hearing in this date was previously set for January 20, 2023. However, counsel understand that the Court will be in trial. As such, the hearing date was rescheduled to January 11, 2023.

3. Undersigned counsel have arranged for a mental health evaluation of Mr. Seefried and expect that the evaluation will conclude by January 13, 2023. As such, counsel request a brief continuance to review the evaluation and incorporate it into the sentencing submission should it be appropriate.

4. Counsel understand that February 9 and 14, 2023, are dates on which the Court and the parties are available. Accordingly, defense counsel respectfully move the Court to enter the attached Order continuing the sentencing hearing to one of those dates.

## CONCLUSION

For the reasons stated herein, Mr. Kevin Seefried respectfully requests that the Court continue the sentencing hearing in this matter to February 9 or 14, 2023.

Respectfully Submitted,

A.J. KRAMER

Federal Public Defender for the
District of Columbia

by:_____s/_____
Eugene Ohm
Elizabeth Mullin
Assistant Federal Public Defenders
625 Indiana Avenue, NW
Washington D.C. 20004
202 208-7500