UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.           ) | **Case. No. 21-287-1 (TNM)** |
| ) | |
| **KEVIN SEEFRIED** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of the defendant's unopposed Motion to Continue the Sentencing Hearing in the above-captioned matter, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the Sentencing Hearing in this matter shall be held on February ____, 2023.

_____
Trevor N. McFadden
District Judge