EXHIBIT A



**Architect of the Capitol**
U.S. Capitol, Room SB-16
Washington, DC 20515
202.228.1793

www.aoc.gov

October 13, 2022

United States Attorney's Office
601 D Street N.W.
Washington, DC 20530

To Whom It May Concern:

As a result of the the riot that occurred at the United States Capitol on January 6, 2021, the Architect of the Capitol suffered damages in the amount of $1,177,254.03 and is seeking restitution of that sum through the cases being prosecuted by the United States.

The amount listed above does not include costs incurred in other areas of the Capitol complex, to include project delays and installation of temporary security measures.

Sincerely,

Hasberry, Valerie L.
Digitally signed by Hasberry, Valerie L.
Date: 2022.10.13 19:01:17 -04'00'

Valerie L. Hasberry
Chief Security Officer

EXHIBIT B

Catherine L. Szpindor
Chief Administrative Officer

Office of the
Chief Administrative Officer
U.S. House of Representatives
Washington, DC 20515-6860

HB-28, The Capitol

May 25, 2022

To Whom It May Concern:

As a result of the attack on the United States Capitol on January 6, 2021, the Office of the Chief Adminstrative Officer, United States House of Representatives, suffered accountable damages of at least $547,411.27 and is seeking restitution of that sum through the cases being prosecuted by the United States. Our office continues to assess and address fallout from the attack and we would respectfully reserve the right to further adjust this figure in the future.

Sincerely,

*Catherine L. Szpindor*

Catherine L. Szpindor
U.S. House of Representatives
Chief Administrative Officer

EXHIBIT C

SONCERIA ANN BERRY
SECRETARY

SUITE S–312
THE CAPITOL
WASHINGTON, DC 20510–7100
(202) 224–3622

# United States Senate
#### OFFICE OF THE SECRETARY

May 25, 2022

United States Attorney's Office
601 D Street, NW
Washington, DC  20530

To Whom It May Concern:

    As a result of the riot that occurred at the United States Capitol on January 6, 2021, the Office of the Secretary of the Senate suffered damages in the amount of $32,075.00 and is seeking restitution of that sum through the cases being prosecuted by the United States.

                                              Sincerely,

                                              *Jennifer Krafchik*  Digitally signed by Jennifer Krafchik
                                                                       Date: 2022.05.25 21:32:15 -04'00'

                                              Jennifer Krafchik
                                              Collections Manager, Senate Curator
                                              Secretary of the Senate