UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : Case No.: 21-cr-00287 (TNM) |
| KEVIN SEEFRIED, | : |
| Defendant. | : |

## NOTICE OF APPEAL

**Name and address of appellant:**  Kevin Seefried

**Name and address of appellant's attorney:**  Eugene Ohm
Elizabeth Mullin
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense:** 18 U.S.C. 1512(C)(2) And 2; Tampering With A Witness,Victim Or Informant; Obstruction Of An Official Proceeding And Aiding And Abetting(1s); 18 U.S.C. 1752(A)(1); Temporary Residence Of The President; Entering And Remaining In A Restricted Building Or Grounds (2s); 18 U.S.C. 1752(A)(2); Temporary Residence Of The President; Disorderly And Disruptive Conduct In A Restricted Building Or Grounds (3s); 40 U.S.C. 5104(E)(2)(D); Violent Entry And Disorderly Conduct On Capitol Grounds; Disorderly Conduct In A Capitol Building (4s); 40 U.S.C. 5104(E)(2)(G); Violent Entry And Disorderly Conduct On Capitol Grounds; Parading, Demonstrating, Or Picketing In A Capitol Building (5s).

**Concise statement of judgment or order, giving date, and any sentence:**  Sentencing held on 2/9/2023 as to Kevin Seefried, Defendant sentenced to a term of Thirty-Six (36) Months of Incarceration on Count 1s, a term of Twelve (12) Months on Counts 2s and 3s each, a term of Six (6) Months on Counts 4s and 5s each, to run concurrently, followed by a term of Twelve (12) Months of Supervised Release on Counts 1s, 2s, 3s, to run concurrently. $100 Special Assessment imposed on Count 1s, $25 Special Assessment imposed on Counts 2s and 3s, $10 Special Assessment imposed on Counts 4s and 5s. Total Special Assessment of $170 imposed. Restitution in the amount of $2,000.00.

**Name of institution where now confined, if not on bail:** Personal Recognizance Bond

    I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

| | |
|---|---|
| February 17, 2023 | Kevin Seefried |
| DATE | APPELLANT |

| | |
|---|---|
| CJA, NO FEE    FPD | Eugene Ohm |
| | Elizabeth Mullin |
| PAID USDC FEE   NO | ASSISTANT FEDERAL PUBLIC DEFENDER |
| PAID USCA FEE   NO | ATTORNEY FOR APPELLANT |

Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes