APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: <u>1:21−cr−00287−TNM</u>−1

Case title: USA v. SEEFRIED et al

Magistrate judge case number:  1:21−mj−00046−RMM

Date Filed: 04/07/2021

Assigned to: Judge Trevor N. McFadden

**<u>Defendant (1)</u>**

**KEVIN SEEFRIED**                 represented by  **Carlos J. Vanegas**
FEDERAL PUBLIC DEFENDER FOR THE
DISTRICT OF COLUMBIA
625 Indiana Ave, NW
Suite 500
Washington, DC 20004
(202) 208−7500
Fax: (202) 208−7515
Email: carlos_vanegas@fd.org
*TERMINATED: 01/05/2022*
*LEAD ATTORNEY*
*Designation: Public Defender or Community
Defender Appointment*

**Eugene Jeen−Young Kim Ohm**
FEDERAL PUBLIC DEFENDER FOR THE
DISTRICT OF COLUMBIA
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004
(202) 208−7500
Fax: (202) 208−7515
Email: eugene_ohm@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

**Elizabeth Ann Mullin**
FEDERAL PUBLIC DEFENDER FOR THE
DISTRICT OF COLUMBIA
625 Indiana Ave,NW
Suite 500
Washington, DC 20004

(202) 208–7500
Fax: (202) 208–7515
Email: elizabeth_mullin@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (1) | |
| 18 U.S.C. 1512(c)(2) and 2; TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction of an Official Proceeding and Aiding and Abetting (1s) | Defendant sentenced to a term of Thirty–Six (36) Months of Incarceration, to run concurrently with Counts 2s, 3s, 4s, 5s, followed by a term of Twelve (12) Months of Supervised Release, to run concurrently with Counts 2s, 3s. $100 Special Assessment imposed. Restitution in the amount of $2,000.00. VERDICT OF GUILTY RENDERED |
| 18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds (2) | |
| 18 U.S.C. 1752(a)(1); TEMPORARY RESIDENCE OF THE PRESIDENT; Entering and Remaining in a Restricted Building or Grounds (2s) | Defendant sentenced to a term of Twelve (12) Months of Incarceration, to run concurrently with Counts 1s, 3s, 4s, 5s, followed by a term of Twelve (12) Months of Supervised Release, to run concurrently with Counts 1s, 3s. $25 Special Assessment imposed. Restitution in the amount of $2,000.00. VERDICT OF GUILTY RENDERED |
| 18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (3) | |
| 18 U.S.C. 1752(a)(2); TEMPORARY RESIDENCE OF THE PRESIDENT; Disorderly and Disruptive Conduct in a Restricted Building or Grounds (3s) | Defendant sentenced to a term of Twelve (12) Months of Incarceration, to run concurrently with Counts 1s, 2s, 4s, 5s, followed by a term of Twelve (12) Months of Supervised Release, to run concurrently with Counts 1s, 2s. $25 Special Assessment imposed. Restitution in the amount of $2,000.00. VERDICT OF GUILTY RENDERED |

| | |
|---|---|
| 40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (4) | |
| 40 U.S.C. 5104(e)(2)(D); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Disorderly Conduct in a Capitol Building (4s) | Defendant sentenced to a term of Six (6) Months of Incarceration, to run concurrently with Counts 1s, 2s, 3s, 5s. $10 Special Assessment imposed. Restitution in the amount of $2,000.00. VERDICT OF GUILTY RENDERED |
| 40 U.S.C. 5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building (5) | |
| 40 U.S.C. 5104(e)(2)(G); VIOLENT ENTRY AND DISORDERLY CONDUCT ON CAPITOL GROUNDS; Parading, Demonstrating, or Picketing in a Capitol Building (5s) | Defendant sentenced to a term of Six (6) Months of Incarceration, to run concurrently with Counts 1s, 2s, 3s, 4s. $10 Special Assessment imposed. Restitution in the amount of $2,000.00. VERDICT OF GUILTY RENDERED |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| COMPLAINT in VIOLATION of 18 U.S.C. 1752 (a); 40 U.S.C. 5104(e) | |

**Plaintiff**

**USA**                                             represented by   **Benet Kearney**
                                                                     DOJ–USAO
                                                                     One Saint Andrew's Plaza
                                                                     New York, NY 10007
                                                                     212–637–2260
                                                                     Fax: 212–637–2243
                                                                     Email: benet.kearney@usdoj.gov
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*
                                                                     *Designation: Assistant U.S. Attorney*

                                                                     **Brittany LaShaune Reed**
                                                                     U.S. ATTORNEY'S OFFICE
                                                                     650 Poydras Street
                                                                     Suite 1600
                                                                     New Orleans, LA 70130
                                                                     504–680–3031
                                                                     Email: brittany.reed2@usdoj.gov
                                                                     *LEAD ATTORNEY*
                                                                     *ATTORNEY TO BE NOTICED*
                                                                     *Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/13/2021 | 1 | COMPLAINT as to KEVIN SEEFRIED (1), HUNTER SEEFRIED (2). (Attachments: # 1 Statement of Facts) (zltp) [1:21–mj–00046–RMM] (Entered: 01/13/2021) |
| 01/14/2021 | 3 | MOTION to Unseal Case by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED. (Attachments: # 1 Text of Proposed Order)(zltp) [1:21–mj–00046–RMM] (Entered: 01/14/2021) |
| 01/14/2021 | 4 | ORDER Granting 3 MOTION to Unseal Case by USA as to KEVIN SEEFRIED (1), HUNTER SEEFRIED (2). Signed by Magistrate Judge G. Michael Harvey on 1/14/2021. (zpt) [1:21–mj–00046–RMM] (Entered: 01/14/2021) |
| 01/14/2021 | | Case unsealed as to KEVIN SEEFRIED, HUNTER SEEFRIED (zltp) [1:21–mj–00046–RMM] (Entered: 01/14/2021) |
| 01/14/2021 | | Arrest of KEVIN SEEFRIED (1) in District of Delaware. (zpt) [1:21–mj–00046–RMM] (Entered: 02/17/2021) |
| 01/14/2021 | | Arrest of KEVIN SEEFRIED, HUNTER SEEFRIED in US District Court for the District of Delaware. (bb) (Entered: 05/03/2021) |
| 01/15/2021 | 22 | Rule 5(c)(3) Documents Received as to KEVIN SEEFRIED, HUNTER SEEFRIED from US District Court for the District of Delaware Case Number 21–08– M (bb) (Entered: 05/03/2021) |
| 01/25/2021 | 10 | Arrest Warrant, dated 1/13/2021, Returned Executed in the U.S. District Court for the District of Columbia, on 1/25/2021 as to KEVIN SEEFRIED (1). (zpt) [1:21–mj–00046–RMM] (Entered: 02/17/2021) |
| 01/25/2021 | | ORAL MOTION to Appoint Counsel by KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2). (zpt) [1:21–mj–00046–RMM] (Entered: 02/17/2021) |

