## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| | ) |
| **v.** | )    **Criminal Case No. 21-150 (RJL)** |
| | ) |
| **JAMES DOUGLAS RAHM, JR.,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## MEMORANDUM ORDER
(February 2/, 2023) [Dkt. # 77]

Before the Court is defendant James Douglas Rahm, Jr.'s Emergency Motion for Release Pending Appeal. The defendant submitted the Motion on February 16, 2023. A hearing on the Motion was held on February 21, 2023. The parties agree that the defendant does not pose a danger to the community or a risk of flight and the appeal is not for the purposes of delay. The Court finds that, however, the defendant has met his burden to demonstrate that his appeal raises substantial questions of law and fact which if decided in his favor on appeal would likely result in a reduced imprisonment sentence that would expire before the appeal concludes. Accordingly, the defendant's Motion is **GRANTED** and the execution of the defendant's sentence is hereby **STAYED** pending the outcome of the appeals in *United States v. Miller*, No. 22-3041 (D.C. Cir.) and *United States v. Rahm*, 23-3012 (D.C. Cir.).

**SO ORDERED**.

RICHARD J. LEON
United States District Judge

1