## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

———————————————————— )
                                                        )
**UNITED STATES OF AMERICA**        )
                                                        )
      **v.**                                          )        **Case. No. 21-287-1 (TNM)**
                                                        )
**KEVIN SEEFRIED**                        )
                                                        )
          **Defendant.**          )
———————————————————— )

### Order

Upon consideration of defendant's motion to requesting an extension of his reporting date, the Court hereby grants the motion and extends Kevin Seefried's report date to a date no earlier than April 30, 2023.

The Court directs the Probation Office to contact the Bureau of Prison in order to facilitate the extension of the defendant's report date.

————————————
Trevor N. McFadden
District Judge