UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00287-TNM |
| | : | |
| **KEVIN SEEFRIED** | : | |
| | : | |
| | : | |
| **Defendant.** | | |

UNITED STATES' REPLY TO DEFENDANT'S
MOTION TO DELAY REPORT DATE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this reply to defendant's Motion to Delay Report Date.

The defendant, Kevin Seefried ("Seefried"), has moved this Court to issue an Order permitting him to delay the date by which he must report to the Bureau of Prisons to a date after April 30, 2023, so that he may attend his grandson's fourth birthday celebration. After considering the reason set forth in the defendant's motion, the government does not oppose the defendant's request.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:  */s/ Brittany L. Reed*_____
BRITTANY L. REED
Assistant United States Attorney
LA Bar No. 31299
650 Poydras Street, Ste. 1600
New Orleans, LA 70130
Brittany.Reed2@usdoj.gov
(504) 680-3031

*/s/ Benet J. Kearney*_____
BENET J. KEARNEY
Assistant United States Attorney
NY Bar No. 4774048
1 Saint Andrew's Plaza
New York, New York 10007
BKearney@usa.doj.gov
(212) 637-2260

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this opposition was sent to counsel for the defendant, Eugene Ohm and Elizabeth Mullin, on March 16, 2023, via CM/ECF and/or by email.

                                              */s/ Brittany L. Reed*
                                              BRITTANY L. REED
                                              Assistant United States Attorney