```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

* * * * * * * * * * * * * * *   )
UNITED STATES OF AMERICA,       )    Criminal Action
                                )       No. 21-00287
            Plaintiff,          )
                                )
  vs.                           )
                                )
KEVIN SEEFRIED and HUNTER       )    Washington, D.C.
SEEFRIED,                       )    May 4, 2021
                                )    10:02 a.m.
            Defendants.         )
                                )
* * * * * * * * * * * * * * *   )


        TRANSCRIPT OF ARRAIGNMENT AND STATUS CONFERENCE
                       CONDUCTED VIA ZOOM
          BEFORE THE HONORABLE TREVOR N. McFADDEN,
                UNITED STATES DISTRICT JUDGE



APPEARANCES:

FOR THE GOVERNMENT:      BRITTANY L. REED, ESQ.
                         UNITED STATES ATTORNEY'S OFFICE
                         650 Poydras Street
                         Suite 1600
                         New Orleans, Louisiana 70130


FOR THE DEFENDANT        CARLOS VANEGAS, ESQ.
  KEVIN SEEFRIED:        OFFICE OF THE FEDERAL PUBLIC
                            DEFENDER
                         625 Indiana Avenue, Northwest
                         Suite 550
                         Washington, D.C. 20004


FOR THE DEFENDANT        EDSON A. BOSTIC, ESQ.
  HUNTER SEEFRIED:       THE BOSTIC LAW FIRM
                         1700 Market Street
                         Suite 1005
                         Philadelphia, Pennsylvania 19803
```

```
 1     REPORTED BY:           LISA EDWARDS, RDR, CRR
                              Official Court Reporter
 2                            United States District Court for the
                                District of Columbia
 3                            333 Constitution Avenue, Northwest
                              Room 6706
 4                            Washington, D.C. 20001
                              (202) 354-3269
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    THE COURT:  Good morning, folks.
 2                    THE COURTROOM DEPUTY:  Your Honor, this is
 3       Criminal Case 21-287, the United States of America versus
 4       Kevin Seefried and Hunter Seefried.
 5                    Counsel, please introduce yourselves for the
 6       record, starting with the Government.
 7                    MS. REED:  Good morning, your Honor.  This is AUSA
 8       Brittany Reed on behalf of the United States.
 9                    THE COURT:  Good morning, Ms. Reed.
10                    MS. REED:  Good morning, your Honor.
11                    MR. BOSTIC:  Good morning, your Honor.  This is
12       Edson Bostic on behalf of Hunter Seefried.
13                    THE COURT:  Good morning, Mr. Bostic.
14                    Good morning, Mr. Hunter Seefried.
15                    DEFENDANT HUNTER SEEFRIED:  Good morning, your
16       Honor.
17                    MR. BOSTIC:  Good morning, your Honor.
18                    MR. VANEGAS:  Carlos Vanegas on behalf of
19       Mr. Kevin Seefried.
20                    THE COURT:  Good morning, Mr. Vanegas.
21                    Good morning, Mr. Kevin Seefried.
22                    DEFENDANT KEVIN SEEFRIED:  Good morning.
23                    THE COURT:  Mr. Bostic, have you had an
24       opportunity to talk with your client about proceeding for
25       purposes of today's hearing via video?
```

| | |
|---|---|
| 1 | MR. BOSTIC: Yes, I have, your Honor. |
| 2 | THE COURT: And is he comfortable doing so? |
| 3 | MR. BOSTIC: Yes, your Honor. |
| 4 | THE COURT: And, Mr. Vanegas, have you had an |
| 5 | opportunity to speak with your client about proceeding |
| 6 | virtually? |
| 7 | MR. VANEGAS: Yes. We have discussed that, your |
| 8 | Honor. |
| 9 | THE COURT: And you're comfortable so proceeding? |
| 10 | MR. VANEGAS: Yes, I am. And so is he. |
| 11 | THE COURT: Okay. In light of the pandemic and |
| 12 | the danger to the Defendants and others in doing in-person |
| 13 | hearings at this point, and given the authorization under |
| 14 | the CARES Act, I think it's appropriate to proceed virtually |
| 15 | for purposes of today's hearing. |
| 16 | Mr. Seefried and Mr. Seefried, we're going to |
| 17 | arraign you in a moment. That will be directed to you, but |
| 18 | it's typically your attorneys replying on your behalf. |
| 19 | Ms. Chaclan? |
| 20 | THE COURTROOM DEPUTY: We'll start with Mr. Kevin |
| 21 | Seefried. |
| 22 | May the record reflect that the Defendant through |
| 23 | counsel has received a copy of the indictment. |
| 24 | Kevin Seefried, in Criminal Case 21-287, in which |
| 25 | you are charged by indictment on Count 1, obstruction of an |

