```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

   * * * * * * * * * * * * * * *   )
   UNITED STATES OF AMERICA,       )   Criminal Action
                                   )       No. 21-00287
              Plaintiff,           )
                                   )
     vs.                           )
                                   )
   KEVIN SEEFRIED and              )   Washington, D.C.
   HUNTER SEEFRIED,                )   October 26, 2021
                                   )   3:26 p.m.
              Defendants.          )
                                   )
   * * * * * * * * * * * * * * *   )


              TRANSCRIPT OF STATUS CONFERENCE
                    CONDUCTED VIA ZOOM
         BEFORE THE HONORABLE TREVOR N. McFADDEN,
               UNITED STATES DISTRICT JUDGE


   APPEARANCES:

   FOR THE GOVERNMENT:       BRITTANY L. REED, ESQ.
                             UNITED STATES ATTORNEY'S OFFICE
                             650 Poydras Street
                             Suite 1600
                             New Orleans, Louisiana 70130


   FOR THE DEFENDANT         CARLOS VANEGAS, ESQ.
      KEVIN SEEFRIED:        OFFICE OF THE FEDERAL PUBLIC
                                DEFENDER
                             625 Indiana Avenue, Northwest
                             Suite 550
                             Washington, D.C. 20004


   FOR THE DEFENDANT         EDSON BOSTIC, ESQ.
    HUNTER SEEFRIED:         THE BOSTIC LAW FIRM
                             1700 Market Street
                             Suite 1005
                             Philadelphia, Pennsylvania 19803
```

```
1    APPEARANCES, CONT'D:

2    FOR U.S. PROBATION:      HANA FIELD

3

4    REPORTED BY:             LISA EDWARDS, RDR, CRR
                              Official Court Reporter
5                             United States District Court for the
                                District of Columbia
6                             333 Constitution Avenue, Northwest
                              Room 6706
7                             Washington, D.C. 20001
                              (202) 354-3269
```

1             This is Criminal Case 21-287, the United States of
2    America versus Kevin Seefried and Hunter Seefried.
3             Counsel, please introduce yourselves for the
4    record, starting with the Government.
5             MS. REED:  Good afternoon, your Honor.  AUSA
6    Brittany Reed on behalf of the United States.
7             THE COURT:  Good afternoon, Ms. Reed.
8             MS. REED:  Good afternoon.
9             MR. BOSTIC:  Good afternoon, your Honor.  Carlos
10   Vanegas on behalf of Hunter Seefried.
11            THE COURT:  Good afternoon, Mr. Vanegas.
12            Good afternoon, Mr. Kevin Seefried.
13            MR. BOSTIC:  Good afternoon, your Honor.  Edson
14   Bostic on behalf of Hunter Seefried.
15            THE COURT:  Good afternoon, Mr. Bostic.
16            And good afternoon, Mr. Hunter Seefried.
17            DEFENDANT HUNTER SEEFRIED:  Good afternoon.
18            THE COURT:  We're here for a status conference.
19            I've reviewed the parties' motion to continue the
20   trial date.  I am willing to continue the trial date, but
21   I'm not going to set this off indefinitely.  I'll look for a
22   new trial date, and I want to be clear I'd expect that to be
23   a firm trial date.
24            I would look very unfavorably on a Government
25   motion to continue because it had not managed to complete

```
 1    its discovery obligations by that point.  And frankly, if
 2    the defense is concerned as the time draws near it's not
 3    going to have time, I'd expect defense attorneys to be
 4    raising concerns well in advance to give me an opportunity
 5    to order the Government to turn over discovery so that you
 6    are able to be ready for trial rather than simply waiting
 7    and putting this off.
 8              So I've got five [indiscernible] --
 9              THE COURT REPORTER:  Judge, I'm sorry to
10    interrupt.  I believe someone needs to mute their
11    microphone.  I'm getting a lot of feedback.
12              THE COURT:  Oh, yes.
13              So how about June 13th for trial?  Does that work
14    for the Government?
15              MS. REED:  Yes, your Honor, it does.
16              THE COURT:  And, Ms. Reed, how long would you
17    expect your case in chief to last?
18              MS. REED:  Your Honor, I would probably think a
19    week.  I think we should be able to do it in a week.
20              THE COURT:  And, Mr. Vanegas, does the week of
21    June 13th work for you and your client?
22              MR. VANEGAS:  Yes, your Honor, it does.
23              THE COURT:  And how long would you expect your
24    defense to last?
25              MR. VANEGAS:  Probably half a day, if that, your
```

```
1    Honor.
2              THE COURT:  And, Mr. Bostic, does the week of June
3    13th work for you and your client?
4              MR. BOSTIC:  Yes, your Honor.
5              THE COURT:  And how long would you expect your
6    case in chief to last?
7              MR. BOSTIC:  I would agree about half a day, give
8    or take.
9              THE COURT:  Okay.  So we'll set this for trial on
10   June 13th at 9:00 a.m.  And -- well, we'll say for now --
11   hopefully, we'll be back in Courtroom 2.  As the attorneys
12   probably know, we're using the ceremonial courtroom to pick
13   juries.  But I'm hopeful by that point we will be back to
14   normal.
15             How about Friday, May 27th at 10:00 a.m.?  How
16   about Friday, May 20th at 10:00 for a pretrial conference
17   and motion hearing?  Ms. Reed, does that work for you?
18             MS. REED:  That does, your Honor.
19             THE COURT:  Mr. Vanegas, does that work for you
20   and your client?
21             MR. VANEGAS:  That's fine, your Honor.
22             THE COURT:  Mr. Bostic, does that work for you?
23             MR. BOSTIC:  Yes, your Honor.  Thank you.
24             THE COURT:  So we'll set this for pretrial
25   conference and motion hearing on Friday, May 20th at 10:00
```

