UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> v. <br><br> **KEVIN SEEFRIED**, <br><br> Defendant. | Case No. 1:21-cr-287-1 (TNM) |

## **ORDER**

The Court previously delayed Defendant Kevin Seefried's reporting date pending the D.C. Circuit's decision in *United States v. Fischer*, No. 22-cr-3038, 2023 WL 2817988 (D.C. Cir. Apr. 7, 2023).  In *Fischer*, a majority of that panel rejected the defendant's interpretation of the Obstruction of an Official Proceeding count, significantly undermining what this Court believed to be Mr. Seefried's most viable appellate argument.

Before the Court is a Joint Status Report setting out the parties' positions on whether Mr. Seefried's reporting delay should continue.  Upon consideration of the parties' positions, the Court hereby ORDERS Mr. Seefried to self-surrender to the Bureau of Prisons on or before May 31, 2023, no later than 2:00 p.m., with all other terms and conditions to remain the same until then.

**SO ORDERED**.  The Clerk of Court is requested to transmit a copy of this Order to the United States Probation Office.

Dated: April 21, 2023

TREVOR N. McFADDEN
United States District Judge