UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) <br> ) <br> ) |
| v. | )    Case. No. 21-287-1 (TNM) <br> ) |
| **KEVIN SEEFRIED** | ) <br> ) |
| Defendant. | ) <br> ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MR. SEEFRIED'S MOTION FOR RELEASE PENDING APPEAL

Kevin Seefried, through counsel, respectfully submits the attached supplemental authority in support of his Motion for Release Pending Appeal. In *United States v. Sheppard*, 21CR203 (JDB) the defendant, like Mr. Seefried, was convicted of one felony count of obstruction of justice and four misdemeanor offenses. Mr. Sheppard began serving his 19-month sentence on November 2, 2023. As two other district judges have found in separate cases,[1] Judge Bates found that absent the felony conviction, Mr. Sheppard's sentence would have been lower. Accordingly, Judge Bates ordered Mr. Sheppard to be released on May 2, 2024, when Mr. Sheppard will have concluded the sentence he would have received on the misdemeanor counts. Judge Bates's memorandum opinion is attached as supplemental authority in support of Mr. Seefried's Motion for Release.

Respectfully Submitted,

A. J. KRAMER

---

[1] *See* Mr. Seefried's Reply to Opposition, ECF. No. 162.

Federal Public Defender for the
District of Columbia

by:_____s/_____
Elizabeth Mullin
Eugene Ohm
Assistant Federal Public Defenders
625 Indiana Avenue, NW
Washington D.C. 20004
202 208-7500