**EMAIL COMMUNICATION FROM BOP REGARDING GOOD TIME CREDIT**

| | |
|---|---|
| **From:** | Smith, Jerry (BOP) on behalf of BOP-CPD-DSC-TeamDelta-S (BOP) |
| **To:** | Elizabeth Mullin |
| **Subject:** | Re: Kevin Seefried, Fed No 25549-509 |
| **Date:** | Thursday, April 4, 2024 1:29:07 PM |

Good afternoon,

We did have this reviewed by our legal department and the conclusion was made that FSA credits should not play a role in his release. The order states:

"Heeding Congress's command, the Court thus orders that Seefried be
released on the expiration of that likely reduced sentence—in other words, **one year to the day
after he surrendered to the custody of the Attorney General."**

At that time we will release Mr. Seefried on Appeal bond.

Thank you.

Thank you, Delta.

Jerry Smith, Operations Manager Team - 972-352-4420

Joanie Sanchez, MA 972-595-3140

Chansee Tabb, CCS 972-623-5914
Patricia Samayoa, CCS 972-595-3126
Jordan Henderson, CCS 972-595-3043
Michael McClintock, CCS 972-352-4493
Jonathan Hauser, CCS 972-595-3138
LaCinda Sanders, CCT 972-595-3128

Noelle Mackey, AA 972-352-4444

Fax Number: 972-595-3153

**From:** Elizabeth Mullin <Elizabeth_Mullin@fd.org>
**Sent:** Wednesday, April 3, 2024 2:08 PM
**To:** Eugene Ohm <Eugene_Ohm@fd.org>; BOP-CPD-DSC-PolicyCorrespondence-S (BOP) <BOP-CPD-DSC-PolicyCorrespondence-S@bop.gov>; BOP-CPD-DSC-TeamDelta-S (BOP) <BOP-CPD-DSC-TeamDelta-S@bop.gov>
**Subject:** [EXTERNAL] RE: Kevin Seefried, Fed No 25549-509

Good afternoon, I write to follow up on my colleague's email below attaching a federal judge's order of release for inmate Kevin Seefried. In light of his FSA credits, he should be released immediately pursuant to the judge's order.  Please let us know if you have any questions and kindly notify us when he is released.

Elizabeth Mullin
Trial Attorney
Federal Public Defender for the District of Columbia
625 Indiana Avenue, N.W. STE 550
Washington, D.C. 20004
202-208-7500 ext. 5101

---

**From:** Eugene Ohm <Eugene_Ohm@fd.org>
**Sent:** Wednesday, March 27, 2024 9:44 AM
**To:** BOP-CPD-DSC-PolicyCorrespondence-S (BOP) <BOP-CPD-DSC-PolicyCorrespondence-S@bop.gov>; BOP-CPD-DSC-TeamDelta-S@bop.gov
**Cc:** Elizabeth Mullin <Elizabeth_Mullin@fd.org>
**Subject:** Kevin Seefried, Fed No 25549-509

Good morning,

I have attached a court order granting Mr. Seefried release after serving twelve months.  Mr. Seefried self-surrendered on or about May 31, 2023 to FCI Allenwood.  With First Step Act credits, he should be eligible for release.

Please let us know if you have any questions. My phone number is 202 480-0434

Thanks,

Gene Ohm
AFPD