UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **Case. No. 21-287-1 (TNM)** |
| ) | |
| **KEVIN SEEFRIED** ) | |
| ) | |
| **Defendant.** ) | |

### Order

Upon consideration of defendant's motion for clarification of this Court's Order granting his Motion for Release Pending Appeal, it is hereby ORDERED that

Kevin Seefried shall be released one year after the day on which he surrendered to the custody of the Attorney General, minus any Bureau of Prisons good time and earned time credit he has earned.

_____
Trevor N. McFadden
U.S. District Judge