| 01/25/2021 | | JOINT ORAL MOTION for Speedy Trial Waiver by KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2). (zpt) [1:21−mj−00046−RMM] (Entered: 02/17/2021) |
|---|---|---|
| 01/25/2021 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Initial Appearance/Detention Hearing as to KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2) held on 1/25/2021. Oral Motion to Appoint Counsel by KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2) Heard and Granted. Government does not seek the Defendants' pretrial detention. Defendants express intent to waive right to a preliminary hearing. Joint Oral Motion for Speedy Trial Waiver as to KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2) Heard and Granted. Time between 1/25/2021 and 3/22/2021 (56 Days) shall be excluded from calculation under the Speedy Trial Act in the interest of justice X−T. Status Hearing set for 3/22/2021 at 01:00 PM in Telephonic/VTC before Magistrate Judge Zia M. Faruqui. Bond Status of Defendant: Defendants Placed on Personal Recognizance; FTR Time Frame: CTRM 5 [2:02:18−2:17:22]; Defense Attorney: Carlos Vanegas (1), Edson Bostic (2); US Attorney: Kelly Smith for Elizabeth Aloi; Pretrial Officer: Andre Sidbury; (zpt) Modified text on 2/17/2021 (zpt). [1:21−mj−00046−RMM] (Entered: 02/17/2021) |
| 01/27/2021 | 8 | NOTICE OF ATTORNEY APPEARANCE: Carlos J. Vanegas appearing for KEVIN SEEFRIED (Vanegas, Carlos) [1:21−mj−00046−RMM] (Entered: 01/27/2021) |
| 01/27/2021 | | MINUTE ORDER as to KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2). As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge G. Michael Harvey on 1/27/2021. (zpt) [1:21−mj−00046−RMM] (Entered: 02/17/2021) |
| 02/22/2021 | 12 | NOTICE OF ATTORNEY APPEARANCE Brittany LaShaune Reed appearing for USA. (Reed, Brittany) [1:21−mj−00046−RMM] (Entered: 02/22/2021) |
| 03/17/2021 | 14 | MOTION to Exclude *Time Under The Speedy Trial Act* by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED. (Attachments: # 1 Text of Proposed Order)(Reed, Brittany) [1:21−mj−00046−RMM] (Entered: 03/17/2021) |
| 03/17/2021 | 18 | UNOPPOSED MOTION to Continue by USA as to KEVIN SEEFRIED. (See docket entry 14 to view document) (zstd) [1:21−mj−00046−RMM] (Entered: 03/23/2021) |
| 03/22/2021 | 16 | ORDER granting 14 Motion to Continue Status Hearing and Exclude Time as to KEVIN SEEFRIED (1), HUNTER SEEFRIED (2). Status Hearing continued to 5/24/2021 at 1:00 PM by Telephonic/VTC before Magistrate Judge Robin M. Meriweather.Signed by Magistrate Judge Zia M. Faruqui on 3/22/2021. (ztl) [1:21−mj−00046−RMM] (Entered: 03/22/2021) |
| 04/07/2021 | 20 | INDICTMENT as to KEVIN SEEFRIED (1) count(s) 1, 2, 3, 4, 5, HUNTER SEEFRIED (2) count(s) 1, 2, 3, 4, 5, 6, 7, 8. (zltp) (Entered: 04/08/2021) |
| 04/21/2021 | | NOTICE OF HEARING as to KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2). The parties shall take notice that a VTC Arraignment/Status Conference is set for 5/4/2021 at 10:00 AM before Judge Trevor N. McFadden. Connection instructions will be sent to the parties. (hmc) (Entered: 04/21/2021) |
| 05/03/2021 | 23 | Unopposed MOTION to Travel *to North Carolina* by KEVIN SEEFRIED. (Attachments: # 1 Text of Proposed Order)(Vanegas, Carlos) (Entered: 05/03/2021) |

| 05/04/2021 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Arraignment and Status Conference as to KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2) held via videoconference on 5/4/2021. Defendants consented to appear via video. Defendant KEVIN SEEFRIED (1) arraigned on Counts 1, 2, 3, 4, 5. Defendant entered a plea of Not Guilty as to all counts. Defendant HUNTER SEEFRIED (2) arraigned on Counts 1, 2, 3, 4, 5, 6, 7, 8. Defendant entered a plea of Not Guilty as to all counts. Defendant KEVIN SEEFRIED'S (1) <u>23</u> Unopposed Motion to Travel to North Carolina, GRANTED. A further VTC Status Conference is set for 7/2/2021 at 2:00 PM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 5/4/2021 to 7/2/2021, in the interests of justice. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Carlos J. Vanegas, (2): Edson Bostic; US Attorney: Brittany L. Reed; Court Reporter: Lisa Edwards. (hmc) Modified on 5/4/2021 (hmc). (Entered: 05/04/2021) |
| --- | --- | --- |
| 07/02/2021 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2) held via videoconference on 7/2/2021. A further VTC Status Conference is set for 8/3/2021 at 2:00 PM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is not tolled. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Carlos J. Vanegas, (2): Edson Bostic; US Attorney: Robert Juman (stand–in for Brittany L. Reed); Court Reporter: Crystal Pilgrim. (hmc) (Entered: 07/02/2021) |
| 08/03/2021 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2) held via videoconference on 8/3/2021. Motion to Suppress, Motion in Limine, and expert notices due by 10/12/2021. Oppositions due by 11/2/2021. Replies due by 11/23/2021. Joint Proposed Voir Dire and Joint Proposed Jury Instructions due by 11/23/2021. Motion Hearing and Pretrial Conference set for 11/30/2021 at 10:00 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. Jury Selection set for 12/7/2021 at 9:00 AM in Ceremonial Courtroom before Judge Trevor N. McFadden. Jury Trial set for 12/7/2021 at 9:00 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. A further VTC Status Conference is set for 9/24/2021 at 10:00 AM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 8/3/2021 to 9/24/2021, in the interest of justice. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Carlos J. Vanegas, (2): Edson Bostic; US Attorney: Brittany L. Reed; Court Reporter: Crystal Pilgrim.(hmc) (Entered: 08/03/2021) |
| 09/23/2021 | <u>32</u> | MOTION to Continue *UNITED STATES UNOPPOSED MOTION TO CONTINUE STATUS CONFERENCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT* by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED. (Attachments: # <u>1</u> Text of Proposed Order)(Reed, Brittany) (Entered: 09/23/2021) |
| 09/23/2021 | | MINUTE ORDER as to KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2) granting the government's <u>32</u> Motion to Continue. The status conference currently scheduled for 9/24/2021 is hereby rescheduled for 10/26/2021 at 3:30 p.m. via videoconference before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 9/24/2021 to 10/26/2021, in the interests of justice and for the reasons described in the government's unopposed motion. SO ORDERED. Signed by Judge Trevor N. McFadden on 9/23/2021. (lctnm3) Modified on 9/24/2021 to add defendants' names (hmc). (Entered: 09/23/2021) |
| 09/23/2021 | 34 | MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT by USA as to |