1    official proceeding and aiding and abetting; Count 2,
2    entering and remaining in a restricted building or grounds;
3    Count 3, disorderly and disruptive conduct in a restricted
4    building or grounds; Count 4, disorderly conduct in a
5    Capitol building; and Count 5, parading, demonstrating or
6    picketing in a Capitol building, do you waive the formal
7    reading of the indictment?  And how do you wish to plead?
8            MR. VANEGAS:  Your Honor, on behalf of Mr. Kevin
9    Seefried, I would waive formal reading of the indictment and
10   enter a plea of not guilty to each count charged.  And I
11   assert all of his constitutional rights, including his right
12   to a speedy public trial.
13           THE COURT:  Thank you, Mr. Vanegas.
14           THE COURTROOM DEPUTY:  Now I'll turn to Mr. Hunter
15   Seefried.
16           May the record reflect that the Defendant through
17   counsel has received a copy of the indictment.
18           Hunter Seefried, in Criminal Case 21-287, in which
19   you are charged by an indictment in Count 1, obstruction of
20   an official proceeding, aiding and abetting; Count 2,
21   entering and remaining in a restricted building or grounds;
22   Count 3, disorderly and disruptive conduct in a restricted
23   building or grounds; Count 5, disorderly conduct in a
24   Capitol building; Count 5, parading, demonstrating or
25   picketing in a Capitol building; Count 6, entering and

1  remaining in a restricted building or grounds with physical
2  violence against property; Count 7, destruction of
3  government property; Count 8, act of physical violence in a
4  Capitol grounds or building, do you waive the formal reading
5  of the indictment?  And how do you wish to plead?
6           MR. BOSTIC:  Good morning again, your Honor.  On
7  behalf of Hunter Seefried, we waive the formal reading of
8  the indictment and would enter a plea of not guilty to all
9  charges.
10          THE COURT:  Thank you, Mr. Bostic.
11          Ms. Reed, where do things stand in this case?
12          MS. REED:  So, your Honor, the Government has
13 provided counsel for Mr. Seefried -- well, both
14 Mr. Seefrieds the preliminary discovery.  I have been in
15 contact with my agent, your Honor.  We are working to
16 provide another production to defense counsel in the next
17 two weeks.
18          And your Honor is probably familiar with the
19 Government process of providing the entirety of the
20 universe, if you will, of discovery to defense counsel.
21 I've spoken with Mr. Vanegas probably more than Mr. Bostic
22 about the discovery, but I think we're all on the same page
23 that I'm going to provide as much discovery as I can to
24 defense so that we can hopefully reach a resolution to this.
25 Mr. Vanegas and I have discussed that somewhat.  So my plan,

1    your Honor, is to provide the remainder of the discovery in
2    the next two weeks to defense counsel.
3             THE COURT:  Okay.  And do you anticipate providing
4    plea offers to the Defendants in this case?
5             MS. REED:  Yes, your Honor.
6             THE COURT:  And when is that going to happen?
7             MS. REED:  I'm sorry, your Honor.  I couldn't hear
8    you.
9             THE COURT:  When is that going to happen, ma'am?
10            MS. REED:  It is my hope that I can do that at the
11   same time that I did the next discovery production, in the
12   next two weeks.  We have been given some authorization to
13   resolve these cases, and so hopefully we will be able to do
14   that sooner rather than later, your Honor.
15            THE COURT:  And so what are you requesting?
16            MS. REED:  Your Honor, at this time, I know 60
17   days may be far, if that's a compromise for the Court.  But
18   I would request the 60-day continuance of this matter, your
19   Honor, so that we can complete the discovery process as well
20   as have an informed discussion about a resolution to this
21   matter.
22            THE COURT:  Mr. Vanegas?
23            MR. VANEGAS:  Yes, your Honor.  Thank you.
24            I think 60 days is a very reasonable time frame.
25   I think within 60 days, we'll accomplish both the review of