1    a.m. in Courtroom 2.
2              I think in light of the parties' request and that
3    that's a ways out, I think rather than setting other --
4    another briefing schedule right now, we could vacate the
5    schedule and look to set a new briefing schedule perhaps at
6    our next hearing, which I would propose we do in
7    mid-December.
8              So Friday, December 17th, 10:00 a.m. for a Zoom
9    status conference.  Does that work for you, Ms. Reed?
10             MS. REED:  That works for me, your Honor.
11             THE COURT:  Does it make sense to you?
12             MS. REED:  It does.  Yes, sir.
13             THE COURT:  Mr. Vanegas, does that work for you?
14             MR. VANEGAS:  Yes.  That's fine, your Honor.
15             THE COURT:  And, Mr. Bostic, does that work for
16   you?
17             MR. BOSTIC:  Your Honor, if I may, yes.  That
18   works.  I thought I had another court hearing, but that
19   works.
20             THE COURT:  So we'll set this for a status
21   conference on Friday, December 17th.  As I say, we'll vacate
22   the trial date and any other dates that we've currently set.
23             Ms. Reed, anything further from the Government?
24             MS. REED:  No, your Honor.  I just wanted to say
25   thank you for granting our joint motion.  I think the last

1  time we were before you, I was just coming out of a long
2  case in our jurisdiction.  I was probably a little bit too
3  ambitious and did not think about all of the voluminous
4  discovery that we were going to be producing.  So I
5  appreciate the Court granting this joint motion.  So thank
6  you.
7             But other than -- I think, your Honor, just speedy
8  trial considerations.  That was the only other matter.
9             THE COURT:  Yes.
10            Mr. Vanegas, any objection to tolling the speedy
11 trial clock between now and December 17th?
12            MR. VANEGAS:  No, your Honor.
13            THE COURT:  Mr. Bostic?
14            MR. BOSTIC:  No, your Honor.
15            THE COURT:  I do think it's appropriate for us to
16 toll the speedy trial clock between now and December 17th in
17 light of the ongoing discovery.
18            Ms. Reed, maybe you can give me an update on where
19 discovery is now.
20            MS. REED:  Yes, your Honor.  So yesterday I
21 actually sent an updated memorandum regarding the status of
22 our discovery.  The most recent production that we've made
23 to all defense counsel in the global production was this
24 Saturday.  Specifically, defense will recognize that this is
25 global production No. 5.  And certainly if anyone has any

1    problems accessing that, they can contact me.

2            But as far as the production, your Honor, I just
3    wanted to place on the record that obviously we are still
4    working with the Federal Public Defenders to make all the
5    discovery accessible to defense counsel through our
6    mechanisms.  We do anticipate in the next weeks continuing
7    to produce discovery.  Some of that is going to include
8    additional body-worn camera footage, Secret Service camera
9    footage, cameras on Capitol grounds, additional Metropolitan
10   Police investigative reports.

11           Obviously, your Honor is aware that geolocation
12   information plays a large part in this case in identifying
13   not only where Defendants were, particularly these
14   Defendants, but all the Defendants as well as police
15   officers.  And so we are in the process of engaging in the
16   legal process to provide that information to defense counsel
17   as well.  Of course, also any officer interviews with other
18   Defendants.

19           And, of course, the one critical thing in all of
20   this is that we do believe that some of this information may
21   be [indiscernible] material.  So I am certainly aware of my
22   *Brady* obligations, your Honor, and will continue to provide
23   this information to defense counsel.