|  |  | KEVIN SEEFRIED, HUNTER SEEFRIED. (See docket entry 32 to view document.) (zltp) (Entered: 09/27/2021) |
|---|---|---|
| 09/24/2021 |  | Set/Reset Hearings as to KEVIN SEEFRIED (1), HUNTER SEEFRIED (2): VTC Status Conference rescheduled to 10/26/2021 at 3:30 PM before Judge Trevor N. McFadden. (hmc) (Entered: 09/24/2021) |
| 10/12/2021 | 37 | MOTION to Dismiss Count *One of the Indictment* by KEVIN SEEFRIED. (Attachments: # 1 Text of Proposed Order)(Vanegas, Carlos) (Entered: 10/12/2021) |
| 10/19/2021 | 38 | NOTICE *OF FILING OF DISCOVERY MEMORANDA* by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Memorandum in Support, # 4 Memorandum in Support)(Reed, Brittany) (Entered: 10/19/2021) |
| 10/20/2021 | 39 | Joint MOTION to Vacate Trial Date and Exclude Time Under the Speedy Trial Act by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED. (Reed, Brittany) Modified text on 10/21/2021 (zltp). (Entered: 10/20/2021) |
| 10/20/2021 | 40 | MOTION to Exclude Time Under the Speedy Trial Act by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED. (See docket entry 39 to view document.) (zltp) (Entered: 10/21/2021) |
| 10/25/2021 | 43 | NOTICE *Notice of Filing* by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED (Attachments: # 1 Exhibit)(Reed, Brittany) (Entered: 10/25/2021) |
| 10/26/2021 |  | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to KEVIN SEEFRIED (1), HUNTER SEEFRIED (2) held via videoconference on 10/26/2021. 39 Joint Motion to Vacate Trial Date and 40 Joint Motion to Exclude Time Under the Speedy Trial Act, GRANTED. The currently scheduled Jury Selection/Trial, Pretrial Conference, and trial briefing schedule are all hereby VACATED. Pretrial Conference and Motion Hearing set for 5/20/2022 at 10:00 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. Jury Selection/Jury Trial set for 6/13/2022 at 9:00 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. VTC Status Conference set for 12/17/2021 at 10:00 AM before Judge Trevor N. McFadden. Time under the Speedy Trial Act is tolled from 10/26/2021 to 12/17/2021, in the interests of justice. The Government will respond to the Defendants' Motion to Dismiss Count One of The Indictment by 11/2/2021. Defendants' reply due by 11/9/2021. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Carlos J. Vanegas, (2): Edson Bostic; US Attorney: Brittany L. Reed; Court Reporter: Lisa Edwards. (hmc) (Entered: 10/27/2021) |
| 11/02/2021 | 44 | Memorandum in Opposition by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED re 37 MOTION to Dismiss Count *One of the Indictment*, 36 MOTION to Dismiss Count *One of The Indictment* (Reed, Brittany) (Entered: 11/02/2021) |
| 12/17/2021 |  | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to KEVIN SEEFRIED (1), HUNTER SEEFRIED (2) held via videoconference on 12/17/2022. Motions in Limine, Motions to Suppress, Motions to Dismiss due by 4/8/2022, Oppositions due by 4/29/2022, Replies due by 5/13/2022. Joint Proposed Voir Dire and Joint Proposed Final Jury Instructions due by 5/13/2022. A further VTC Status Conference is set for 2/18/2022 at 2:00 PM before Judge Trevor N. McFadden. Speedy Trial Excludable (XT) started 12/17/2021 through 2/18/2022, in the interest of justice. Bond Status of Defendants: Personal |