1       the discovery.  Certainly I believe that within three weeks
2       the Government should comply with its discovery obligations.
3       I note it's been a monumental task.
4                    And secondly, I think that within that time frame,
5       at least within a month, we'll get the plea offer and then
6       I'll have a full discussion with Mr. Kevin Seefried as to
7       whether he wants to accept that so by the time we come back
8       to court, we'll provide the Court with a direction as to how
9       we want to proceed, whether there's a plea that he wants to
10      take or whether he wants to proceed to trial.  But I think
11      this time exclusive of trial under the Speedy Trial Act is
12      warranted based on the discovery that's still outstanding.
13      But I believe that the Government is in good faith trying to
14      comply with its discovery obligations.
15                   THE COURT:  Mr. Bostic?
16                   MR. BOSTIC:  Your Honor, we will concur in
17      Mr. Vanegas's statements.  We have had preliminary
18      discussions with the Government and we are awaiting
19      additional discovery.  And I expect that we will be able to
20      reach something close to resolution by way of a nontrial
21      disposition within the 60 days, if the Court were to allot
22      that time.  And we will waive the speedy trial under the
23      circumstances.
24                   THE COURT:  I'm willing to do that.  That's
25      certainly more time than I would typically permit.  I think

1  there are some unusual circumstances here.  But I really
2  expect at our -- the next time we're together, if there's
3  going to be a plea, I'd ask the parties to provide the
4  paperwork ahead of time so that we can do it then.  If
5  there's not a plea -- well, I should say, otherwise, I'm
6  going to anticipate picking a trial date on that date.  So
7  the attorneys should come with their calendars.
8              Looking at Friday, July 2nd, at 2:00 p.m., does
9  that work for you, Ms. Reed?
10             MS. REED:  That works for me, your Honor.
11             THE COURT:  And Mr. Vanegas?
12             MR. VANEGAS:  That's fine with me, your Honor.
13  Thank you.
14             THE COURT:  And Mr. Bostic?
15             MR. BOSTIC:  Yes.  That works for me also, your
16  Honor.
17             THE COURT:  I'll set this for a status conference
18  then on Friday, July 2nd.
19             Ms. Reed, do you have a request?
20             MS. REED:  Your Honor, I believe that defense
21  counsel may have actually said it before I did.  But, your
22  Honor, we'd ask for the continuance to be applicable under
23  the Speedy Trial Act.
24             THE COURT:  Any objection, Mr. Vanegas?
25             MR. VANEGAS:  No, your Honor.

1       THE COURT:  And Mr. Bostic?
2       MR. BOSTIC:  No, your Honor.
3       THE COURT:  I think it is appropriate to toll the
4  speedy trial clock until July 2nd in light of the
5  significant discovery that needs to go over in this case.  I
6  think it's been alluded to here by Ms. Reed, but I
7  understand there is unusual and voluminous discovery that I
8  expect would be provided within the next two months and that
9  defense counsel are going to need to acquaint themselves
10 with.  I think the interests of justice outweigh the
11 interests of the public and the Defendants in a speedy
12 trial, so I'll toll the speedy trial clock until July 2nd.
13      I understand there's a motion to travel from
14 Mr. Kevin Seefried.  Do you have an objection?
15      MS. REED:  I do not, your Honor.
16      THE COURT:  I'm going to grant that request.  The
17 Defendant Kevin Seefried will be authorized to travel to
18 North Carolina from May 15th to May 22nd.  Otherwise,
19 Mr. Kevin Seefried needs to continue to abide by all his
20 current release conditions.  And the same goes for
21 Mr. Hunter Seefried.
22      DEFENDANT HUNTER SEEFRIED:  Yes, your Honor.
23      THE COURT:  Gentlemen, I should tell you that if
24 this does come to a sentencing -- obviously, it may not.
25 But if it does come to a sentencing, then I take into

```
 1    account the Defendants' behavior while they're on release,
 2    pretrial release.  So please do maintain your conditions of
 3    release.  Maintain contact with your probation officer and
 4    your attorneys and return for a virtual status conference on
 5    July 2nd at 2:00 p.m.
 6              Ms. Reed, anything further you wish to discuss
 7    today?
 8              MS. REED:  No, your Honor.
 9              THE COURT:  Mr. Vanegas?
10              MR. VANEGAS:  No, your Honor.
11              THE COURT:  And Mr. Bostic?
12              MR. BOSTIC:  Your Honor, just that I would like
13    the Court to know that I will be filing a similar motion
14    later today on behalf of Hunter Seefried to also travel.
15    It's a family trip.  But I wanted to speak to Pretrial
16    beforehand, which I was able to do this morning.
17              THE COURT:  That's fine.  Obviously, please check
18    with Ms. Reed and make sure to indicate her position in your
19    motion.
20              Thanks, folks.
21              MR. VANEGAS:  Thank you.
22              MS. REED:  Thank you, your Honor.
23              MR. BOSTIC:  Thank you, your Honor.
24              (Proceedings concluded.)
25
```

**CERTIFICATE**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Please note: This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of reporting remotely.

Dated this 17th day of April, 2023.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269