24           THE COURT:  Thank you, Ms. Reed.

25           I do propose tolling until December 17th in light

1     of the Government's ongoing discovery efforts and I find the
2     interests of justice outweigh the interests of the public
3     and the Defendants in this case and we should toll the time.
4             As I said, I would expect that June trial date,
5     though, to be firm and I'd expect the defense counsel to let
6     me know if they don't feel like there's any discovery in
7     time to be able to prepare for trial and obviously the
8     Government to make sure that discovery gets over well in
9     time for them.  And it's almost exactly a year and a half
10    after the January 6th events, so that seems like sufficient
11    time for everybody to be able to be ready.
12            Mr. Bostic, I see your client is out of compliance
13    with his conditions.  Any representations?
14            MR. BOSTIC:  Yes, your Honor.  Should I address
15    that now?
16            THE COURT:  Yes.
17            MR. BOSTIC:  Your Honor, it was an unpredictable
18    event that occurred on October 17th.  My client was at home
19    alone after his grandmother had visited with the family.
20    The grandmother is 74 years old.  She drove from Maryland
21    there, although they've been trying to encourage her not to
22    drive anymore, because she's getting somewhat forgetful.  In
23    any event, she attempted to travel home on her own, got
24    lost, panicked, couldn't reach Mr. Seefried's parents, made
25    a phone call.  And he reflexively and out of concern for his

1   grandmother set out to try to locate her on his motorcycle,
2   forgetting that he should stop and try to reach his
3   probation officer.
4         As the Court is aware, there was an accident that
5   resulted.  His vehicle -- he lost control of it.  And he has
6   a fractured shoulder as a result.  He contacted both me and
7   the probation officer as soon as he was able to because he
8   was under some sedative or strong painkilling medication --
9   I believe oxycodone -- the following day and continues, I
10  believe, to also need medication.
11        Your Honor, Ms. Seefried is very regretful and
12  very apologetic for this having happened.  He is aware that
13  he must abide strictly by the conditions placed on him to be
14  released.  And I can assure the Court on his behalf that
15  this will not happen again.
16        We ask the Court to consider and grant the request
17  by the Probation pretrial officer to give him a judicial
18  warning with no further action at this time.
19        THE COURT:  Ms. Reed, any objection to that?
20        MS. REED:  No, your Honor.  I've had an
21  opportunity to review the report and I have no objection to
22  an admonishment from the Court.
23        THE COURT:  So, Mr. Hunter Seefried, it sounds
24  like you were under unusual circumstances there and it
25  doesn't seem to be a flagrant violation.  I'd just remind

1   you that, pending trial, many people spend that time in
2   jail.  The fact that you are out at liberty is in some ways
3   a privilege.  And it's very important to me, it's very
4   important for you, especially if this case ends up going to
5   sentencing at some point, that you maintain compliance with
6   these conditions.  And so I'll just direct you to make sure
7   that you are scrupulously following those conditions and
8   maintaining contact with your pretrial services officer.
9            Do you have any questions about any of that, sir?
10           DEFENDANT HUNTER SEEFRIED:  No, sir.
11           THE COURT:  Okay.  Ms. Reed, there are what looks
12  to me like nontrivial outstanding motions to dismiss on the
13  obstruction count.  You will be replying within the next
14  couple of days, I take it?
15           MS. REED:  Yes, sir, your Honor.  I'll do that on
16  the 2nd.
17           THE COURT:  Obviously, I'll give the Defendants an
18  opportunity to respond.  Any reason you can't file a reply
19  by November 9th, Mr. Vanegas?
20           MR. VANEGAS:  That's fine, your Honor.
21           THE COURT:  And Mr. Bostic?
22           MR. BOSTIC:  That's fine, your Honor.  Thank you.
23           THE COURT:  So I'll look forward to seeing
24  briefing from the parties on that motion.
25           So, Ms. Reed, anything further from the

1    Government?
2            MS. REED:  No, your Honor.
3            THE COURT:  Mr. Vanegas?
4            MR. VANEGAS:  No, your Honor.  Thank you.
5            THE COURT:  And Mr. Bostic?
6            MR. BOSTIC:  No, your Honor.
7            THE COURT:  Thanks, folks.  Have a good afternoon.
8    I'll see you on December 17th.
9            MS. REED:  Thank you, your Honor.
10           MR. VANEGAS:  Thank you, your Honor.
11           MR. BOSTIC:  Thank you, your Honor.
12           (Proceedings concluded.)

**CERTIFICATE**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Please note: This hearing occurred during the COVID-19 pandemic and is therefore subject to the technological limitations of reporting remotely.

Dated this 17th day of April, 2023.

/s/ Lisa Edwards, RDR, CRR
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269