| | | |
|---|---|---|
| | | Recognizance. Defense Attorneys: (1): Carlos Vanegas and (2): Edson Bostic; US Attorney: Brittany L. Reed; Court Reporter: Lisa Bankins. (hmc) (Entered: 12/17/2021) |
| 01/05/2022 | 47 | NOTICE OF SUBSTITUTION OF COUNSEL Attorney Ohm, Eugene added. (Ohm, Eugene) (Entered: 01/05/2022) |
| 01/24/2022 | 48 | NOTICE *of Filing* by KEVIN SEEFRIED (Ohm, Eugene) (Entered: 01/24/2022) |
| 02/16/2022 | 50 | NOTICE *OF FILING* by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED (Attachments: # 1 Memorandum in Support, # 2 Memorandum in Support)(Reed, Brittany) (Entered: 02/16/2022) |
| 02/16/2022 | 51 | NOTICE *OF FILING OF UNITED STATES MEMORANDUM REGARDING STATUS OF DISCOVERY AS OF FEBRUARY 9, 2022* by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED (Reed, Brittany) (Entered: 02/16/2022) |
| 02/18/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to KEVIN SEEFRIED (1), HUNTER SEEFRIED (2) held via videoconference on 2/18/2022. A further VTC Status Conference is set for 4/8/2022 at 2:00 PM before Judge Trevor N. McFadden. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Eugene Ohm, (2): Edson Bostic; US Attorney: Brittany L. Reed; Court Reporter: Lisa Bankins. (hmc) (Entered: 02/18/2022) |
| 03/14/2022 | | MINUTE ORDER as to KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2) denying without prejudice Defendants' 36 and 37 Motions to Dismiss. If Defendants wish to refile their motions, they should adhere to the briefing schedule set in the Court's Dec. 17, 2021, Minute Entry. The parties' briefing should engage with recent relevant decisions in this District, including *United States v. Sandlin*, No. 21−CR−88 (DLF), 2021 WL 5865006 (D.D.C. Dec. 10, 2021); *United States v. Montgomery*, No. 21−CR−46 (RDM), 2021 WL 6134591 (D.D.C. Dec. 28, 2021); and *United States v. Miller*, 21−CR−00119 (CJN). SO ORDERED. Signed by Judge Trevor N. McFadden on 3/14/2022. (lctnm3) (Entered: 03/14/2022) |
| 04/07/2022 | 54 | NOTICE OF ATTORNEY APPEARANCE Benet Kearney appearing for USA. (Kearney, Benet) (Entered: 04/07/2022) |
| 04/08/2022 | 56 | MOTION in Limine *REGARDING AUTHENTICATION OF CERTAIN VIDEO EVIDENCE* by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED. (Attachments: # 1 Text of Proposed Order)(Reed, Brittany) (Entered: 04/08/2022) |
| 04/08/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Status Conference as to KEVIN SEEFRIED (1), HUNTER SEEFRIED (2) held via videoconference on 4/8/2022. VTC Plea Agreement Hearing as to HUNTER SEEFRIED (2) set for 4/27/2022 at 2:00 PM before Judge Trevor N. McFadden. Original plea paperwork due by 4/25/2022. Defendant HUNTER SEEFRIED'S (2) oral motion to join his co−defendant's motion regarding the Speedy Trial Act calculation, heard and granted. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Eugene Ohm, (2): Edson Bostic; US Attorneys: Brittany L. Reed, Benet Kearney; Court Reporter: Sara Wick. (hmc) (Entered: 04/08/2022) |
| 04/08/2022 | 57 | MOTION in Limine *REGARDING CROSS−EXAMINATION OF U.S. SECRET SERVICE WITNESS* by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED. (Attachments: # 1 Text of Proposed Order)(Reed, Brittany) (Entered: 04/08/2022) |
| 04/08/2022 | 58 | |

|  |  | MOTION in Limine *REGARDING EVIDENCE ABOUT THE SPECIFIC LOCATIONS OF U.S. CAPITOL POLICE SURVEILLANCE CAMERAS* by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED. (Attachments: # 1 Text of Proposed Order, # 2 Declaration)(Reed, Brittany) (Entered: 04/08/2022) |
| 04/08/2022 | 59 | MOTION to Dismiss Count *1, 2 and 3* by KEVIN SEEFRIED. (Attachments: # 1 Text of Proposed Order)(Ohm, Eugene) (Entered: 04/08/2022) |
| 04/08/2022 | 60 | MOTION to Dismiss on Speedy Trial by KEVIN SEEFRIED. (Attachments: # 1 Text of Proposed Order)(Ohm, Eugene) (Entered: 04/08/2022) |
| 04/27/2022 | 67 | SUPERSEDING INDICTMENT as to KEVIN SEEFRIED (1) count(s) 1s, 2s, 3s, 4s, 5s, HUNTER SEEFRIED (2) count(s) 1s, 2s, 3s, 4s, 5s, 6s, 7s, 8s. (zltp) (Entered: 04/28/2022) |
| 04/29/2022 | 69 | RESPONSE by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED re 60 MOTION to Dismiss on Speedy Trial *GOVERNMENTS OPPOSITION TO DEFENDANT, KEVIN SEEFRIEDS, MOTION TO DISMISS INDICTMENT FOR VIOLATION OF THE SPEEDY TRIAL ACT* (Reed, Brittany) (Entered: 04/29/2022) |
| 04/29/2022 | 70 | Memorandum in Opposition by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED re 61 MOTION to Dismiss Count *One of the Indictment and Supporting Memorandum of Law GOVERNMENTS OPPOSITION TO DEFENDANTS MOTIONS TO DISMISS COUNT ONE OF THE INDICTMENT AND DEFENDANT KEVIN SEEFRIEDS MOTION TO DISMISS COUNTS TWO AND THREE OF THE INDICTMENT* (Reed, Brittany) (Entered: 04/29/2022) |
| 05/03/2022 | 71 | SUPPLEMENT by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED re 70 Memorandum in Opposition, *SUPPLEMENTAL AUTHORITY MEMORANDUM OPINION* (Reed, Brittany) (Entered: 05/03/2022) |
| 05/19/2022 |  | MINUTE ORDER granting 72 Motion for Leave to File as to HUNTER SEEFRIED (2). The Clerk of the Court shall docket Exhibit A as Hunter Seefried's Amended Notice of Joining Co–Defendant's Motion to Dismiss Indictment for Violation of the Speedy Trial Act. SO ORDERED. Signed by Judge Trevor N. McFadden on 5/19/22. (lctnm3) (Entered: 05/19/2022) |
| 05/19/2022 | 75 | NOTICE *of Request for Bill of Particulars* by KEVIN SEEFRIED (Ohm, Eugene) (Entered: 05/19/2022) |
| 05/19/2022 | 76 | Amended NOTICE of Joining Co–Defendant's Motion to Dismiss Indictment by HUNTER SEEFRIED as to KEVIN SEEFRIED, HUNTER SEEFRIED re 60 MOTION to Dismiss on Speedy Trial (zltp) (Entered: 05/24/2022) |
| 05/20/2022 |  | Minute Entry for proceedings held before Judge Trevor N. McFadden: Pretrial Conference as to KEVIN SEEFRIED (1), HUNTER SEEFRIED (2) held on 5/20/2022. Defendants arraigned on the Superseding Indictment. Defendants entered a plea of Not Guilty as to all counts. Government's 56 , 57 , 58 Motions In Limine, GRANTED. KEVIN SEEFRIED'S (1) Motion to Dismiss Counts 1, 2 and 3, DENIED. HUNTER SEEFRIED'S (2) Motion to Dismiss Count 1, DENIED. Defendants' 60 Motion to Dismiss on Speedy Trial, DENIED. Defendant's waived a trial by jury. Trials briefs due by 6/8/2022. Bench Trial set for 6/13/2022 at 9:30 AM in Courtroom 2– In Person before Judge Trevor N. McFadden. Time tolled under the Speedy Trial Act from 5/20/2022 through 6/13/2022, in the interests of justice. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Eugene Ohm, |

| | | |
|---|---|---|
| | | (2): Edson Bostic; US Attorneys: Brittany L. Reed, Benet Kearney; Court Reporter: Lisa Edwards. (hmc) (Entered: 05/21/2022) |
| 05/20/2022 | 96 | WAIVER of Trial by Jury as to KEVIN SEEFRIED (1). Approved by Judge Trevor N. McFadden on 5/20/2022. (hmc) (Entered: 06/15/2022) |
| 06/01/2022 | 77 | NOTICE *of Filing* by KEVIN SEEFRIED (Ohm, Eugene) (Entered: 06/01/2022) |
| 06/05/2022 | 78 | MOTION to Compel by KEVIN SEEFRIED. (Attachments: # 1 Text of Proposed Order)(Ohm, Eugene) (Entered: 06/05/2022) |
| 06/05/2022 | 79 | MOTION in Limine by KEVIN SEEFRIED. (Attachments: # 1 Text of Proposed Order)(Ohm, Eugene) (Entered: 06/05/2022) |
| 06/06/2022 | 83 | NOTICE OF ATTORNEY APPEARANCE: Elizabeth Ann Mullin appearing for KEVIN SEEFRIED *as Co−Counsel* (Mullin, Elizabeth) (Entered: 06/06/2022) |
| 06/06/2022 | | MINUTE ORDER as to KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2) denying the 79 Motion in Limine. The deadline for motions in limine was April 8, 2022. See 12/17/2022 Min. Order. SO ORDERED. Signed by Judge Trevor N. McFadden on 6/6/2022. (lctnm3) (Entered: 06/06/2022) |
| 06/06/2022 | | MINUTE ORDER as to KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2). The Government is hereby ORDERED to respond to the 78 Motion to Compel on or before June 8, 2022. SO ORDERED. Signed by Judge Trevor N. McFadden on 6/6/2022. (lctnm3) (Entered: 06/06/2022) |
| 06/07/2022 | 84 | MOTION for Leave to File *ECF No. 79* by KEVIN SEEFRIED. (Attachments: # 1 Text of Proposed Order)(Ohm, Eugene) (Entered: 06/07/2022) |
| 06/07/2022 | | MINUTE ORDER as to KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2) denying the 84 Motion for Leave to File. Count One of the Indictment charges Kevin Seefried and Hunter Seefried with aiding and abetting Obstruction of an Official Proceeding. This charge generally put the Defense on notice about the Government's theory before the April 8, 2022, deadline for motions in limine. The recent information the Government provided in response to a late request from Defense regarding its theory is neither surprising nor highly particular such that Defense could not have anticipated it. SO ORDERED. Signed by Judge Trevor N. McFadden on 6/7/2022. (lctnm3) (Entered: 06/07/2022) |
| 06/08/2022 | 87 | RESPONSE by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED re 78 MOTION to Compel (Attachments: # 1 Exhibit June 2, 2022 letter)(Kearney, Benet) (Entered: 06/08/2022) |
| 06/08/2022 | 88 | TRIAL BRIEF by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED (Kearney, Benet) (Entered: 06/08/2022) |
| 06/09/2022 | 91 | ORDER as to KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2) denying the 78 Motion to Compel. See attached Order for details. Signed by Judge Trevor N. McFadden on 6/9/2022. (lctnm3) (Entered: 06/09/2022) |
| 06/13/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to KEVIN SEEFRIED (1), HUNTER SEEFRIED (2) began and held on 6/13/2022. Bench Trial continued to 6/14/2022 at 10:00 AM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Eugene Ohm and Elizabeth A. Mullin, (2): Edson Bostic; US |

| | | |
|---|---|---|
| | | Attorneys: Brittany L. Reed and Benet Kearney; Court Reporter: Lisa Edwards. Government Witnesses: Thomas Loyd, Eugene Goodman, Brian Morgan, Joseph Lear (testimony began and continued). (hmc) (Entered: 06/13/2022) |
| 06/14/2022 | 93 | NOTICE Memorandum of Law in Support of Closing Argument by KEVIN SEEFRIED. (Mullin, Elizabeth) Modified on 6/15/2022 (hmc). (Entered: 06/14/2022) |
| 06/14/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to KEVIN SEEFRIED (1), HUNTER SEEFRIED (2) resumed on 6/14/2022. KEVIN SEEFRIED'S (1) oral motion under Bruton Rule, heard and granted. Defendants' oral motion for judgment of acquittal, heard and denied. Defendants' renewed oral motion for judgment of acquittal, heard and denied. Bench Trial continued to 6/15/2022 at 3:00 PM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Eugene Ohm and Elizabeth A. Mullin, (2): Edson Bostic; US Attorneys: Brittany L. Reed and Benet Kearney; Court Reporter: Lisa Edwards. Government Witnesses: Joseph Lear (testimony resumed and concluded), Ryan McCabe. Defense Witnesses: Brian Dinkel, Brandon Kiley, Anastasia Cuff. (hmc) (Entered: 06/14/2022) |
| 06/14/2022 | 94 | Right to Testify by KEVIN SEEFRIED (1). (hmc) (Entered: 06/14/2022) |
| 06/15/2022 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Bench Trial as to KEVIN SEEFRIED (1), HUNTER SEEFRIED (2) resumed and concluded on 6/15/2022. Verdict of Guilty rendered by the Court as to KEVIN SEEFRIED (1) and HUNTER SEEFRIED (2) on Counts 1s, 2s, 3s, 4s, 5s. Verdict of Not Guilty rendered by the Court as to HUNTER SEEFRIED (2) on Counts 6s, 7s, 8s. Case referred to the Probation Office for a Presentence Investigation. Sentencing Memoranda as to KEVIN SEEFRIED (1) due by 9/9/2022; Sentencing as to KEVIN SEEFRIED (1) set for 9/16/2022 at 2:00 PM in Courtroom 2 before Judge Trevor N. McFadden. Sentencing Memoranda as to HUNTER SEEFRIED (2) due by 9/16/2022; Sentencing as to HUNTER SEEFRIED (2) set for 9/23/2022 at 2:00 PM in Courtroom 2 before Judge Trevor N. McFadden. Bond Status of Defendants: Personal Recognizance. Defense Attorneys: (1): Eugene Ohm and Elizabeth A. Mullin, (2): Edson Bostic; US Attorneys: Brittany L. Reed and Benet Kearney; Court Reporter: Nancy Meyer. (hmc) (Entered: 06/15/2022) |
| 06/15/2022 | 98 | EXHIBIT LIST by USA as to KEVIN SEEFRIED (1), HUNTER SEEFRIED (2). (hmc) (Entered: 06/15/2022) |
| 06/15/2022 | 99 | EXHIBIT LIST by KEVIN SEEFRIED (1). (hmc) (Entered: 06/15/2022) |
| 06/15/2022 | 100 | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to KEVIN SEEFRIED (1), HUNTER SEEFRIED (2). (hmc) (Entered: 06/15/2022) |
| 06/15/2022 | 102 | LETTER to Clarify Timing of Video footage in Government Exhibit by USA as to KEVIN SEEFRIED, HUNTER SEEFRIED "Fiat" by Judge Trevor N. McFadden on 6/15/2022.(zltp) (Entered: 06/24/2022) |
| 06/15/2022 | 103 | RESPONSE by KEVIN SEEFRIED re 102 Letter to Clarify Timing of Video footage in Government Exhibit. "Fiat" by Judge Trevor N. McFadden on 6/15/2022. (zltp) (Entered: 06/24/2022) |
| 06/16/2022 | 101 | ENTERED IN ERROR.....TRANSCRIPT OF TESTIMONY OF EUGENE GOODMAN EXCERPTED FROM THE BENCH TRIAL in case as to KEVIN SEEFRIED, HUNTER SEEFRIED before Judge Trevor N. McFadden held on June |

| | | |
|---|---|---|
| | | 13, 2022; Page Numbers: 1–133. Date of Issuance: June 16, 2022. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 7/7/2022. Redacted Transcript Deadline set for 7/17/2022. Release of Transcript Restriction set for 9/14/2022.(zlfe) Modified on 6/17/2022 (zltp). (Entered: 06/16/2022) |
| 06/16/2022 | | NOTICE OF ERROR as to KEVIN SEEFRIED, HUNTER SEEFRIED regarding 101 Transcript. The following error(s) need correction: Incorrect filing in case. (zltp) (Entered: 06/17/2022) |
| 07/06/2022 | | NOTICE OF RESCHEDULED HEARING as to KEVIN SEEFRIED (1). The sentencing set for 9/16/2022 is rescheduled from 2:00 PM to 3:00 PM in Courtroom 2 before Judge Trevor N. McFadden. (hmc) (Entered: 07/06/2022) |
| 07/15/2022 | 104 | CORRECT TRANSCRIPT OF TESTIMONY OF EUGENE GOODMAN EXCERPTED FROM THE BENCH TRIAL in case as to KEVIN SEEFRIED, HUNTER SEEFRIED before Judge Trevor N. McFadden held on June 13, 2022; Page Numbers: 1–133. Date of Issuance: July 15, 2022. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript m ay be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/5/2022. Redacted Transcript Deadline set for 8/15/2022. Release of Transcript Restriction set for 10/13/2022.(zlfe) (Entered: 07/15/2022) |
| 07/15/2022 | 105 | TRANSCRIPT OF BENCH TRIAL in case as to KEVIN SEEFRIED, HUNTER SEEFRIED before Judge Trevor N. McFadden held on June 13, 2022; Page Numbers: 1–259. Date of Issuance: July 15, 2022. Court Reporter/Transcriber Lisa Edwards. |

Telephone number (202) 354−3269. Transcripts may be ordered by submitting the <u>Transcript Order Form</u>

For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.

**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.

Redaction Request due 8/5/2022. Redacted Transcript Deadline set for 8/15/2022. Release of Transcript Restriction set for 10/13/2022.(zlfe) (Entered: 07/15/2022)

| 07/15/2022 | 106 | TRANSCRIPT OF BENCH TRIAL in case as to KEVIN SEEFRIED, HUNTER SEEFRIED before Judge Trevor N. McFadden held on June 14, 2022; Page Numbers: 1−304. Date of Issuance: July 15, 2022. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 8/5/2022. Redacted Transcript Deadline set for 8/15/2022. Release of Transcript Restriction set for 10/13/2022.(zlfe) (Entered: 07/15/2022) |
| 08/05/2022 | | NOTICE OF RESCHEDULED HEARING as to KEVIN SEEFRIED (1). The Sentencing currently set for 9/16/2022 is rescheduled to 1/20/2023 at 2:00 PM in Courtroom 2− In Person before Judge Trevor N. McFadden. Sentencing memoranda due by 1/13/2023. (hmc) (Entered: 08/05/2022) |
| 09/01/2022 | 109 | TRANSCRIPT OF BENCH TRIAL VERDICT in the case as to KEVIN SEEFRIED, HUNTER SEEFRIED before the Honorable Trevor N. McFadden held on 06/15/2022. Page Numbers: 1−20. Date of Issuance: 09/01/2022. Stenographic Court Reporter: Nancy J. Meyer. Telephone Number: 202−354−3118. Transcripts may be ordered by going to www.dcd.uscourts.gov. For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter. |

| | | |
|---|---|---|
| | | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have 21 days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 9/22/2022. Redacted Transcript Deadline set for 10/2/2022. Release of Transcript Restriction set for 11/30/2022.(Meyer, Nancy) (Entered: 09/01/2022) |
| 09/12/2022 | <u>110</u> | TRANSCRIPT OF BENCH TRIAL in case as to KEVIN SEEFRIED, HUNTER SEEFRIED before Judge Trevor N. McFadden held on June 13, 2022; Page Numbers: 1–290. Date of Issuance: September 12, 2022. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public termin al or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/3/2022. Redacted Transcript Deadline set for 10/13/2022. Release of Transcript Restriction set for 12/11/2022.(zlfe) (Entered: 09/12/2022) |
| 09/12/2022 | <u>111</u> | TRANSCRIPT OF BENCH TRIAL in case as to KEVIN SEEFRIED, HUNTER SEEFRIED before Judge Trevor N. McFadden held on June 14, 2022; Page Numbers: 1–304. Date of Issuance: September 12, 2022. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354–3269. Transcripts may be ordered by submitting the <u>Transcript Order Form</u><br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public termin al or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 10/3/2022. Redacted Transcript Deadline set for 10/13/2022. Release of Transcript Restriction set for 12/11/2022.(zlfe) (Entered: 09/12/2022) |
| 10/19/2022 | 118 | Unopposed MOTION to Travel by KEVIN SEEFRIED. (Attachments: # 1 Text of Proposed Order)(Ohm, Eugene) (Entered: 10/19/2022) |
| 10/19/2022 | | MINUTE ORDER granting the 118 Unopposed Motion to Travel by Kevin Seefried (1). Kevin Seefried may travel to the District of Columbia on October 24, 2022 for his son's sentencing hearing. The Court hereby directs Mr. Kevin Seefried to provide the Pretrial Services Agency his itinerary for the trip and his location(s) during that trip. SO ORDERED. Signed by Judge Trevor N. McFadden on 10/19/2022. (lctnm3) (Entered: 10/19/2022) |
| 12/16/2022 | | NOTICE OF RESCHEDULED HEARING as to KEVIN SEEFRIED (1). The parties shall take notice that the Sentencing previously set for 1/20/2023 is RESCHEDULED to 1/11/2023 at 2:00 PM in Courtroom 2– In Person before Judge Trevor N. McFadden. Sentencing memoranda is due by 1/4/2023. (hmc) (Entered: 12/16/2022) |
| 12/21/2022 | 131 | Unopposed MOTION to Continue *Sentencing Hearing* by KEVIN SEEFRIED. (Attachments: # 1 Text of Proposed Order)(Mullin, Elizabeth) (Entered: 12/21/2022) |
| 12/21/2022 | | MINUTE ORDER granting the 131 Unopposed Motion to Continue Sentencing Hearing as to KEVIN SEEFRIED (1). The Sentencing previously scheduled for January 11, 2023 is RESCHEDULED to February 9, 2023 at 2:00 PM in Courtroom 2 before Judge Trevor N. McFadden. Memoranda in aid of sentencing due by February 2, 2023. SO ORDERED. Signed by Judge Trevor N. McFadden on 12/21/2022. (lctnm3) (Entered: 12/21/2022) |
| 12/22/2022 | | Set/Reset Deadlines/Hearings as to KEVIN SEEFRIED (1): Sentencing Memoranda due by 2/2/2023. Sentencing rescheduled to 2/9/2023 at 2:00 PM in Courtroom 2– In Person before Judge Trevor N. McFadden. (hmc) (Entered: 12/22/2022) |
| 01/03/2023 | 132 | OBJECTION TO REPORT AND RECOMMENDATIONS 130 by KEVIN SEEFRIED (Attachments: # 1 Supplement)(Mullin, Elizabeth) (Entered: 01/03/2023) |
| 01/05/2023 | | NOTICE OF RESCHEDULED HEARING (time change) as to KEVIN SEEFRIED (1). The parties shall take notice that the Sentencing set for 2/9/2023 is rescheduled from 2:00 PM to 1:00 PM in Courtroom 2 before Judge Trevor N. McFadden. (hmc) (Entered: 01/05/2023) |
| 02/02/2023 | 135 | SENTENCING MEMORANDUM by USA as to KEVIN SEEFRIED (Attachments: # 1 Exhibit Exhibits A–C, # 2 Attachment)(Reed, Brittany) (Entered: 02/02/2023) |
| 02/02/2023 | 136 | SENTENCING MEMORANDUM by KEVIN SEEFRIED (Attachments: # 1 Exhibit, # 2 Exhibit)(Mullin, Elizabeth) (Entered: 02/02/2023) |
| 02/08/2023 | 139 | SUPPLEMENT by KEVIN SEEFRIED re 136 Sentencing Memorandum (Mullin, Elizabeth) (Entered: 02/08/2023) |
| 02/09/2023 | | Minute Entry for proceedings held before Judge Trevor N. McFadden: Sentencing held on 2/9/2023 as to KEVIN SEEFRIED (1). Defendant sentenced to a term of Thirty–Six (36) Months of Incarceration on Count 1s, a term of Twelve (12) Months on Counts 2s and 3s each, a term of Six (6) Months on Counts 4s and 5s each, to run concurrently, followed by a term of Twelve (12) Months of Supervised Release on Counts 1s, 2s, 3s, to run concurrently. $100 Special Assessment imposed on Count 1s, $25 Special Assessment imposed on Counts 2s and 3s, $10 Special Assessment |

| | | |
|---|---|---|
| | | imposed on Counts 4s and 5s. Total Special Assessment of $170 imposed. Restitution in the amount of $2,000.00. Oral motion by the Government to dismiss the underlying indictment, heard and granted. Defendant's motion for release pending appeal due by 3/2/2023; government's opposition due by 3/16/2023; defendant's reply due by 3/23/2023. Bond Status of Defendant: Defendant remains on Personal Recognizance and permitted to self−surrender. Defense Attorneys: Eugene Ohm, Elizabeth A. Mullin; US Attorneys: Brittany L. Reed and Benet Kearney; Probation Officer: Crystal Lustig; Court Reporter: Lisa Edwards. (hmc) (Entered: 02/09/2023) |
| 02/10/2023 | 141 | JUDGMENT as to KEVIN SEEFRIED. Statement of Reasons Not Included. Signed by Judge Trevor N. McFadden on 2/10/2023. (zltp) (Main Document 141 replaced on 2/21/2023) (zhmc). (Entered: 02/10/2023) |
| 02/10/2023 | 142 | STATEMENT OF REASONS as to KEVIN SEEFRIED. re 141 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Trevor N. McFadden on 2/10/2023. (zltp) (Entered: 02/10/2023) |
| 02/16/2023 | 143 | TRANSCRIPT OF SENTENCING HEARING in case as to KEVIN SEEFRIED before Judge Trevor N. McFadden held on February 9, 2023; Page Numbers: 1−55. Date of Issuance: February 16, 2023. Court Reporter/Transcriber Lisa Edwards. Telephone number (202) 354−3269. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 3/9/2023. Redacted Transcript Deadline set for 3/19/2023. Release of Transcript Restriction set for 5/17/2023.(zlfe) (Entered: 02/16/2023) |
| 02/17/2023 | 144 | NOTICE OF APPEAL − Final Judgment by KEVIN SEEFRIED Fee Status: No Fee Paid. Parties have been notified. (Mullin, Elizabeth) (Entered: 02/17/2023) |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **vs.** | : | **Case No.: 21-cr-00287 (TNM)** |
| **KEVIN SEEFRIED,** | : | |
| **Defendant.** | : | |

# NOTICE OF APPEAL

**Name and address of appellant:**          Kevin Seefried

**Name and address of appellant's attorney:**          Eugene Ohm
Elizabeth Mullin
Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offense:** 18 U.S.C. 1512(C)(2) And 2; Tampering With A Witness,Victim Or Informant; Obstruction Of An Official Proceeding And Aiding And Abetting(1s); 18 U.S.C. 1752(A)(1); Temporary Residence Of The President; Entering And Remaining In A Restricted Building Or Grounds (2s); 18 U.S.C. 1752(A)(2); Temporary Residence Of The President; Disorderly And Disruptive Conduct In A Restricted Building Or Grounds (3s); 40 U.S.C. 5104(E)(2)(D); Violent Entry And Disorderly Conduct On Capitol Grounds; Disorderly Conduct In A Capitol Building (4s); 40 U.S.C. 5104(E)(2)(G); Violent Entry And Disorderly Conduct On Capitol Grounds; Parading, Demonstrating, Or Picketing In A Capitol Building (5s).

**Concise statement of judgment or order, giving date, and any sentence:**  Sentencing held on 2/9/2023 as to Kevin Seefried, Defendant sentenced to a term of Thirty-Six (36) Months of Incarceration on Count 1s, a term of Twelve (12) Months on Counts 2s and 3s each, a term of Six (6) Months on Counts 4s and 5s each, to run concurrently, followed by a term of Twelve (12) Months of Supervised Release on Counts 1s, 2s, 3s, to run concurrently. $100 Special Assessment imposed on Count 1s, $25 Special Assessment imposed on Counts 2s and 3s, $10 Special Assessment imposed on Counts 4s and 5s. Total Special Assessment of $170 imposed. Restitution in the amount of $2,000.00.

**Name of institution where now confined, if not on bail:** Personal Recognizance Bond

          I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

February 17, 2023                                   Kevin Seefried
DATE                                                APPELLANT


CJA, NO FEE _____FPD_____            Eugene Ohm
                                                    Elizabeth Mullin
PAID USDC FEE ___NO_____       ASSISTANT FEDERAL PUBLIC DEFENDER
PAID USCA FEE ___NO_____       ATTORNEY FOR APPELLANT


Does counsel wish to appear on appeal? Yes
Has counsel ordered transcripts? No
Is this appeal pursuant to the 1984 Sentencing Reform Act? Yes

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 1

# UNITED STATES DISTRICT COURT

### District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| KEVIN SEEFRIED | Case Number:  21-CR-287-1 (TNM) |
| | USM Number:  25549-509 |
| | Eugene Jeen-Young Kim Ohm |
| | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)   1, 2, 3, 4, 5 of the Superseding Indictment filed on 4/27/2022
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC §§ 1512(c)(2) and 2 | Obstruction of an Official Proceeding and Aiding and Abetting | 1/6/2021 | 1s |
| 18 USC § 1752(a)(1) | Entering and Remaining in a Restricted Building or Grounds | 1/6/2021 | 2s |

The defendant is sentenced as provided in pages 2 through ___8___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   in underlying Indictment   ☐ is   ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

2/9/2023
Date of Imposition of Judgment

Signature of Judge

Trevor N. McFadden, U.S. District Judge
Name and Title of Judge

2/10/23
Date

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1A

Judgment—Page   2   of   8

DEFENDANT:  KEVIN SEEFRIED
CASE NUMBER:  21-CR-287-1 (TNM)

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 USC § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds | 1/6/2021 | 3s |
| 40 USC § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building | 1/6/2021 | 4s |
| 40 USC § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building | 1/6/2021 | 5s |

AO 245B (Rev. 09/19) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page   3   of   8  

DEFENDANT:   KEVIN SEEFRIED
CASE NUMBER:   21-CR-287-1 (TNM)

## IMPRISONMENT

      The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:
THIRTY-SIX (36) MONTHS on Count 1s, TWELVE (12) MONTHS on each of Counts 2s and 3s, SIX (6) MONTHS on each of Counts 4s and 5s, all terms to run concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:
    - incarceration at FCI Allenwood

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☑ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page __4__ of __8__

DEFENDANT:   KEVIN SEEFRIED
CASE NUMBER:   21-CR-287-1 (TNM)

## SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

TWELVE (12) MONTHS on Counts 1s, 2s, 3s, to run concurrently.

## MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
    ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.   ☑ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 3A — Supervised Release

| | | Judgment—Page | 5 | of | 8 |

DEFENDANT: KEVIN SEEFRIED
CASE NUMBER: 21-CR-287-1 (TNM)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

Judgment—Page ___6___ of ___8___

DEFENDANT: KEVIN SEEFRIED
CASE NUMBER: 21-CR-287-1 (TNM)

## SPECIAL CONDITIONS OF SUPERVISION

Financial Information Disclosure - You must provide the probation officer access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the United States Attorney's Office.

Payment of all financial obligations described herein are specific requirements of your probation.

You are ordered to make restitution to the Architect of the Capitol in the amount of $2000.  Restitution payments shall be made to the Clerk of the Court for the United States District Court, District of Columbia.

Financial Obligation - You must pay the balance of any financial obligation owed at a rate of no less than $200 each month during your period of supervised release.

The Probation Office shall release the presentence investigation report to all appropriate agencies, which includes the United States Probation Office in the approved district of residence, in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

| | Judgment — Page | 7 | of | 8 |

DEFENDANT: KEVIN SEEFRIED
CASE NUMBER: 21-CR-287-1 (TNM)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 170.00 | $ 2,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

☐   The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☑   The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| Architect of the Capital | | $2,000.00 | |
| Office of the Chief Financial Officer | | | |
| Ford House Office Building | | | |
| Room H2-205B | | | |
| Washington, DC 20515 | | | |

| **TOTALS** | $ 0.00 | $ 2,000.00 |
|---|---|---|

☐   Restitution amount ordered pursuant to plea agreement  $ _____

☐   The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑   The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☑   the interest requirement is waived for the   ☐ fine   ☑ restitution.

☐   the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page __8__ of __8__

DEFENDANT: KEVIN SEEFRIED
CASE NUMBER: 21-CR-287-1 (TNM)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ ___170.00___ due immediately, balance due

      ☐ not later than _____ , or
      ☑ in accordance with ☐ C, ☐ D, ☐ E, or ☑ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
      _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
      term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
      imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:
      The $170 special assessment is immediately payable to the Clerk of the Court for the U.S. District Court, 333
      Constitution Ave NW, Washington, DC 20001. Within 30 days of any change of address, you shall notify the Clerk
      of the Court of the change until such time as the financial obligation is paid in full.

      You must pay the financial obligations according to the payment schedule on page 6.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names (including defendant number) | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.